◎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| Daniel E. Carpenter | Case Number:     04-10029-GAO |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>John Joseph Moakley U.S. Courthouse, 1 Courthouse Way<br>Boston, Massachusetts 02210 | Room<br>Courtroom 23 |
|---|---|
| | Date and Time<br>February 18, 2004, at 2:30 p.m. |
| Before:     Lawrence P. Cohen, United States Magistrate Judge | |

To answer a(n)

x  Indictment      ☐ Information      ☐ Complaint      ☐ Violation Notice      ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   981, 1341, 1343, 28 USC 2461

Brief description of offense:
Mail Fraud and Wire Fraud

**The defendant, Daniel E. Carpenter, shall first report to Pretrial Services, Room 1300, United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA 02210, at 12:00 Noon**

By _[signature]_
Maria Simeone - Deputy Clerk

February 6, 2004

Signature of Issuing Officer                                  Date

Maria Simeone, Courtroom Deputy
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]      Date |
| Check one box below to indicate appropriate method of service |
| ☐ Served personally upon the defendant at: _____ <br><br> ☐ Left summons at the defendantís dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendantís last known address. Name of person with whom the summons was left: _____ <br><br> ☐ Returned unexecuted: _____ |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____         _____
               Date                                   Name of United States Marshal

                                                                                        _____
                                                                                        (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.