UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                         )<br>)<br>)<br>DANIEL E. CARPENTER,           )<br>)<br>Defendant.             )<br>)<br>) | Case No. 04-CR-10029-GAO   — L PC |

### ASSENTED-TO MOTION TO CONTINUE ARRAIGNMENT

Defendant Daniel M. Carpenter respectfully requests that his arraignment before the Court, presently scheduled for February 18, 2004 at 3:00 p.m., be continued until February 24 at 3:00 p.m., or such other time on that day as comports with the Court's schedule and is convenient to the parties. As grounds therefore, defendant states that his counsel, A. John Pappalardo, is unavailable on the presently scheduled date. The government has assented to the rescheduling of this matter to a date and time convenient to all parties.

While the specifically proposed date and time is compatible with the government's schedule, Clerk Joseph Spada has informed counsel for defendant that the Court's calendar does not permit for the requested 3:00 p.m. time, and instead can allow for a 2:00 p.m. time on that date. This 2:00 p.m. start time, however, presents a conflict for the government in view of an earlier scheduled matter in the District Court, and so, the government does not assent to this motion insofar as it requests a time at which it is

not readily available to appear. Both the government and defendant are available after 3:00 on February 24, 2004, should the Court's calendar so permit.

WHEREFORE, defendant Daniel E. Carpenter respectfully requests that the moved for relief be granted, and his initial appearance continued to February 24, 2004 at 3:00 p.m., or such other time on that date as is convenient to the Court and the parties.

Respectfully Submitted,

Daniel E. Carpenter

By his attorney,

A. John Pappalardo BBO # 388760
GREENBERG TRAURIG, L.L.P.
One International Place
Boston, MA 02110-2211
(617) 310-6000

Dated: February 12, 2004

### CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 112.1

On behalf of defendant, by and through undersigned counsel, I hereby certify that counsel for defendant has conferred with the government in connection with the requested continuance, and that the government assents thereto, in so far as the date and time to which the matter is continued is convenient for all parties.

Evan Georgopoulos

### CERTIFICATE OF SERVICE

I, Evan Georgopoulos, hereby certify that I have this day, February 12, 2004, I caused a copy of the foregoing to be served by hand on AUSA Michael J. Pineault, Esq, United States Attorney's Office, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

Evan Georgopoulos

#101314



Evan Georgopoulos
(617) 310-6201
georgopoulose@gtlaw.com

February 12, 2004

**VIA HAND-DELIVERY**

Joseph Spada, Law Clerk
  to the Hon. Lawrence P. Cohen
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    United States v. Daniel E. Carpenter
            Criminal No. 04-10029-GAO

Dear Mr. Spada:

    Enclosed for filing in the above-captioned matter is *Assented-To Motion to Continue Arraignment*.

    Please date stamp the enclosed copy of this letter and return it to my messenger.

    Thank you for your kind attention to this matter, and please do not hesitate to contact me should you have any questions or if I can otherwise be of assistance.

                        Very truly yours,

                        Evan Georgopoulos

EG/caw
cc:    Michael J. Pineault, Esq.

Enc.

101382

GREENBERG TRAURIG, LLP
ONE INTERNATIONAL PLACE BOSTON, MASSACHUSETTS 02110
617-310-6000  FAX 617-310-6001  www.gtlaw.com
AMSTERDAM  ATLANTA  BOCA RATON  BOSTON  CHICAGO  DALLAS  DENVER  FORT LAUDERDALE  LOS ANGELES  MIAMI  NEW JERSEY  NEW YORK
ORLANDO  PHILADELPHIA  PHOENIX  TALLAHASSEE  TYSONS CORNER  WASHINGTON, D.C.  WEST PALM BEACH  WILMINGTON  ZURICH