AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

## APPEARANCE

Case Number: _CR04 -10029 GAO_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_DAN CARPENTER_

_FEBRUARY 24, 2004_
Date

Signature

Print Name  _JOHN PAPPALARDO_
_GREENBERG TRAURIG_
_ONE INTERNATIONAL PLACE_
Address
_BOSTON     MA     02011_
City          State          Zip Code
_617-310-6072_
Phone Number