UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL E. CARPENTER,<br><br>Defendant. | CRIMINAL NO. 04-10029-GAO<br><br>FILING FEE PAID:<br>RECEIPT # 54584<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 3/16/04 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD S. ORDER, ESQ.

I, A. John Pappalardo, a shareholder of the law firm of Greenberg Traurig, LLP, and a member in good standing of the bar of this Court, respectfully request that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Richard S. Order to appear *pro hac vice* in the above-captioned case on behalf of defendant Daniel E. Carpenter for the following reasons:

(1) Daniel E. Carpenter is the defendant in the above-captioned matter;

(2) Daniel E. Carpenter has retained Richard S. Order of Axinn, Veltrop & Harkrider, LLP to represent his interests in this proceeding;

(3) Mr. Order has prepared a certificate in accordance with Local Rule 83.5.3, which is attached hereto.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Richard S. Order.

Dated: March 15, 2004

Respectfully submitted,

A. John Pappalardo (BBO #338760)
Evan Georgopoulos (BBO #628480)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Phone: (617) 310-6000
Fax: (617) 310-6001

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

On behalf of defendant, by and through undersigned counsel, I hereby certify that on March 15, 2004 I conferred to with counsel for the government, Michael J. Pineault, Assistant U.S. Attorney, and that the government does not object to this motion.

_Evan Georgopoulos_

## CERTIFICATE OF SERVICE

I, Evan Georgopoulos, on behalf of the Defendant Daniel E. Carpenter, hereby certify that I have caused a copy of **MOTION FOR ADMISSION PRO HAC VICE OF RICHARD S. ORDER, ESQ.** to be served upon Michael J. Pineault, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, by hand delivery, this 15th day of March, 2004.

_Evan Georgopoulos_

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DANIEL E. CARPENTER, )<br>)<br>Defendant. ) | CRIMINAL NO. 04-10029-GAO |

## CERTIFICATE OF RICHARD S. ORDER, ESQ.

Richard S. Order, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represents and certifies as follows:

1. I am an attorney and a member in good standing in every jurisdiction where I have been admitted to practice, namely the bars of the States of Connecticut and New York, the United States District Court for the District of Connecticut, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

2. I am familiar with the facts surrounding this case and the Local Rules of the United States District Court for the District of Massachusetts; and

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Dated: March 11, 2004

_____
Richard S. Order, Esq.