UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )          CRIMINAL NO. 04-10029-GAO
)
)
DANIEL E. CARPENTER, )
)
Defendant. )
)

**ASSENTED-TO MOTION OF DEFENDANT FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES IN SUPPORT OF
MOTION TO DISMISS THE INDICTMENT**

Defendant Daniel E. Carpenter, by his undersigned counsel, and pursuant Local

Rule 7.1(B)(4), respectfully moves this Court for leave to file a memorandum in excess of

twenty pages in support of his Motion to Dismiss the Indictment. As grounds therefore,

defendant states that the memorandum presents information essential to a full and

complete analysis of the issues presented in this matter, and at 31 pages, inclusive of all

signature blocks and certifications, is only slightly in excess of the generally applicable

limit. As further grounds for its allowance, defendant states that the government has

assented-to this motion.

WHEREFORE, defendant respectfully requests that this Court grant the relief
requested herein.

DANIEL E. CARPENTER,
By his attorneys,

A. John Pappalardo, Esq. (BBO # 33876)
Evan Georgopoulos, Esq. (BBO# 628480)
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

*Of Counsel*:

Alan M. Dershowitz, Esq.
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

Edward A. McDonald, Esq.
Nelson A. Boxer, Esq.
Michael J. Gilbert, Esq.
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Richard S. Order, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that a good faith attempt to resolve or narrow the issues raised in
the above motion, pursuant to L.R. 7.1, was made with AUSA Michael J. Pineault on May
6, 2004, and the government has assented to this motion.

Evan Georgopoulos

## CERTIFICATE OF SERVICE

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney as appears below by hand delivery on this 6th day of May, 2004:

Michael J. Pineault
Assistant U.S. Attorney
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Evan Georgopoulos

3