UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS THE INDICTMENT

Pursuant to Fed. R. Crim. P. 12(b), defendant Daniel E. Carpenter ("Carpenter"), through his undersigned counsel, respectfully moves this Honorable Court, to dismiss the indictment pending against him in its entirety. As grounds therefore, and as is set forth more fully in the supporting memorandum of law filed herewith, Carpenter states that the indictment suffers from three fatal defects mandating its dismissal: (1) it fails to allege and specifically identify the necessary *actus reus* and *mens rea* to support a criminal charge; (2) it contains internally inconsistent allegations and theories of fraud which fail to allege a crime; and (3) it fails to allege "materiality" — an essential element of the mail and wire fraud statutes.

WHEREFORE, for all of the foregoing reasons, and in the interests of justice, defendant Daniel E. Carpenter respectfully requests that this Honorable Court dismiss the indictment in its entirety.

## REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on this motion.

Dated: May 6, 2004

                        DANIEL E. CARPENTER,
                        By his attorneys,

                        A. John Pappalardo, Esq. (BBO # 338760)
                        Evan Georgopoulos, Esq. (BBO# 628480)
                        GREENBERG TRAURIG LLP
                        One International Place, 20th Floor
                        Boston, MA 02110
                        (617) 310-6000

*Of Counsel*:

Alan M. Dershowitz, Esq.
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

Edward A. McDonald, Esq.
Nelson A. Boxer, Esq.
Michael J. Gilbert, Esq.
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Richard S. Order, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that a good faith attempt to resolve or narrow the issues raised in the above motion, pursuant to L.R. 7.1, was made with AUSA Michael J. Pineault on May 5, 2004, but was unsuccessful.

_____
Evan Georgopoulos

## CERTIFICATE OF SERVICE

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney as appears below by hand delivery on this 6th day of May, 2004:

Michael J. Pineault
Assistant U.S. Attorney
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Evan Georgopoulos