UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 13 A II: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
v. )   CRIMINAL NO. 04-10029-GAO
)
DANIEL E. CARPENTER, )
)
Defendant. )
)

### NOTICE OF APPEARANCE

Kindly enter the appearance of Evan Georgopoulos and the law firm of Greenberg Traurig LLP, as counsel for defendant Daniel E. Carpenter, in the above-captioned matter.

DANIEL E. CARPENTER,
By his attorneys,

A. John Pappalardo, Esq. (BBO # 33876)
Evan Georgopoulos, Esq. (BBO# 628480)
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

Dated: May 10, 2004

*Of Counsel*:

Alan M. Dershowitz, Esq.
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

Edward A. McDonald, Esq.
Nelson A. Boxer, Esq.
Michael J. Gilbert, Esq.
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Richard S. Order, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

## CERTIFICATE OF SERVICE

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney as appears below by first-class mail, postage prepaid on this 10th day of May, 2004:

Michael J. Pineault
Assistant U.S. Attorney
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

*Evan Georgopoulos*

bos-srv01\140765v01