UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S ASSENTED-TO MOTION FOR A SEVEN-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The United States respectfully moves for a seven-day extension of time, from May 20 until May 27, 2004, to respond to the defendant's motion to dismiss the indictment.

In support, the government states that: (1) defendant filed and served his motion on Thursday, May 6, 2004; (2) government counsel has been on trial in the case of United States v. George, No. 03-10091-PBS, since May 10, 2004 and accordingly has had limited time to prepare a response; and (3) defendant has submitted a lengthy memorandum in support of his motion that requires additional time to address.

The next event in this case is a final status conference before Magistrate Judge Cohen scheduled for June 3. The requested seven-day extension would still provide for the government's responsive brief to be filed one week before that conference.

WHEREFORE, for the foregoing reasons, the United States moves for an extension of time until May 27, 2004 to submit its response to the defendant's motion to dismiss. Defendant has assented to the requested extension.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

Michael J. Pirreault
Assistant U.S. Attorney

Date: May 17, 2004

2

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the persons listed below a copy of the

foregoing document by first class mail:


John Pappalardo, Esq.
Evan Georgopoulos, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110


This 17th day of May, 2004


Michael J. Pineault