UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ASSENTED-TO MOTION OF DEFENDANT FOR
LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF HIS
MOTION TO DISMISS THE INDICTMENT**

Pursuant to Local Rules 7.1(B)(3) and 112.1, defendant Daniel E. Carpenter ("Carpenter"), through his undersigned counsel, respectfully moves this Honorable Court for leave to file a reply memorandum in further support of his Motion to Dismiss the Indictment, in response to certain arguments raised by the government in its memorandum in opposition. As grounds therefore, Carpenter states that the reply memorandum will assist the Court in making a fair and just determination with respect to the above-entitled matter. As further grounds for its allowance, Carpenter states that the government has assented to this Motion.

WHEREFORE, for all of the foregoing reasons, and in the interests of justice, defendant Daniel E. Carpenter respectfully requests that this Honorable Court grant leave to file his reply brief.

Dated: June 10, 2004

                                  DANIEL E. CARPENTER,
                                By his attorneys,

                                A. John Pappalardo, Esq. (BBO # 338760)
                                Evan Georgopoulos, Esq. (BBO# 628480)
                                GREENBERG TRAURIG LLP
                                One International Place, 20th Floor
                                Boston, MA 02110
                                (617) 310-6000

*Of Counsel*:

Alan M. Dershowitz, Esq.
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

Edward A. McDonald, Esq.
Nelson A. Boxer, Esq.
Michael J. Gilbert, Esq.
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Richard S. Order, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that a good faith attempt to resolve or narrow the issues raised in the above motion, pursuant to L.R. 7.1, was made with AUSA Michael J. Pineault on June 9, 2004, and that the government assents to the relief sought by this motion.

*Evan Georgopoulos*

## CERTIFICATE OF SERVICE

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney as appears below by hand delivery on this 10th day of June, 2004:

Michael J. Pineault
Assistant U.S. Attorney
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

*Evan Georgopoulos*

3