UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the parties hereby submit this Joint Memorandum in connection with the Final Status Conference to be held in this matter on July 8, 2004. The parties state as follows:

(1)  There are no outstanding "discovery" issues.

(2)  The government does not anticipate providing additional discovery as a result of the receipt of information, documents, reports of examinations or tests, except to the extent witnesses provided additional documents during the course of trial preparation. Any additional documents provided to counsel for the government will be shared with opposing counsel promptly.

(3)  The defendant does not intend to raise a defense of insanity or public authority.

(4)  The government requests that the defendant provide notice of any alibi.

(5)  The defendant filed a motion to dismiss the indictment on May 6, 2004. Subject to the District Court's ruling on said motion, the defendant expressly reserves the right to move for dismissal of the indictment, in whole or in part, on the basis of venue. The defendant does not intend to file any other pretrial motion requiring a ruling by the District Court other than motions in limine filed in advance of trial.

(6) The defendant has requested a hearing on his motion to dismiss the indictment. No schedules need be set concerning any other matter in the case.

(7) Based on their discussions, the parties do not believe this matter will be resolved through a plea.

(8) By Orders dated February 24, 2004, April 7, 2004 and June 3, 2004, the Court has excluded the time periods from February 24, 2004 (date of arraignment) through March 23, 2004, from April 6, 2004 through June 3, 2004, and from June 3, 2004 through July 8, 2004 under the Speedy Trial Act. As of July 8, the scheduled date of the final status conference, the total amount of time to proceed to trial is 57 days.

(9) The parties anticipate that a trial of this matter will take approximately 15-20 days.

Based on the foregoing, the parties respectfully submit that this matter is ready for referral to the District Court.

Respectfully submitted,

| | |
|---|---|
| DANIEL E. CARPENTER | MICHAEL J. SULLIVAN |
| By his attorneys, | United States Attorney |
| /s/ Evan Georgopoulos | /s/ Michael J. Pineault |
| A. John Pappalardo | Michael J. Pineault |
| BBO# 338760 | Assistant U.S. Attorney |
| Evan Georgopoulos | U.S. Attorney's Office |
| BBO# 628480 | U.S. Courthouse, Suite 9200 |
| Greenberg Traurig, LLP | 1 Courthouse Way |
| One International Place | Boston, MA 02210 |
| Boston, MA 02110 | |

Dated: June 29, 2004