UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S SUPPLEMENTAL MOTION TO DISMISS THE INDICTMENT FOR LACK OF VENUE

Defendant Daniel E. Carpenter ("Carpenter"), by his undersigned counsel, hereby respectfully moves this Court to dismiss the indictment against him for lack of venue. As is set forth more fully in the accompanying memorandum of law filed herewith, Carpenter seeks dismissal of the indictment in its entirety because the underlying "crime," if any, was allegedly committed in Connecticut or New York and, therefore, falls beyond the indictment power of a grand jury in Massachusetts.

## CONCLUSION

WHEREFORE, defendant Daniel E. Carpenter respectfully requests that this Honorable Court dismiss the indictment in its entirety, or at the very least Counts 3 and 4, for lack of venue.

Dated: August 20, 2004

                                DANIEL E. CARPENTER,
                                By his attorneys,

                                A. John Pappalardo, Esq. (BBO # 338760)
                                Evan Georgopoulos, Esq. (BBO# 628480)
                                GREENBERG TRAURIG LLP
                                One International Place, 20th Floor
                                Boston, MA 02110
                                (617) 310-6000

*Of Counsel*:

Alan M. Dershowitz, Esq.
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

Edward A. McDonald, Esq.
Nelson A. Boxer, Esq.
Michael J. Gilbert, Esq.
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Richard S. Order, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that a good faith attempt to resolve or narrow the issues raised in the above motion, pursuant to L.R. 7.1, was made with AUSA Michael J. Pineault, but was unsuccessful.

_____
Evan Georgopoulos

## CERTIFICATE OF SERVICE

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney as appears below by hand delivery on this 20th day of August, 2004:

Michael J. Pineault, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Evan Georgopoulos, Esq.