UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>DANIEL E. CARPENTER,  )<br>)<br>Defendant.  )  | CRIMINAL NO. 04-10029-GAO |

### ASSENTED-TO MOTION OF DEFENDANT DANIEL CARPENTER FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF HIS SUPPLEMENTAL MOTION TO DISMISS THE INDICTMENT FOR LACK OF VENUE

Defendant Daniel Carpenter ("Carpenter"), pursuant to Local Rule 7.1(B)(3), hereby respectfully moves for leave to file a reply memorandum in support of his Supplemental Motion to Dismiss the Indictment for Lack of Venue.

As grounds therefor, Carpenter states that the reply memorandum will assist the court in making a fair and just determination with respect to the above-entitled matter, and specifically with regard to defendant's constitutional and other substantial rights in this criminal case.

As further grounds for its allowance, Carpenter states that the government has assented to the relief sought by this motion.

WHEREFORE, for the foregoing reasons, defendant Daniel E. Carpenter respectfully requests that this Motion be allowed, and that he be permitted to file for the Court's

consideration a reply brief in support of his Supplemental Motion to Dismiss the Indictment for Lack of Venue.

        Respectfully submitted,

        DANIEL E. CARPENTER,
        By his attorneys,

        A. John Pappalardo, Esq. (BBO # 338760)
        Evan Georgopoulos, Esq. (BBO# 628480)
        GREENBERG TRAURIG LLP
        One International Place, 20th Floor
        Boston, MA 02110
        (617) 310-6000

*Of Counsel*:

Alan M. Dershowitz, Esq.
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

Edward A. McDonald, Esq.
Nelson A. Boxer, Esq.
Michael J. Gilbert, Esq.
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Richard S. Order, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that a good faith attempt to resolve or narrow the issues raised in the above motion, pursuant to L.R. 7.1, was made with AUSA Michael J. Pineault, and the government assents to the relief requested in the motion.

_____
Evan Georgopoulos

## CERTIFICATE OF SERVICE

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney as appears below by hand delivery on this 16th day of September, 2004:

Michael J. Pineault, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
1 Courthouse Way, Suite 92001
Boston, MA 02210

_____
Evan Georgopoulos

bos-srv01\148758v01