UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DANIEL E. CARPENTER, ) <br> ) <br> Defendant. ) | CRIMINAL NO. 04-10029-GAO |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Alan M. Dershowitz, as counsel for defendant Daniel E. Carpenter, in the above-captioned matter.

DANIEL E. CARPENTER,
By his attorneys,

/s/ Alan M. Dershowitz

Alan M. Dershowitz, Esq. (BBO # 121200)
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

A. John Pappalardo, Esq. (BBO # 33876)
Evan Georgopoulos, Esq. (BBO # 628480)
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

Dated: September 13, 2004

1

*Of Counsel*:

Edward A. McDonald, Esq.
Nelson A. Boxer, Esq.
Michael J. Gilbert, Esq.
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Richard S. Order, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

## CERTIFICATE OF SERVICE

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney as appears below by first-class mail, postage prepaid on this 13th day of September, 2004:

Michael J. Pineault
Assistant U.S. Attorney
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Evan Georgopoulos, Esq.

2