AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.
DANIEL E. CARPENTER
18 PONDSIDE LANE
SIMSBURY, CT 06070

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR 04-10029 GAO

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT-DISTRICT OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | Room<br>COURTROOM #23, 7TH FLOOR |
|---|---|
| Before:    THE HONORABLE LAWRENCE P. COHEN, USMJ | Date and Time<br>10/7/04 @ 11:00AM |

To answer a(n)

X  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title   18 & 28   United States Code, Section(s)   1341, 1343, 981 & 2461(c)

Brief description of offense:
MAIL FRAUD WIRE FRAUD AND FORFEITURE

_____
Signature of Issuing Officer

SEPTEMBER 27, 2004
Date

MARIA SIMEONE, COURTROOM DEPUTY
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at theLeft summons at the defendant's dwelling house or usual place of abode with a personLeft summor discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

II declare under penalty of perjury under the laws of the United States of AI declare under penalty of perjury ui information contained in the Return of Service is true and correct.

Returned _____
         Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---
¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.