AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DANIEL E. CARPENTER<br>18 PONDSIDE LANE<br>SIMSBURY CT 06070 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   CR 04-10029 GAO |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT- DISTRICT OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | Room<br>COURTROOM #23, 7TH FLOOR |
|---|---|
| Before:   MAGISTRATE JUDGE LAWRENCE P. COHEN | Date and Time<br>OCTOBER 7, 2004 @ 1:45PM |

To answer a(n)
X  Indictment      ☐ Information      ☐ Complaint      ☐ Violation Notice      ☐ Probation Violation Petition

Charging you with a violation of Title  18 & 28   United States Code, Section(s)  1341, 1343, 981 & 2461(c)

Brief description of offense:
MAIL FRAUD, WIRE FRAUD, AND FORFEITURE

_/s/ Maria Simeone_
Signature of Issuing Officer

OCTOBER 4, 2004
Date

/S/ MARIA SIMEONE -COURTROOM DEPUTY
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

* ☐ Served personally upon the defendant at: _____

* ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

* ☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____
Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.