UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL E. CARPENTER, )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 04-10029-GAO |

**GOVERNMENT'S MOTION FOR INITIAL PRETRIAL CONFERENCE**

The United States respectfully moves that the Court schedule an initial pretrial conference in this matter pursuant to Local Rule 117.1(A). In support, the government states that the Court initially had scheduled the initial pretrial conference for September 21, 2004 but converted that date to a hearing on defendant's motion to dismiss the indictment. Although defendant's motion remains under advisement, the Speedy Trial Act clock restarted on October 22, 2004, thirty-one days after the hearing. See 18 U.S.C. § 3161(h)(1)(J). In light of the resumption of that clock, the government requests that an initial pretrial conference or, alternatively, a status conference be scheduled.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:      /s/ Michael J. Pineault
Michael J. Pineault
Assistant U.S. Attorney

Date: November 3, 2004