UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

**GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY**

Pursuant to orders issued by Magistrate Judge Cohen dated February 24, April 7, June 3, and July 9, 2004, the periods of time from February 24 (initial appearance) through March 23, 2004 and from April 6 through September 10, 2004 have been excluded under the Speedy Trial Act.

The United States now moves that the Court exclude the following additional periods of time:

1.  September 11, 2004 through September 21, 2004. This period is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) as it constitutes the period of time up through the conclusion of the hearing on defendant's motion to dismiss the indictment. Defendant's motion actually was filed prior to September 11, but the earlier time periods were encompassed by Magistrate Judge Cohen's previous orders of excludable delay; [10 days]

2.  September 22, 2004 through October 21, 2004. This period is excludable pursuant to 18 U.S.C. § 3161(h)(1)(J) as time during which defendant's motion to dismiss was under advisement by the court; [30 days]; and

3.  November 3, 2004 through the date of the initial pretrial conference that the government has requested by motion filed simultaneously with this pleading. This period is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F), due to the pendency of the government's motion, and in the interests of justice under 18 U.S.C. § 3161(h)(8)(A).

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By:

                                                **/s/ Michael J. Pineault**
                                                Michael J. Pineault
                                                Assistant U.S. Attorney

Date: November 3, 2004