UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10029-GAO

UNITED STATES OF AMERICA

v.

DANIEL E. CARPENTER,
Defendant.

ORDER
November 9, 2004

O'TOOLE, D.J.

After hearing and consideration of the parties' submissions and arguments, I am satisfied that the allegations of the superseding indictment, if assumed to be true, adequately plead the offenses of mail and wire fraud and adequately notify the defendant of the charges against him. The defendant's motion to dismiss the indictment (Docket No. 13) is, therefore, DENIED.

The defendant's supplemental motion to dismiss the indictment for lack of venue (Docket No. 27) is also DENIED, substantially for the reasons set forth in the government's opposition.

_November 9, 2004_
DATE

_/s/ George O'Toole_
DISTRICT JUDGE