UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) |
| Defendant. | ) |

## JOINT MOTION TO CONTINUE TRIAL DATE

On November 15, 2004, the Court held an initial pretrial conference in this matter pursuant to Local Rule 117.1. At that conference, the Court tentatively scheduled trial for December 6, 2004 – twenty-one days later – subject to further communications between the parties and the Court concerning Speedy Trial Act issues and possible alternative dates.

The parties now jointly move that the Court continue the trial to a later date – on or about March 21, 2004 – that would permit the parties sufficient time to: (a) comply with the 60-day and 30-day expert disclosure schedule initially established by Magistrate Judge Cohen in this case; (b) comply with the additional pretrial disclosure provisions contained in the Local Rules; and (c) complete the additional work necessary to prepare this case for trial. With this motion, the parties simultaneously have filed a Joint Motion for Excludable Delay.

The next scheduled court date in this matter is November 29, 2004. The parties request an opportunity to address this motion with the Court at that conference.

Respectfully submitted,

| | |
|---|---|
| DANIEL E. CARPENTER | MICHAEL J. SULLIVAN |
| By his attorneys, | United States Attorney |
| /s/ A. John Pappalardo | /s/ Michael J. Pineault |
| A. John Pappalardo | Michael J. Pineault |
| BBO# 338760 | Assistant U.S. Attorney |
| Evan Georgopoulos | U.S. Attorney's Office |
| BBO# 628480 | U.S. Courthouse, Suite 9200 |
| Greenberg Traurig, LLP | 1 Courthouse Way |
| One International Place | Boston, MA 02210 |
| Boston, MA 02110 | 617-748-3261 |
| 617-310-6000 | |

Date: November 17, 2004