UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 17  P 4: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10029-GAO
)
DANIEL E. CARPENTER, )
)
Defendant. )
)

## JOINT MOTION FOR EXCLUDABLE DELAY

Pursuant to orders issued by Magistrate Judge Cohen dated February 24, April 7, June 3, and July 9, 2004, the periods of time from February 24 (initial appearance) through March 23, 2004 and from April 6 through September 10, 2004 have been excluded under the Speedy Trial Act.

The parties now jointly move that the Court exclude the following additional periods of time:

1. September 11, 2004 through September 21, 2004. This period is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) as it constitutes the period of time up through the conclusion of the hearing on defendant's motion to dismiss the indictment. Defendant's motion actually was filed prior to September 11, but the earlier time periods were encompassed by Magistrate Judge Cohen's previous orders of excludable delay; [10 days]

2. September 22, 2004 through October 21, 2004. This period is excludable pursuant to 18 U.S.C. § 3161(h)(1)(J) as time during which defendant's motion to dismiss was under advisement by the court; [30 days];

3. November 15, 2004. This period is excludable due to in-court proceedings involving the case (Pretrial Conference). [1 day].

4. November 17, 2004 through November 29, 2004. This period is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F), due to the pendency of the parties' joint

motion to continue the trial date, and in the interests of justice under 18 U.S.C. § 3161(h)(8)(A), to permit the parties time to prepare for the conference with the Court that is scheduled for November 29. [12 days]

5. November 29, 2004 through the date of trial as fixed by the Court pursuant to the parties' Joint Motion to Continue Trial Date filed herewith. This period is excludable in the interests of justice under 18 U.S.C. § 3161(h)(8)(A), to permit the parties to prepare for trial and comply with various pre-trial disclosure and filing requirements.

With the foregoing exclusions, the parties calculate that thirty-eight days of non-excludable time will have elapsed under the Speedy Trial Act at the time that trial commences in this matter.

DANIEL E. CARPENTER

By his attorneys,

A. John Pappalardo
BBO# 338760
Evan Georgopoulos
BBO# 628480
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000

MICHAEL J. SULLIVAN

United States Attorney

Michael J. Pineault
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3261

Date: November 17, 2004