%AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

United States

v.

Daniel Carpenter

**APPEARANCE**

Case Number: 04-10029-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States.

I certify that I am admitted to practice in this court.

March 23, 2005
Date

Signature

JONATHAN F. MITCHELL    629497
Print Name                Bar Number

U.S. Attorney's Office, 1 Courthouse Way, Suite
Address

Boston    MA    02210
City      State      Zip Code

617-748-3274    617-748-3960
Phone Number           Fax Number