UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR EXCLUDABLE DELAY

In light of the Court's allowance of the defendant's oral motion to continue the April 4, 2005 trial date in this matter, the parties jointly move that the Court exclude, under the Speedy Trial Act, the period of time from April 5, 2005 to May 9, 2005. This period is excludable in the interests of justice under 18 U.S.C. § 3161(h)(8)(A) to accommodate defense counsel's trial scheduling conflict and to permit the parties to prepare for trial and comply with various pre-trial disclosure and filing requirements.

Respectfully submitted,

DANIEL E. CARPENTER

By his attorneys,

 /s/ Evan Georgopoulos
A. John Pappalardo
BBO# 338760
Evan Georgopoulos
BBO# 628480
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Date:    March 30, 2005

MICHAEL J. SULLIVAN

United States Attorney

 /s/ Michael J. Pineault
Michael J. Pineault
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

1