UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |   |                           |
|--------------------------|---|---------------------------|
| UNITED STATES OF AMERICA | ) |                           |
|                          | ) |                           |
| v.                       | ) | CRIMINAL NO. 04-10029-GAO |
|                          | ) |                           |
| DANIEL E. CARPENTER,     | ) |                           |
|                          | ) |                           |
| Defendant.               | ) |                           |
|                          | ) |                           |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c), A. John Pappalardo, Evan Georgopoulos and

Greenberg Traurig LLP (collectively, "Defense Counsel") respectfully move for this

Court's leave to withdraw as counsel for defendant Daniel E. Carpenter in the above

captioned matter. As grounds therefore, Defense Counsel state that there has been a

complete breakdown in communications with their client, and believe that an irreconcilable

dispute exists between them. As further grounds, Defense Counsel state that this Motion is

timely, and that the efficient administration of justice will not be unduly impeded by its

allowance.

WHEREFORE, A. John Pappalardo, Evan Georgopoulos and Greenberg Traurig

LLP respectfully request that the Court grant them leave to withdraw as counsel in the

above captioned matter.

A. John Pappalardo, Esq. (BBO # 338760)
Evan Georgopoulos, Esq. (BBO # 628480)
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

March 31, 2005

## <u>CERTIFICATE OF SERVICE</u>

I, A. John Pappalardo, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney, AUSA Michael J. Pineault, and counsel for Daniel Carpenter, Alan Dershowitz, Esq., in open court on this 31st day of March, 2005.

A. John Pappalardo