UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

**UNOPPOSED MOTION OF UNITED STATES TO
DEPOSE PROSPECTIVE TRIAL WITNESSES**

Pursuant to Fed. R. Crim. P. 15, the United States hereby moves for leave to take the videotaped depositions of Byron Darling and Linda Jokinen for the purpose of preserving their testimony for trial. The depositions have been noticed for Thursday, May 5 and Friday, May 6, 2005, respectively. The defendant Daniel Carpenter, through counsel, has stated that he does not oppose the motion.

In further support, the government states as follows:

1. Paragraphs 83 - 87 of the Superseding Indictment summarize the key facts concerning Mr. Darling. Put briefly, Mr. Darling lost approximately $300,000 in funds that he transmitted to the defendant's company, Benistar Property Exchange Trust Company ("BPE"). He is one of seven victims referenced in the Indictment. The government anticipates that Mr. Darling will testify concerning the facts surrounding his transmission of these funds.

2. Linda Jokinen is a former employee of BPE. She was one of two principal employees in BPE's Newton, Massachusetts office. The government anticipates that Ms. Jokinen will testify concerning the workings of that office, the circumstances under which clients

transmitted their funds to BPE, and the role and involvement of the defendant in BPE.

    3.    Mr. Darling is 89 years old. Ms. Jokinen has serious health issues. In light of the continuance of the trial, on defendant's motion, from April to May to July, the government seeks leave to depose Mr. Darling and Ms. Jokinen in order to preserve their testimony in the event that they are unable to testify at trial.

    4.    The government has served defense counsel with notices of deposition (copies are attached as Exhibit 1). The defendant, through counsel, has stated that he does not oppose the motion.

    Respectfully submitted,
    MICHAEL J. SULLIVAN

    United States Attorney

    **/s/ Michael J. Pineault**
    Michael J. Pineault
    Jonathan Mitchell
    Assistant U.S. Attorneys
    U.S. Attorney's Office
    U.S. Courthouse, Suite 9200
    1 Courthouse Way
    Boston, MA 02210

Date: April 22, 2005