UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF VIDEOTAPE DEPOSITION OF BYRON DARLING

To:

    Edward A. McDonald, Esq.        Richard Order, Esq.
    Dechert LLP                                Axinn, Veltrop & Harkrider LLP
    30 Rockefeller Plaza                    90 State House Square
    New York, NY  10112-2200        Hartford, CT  06103-3702

    PLEASE TAKE NOTICE that on Thursday, May 5, 2005, pursuant to Fed. R. Crim. P. 15, the United States of America, by its attorneys, will take the deposition upon oral examination of Byron Darling of Truro, Massachusetts.

    The deposition will be held at the offices of the United States Attorney, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210, beginning at 10 a.m.  The deposition will be taken before an officer duly authorized to administer oaths, will be recorded on both audio and videotape, and will continue from day to day until completed.

    You are invited to attend and cross-examine.

        Respectfully submitted,

        MICHAEL J. SULLIVAN

United States Attorney

**  /s/ Michael J. Pineault**
Michael J. Pineault
Jonathan Mitchell
Assistant U.S. Attorneys
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: April 22, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF VIDEOTAPE DEPOSITION OF LINDA JOKINEN

To:

| | |
|---|---|
| Edward A. McDonald, Esq. | Richard Order, Esq. |
| Dechert LLP | Axinn, Veltrop & Harkrider LLP |
| 30 Rockefeller Plaza | 90 State House Square |
| New York, NY  10112-2200 | Hartford, CT  06103-3702 |

PLEASE TAKE NOTICE that on Friday, May 6, 2005, pursuant to Fed. R. Crim. P. 15, the United States of America, by its attorneys, will take the deposition upon oral examination of Linda Jokinen of Norwood, Massachusetts.

The deposition will be held at the offices of the United States Attorney, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210, beginning at 10:30 a.m.  The deposition will be taken before an officer duly authorized to administer oaths, will be recorded on both audio and videotape, and will continue from day to day until completed.

You are invited to attend and cross-examine.

        Respectfully submitted,
        MICHAEL J. SULLIVAN

United States Attorney

  **/s/ Michael J. Pineault**
Michael J. Pineault
Jonathan Mitchell
Assistant U.S. Attorneys
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: April 22, 2005