UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )         CRIMINAL NO. 04-10029-GAO<br>)<br>DANIEL E. CARPENTER              )<br>) | |

### Assented to Motion for Leave to File Limited Appearance for Purpose of May 6, 2005 Rule 15 Deposition Only

Now comes undersigned counsel and respectfully moves the Court for leave to file an appearance for the limited and sole purpose of representing the Defendant, Daniel E. Carpenter, at the Rule 15 deposition of Linda Jokinen on Friday, May 6, 2005. As grounds and reasons therefore, counsel states the following:

1. The defendant has filed a motion to continue the July 11, 2005 trial date such that Martin G. Weinberg would be able to represent him during trial in this case. If the Court allows the motion to continue, undersigned counsel would be filing his appearance in this case with Attorney Weinberg.

2. Mr. Carpenter has requested that undersigned counsel represent him during the Rule 15 deposition of Ms. Jokinen on May 6, 2005.

3. Ms. Jokinen is a material witness, it is important that Mr. Carpenter's interests be protected during the deposition, and Mr. Carpenter is currently without trial counsel.

4. The government, by and through Assistant U.S. Attorney Michael J. Pineault, assents to the allowance of this motion.

1

WHEREFORE, undersigned counsel respectfully moves the Court for an order allowing counsel to appear for the limited and sole purpose of representing the defendant during the Rule 15 deposition of Linda Jokinen, scheduled to occur on May 6, 2005.

Respectfully Submitted,

*/s/ Robert M. Goldstein*
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, MA 02116
(617) 742-9015

Dated: May 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copy of the foregoing pleading has been served by hand delivery on this 2nd day of April, 2005 on Michael J. Pineault, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

*/s/ Robert M. Goldstein*
Robert M. Goldstein

2