UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA )
)
v. )   CRIMINAL NO. 04-10029-GAO
)
DANIEL E. CARPENTER )
)

## Motion for Leave to File Memorandum in Reply to Government's Opposition to Defendant's Emergency Motion for Further Trial Continuance to November 2005

Now comes the Defendant, by and through undersigned counsel, and hereby seeks leave of Court to file a memorandum in reply to the government's opposition to the defendant's emergency motion for further trial continuance to November 2005. As grounds and reasons therefore, the defendant respectfully contends that a reply memorandum is necessary given the gravity of the issues at stake, including the defendant's Sixth Amendment right to effective assistance of counsel, and the fact that the government has tendered certain arguments that warrant a response.

WHEREFORE, the defendant respectfully requests leave of Court to file his reply memorandum.

DANIEL E. CARPENTER,
By his attorney,

Alan M. Dershowitz, Esq.
(BBO #121200)
1563 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

Dated: May 4, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion was served by hand delivery on this 4th day of May, 2005 on Michael J. Pineault, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Alan M. Dershowitz, Esq.