UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of **Jack E. Robinson** as counsel for the defendant, Daniel E. Carpenter, in the above-referenced matter.

DANIEL E. CARPENTER,
By his attorney,

*/s/ Jack E. Robinson*
Jack E. Robinson, Esq. (BBO # 559683)
2187 Atlantic Street
Stamford, CT 06902
Tel: (203) 425-4500
Fax: (203) 425-4555
E-mail: Robinsonesq@aol.com

Dated: May 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2005, I caused a true copy of the foregoing Notice to be hand delivered to Michael J. Pineault, AUSA, Office of the U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210

*/s/ Jack E. Robinson*
Jack E. Robinson