UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S WITNESS LIST**

The government anticipates calling some or all of the following witnesses in its case-in-chief:

**Witnesses**

1. Marjorie A. Adams, Esq.
   800 Hingham St.
   Rockland, MA 02370

2. J. Marc Allaire
   249 Huron Avenue, #2
   Cambridge, MA 02138

3. Albert Bellemore
   Bellemore Associates
   18 Lamy Drive, #10
   Goffstown, NH 03045

4. Gail Cahaly
   151 Phillips Brooks Rd.
   Westwood, MA

5. Ronald Cahaly
   151 Phillips Brooks Rd.
   Westwood, MA

6. Byron Darling
   P.O. Box 322
   Truro, MA

| | |
|---|---|
| 7 | Kevin T. Duffy, Esq.<br>270 Guinea Road<br>Stamford, CT 06903 |
| 8 | David Eaton<br>Eaton Partners<br>814 Elm Street<br>Manchester, NH |
| 9 | Lori Enright<br>c/o UBS PaineWebber<br>1285 Avenue of Americas<br>New York, NY |
| 10 | Steven Feit<br>c/o UBS PaineWebber<br>1285 Avenue of Americas<br>New York, NY |
| 11 | Brian Fitzgerald<br>R&B Enterprises<br>68 Grafton Rd.<br>Upton, MA 01568 |
| 12 | Joseph Iantosca<br>40 Elbee Drive<br>Braintree, MA |
| 13 | Jeffrey Johnston<br>41 Phillips Street<br>Boston, MA |
| 14 | Linda Jokinen<br>Emerald Court<br>460 Washington St.<br>Norwood, MA |
| 15 | Matthew Kameron, Esq.<br>Robinson & Cole<br>One Boston Place<br>Boston, MA 02108 |
| 16 | Gerald Levine<br>Law Offices of John M. Page<br>233 Broadway, Suite 930<br>New York, NY 10279 |

17  Janet May
    8 Roosevelt Blvd.
    Enfield, CT

18  Martin Paley
    1525 Commonwealth Ave.
    Newton, MA

19  David D. Patterson, Esq.
    1087 Beacon Street
    Suite 201
    Newton, MA

20  Thomas Rasmussen
    Merrill Lynch
    100 Campus Drive, 3rd Floor
    Florham Park, NJ 07932

21  Mitchell S. Rock
    c/o UBS PaineWebber
    1285 Avenue of Americas
    New York, NY

22  Eliot Snider
    c/o Mass. Lumber Co.
    929 Mass. Ave., Suite 02A
    Cambridge, MA 02139

23  Jackie L. Spielman
    126 Falls Brook Road
    Bristol, CT

24  Gary Stern
    Merrill Lynch
    717 5th Avenue
    New York, NY

25  Hassan Tabbah
    NMH Advisors, 5th Floor
    650 Fifth Avenue
    New York, NY 10019

26  Thomas Zappala
    U.S. Attorney's Office
    U.S. Courthouse, Suite 9200
    1 Courthouse Way
    Boston, MA 02210

27     William Ely, Esq.
           Robinson & Cole
           One Boston Place
           Boston, MA 02108

The above represents the witnesses the government anticipates that it might call in its case-in-chief. The government reserves the right to supplement this witness list as necessary.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney
By:
                                            **/s/ Michael J. Pineault**
                                            Michael J. Pineault
                                            Assistant U.S. Attorney
                                            U.S. Courthouse, Suite 9200
                                            1 Courthouse Way
                                            Boston, MA 02210

Date:   March 24, 2005