UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) ) | |
| Defendant. | ) ) | |

## GOVERNMENT'S MOTION TO EXCLUDE TIME FROM MAY 9 TO JULY 11, 2005

The United States moves that the Court exclude, under the Speedy Trial Act, the period of time from May 9, 2005 to July 11, 2005 in light of the continuance in the trial date (to July 11) that the defendant recently requested and received. In further support, the government states as follows:

1.  By motion dated March 31, 2005, defendant sought a continuance in the trial date based on: (a) his decision to replace his then-lead attorney; and (b) his request for additional time for substitute counsel to prepare for trial. As of the date of defendant's motion, trial was scheduled to begin May 9.

2.  In his motion, citing 18 U.S.C. § 3161(h)(8)(A), defendant asserted that the ends of justice warranted the requested postponement. He further stated that if a continuance were granted, he would agree "to exclude all Speedy Trial Act time up through and including the date chosen for jury selection pursuant to such additional continuance." (Motion at 3 & n.1).

3.  The Court granted the requested continuance in part, postponing the trial from May 9 to July 11, 2005.

1

4.     In light of the Court's allowance of the defendant's motion to continue the May trial date in this matter, the United States now moves that the Court exclude, under the Speedy Trial Act, the period of time from May 9, 2005 to July 11, 2005.  This period is excludable in the interests of justice under 18 U.S.C. § 3161(h)(8)(A) to provide the defendant's successor lead counsel with time to prepare for trial and to comply with various pre-trial disclosure and filing requirements.  The Court, through prior orders, has dealt with the Speedy Trial Act issues up through May 9.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 **/s/ Michael J. Pineault**
Michael J. Pineault
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Dated:  May 9, 2005

Local Rule 7.1 Certificate

Undersigned counsel certifies that he conferred with Attorneys Richard S. Order, Edward McDonald, and Martin Weinberg concerning this motion but was unable to secure their assent. Rather, he was advised to file the motion, at which point defendant would submit a response.

 **/s/ Michael J. Pineault**
Michael J. Pineault