UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>DANIEL E. CARPENTER )<br>) | CRIMINAL NO. 04-10029-GAO |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF REGARDING TRANSFER OF VENUE

Pursuant to Local Rules 7.1(b)(3) and 112.1, defendant Daniel E. Carpenter, through undersigned counsel, hereby seeks leave of Court to file a reply brief to the government's opposition to the defendant's emergency motion regarding transfer of venue.  In support hereof, the defendant respectfully suggests that the reply brief, annexed hereto as **Exhibit A**, will assist the Court in making a fair and just determination with respect to the issues at hand.

WHEREFORE, the defendant respectfully requests leave of Court to file the reply brief annexed hereto as Exhibit A.

DANIEL E. CARPENTER,
By his attorney,


**/s/  Jack E. Robinson**
Jack E. Robinson, Esq. (BBO #559683)
2187 Atlantic Street
Stamford, CT 06902
Tel:  (203) 425-4500
Fax:  (203) 425-4555
E-mail:  Robinsonesq@aol.com


Dated:  May 9, 2005

1

2

## LOCAL RULE 7.1(A)(2) STATEMENT

In light of the timing and other exigent circumstances involved in this matter, defendant's counsel, Jack E. Robinson, Esq., sent an e-mail to AUSA Michael J. Pineault asking whether he assented to the filing of this motion. No reply was received from AUSA Pineault by the time of filing.