UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY
TO DEFENDANT'S OPPOSITION TO
MOTION TO EXCLUDE TIME FROM MAY 9 TO JULY 11, 2005**

The United States respectfully moves for leave to file a 6-page reply to Defendant's

Opposition to the Government's Motion to Exclude Time from May 9 to July 11, 2005.  In

support, the government states that it wishes to bring to the Court's attention certain facts and

law that it believes relevant to assessing the contentions made in the defendant's Opposition.

The government has filed a copy of its reply memorandum contemporaneously with this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

 **/s/ Michael J. Pineault**_____
Michael J. Pineault
Jonathan Mitchell
Assistant U.S. Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: May 12, 2005

<u>Local Rule 7.1 Certification</u>

      The undersigned counsel certifies that he spoke with Attorney Richard S. Order by telephone in the morning of May 12, 2005 and obtained Mr. Order's assent to this motion.


                                    **/s/ Michael J. Pineault**
                                      Michael J. Pineault