UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> DANIEL E. CARPENTER, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL NO. 04-10029-GAO |

## GOVERNMENT'S WITNESS LIST

The government anticipates calling some or all of the following witnesses in its case-in-chief:

### Witnesses

1. Marjorie A. Adams, Esq.
   800 Hingham St.
   Rockland, MA 02370

2. J. Marc Allaire
   249 Huron Avenue, #2
   Cambridge, MA 02138

3. Albert Bellemore
   Bellemore Associates
   18 Lamy Drive, #10
   Goffstown, NH 03045

4. Gail Cahaly
   151 Phillips Brooks Rd.
   Westwood, MA

5. Ronald Cahaly
   151 Phillips Brooks Rd.
   Westwood, MA

6. Byron Darling
   P.O. Box 322
   Truro, MA

7   Kevin T. Duffy, Esq.
    270 Guinea Road
    Stamford, CT 06903

8   David Eaton
    Eaton Partners
    814 Elm Street
    Manchester, NH

9   Lori Enright
    c/o UBS PaineWebber
    1285 Avenue of Americas
    New York, NY

10  Steven Feit
    c/o UBS PaineWebber
    1285 Avenue of Americas
    New York, NY

11  Brian Fitzgerald
    R&B Enterprises
    68 Grafton Rd.
    Upton, MA 01568

12  Joseph Iantosca
    40 Elbee Drive
    Braintree, MA

13  Jeffrey Johnston
    41 Phillips Street
    Boston, MA

14  Linda Jokinen
    Emerald Court
    460 Washington St.
    Norwood, MA

15  Matthew Kameron, Esq.
    Robinson & Cole
    One Boston Place
    Boston, MA 02108

16  Gerald Levine
    Law Offices of John M. Page
    233 Broadway, Suite 930
    New York, NY 10279

| | | |
|---|---|---|
| 17 | Janet May<br>8 Roosevelt Blvd.<br>Enfield, CT | |
| 18 | Martin Paley<br>1525 Commonwealth Ave.<br>Newton, MA | |
| 19 | David D. Patterson, Esq.<br>1087 Beacon Street<br>Suite 201<br>Newton, MA | |
| 20 | Thomas Rasmussen<br>Merrill Lynch<br>100 Campus Drive, 3rd Floor<br>Florham Park, NJ 07932 | |
| 21 | Mitchell S. Rock<br>c/o UBS PaineWebber<br>1285 Avenue of Americas<br>New York, NY | |
| 22 | Eliot Snider<br>c/o Mass. Lumber Co.<br>929 Mass. Ave., Suite 02A<br>Cambridge, MA 02139 | |
| 23 | Jackie L. Spielman<br>126 Falls Brook Road<br>Bristol, CT | |
| 24 | Gary Stern<br>Merrill Lynch<br>717 5th Avenue<br>New York, NY | |
| 25 | Hassan Tabbah<br>NMH Advisors, 5th Floor<br>650 Fifth Avenue<br>New York, NY 10019 | |
| 26 | Thomas Zappala<br>U.S. Attorney's Office<br>U.S. Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210 | |

| | |
|---|---|
| 27 | William Ely, Esq.<br>Robinson & Cole<br>One Boston Place<br>Boston, MA 02108 |

The above represents the witnesses the government anticipates that it might call in its case-in-chief. The government reserves the right to supplement this witness list as necessary.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN<br>
                                          United States Attorney

By:

                                          **/s/ Michael J. Pineault**<br>
                                          Michael J. Pineault<br>
                                          Assistant U.S. Attorney<br>
                                          U.S. Courthouse, Suite 9200<br>
                                          1 Courthouse Way<br>
                                          Boston, MA 02210

Date:   March 24, 2005