UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY REGARDING TRANSFER TO THE WESTERN DIVISION**

The defendant respectfully moves for leave to file a 4-page reply to the government's opposition to the defendant's alternative motion to transfer venue to the Western Division of this Court. In support, the defendant states that he wishes to bring to the Court's attention certain facts and legal issues that are relevant with respect to this motion that have been implicated by the government's opposition. The defendant has filed his reply brief contemporaneously herewith.

**LOCAL RULE 7.1(A)(2) STATEMENT**

Defendant's counsel, Jack E. Robinson, Esq., sent an e-mail to AUSA Michael J. Pineault requesting his assent. AUSA Pineault had not responded by the time of filing.

Respectfully submitted,

DANIEL E. CARPENTER,
By his attorney,

/s/  Jack E. Robinson
Jack E. Robinson, Esq. (BBO #559683)
2187 Atlantic Street
Stamford, CT 06902
Tel:  (203) 425-4500
Fax:  (203) 425-4555
E-mail:  Robinsonesq@aol.com

Dated:  May 13, 2005