UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER | ) ) ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY REGARDING GOVERNMENT'S MOTION TO EXCLUDE TIME**

The defendant respectfully moves for leave to file a 4-page sur-reply to the government's reply regarding its motion to exclude time under the Speedy Trial Act. In support, the defendant states that he wishes to bring to the Court's attention certain facts and legal issues that are relevant with respect to this matter that have been implicated by the government's reply. The defendant has filed his sur-reply contemporaneously herewith.

**LOCAL RULE 7.1(A)(2) STATEMENT**

Defendant's counsel, Jack E. Robinson, Esq., sent an e-mail to AUSA Michael J. Pineault requesting his assent. AUSA Pineault had not responded by the time of filing.

Respectfully submitted,

DANIEL E. CARPENTER,
By his attorney,

/s/  Jack E. Robinson
Jack E. Robinson, Esq. (BBO #559683)
2187 Atlantic Street
Stamford, CT 06902
Tel: (203) 425-4500
Fax: (203) 425-4555
E-mail: Robinsonesq@aol.com

Dated: May 16, 2005