JIM GERLACH
6TH DISTRICT, PENNSYLVANIA

COMMITTEES:
TRANSPORTATION AND INFRASTRUCTURE
SMALL BUSINESS

1541 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4315
FAX: (202) 225-8440

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3806

February 25, 2004

Ms. Mabel Capolongo
Regional Director-Philadelphia Region
U.S. Department of Labor
Employee Benefits Security Administration
The Curtis Center-Suite 870 West
170 S. Independence Mall West
Philadelphia, PA 19106

Dear Ms. Capolongo:

I am writing in reference to John J. Koresko, Esquire, a constituent who has provided my office with tax advice on various pieces of legislation and is head of the law firm Koresko & Associates, PC representing PennMont Benefit Services, Inc. and Regional Employers Assurance Leagues VEBA trusts (REAL VEBA).

Mr. Koresko's expertise in tax and ERISA matters are well-known and respected and he has participated in numerous Congressional proceedings and activities to further legislation that promotes employer use of welfare benefit plans. Included among the legislators who have benefited from Mr. Koresko's expertise have been U.S. Senator Rick Santorum, Congressman Phil Crane, Congressman Phil English and the staffs of the House Ways and Means Committee and the Senate Finance Committee.

I also understand that Mr. Koresko has been of assistance to your office, the Boston office of DOL/EBSA and Assistant U.S. Attorney Michael Pineault in the Boston office of the United States Attorney.

In short, Mr. Koresko has been of great assistance to me and other Members of Congress on important tax, ERISA and welfare benefit plan issues and I look forward to his continuing advice and counsel as these issues continue to be reviewed and debated.

I hope you have the opportunity to take benefit of Mr. Koresko's expertise and advice on matters that come before your office. His services could most useful.

Sincerely,

Jim Gerlach
Member of Congress

JG:mw
Cc: Hon. Elaine Chao, Secretary, U.S. Department of Labor
Howard Radzely, Solicitor, U.S. Department of Labor
Tom Donnelly, Jefferson Government Relations
John J. Koresko, Esquire

DISTRICT OFFICES

BERKS COUNTY
501 North Penn Road
Wyomissing, PA 19610
(610) 376-7630
FAX (610) 376-7633

CHESTER COUNTY
1220 Pottstown Pike, Suite 4
Glenmoore, PA 19343
(610) 458-6016
FAX 610-458-6357


EX. A

MONTGOMERY COUNTY
580 Main Street, Suite 4
Trappe, PA 19426
(610) 409-2780
FAX (610) 409-7981