UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10029-GAO |
| | ) |
| DANIEL E. CARPENTER | ) |

## Notice of Appearance

Now comes the undersigned counsel, Robert M. Goldstein, and hereby enters his appearance for the Defendant, Daniel E. Carpenter, for all purposes, in the above-captioned matter.

_____
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, MA 02116
(617) 742-9015

Dated: June 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copy of the foregoing pleading has been served by electronic filing on this 22nd day of June, 2005 on Michael J. Pineault, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Robert M. Goldstein