```
FUNCTION ____     SELECT _____          PW ____
                  FUNDS PROCESSING SYSTEM                    06/13/01
                  DEPOSITS HISTORY DETAILS SCREEN 1          08:11:12

GL ACCOUNT: 01103892   COMPANY: WCS   BANK MNEMONIC: MELN ACCT: 1011730
ORIGN WIRE: COK   VALUE DTE: 2000/09/08 ML ACCT: 84907B01   BENISTAR PROPERTY EX
TAG: D20002522169 DEPOSIT AMOUNT:          294290.35 CURR: USD STATUS: CREDITED

1ST PARTY................  2ND PARTY................  3RD PARTY................
/X014269381ANSEL B C   HA  /84907B01BENISTAR          MT100:52D:NATIONAL        F
PLIN TTEETHE TRURO CONSERV                            INANCIAL SERVICES CORP 1I
RUSTORLEANS MA 02653-4009                             BANCILIATION D-7161 DEVON
                                                      SHIRE SBOSTON, MA 02110 :
                                                      53D:021000E MANHATTAN BK,


INVESTIGAT:        00000000 000000 RELEAS USR:    00000000 000000 BK  AP:
VERIFY USR:        00000000 000000 CLAIM USER:    00000000 000000


FUNDS TYPE:    TRAVEL RULE INDICATORS: F


F1-MENU   F3-INQUIRY   F7-SELECTION   ENTER-NEXT SCREEN
```

G.55

Date: 6/13/1  Time: 06:22:08 AM
00214

```
FUNCTION ____      SELECT _____        PW ____
                     FUNDS PROCESSING SYSTEM                      06/13/01
                   DEPOSITS HISTORY DETAILS SCREEN 2              08:11:12


TAG: D20002522169 DEPOSIT AMT:         294290.35 CURR: USD VAL DTE: 2000/09/08

CUSTOMER NAME:            CUSTOMER ADDRESS:
BENISTAR PROPERTY EXCHANG ACCT 1022
TRUST COMPANY INC         507 HOPMEADOW ST
                          SIMSBURY CT 06070

REFERENCE INFORMATION:

ORIGINAL DEPOSIT:              .00 CURRENCY:       COUNTRY:

OFAC ACTION:                   TYPE:               SOURCE:



OFAC TEXT:

F1-MENU  F3-INQUIRY  F7-SELECTION    ENTER-PREVIOUS SCREEN
```

Date: 6/13/ 1 Time: 06:22:14 AM