```
FUNCTION ____     SELECT _____          PW ____
                    FUNDS PROCESSING SYSTEM                06/13/01
                  DEPOSITS HISTORY DETAILS SCREEN 1        08:11:12

GL ACCOUNT: 01103892   COMPANY: WCS   BANK MNEMONIC: MELN ACCT: 1011730
ORIGN WIRE: COK  VALUE DTE: 2000/09/08 ML ACCT: 84907B01    BENISTAR PROPERTY EX
TAG: D20002521916 DEPOSIT AMOUNT:        28000.00 CURR: USD STATUS: CREDITED

1ST PARTY................ 2ND PARTY................ 3RD PARTY................
/3012411301THE CAPE    CO /84907B01BENISTAR         MT100:52D:NATIONAL       F
D COMPACTPO BOX 340SORLEAN                          INANCIAL SERVICES CORP 1I
653-0340                                            BANCILIATION D-7161 DEVON
                                                    SHIRE SBOSTON, MA 02110 :
                                                    53D:021000E MANHATTAN BK,


INVESTIGAT:        00000000 000000 RELEAS USR:   00000000 000000 BK  AP:
VERIFY USR:        00000000 000000 CLAIM USER:   00000000 000000


FUNDS TYPE:    TRAVEL RULE INDICATORS: F


F1-MENU   F3-INQUIRY   F7-SELECTION   ENTER-NEXT SCREEN
```

G.56

Date: 6/13/-1 Time: 06:21:47 AM
00216

```
FUNCTION ____        SELECT _____          PW ____
                    FUNDS PROCESSING SYSTEM                     06/13/01
                 DEPOSITS HISTORY DETAILS SCREEN 2              08:11:12


TAG: D20002521916 DEPOSIT AMT:        28000.00 CURR: USD VAL DTE: 2000/09/08

CUSTOMER NAME:            CUSTOMER ADDRESS:
BENISTAR PROPERTY EXCHANG ACCT 1022
TRUST COMPANY INC         507 HOPMEADOW ST
                          SIMSBURY CT 06070

REFERENCE INFORMATION:

ORIGINAL DEPOSIT:              .00 CURRENCY:       COUNTRY:

OFAC ACTION:                   TYPE:               SOURCE:


OFAC TEXT:

F1-MENU  F3-INQUIRY  F7-SELECTION    ENTER-PREVIOUS SCREEN
```