REDACTED

Citizens Bank

HOFFMAN & HOFFMAN
IOLTA ACCOUNT/CONVEYANCING
44 SCHOOL STREET 6TH FLOOR
BOSTON, MA 02108-

To: HOFFMAN & HOFFMAN

Your Citizens Bank Account Number 1103171132 has been debited on 2000-11-22, for an Outgoing Wire Transfer as follows.

By Order Of:   HOFFMAN & HOFFMAN
Account:       1103171132
Amount:        $513180.74

Beneficiary Information:

Beneficiary:         PAINE WEBBER
Beneficiary Account: 8900114096
Receiver Bank:       BK OF NYC
Receiver Bank ABA:   021000018
Beneficiary Bank:
Intermediary Bank:
Senders Reference #: 20001122102228CM
Fed Reference #:     20001122A1Q024AC000204

Additional Information (if applicable):

FFC TO BENISTAR PROPERTY EXCHANGE TRUST CO INC AC#EX15434MR   JEFFREY JOHNSTON CASE #001120

Thank you for your business. If you have any questions please call
1-800-343-2258 (Press # 2).

G.128

CONFIDENTIAL   JOHN 0049

00575