```
FFTN FPTM00N              FED FUNDS TRANSFER SYSTEM        Date: 01/22/2001
Termid: S$2Z                 INCOMING  WIRE  INQUIRY       Time: 13:07:54
Function. __                                               Wire:    175
PW Book Date 11/22/2000                                    Value Date: 11/22/2000
Credit Type: PAYMENT ADVICE                        Credit Party (Client):
PW Client/GL.  EX_15434_____   Type. 1  Multi? N  BENISTAR PROPERTY
Amount:      513,180.74                            EXCHANGE TRUST CO INC
Bankacct: 8900114096 (PW RETAIL)                   507 HOPMEADOW ST
Status: JOURNALED                                     IE: MR   QP:       Code: CR
-----------------------------------------------------------------------------
Ordering Customer (Tag 52D):               Information for Beneficiary (Tag 72):
   HOFFMAN   HOFFMAN                          FFC TO BENISTAR PROPERTY EXCHANGE
   IOLTA ACCOUNT/CONVEYANCING                 TRUST CO INC AC EX15434MR JEFFREY
   44 SCHOOL STREET 6TH FLOOR                 JOHNSTON CASE   001120
   BOSTON, MA  02108-                         IMA:1122A1Q024AC000204 PAINE WEBBER
Ordering Institution (Tag 56D):
   ABA/011500120
Ordering Institution Ref. (Tag 21):
   O/B CITIZENS BAN


1=Help  2=Menu  3=Exit  4=Prev  5=Refresh  7=Bkwd  8=Fwd  10=Status    PF. __
```

G.129

00576