```
FUNCTION ____   SELECT _____       PW ____
                    FUNDS PROCESSING SYSTEM             06/13/01
                 DEPOSITS HISTORY DETAILS SCREEN 1      08:11:12

GL ACCOUNT: 01103892   COMPANY: WCS   BANK MNEMONIC: MELN ACCT: 1011730
ORIGN WIRE: COK   VALUE DTE: 2000/09/14 ML ACCT: 84907B01   BENISTAR PROPERTY EX
TAG: D20002583343 DEPOSIT AMOUNT:       3000000.00 CURR: USD STATUS: CREDITED

1ST PARTY...............  2ND PARTY...............  3RD PARTY...............
PEABODY & ARNOLDPEAB      OD  /1011730MERRILL LYN   CH MT100:52 : :53D:011    S
Y & ARNOLD CLIENTS                                  00120CITIZENS SAVINGS BK
                                                    PRE, RI :54 : :56 : :57 :
                                                    :59: /30MERRILL LYNCH :7
                                                    0:FOR FURTDIT TO: BENISTA
                                                    R

INVESTIGAT:       00000000 000000 RELEAS USR:       00000000 000000 BK  AP:
VERIFY USR:       00000000 000000 CLAIM USER:       00000000 000000


FUNDS TYPE:    TRAVEL RULE INDICATORS: F  .


F1-MENU  F3-INQUIRY  F7-SELECTION   ENTER-NEXT SCREEN
```

G.14

Date: 6/13/ 1 Time: 06:23:05 AM

00060

```
FUNCTION _____        SELECT _____          PW ____
                        FUNDS PROCESSING SYSTEM                  06/13/01
                    DEPOSITS HISTORY DETAILS SCREEN 2            08:11:12


TAG: D20002583343 DEPOSIT AMT:        3000000.00 CURR: USD VAL DTE: 2000/09/14

CUSTOMER NAME:              CUSTOMER ADDRESS:
BENISTAR PROPERTY EXCHANG   ACCT 1022
TRUST COMPANY INC           507 HOPMEADOW ST
                            SIMSBURY CT 06070

REFERENCE INFORMATION:

ORIGINAL DEPOSIT:              .00 CURRENCY:        COUNTRY:

OFAC ACTION:                       TYPE:            SOURCE:



OFAC TEXT:

F1-MENU  F3-INQUIRY  F7-SELECTION    ENTER-PREVIOUS SCREEN
```