```
FUNCTION _____       SELECT _____              PW _____
                     FUNDS PROCESSING SYSTEM                      06/13/01
                  DEPOSITS HISTORY DETAILS SCREEN 1                08:11:12

GL ACCOUNT: 01103892   COMPANY: WCS    BANK MNEMONIC: MELN ACCT: 1011730
ORIGN WIRE: COK   VALUE DTE: 2000/08/16  ML ACCT: 84907B01   BENISTAR PROPERTY EX
TAG: D20002291921 DEPOSIT AMOUNT:        506562.40 CURR: USD STATUS: CREDITED

1ST PARTY................ 2ND PARTY................ 3RD PARTY................
ROBERT J BARRETT ATT   OR  /1011730MERRILL LYN    CH MT100:52 : :53D:011     S
NEY AT LCONVEYANCING ACCOU ONE MELLON BANK PLAZAPITTS 00120CITIZENS SAVINGS BK
LAIN ST SUITE 204MARSHFIEL A 15258 0001              PRE, RI :54 : :56 : :57 :
D, M50-                                              :59: /30MERRILL LYNCHONE
                                                     MELLON BAAPITTSBURGH PA
                                                     1

INVESTIGAT:       00000000 000000 RELEAS USR:   00000000 000000 BK   AP:
VERIFY USR:       00000000 000000 CLAIM USER:   00000000 000000

FUNDS TYPE:      TRAVEL RULE INDICATORS: F

F1-MENU  F3-INQUIRY  F7-SELECTION  ENTER-NEXT SCREEN
```

G. 85