

```
 TN PPTMOON           FED FUNDS TRANSFER SYSTEM          Date: 01/22/2001
 rmid: S$2Z              INCOMING WIRE INQUIRY           Time: 13:07:50
Function.                                                Wire:    207
PW Book Date 12/01/2000                            Value Date: 12/01/2000
Credit Type: PAYMENT ADVICE              Credit Party (Client):
PW Client/GL   EX_15434       Type. 1  Multi? N  BENISTAR PROPERTY
Amount:      774,563.54                          EXCHANGE TRUST CO INC
Bankacct: 8900114096 (PW RETAIL)                 507 HOPMEADOW ST
Status: JOURNALED                                   IB: MR    QP:       Code: CR
-----------------------------------------     -----------------------------
Ordering Customer (Tag 52D):              Information for Beneficiary (Tag 72):
   BERNKOPF GOODMAN   BASEMAN LLP            FFC TO BENISTAR PROPERTY EXCHANGE
   125 SUMMER ST SUITE 1300                  TRUST CO INC ACCT  EX15434-MR
   BOSTON, MA  02110-                        EXCHANGER'S NAME FERN REALTY TRUST
Ordering Institution (Tag 56D):              CASE 001130J1
   ABA/011500120                             IMA:1201A1Q024AC000063 PAINE WEBBER
Ordering Institution Ref. (Tag 21):
   O/B CITIZENS BAN


  1=Help  2=Menu  3=Exit  4=Prev  5=Refresh  7=Bkwd  8=Fwd  10=Status       PP.
```

G.94