```
TN PFTMOON              FED FUNDS TRANSFER SYSTEM           Date: 01/22/2001
rmid: S$2Z                 INCOMING WIRE INQUIRY            Time: 13:07:38
Function. __                                                Wire:    176
PW Book Date 12/01/2000                              Value Date: 12/01/2000
Credit Type: PAYMENT ADVICE                    Credit Party (Client):
PW Client/GL. _EX_15434_____  Type. 1  Multi? N   BENISTAR PROPERTY
Amount: __1,875,323.43                            EXCHANGE TRUST CO INC
Bankacct: 8900114096 (PW RETAIL)                  507 HOPMEADOW ST
Status: JOURNALED                                 IE: MR   QP:       Code: CR
-----------------------------------------------------------------------------
Ordering Customer (Tag 52D):         Information for Beneficiary (Tag 72):
   BERNKOPF GOODMAN   BASEMAN LLP       FFC TO BENISTAR PROPERTY EXCHANGE
   125 SUMMER ST SUITE 1300              TRUST CO INC ACCT EX-15434-MR
   BOSTON, MA  02110-                    EXCHANGER'S NAME FERN REALTY TRUST
Ordering Institution (Tag 56D):          CASE 001130J2
   ABA/011500120                         IMA:1201A1Q024AC000044 PAINE WEBBER
Ordering Institution Ref. (Tag 21):
   O/B CITIZENS BAN


1=Help  2=Menu  3=Exit  4=Prev  5=Refresh  7=Bkwd  8=Fwd  10=Status     PF. __
```

G.99

00367