

```
PPTN FFTM00N              FED FUNDS TRANSFER SYSTEM          Date: 01/22/2001
   rmid: S$2Z               INCOMING WIRE INQUIRY            Time: 13:07:41
 _nction. __                                                 Wire: ___175
PW Book Date 12/01/2000                                      Value Date: 12/01/2000
Credit Type: PAYMENT ADVICE                    Credit Party (Client):
PW Client/GL. _EX_15434____  Type. 1  Multi? N  BENISTAR PROPERTY
Amount:   __1,615,902.33                        EXCHANGE TRUST CO INC
Bankacct: 8900114096 (PW RETAIL)                507 HOPMEADOW ST
Status: JOURNALED                                  IE: MR   QP:      Code: CR
-----------------------------------------------------------------------------
Ordering Customer (Tag 52D):     Information for Beneficiary (Tag 72):
  BERNKOPF GOODMAN   BASEMAN LLP   PFC TO BENISTAR PROPERTY EXCHANGE
  125 SUMMER ST SUITE 1300         TRUST CO INC ACCT  EX-15434-MR
  BOSTON, MA  02110-               EXCHANGER'S NAME JOSEPH IANTOSCA CA
Ordering Institution (Tag 56D):   SE  001130J3
  ABA/011500120                   IMA:1201A1Q024AC000043 PAINE WEBBER
Ordering Institution Ref. (Tag 21):
  O/B CITIZENS BAN


1=Help  2=Menu  3=Exit  4=Prev  5=Refresh  7=Bkwd  8=Fwd  10=Status     PF. __
```

G.104