

```
TN PPTMOON              FED FUNDS TRANSFER SYSTEM        Date: 01/22/2001
 rmid: S5ZZ                INCOMING WIRE INQUIRY         Time: 13:07:29
Function. __                                             Wire: ___281
PW Book Date 12/01/2000                          Value Date: 12/01/2000
Credit Type: PAYMENT ADVICE                   Credit Party (Client):
PW Client/GL. _EX_15434_____  Type. 1  Multi? N  BENISTAR PROPERTY
Amount: __2,434,659.51                           EXCHANGE TRUST CO INC
Bankacct: 8900114096 (PW RETAIL)                 507 HOPMEADOW ST
Status: JOURNALED                                IB: MR   QP:       Code: CR
--------------------------------------------------------------------------
Ordering Customer (Tag 52D):          Information for Beneficiary (Tag 72):
  BERNKOPF GOODMAN   BASEMAN LLP         FFC BENISTAR PROP EXCHANGE TR CO
  125 SUMMER ST SUITE 1300                INC AC EX-15434-MR EXCHANGER'S NAME
  BOSTON, MA  02110-                       PAXON HEIGHTS APARTMENTS REALTY
Ordering Institution (Tag 56D):          TRUST CASE 001130J4
  ABA/011500120                          IMA:1201A1Q024AC000149 PAINE WEBBER
Ordering Institution Ref. (Tag 21):
  O/B CITIZENS BAN


1=Help  2=Menu  3=Exit  4=Prev  5=Refresh  7=Bkwd  8=Fwd  10=Status    PF. __
```

G.109

00403