

**BENISTAR Property Exchange**

233 Needham Street
Newton, Massachusetts 02464
(617) 965-4396   Fax: (617) 965-0120

## FAX COVER SHEET

Date:          January 2, 2001

To:            Jackie Spielman
               BENISTAR, Ltd.

Fax No.:       1-860-408-7015

From:          Linda Jokinen

Re:            Ronald Cahaly

**Pages (including cover page):**

Please wire $920,000.00 from the Cahaly balance of 1,904,730.00 first thing tomorrow as follows:

Bank:          Citizens Bank of Massachusetts
               Providence, Rhode Island
               617-725-5839

ABA No.:       0115-0012-0

Account Name:  Choate Hall & Stewart

Account No.:   110781-249-3

The documents transmitted by this facsimile may contain privileged and confidential information, which is intended for the use of only the addressee named on this transmittal sheet. If you are not the addressee, any disclosure, photocopying, distribution or use of its contents is prohibited. If you have received this facsimile in error, please call us toll-free immediately at 888-477-8773 so that we may arrange for retrieval of the documents.

Gov. 50

00193