```
                    FED FUNDS TRANSFER SYSTEM          Date: 01/22/2001
                       INCOMING WIRE INQUIRY           Time: 13:08:12
                                                       Wire: ___274
       Date: 11/13/2000                          Value Date: 11/13/2000
  Credit Type: PAYMENT ADVICE              Credit Party (Client):
  PW Client/GL: EX_15434    Type. 1 Multi? N  BENISTAR PROPERTY
  Amount:      72,535.62                      EXCHANGE TRUST CO INC
  Bank Acct: 9900114096 (PW RETAIL)           507 HOPMEADOW ST
  Status: JOURNALED                           IE: MR  QP:      Code: CR
  ---------------------------------------- ----------------------------
  Ordering Customer (Tag 52D):        Information for Beneficiary (Tag 72):
    FUSARO ALTOMARE   ERMI ATTYS       F/C TO BENISTAR PROPERTY EXCHANGE
    P C TRUSTEE FOR CLIENTS            TRUST CO INC ACCT  EX15434-MR ALSO
    250 COMMERCIAL ST                  REFERENCE: FITZGERALD/CASE  001030
    WORCESTER, MA  01608               IMA:1113C1QAE01X000264 PAINE WEBBER
  Ordering Institution (Tag 56D):
    ABA/011075150
  Ordering Institution Ref. (Tag 21):
    O/B SOVEREIGN BA


  1=Help  2=Menu  3=Exit  4=Prev  5=Refresh  7=Bkwd  8=Fwd  10=Status    PP. __
```

G. 71