```
FFTN FFTM00N            FED FUNDS TRANSFER SYSTEM           Date: 01/22/2001
Termid: S$2Z               INCOMING  WIRE  INQUIRY          Time: 13:08:18
Function. __                                                Wire:    485
PW Book Date 11/16/2000                                     Value Date: 11/16/2000
Credit Type: PAYMENT ADVICE              Credit Party (Client):
PW Client/GL.  EX_15434      Type. 1  Multi? N  BENISTAR PROPERTY
Amount:       17,090.00                    EXCHANGE TRUST CO INC
Bankacct: 8900114096 (PW RETAIL)           507 HOPMEADOW ST
Status: JOURNALED                          IE: MR   QP:          Code: CR
-------------------------------------------------------------------------
Ordering Customer (Tag 52D):     Information for Beneficiary (Tag 72):
  /0041794682                      FFC TO BENISTER PROPERTY EXCHANGE
  CONSIALI BRUCATO   VILLANI PC    TRUST CO. INC. EX15434MR
  200 MAIN ST  PO BOX 170          IMA:1116A1QP148C003253 PAINE WEBBER
  MILFORD MA 01757
Ordering Institution (Tag 56D):
  ABA/011500010
Ordering Institution Ref. (Tag 21):
  O/B FLEET NYC, L


1=Help  2=Menu  3=Exit  4=Prev  5=Refresh  7=Bkwd  8=Fwd  10=Status    PF. __
```

G. 72