```
FFTN FFTM00N              FED FUNDS TRANSFER SYSTEM        Date: 01/22/2001
Termid: 6$2Z                INCOMING  WIRE  INQUIRY        Time: 13:07:56
Function. __                                               Wire:    422
PW Book Date 11/16/2000                            Value Date: 11/16/2000
Credit Type: PAYMENT ORDER                    Credit Party (Client):
PW Client/GL.  EX_15434       Type. 1  Multi? N  BENISTAR PROPERTY
Amount:     400,000.00                           EXCHANGE TRUST CO INC
Bankacct: 8900114096 (PW RETAIL)                 507 HOPMEADOW ST
Status: JOURNALED                                   IE: MR   QP:      Code: CR
-----------------------------------------------------------------------------
Ordering Customer (Tag 50):           Final Beneficiary (Tag 59):
   JENNINGS ST MINIT CAR WASH            /890-0-114096
   980 GRAFTON STREET                    PAINE WEBBER
   WORCESTER, MA                      Information for Beneficiary (Tag 72):
Ordering Institution (Tag 52D):          IMA:1116A1Q5081E000003
   BAY STATE SAVINGS BANK
   28-32 FRANKLIN STREET
   WORCESTER, MA 01608
Details of Payment (Tag 70):
   FBO:BENISTAR EX-15434-MR
   BNY CUST RRN - RB ENTER 001030E


1=Help  2=Menu  3=Exit  4=Prev  5=Refresh  7=Bkwd  8=Fwd  10=Status    PF. __
```

G. 73