UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER | ) | |
| _____) | | |

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN TESTIMONY FROM GOVERNMENT'S SUMMARY FACT WITNESS**
**(Defendant's Motion *In Limine* No. 6)**

Defendant Daniel E. Carpenter, through undersigned counsel, respectfully moves *in limine* to exclude testimony (and exhibits in support thereof) offered by the government's summary fact witness – Mr. Thomas J. Zappala ("Zappala") – regarding the amount of the investment losses incurred by Benistar Property Exchange Trust Co., Inc. ("BPE"), or BPE's or Mr. Carpenter's investment trends, practices or strategies.

By the government's own admission, Zappala's testimony in this regard is irrelevant and inadmissible. Consequently, not only should such testimony be excluded, but the proposed trial exhibits offered by the government in support thereof should also be excluded. See Government Trial Exhibits 204 through 213, inclusive (annexed hereto as **Exhibits 1 through 10**) (the "Exhibits").

**REQUEST FOR ORAL ARGUMENT**

Mr. Carpenter requests oral argument on the within motion at the final pre-trial conference scheduled for June 30, 2005.

**LOCAL RULE 7.1(A)(2) STATEMENT**

Mr. Carpenter's counsel has conferred with Michael J. Pineault, AUSA in a good faith, but unsuccessful, attempt to resolve or narrow the issue.

1

## MEMORANDUM OF LAW

### I.    ZAPPALA'S TESTIMONY IS IRRELEVANT AND PREJUDICIAL

In light of the government's admission that whether BPE's investments subsequently resulted in gains or losses is "irrelevant," Zappala's testimony regarding the amount of BPE's investment losses, or BPE's or Mr. Carpenter's investment trends, practices or strategies, is also irrelevant. Consequently, any such testimony offered by Zappala is inadmissible. See Fed. R. Evid. 402.

Mr. Carpenter expressly incorporates herein his **Defendant's Motion *In Limine* No. 1** in further support of this argument. See Fed. R. Evid. 402, 403. As a result, the Exhibits are also irrelevant and prejudicial and should be excluded.

DANIEL E. CARPENTER,
By his attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: June 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copy of the foregoing pleading has been served by electronic filing on this 23rd day of June, 2005, on Michael J. Pineault, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

**/s/ Robert M. Goldstein**
Robert M. Goldstein