## U.S. v. Carpenter: BPE Bank Account Balances by Month

| Month End | BPE Merrill Lynch 849-07B01 | BPE Merrill Lynch 849-07B10 | BPE PaineWebber EX 15433-MR | BPE PaineWebber EX 15434-MR | Total |
|---|---|---|---|---|---|
| 01/31/00 | $2,138,915.34 | $650,843.22 | $0.00 | $0.00 | $2,789,758.56 |
| 02/29/00 | $1,000,081.98 | $1,733,104.00 | $0.00 | $0.00 | $2,733,185.98 |
| 03/31/00 | $2,074,997.69 | $1,398,771.00 | $0.00 | $0.00 | $3,473,768.69 |
| 04/28/00 | $1,891,289.94 | $1,717,587.00 | $0.00 | $0.00 | $3,608,876.94 |
| 05/31/00 | $613,657.31 | $1,442,124.00 | $0.00 | $0.00 | $2,055,781.31 |
| 06/30/00 | $612,788.45 | $2,082,942.00 | $0.00 | $0.00 | $2,695,730.45 |
| 07/31/00 | $510,824.85 | $279,506.00 | $0.00 | $0.00 | $790,330.85 |
| 08/31/00 | $536,102.76 | $1,792,838.00 | $0.00 | $0.00 | $2,328,940.76 |
| 09/29/00 | $2,660,421.39 | $790,089.00 | $0.00 | $0.00 | $3,450,510.39 |
| 10/31/00 | $1,048.62 | ($12,422.50) | $2,498,608.77 | $1,635,741.21 | $4,122,976.10 |
| 11/30/00 | $1,048.62 | ($79.52) | $2,152,320.53 | $2,995,357.50 | $5,148,647.13 |
| 12/29/00 | $1,048.62 | ($0.20) | ($1,314,037.35) | $4,504,981.19 | $3,191,992.26 |
| 01/31/01 | $1,048.62 | ($0.20) | ($1,031.09) | $4,149.38 | $4,166.71 |

Note: BPE maintained three other accounts at Merrill Lynch, those being 849-07C38; 849-07E05; and 849-07E06. The highest month-end balance for these three accounts combined was $135.51 as of 03/31/00.

Note: The 01/31/01 statement for account 849-07B10 is not available and the balance used is as of 12/31/00.