U.S. v. Carpenter - Summary of Transfers

### Transfers to Merrill Lynch Account No. 849-07B10

| Date | Account Debited | Account Credited | Amount |
|---|---|---|---|
| 02/01/00 | 849-07B01 | 849-07B10 | $750,000.00 |
| 04/10/00 | 849-07B01 | 849-07B10 | $300,000.00 |
| 04/14/00 | 849-07B01 | 849-07B10 | $200,000.00 |
| 04/17/00 | 849-07B01 | 849-07B10 | $1,000,000.00 |
| 05/31/00 | 849-07B01 | 849-07B10 | $1,000,000.00 |
| 06/06/00 | 849-07B01 | 849-07B10 | $700,000.00 |
| 07/28/00 | 849-07B10 | 849-07B01 | ($1,100,000.00) |
| 07/31/00 | 849-07B10 | 849-07B01 | ($750,000.00) |
| 08/08/00 | 849-07B01 | 849-07B10 | $400,000.00 |
| 08/18/00 | 849-07B01 | 849-07B10 | $300,000.00 |
| 08/31/00 | 849-07B01 | 849-07B10 | $1,000,000.00 |
| 09/07/00 | 849-07B01 | 849-07B10 | $200,000.00 |
| 09/20/00 | 849-07B01 | 849-07B10 | $500,000.00 |
| 09/28/00 | 849-07B01 | 849-07B10 | $70,000.00 |
| | | | **$4,570,000.00** |

### Transfers to PaineWebber Account No. EX-15433-MR

| Date | Account Debited | Account Credited | Amount |
|---|---|---|---|
| 10/12/00 | 849-07B01 | EX-15433-MR | $200,000.00 |
| 10/18/00 | 849-07B10 | EX-15433-MR | $870,690.00 |
| 10/27/00 | EX-15435-MR | EX-15433-MR | $2,000,000.00 |
| 11/09/00 | EX-15434-MR | EX-15433-MR | $1,000,000.00 |
| 11/29/00 | EX-15434-MR | EX-15433-MR | $1,020,402.00 |
| 12/04/00 | EX-15433-MR | EX-15434-MR | ($20,402.00) |
| 12/14/00 | EX-15434-MR | EX-15433-MR | $929,156.00 |
| 01/04/01 | EX-15434-MR | EX-15433-MR | $1,351,031.48 |
| | | | **$7,350,877.48** |


G.205