## U.S. v. Carpenter - Summary of Trading Losses

### Merrill Lynch Account No. 849-07B10

| Month | Realized Capital Gains and (Losses) Monthly | Realized Capital Gains and (Losses) YTD |
|---|---|---|
| 01/00 | $25,830.83 | $25,830.83 |
| 02/00 | ($42,212.18) | ($16,381.35) |
| 03/00 | $69,649.96 | $53,268.61 |
| 04/00 | ($1,350,478.55) | ($1,297,209.94) |
| 05/00 | ($1,156,618.48) | ($2,453,828.42) |
| 06/00 | ($178,518.04) | ($2,632,346.46) |
| 07/00 | $660,347.99 | ($1,971,998.47) |
| 08/00 | ($257,312.16) | ($2,229,310.63) |
| 09/00 | ($1,770,973.06) | ($4,000,283.69) |

### PaineWebber Account No. EX-15433-MR

| Month | Change in Value of Investments Monthly | Change in Value of Investments Cumulative |
|---|---|---|
| 10/00 | ($508,433.09) | ($508,433.09) |
| 11/00 | ($2,352,463.91) | ($2,860,897.00) |
| 12/00 | ($4,382,854.59) | ($7,243,751.59) |
| 01/01 | $31,309.08 | ($7,212,442.51) |

G.206

00913