## U.S. v. Carpenter: Escrow Variance Summary

| Date | BPE Escrow Obligations Per Report | Items on Report That Haven't Cleared Account | Funds Received In Account But Not On Report | Adjusted Report Balance | BPE Account Balances | Variance |
|---|---|---|---|---|---|---|
| 03/31/00 | $3,972,375.64 | $0.00 | $0.00 | $3,972,375.64 | $3,473,768.69 | ($498,606.95) |
| 06/30/00 | $5,412,969.18 | ($563,926.05) | $104,334.26 | $4,953,377.39 | $2,695,730.45 | ($2,257,646.94) |
| 08/31/00 | $4,223,669.57 | $2,500.00 | $0.00 | $4,226,169.57 | $2,328,940.76 | ($1,897,228.81) |
| 11/30/00 | $10,074,503.56 | $2,250.00 | $0.00 | $10,076,753.56 | $5,148,647.13 | ($4,928,106.43) |
| 12/29/00 | $12,384,349.63 | $137,250.23 | $0.00 | $12,521,599.86 | $3,191,992.26 | ($9,329,607.60) |

G.207