### U.S. v. Carpenter - Selected BPE Deposits

| Count | Date | Source of Funds | BPE Account | Amount | % |
|---|---|---|---|---|---|
| 1 | 09/08/00 | Byron Darling | M/L 849-07B01 | $294,290.35 | 6% |
| 2 | 09/08/00 | Byron Darling | M/L 849-07B01 | $28,000.00 | 6% |
| 3, 4 | 08/09/00 | Bellmore Associates | M/L 849-07B01 | $444,659.65 | 6% |
| 5 | 11/22/00 | Jeffrey Johnson | P/W EX 15434 MR | $513,180.74 | 3% |
| 6 | 09/14/00 | Mass. Lumber / Eliot Snider | M/L 849-07B01 | $3,000,000.00 | 6% |
| 7 | 08/16/00 | Joseph Iantosca | M/L 849-07B01 | $506,562.40 | 6% |
| 8 | 12/01/00 | Joseph Iantosca | P/W EX 15434 MR | $774,563.54 | 3% |
| 9 | 12/01/00 | Joseph Iantosca | P/W EX 15434 MR | $1,875,323.43 | 3% |
| 10 | 12/01/00 | Joseph Iantosca | P/W EX 15434 MR | $1,615,902.33 | 3% |
| 11 | 12/01/00 | Joseph Iantosca | P/W EX 15434 MR | $2,434,659.51 | 3% |
| 12 | 11/13/00 | R&B Enterprises / Brian Fitzgerald | P/W EX 15434 MR | $72,535.62 | 3% |
| 13 | 11/16/00 | R&B Enterprises / Brian Fitzgerald | P/W EX 15434 MR | $17,090.00 | 3% |
| 14 | 11/16/00 | R&B Enterprises / Brian Fitzgerald | P/W EX 15434 MR | $400,000.00 | 3% |
| 15 | 11/08/00 | Gail A. Cahaly | P/W EX 15434 MR | $2,412,230.00 | 3% |
| 16 | 11/24/00 | Jeffrey Johnson | P/W EX 15434 MR | $28,750.00 | 3% |
| 17 | 09/14/00 | Mass. Lumber / Eliot Snider | M/L 849-07B01 | $62,190.00 | 6% |
| 18 | 09/20/00 | Mass. Lumber / Eliot Snider | M/L 849-07B01 | $225,000.00 | 6% |
| 19 | 12/14/00 | Joseph Iantosca | P/W EX 15434 MR | $300,000.00 | 3% |

$15,004,937.57



G.208

00915