U.S. v. Carpenter: Specific Client Losses

| Date | Source of Funds Transfer or Deposit | | BPE Account | Amount | |
|---|---|---|---|---|---|
| 11/08/00 | Gail A. Cahaly | Deposit | P/W EX 15434 MR | $2,412,230.00 | |
| 11/15/00 | | Fee | n/a | ($5,000.00) | |
| 11/16/00 | | Partial Payment | P/W EX 15434 MR | ($500,000.00) | |
| 12/20/00 | | Fee | n/a | ($2,500.00) | |
| 01/03/01 | | Partial Payment | P/W EX 15434 MR | ($920,000.00) | |
| | | | | | $984,730.00 |
| 09/14/00 | Mass. Lumber / Eliot Snider | Deposit | M/L 849-07B01 | $3,000,000.00 | |
| 09/14/00 | | Deposit | M/L 849-07B01 | $62,190.00 | |
| 09/20/00 | | Deposit | M/L 849-07B01 | $225,000.00 | |
| 12/08/00 | | Partial Payment | P/W EX 15434 MR | ($50,000.00) | |
| | | | | | $3,237,190.00 |
| 08/16/00 | Joseph Iantosca | Deposit | M/L 849-07B01 | $506,562.40 | |
| 10/02/00 | | Fee | n/a | ($2,500.00) | |
| 12/01/00 | | Deposit | P/W EX 15434 MR | $774,563.54 | |
| 12/01/00 | | Deposit | P/W EX 15434 MR | $2,434,659.51 | |
| 12/01/00 | | Deposit | P/W EX 15434 MR | $1,875,323.43 | |
| 12/01/00 | | Deposit | P/W EX 15434 MR | $1,109,409.36 | |
| 12/01/00 | | Deposit | P/W EX 15434 MR | $1,615,902.33 | |
| 12/06/00 | | Partial Payment | P/W EX 15434 MR | ($2,000,000.00) | |
| 12/06/00 | | Partial Payment | P/W EX 15434 MR | ($1,175,633.95) | |
| 12/06/00 | | Partial Payment | P/W EX 15434 MR | ($564,785.95) | |
| 12/14/00 | | Deposit | P/W EX 15434 MR | $300,000.00 | |
| 12/19/00 | | Partial Payment | P/W EX 15434 MR | ($110,000.00) | |
| 01/05/01 | | Partial Payment | P/W EX 15434 MR | ($1,145,376.06) | |
| 01/05/01 | | Partial Payment | P/W EX 15434 MR | ($189,977.92) | |
| | | | | | $3,428,141.69 |
| 11/22/00 | Jeffrey Johnson | Deposit | P/W EX 15434 MR | $513,180.74 | |
| 11/24/00 | | Deposit | P/W EX 15434 MR | $28,750.00 | |
| | | | | | $541,930.74 |
| 09/08/00 | Byron Darling | Deposit | M/L 849-07B01 | $28,000.00 | |
| 09/08/00 | | Deposit | M/L 849-07B01 | $294,290.35 | |
| 11/16/00 | | Partial Payment | P/W EX 15434 MR | ($15,625.00) | |
| | | | | | $306,665.35 |
| 08/09/00 | Bellmore Associates | | M/L 849-07B01 | $444,659.65 | |
| | | | | | $444,659.65 |
| 11/13/00 | R&B Enterprises / Brian Fitzgerald | Deposit | P/W EX 15434 MR | $72,535.62 | |
| 11/16/00 | | Deposit | P/W EX 15434 MR | $17,090.00 | |
| 11/16/00 | | Deposit | P/W EX 15434 MR | $400,000.00 | |
| 12/26/00 | | Partial Payment | P/W EX 15434 MR | ($392,257.01) | |
| | | | | | $97,368.61 |
| | | | | | $9,040,686.04 |

Gov. 209

00916