## U.S. v. Carpenter - 849-07B01 Account Chronology for July 2000

| Date | Category | Description of Item | Amount | Balance |
|---|---|---|---:|---:|
| 07/01/00 | Beginning Balance: | | $612,788.45 | $612,788.45 |
| 07/03/00 | Other Credits | Funds Transfer - Wire from Fern / Iantosca | $1,726,999.26 | $2,339,787.71 |
| 07/03/00 | Funds Received | Check Deposits - Tina Lam (Unit 3) | $115,345.00 | $2,455,132.71 |
| 07/05/00 | CMA Checks | Check - Benistar Admin Services | ($150.00) | $2,454,982.71 |
| 07/06/00 | Other Credits | Funds Transfer - Wire from Andrew Gordon | $448,581.05 | $2,903,563.76 |
| 07/06/00 | Other Credits | Funds Transfer - Wire from Shapiro / Kaplan | $324,729.08 | $3,228,292.84 |
| 07/07/00 | Funds Received | Check Deposits - Gilbert and Francis Hoy | $25,000.00 | $3,253,292.84 |
| 07/07/00 | Other Debits | Journal Entry - Wire Transfer Fee | ($20.00) | $3,253,272.84 |
| 07/07/00 | CMA Checks | Check - SMG Ventures LLC | ($1,350.00) | $3,251,922.84 |
| 07/07/00 | Other Debits | Funds Transfer - Wire to Andrew Gordon | ($448,581.05) | $2,803,341.79 |
| 07/10/00 | Other Debits | Journal Entry - Wire Transfer Fee | ($20.00) | $2,803,321.79 |
| 07/10/00 | Other Debits | Funds Transfer - Wire to Conklin and Reynolds | ($64,828.71) | $2,738,493.08 |
| 07/12/00 | CMA Checks | Check - Harry Porsekian | ($120,455.16) | $2,618,037.92 |
| 07/17/00 | Funds Received | Check Deposits - Pressman & Kruskal IOLTA | $283,811.65 | $2,901,849.57 |
| 07/17/00 | Other Debits | Journal Entry - Wire Transfer Fee | ($20.00) | $2,901,829.57 |
| 07/17/00 | CMA Checks | Check - Drohan Hughs Hoffman PC | ($2,134.50) | $2,899,695.07 |
| 07/17/00 | Other Debits | Funds Transfer - Wire to Wadleigh Starr Peters | ($1,386,386.61) | $1,513,308.46 |
| 07/25/00 | Funds Received | Check Deposits - Tina Lam (4) | $115,102.50 | $1,628,410.96 |
| 07/26/00 | Other Credits | Funds Transfer - Wire from William RSO IOLTA | $70,804.60 | $1,699,215.56 |
| 07/26/00 | CMA Checks | Check - Benistar Admin Services Inc. | ($550.00) | $1,698,665.56 |
| 07/27/00 | Other Credits | Funds Transfer - Wire from Carpenter Financial | $400,000.00 | $2,098,665.56 |
| 07/27/00 | Other Credits | Journal Entry - Transfer from 849-07E04 | $120,000.00 | $2,218,665.56 |
| 07/27/00 | Other Debits | Journal Entry - Wire Transfer Fee | ($20.00) | $2,218,645.56 |
| 07/27/00 | Other Debits | Funds Transfer - Wire to Monteforte McGrail | ($56,400.00) | $2,162,245.56 |
| 07/28/00 | Other Credits | Journal Entry - Transfer from 849-07B10 | $1,100,000.00 | $3,262,245.56 |
| 07/31/00 | Other Credits | Journal Entry - Transfer from 849-07B10 | $750,000.00 | $4,012,245.56 |
| 07/31/00 | Income | Cash Dividend | $8,530.00 | $4,020,775.56 |
| 07/31/00 | Income | Share Dividend | $0.58 | $4,020,776.14 |
| 07/31/00 | Other Debits | Journal Entry - Wire Transfer Fee | ($20.00) | $4,020,756.14 |
| 07/31/00 | CMA Checks | Check - Jeffrey E Roche GP | ($456,091.96) | $3,564,664.18 |
| 07/31/00 | Other Debits | Funds Transfer - Wire to First American Title | ($3,053,839.33) | $510,824.85 |



Gov. 210

00917