## U.S. v. Carpenter - Client Fund Shortfall Analysis for July 2000

| Date | Description | Amount | Total |
|---|---|---|---|
| 07/01/00 | Opening Balance: | | $612,788.45 |
| 07/31/00 | Income Earned: | | $8,530.58 |
| | Transfers In From Related Accounts: | | |
| 07/27/00 | Carpenter Financial: | $400,000.00 | |
| 07/27/00 | Benistar Employer Services: | $120,000.00 | |
| 07/28/00 | Benistar Property Exchange (B10): | $1,100,000.00 | |
| 07/31/00 | Benistar Property Exchange (B10): | $750,000.00 | |
| | Total Transfers From Related Accounts: | | $2,370,000.00 |
| | Funds Available for Payment: | | $2,991,319.03 |
| | Checks and Other Debits: | | |
| various | CMA Checks: | $580,731.62 | |
| various | Other Transfers and Fees | $4,561,554.65 * | |
| | | | $5,142,286.27 |
| | **New Client Funds Needed** | | |
| | To Fund Checks and Other Debits: | | ($2,150,967.24) |

\* Other Transfers was reduced by $448,581.05; funds in this amount were received and disbursed to Andrew Gordon within the month of July.


Gov. 211

00918