## U.S. v. Carpenter - Cash Flow Summary for the Trading Accounts in 2000

| Description | Merrill Lynch 849-07B10 | PaineWebber EX-15433 |
|---|---|---|
| Beginning Balance: | $1,034,187.38 | $0.00 |
| Deposits: | $7,020,000.00 | $6,020,248.00 |
| Transfers In: | $0.00 | $61,125.00 |
|  | $7,020,000.00 | $6,081,373.00 |
| Withdrawals: | $252,701.77 | $32,852.65 |
| Transfers Out: | $4,259,710.00 | $124,812.50 |
|  | $4,512,411.77 | $157,665.15 |
| Ending Balance: | ($0.20) | ($1,314,037.35) |
| NET LOSS: | ($3,541,775.81) | ($7,237,745.20) |



Gov. 213