# GLOSSARY OF TERMS

| **TERM** | **DEFINITION** |
|---|---|
| Ask Price | The price at which a seller is offering to sell an option or stock. |
| Bearish | An adjective describing the belief that a stock or the market in general will decline in price. |
| Bear Spread | One of a variety of strategies involving two or more options that will profit from a fall in price in the underlying stock. |
| Bid Price | The price at which a buyer is willing to buy an option or stock. |
| Broker | A person acting as an agent for making securities transactions. An "account executive" or a "broker" at a brokerage firm deals with customers. |
| Bullish | An adjective describing the belief that a stock or the market in general will rise in price. |
| Bull Spread | One of a variety of strategies involving two or more options that will profit from a rise in the price of the underlying stock. |
| Call Option | A contract that gives the holder the right (but not the obligation) to purchase the underlying stock at some predetermined price. In the case of American call options, this right can be exercised at any time until the expiration date. For the writer (or grantor) of a call option, the contract represents an obligation to sell stock to the holder if the option is exercised. |
| Collateral | Securities against which loans are made. If the value of the securities (relative to the loan) declines to an unacceptable level, this triggers a *margin call*. As such, the investor is asked to post additional collateral or the securities are sold to repay the loan. |
| Contract Size | The amount of the underlying asset covered by the option contract. This is 100 shares for one equity option unless adjusted for a special event, such as a stock split or a stock dividend. |

| | |
|---|---|
| Cover | To close out an option position. This term is used most frequently to describe the purchase of an option to close out an existing short position for either a profit or loss. |
| Credit | Money received in an account either from a deposit or a transaction that results in increasing the account's cash balance. |
| Day Trade | A position that is opened and closed on the same day. |
| Debit | Money paid out from an account either from a withdrawal or a transaction that results in decreasing the cash balance. |
| Equity Option | An option on a common stock. |
| Exercise Price | The price at which the holder of an option can purchase (call) or sell (put) the underlying stock from or to the option writer. |
| Expiration Date | The date on which an option and the right to exercise it cease to exist. |
| Hedge | A position established with the specific intent of protecting an existing position. Example: An owner of common stock buys a put option to hedge against a possible stock price decline. |
| Holder | The owner of a long stock or option position. |
| Index | A compilation of several stock prices into a single number. Example: The Standard and Poor's (S&P) 500 Index. |
| In-The-Money | An adjective used to describe an option with intrinsic value. A call option is in-the-money if the stock price is above the strike price. A put option is in-the-money if the stock price is below the strike price. |
| Last Trading Day | The last business day prior to expiration during which purchases and sales of an option can be made. For equity options, this is generally the third Friday of expiration month. |
| Leverage | A term describing the greater percentage of profit or loss potential when a given amount of money controls a security with a much larger face value. For example, a call option enables the holder to assume the up-side potential of 100 shares of stock by investing a much smaller amount than that required to buy the stock. If the stock increases by 10 percent, for example, the option can double in value. Conversely, a 10 percent stock price decline can result in the total loss of the purchase price of this option. |
| Limit Order | A trading order placed with a broker to buy or sell a security at |

| | |
|---|---|
| | a specific price. |
| Long Position | A term used to describe either (1) an open position that is expected to benefit from a rise in the price of the underlying stock or index such as long call, short put, or long stock; or (2) an open position resulting from an opening purchase transaction such as *long call, long put, or long stock.* |
| Margin | The minimum equity required to support an investment position. To buy *on margin* refers to borrowing part of the purchase price of a security from a brokerage firm. |
| Market Order | A trading instruction from an investor to a broker to immediately buy or sell a security at the best available price. |
| Naked Option | Same as Uncovered Option. A short option position that is not fully collateralized if notification of assignment is received. A short call position is uncovered if the writer does not have a long stock position to deliver. A short put position is uncovered if the writer does not have the financial resources in his account to buy the stock. |
| Opening Transaction | An addition to or creation of a trading position. An opening purchase transaction adds long options (or long securities) to an investor's total position, and an opening sell transaction adds short options (or short securities). |
| Option | A contract that gives the buyer the right, but not the obligation, to buy or sell a particular asset (the underlying security) at a fixed price for a specific period of time. The contract also obligates the seller to meet the terms of delivery if the contract right is exercised by the buyer. |
| Option Writer | The seller of an option contract who is obligated to meet the terms of delivery if the option holder exercises his right. |
| Out-Of-The-Money | An adjective used to describe an option that has no intrinsic value, *i.e.,* all of its value consists of time value. A call option is out-of-the-money if the stock price is below the strike price. A put option is out-of-the-money if the stock price is above the strike price. |
| Put Option | A contract that gives the buyer the right (but not the obligation) to sell the underlying stock at some predetermined price. For the writer (or grantor) of a put option, the contract represents an obligation to buy stock from the buyer if the option is assigned. |
| Realized Gain and Losses | The net amount received or paid when a closing transaction is made and matched together with an opening transaction. |

| Term | Definition |
|---|---|
| Short Option Position | The position of an option writer which represents an obligation to meet the terms of the option if it is assigned. |
| Short Position | Any open position that is expected to benefit from a decline in the price of the underlying stock such as long put, short call, or short stock. |
| Speculator | A trader with an expectation of a particular market price behavior. |
| Spread | A position consisting of two parts, each of which alone would profit from opposite directional price moves. |
| Strike Price | Same as exercise price. The price at which the holder of an option can purchase (call) or sell (put) the underlying stock from or to the option writer. |
| Suitability | A requirement that any investing strategy fall within the financial means and investment objectives of an investor. |
| Trader | (1) Any investor who makes frequent purchases and sales. (2) A member of an exchange who conducts his buying and selling on the trading floor of the exchange. |
| Type of Option | The classification of an option contract as either a put or call. |
| Uncovered Option | A short option position that is not fully collateralized if notification of assignment is received. A short call position is uncovered if the writer does not have a long stock position to deliver. A short put position is uncovered if the writer does not have the financial resources in his account to buy the stock. |
| Underlying Security | The asset that can be purchased or sold according to the terms of the option contract. |
| Write | To sell an option. An investor who sells an option is called the writer, regardless of whether the option is covered or uncovered. |