

Number of Days Positions Held: Options Closed during January 2000