

Number of Days Positions Held:
Options Closed During August 2000