

Profit and Loss: Options Trades — August 2000