

Profit and Loss: Options Trades November 2000