Monthly and Cumulative Profit and Loss
(Options, 2000)
$0
($2,000,000)
($4,000,000)
($6,000,000)
($8,000,000)
($10,000,000)
Jan
Feb
Mar
Apr
May
Jun
Jly
Aug
Sep
Oct
Nov
Dec
Monthly
Cum.

