

Month-end Bullish and Bearish Positions, 2000