

Size of Opening Trades: 2000