


To print this page, select File/Print from your browser menu.    Print B/W Version

Back to Interactive Charting

**UST3MO**  U.S. Treasury 3 Month                                                 1/28/2005

| NAV: | Change: | Offer: | Yield: |
|---|---|---|---|
| 2.45 | ▲ 0.015  Percent Change: 0.62% | n/a | n/a  52 Week Range: .90 to 2.36 |



### Company Data

| | |
|---|---|
| **Company Name:** | U.S. Treasury 3 Month |
| **Dow Jones Industry:** | Not Available |
| **Exchange:** | U.S. |
| **Shares Outstanding:** | No Shares Data. |
| **Market Cap:** | n/a |
| **Short Interest:** | Exchange provides no short interest data. |
| **52-Week EPS:** | n/a |
| **52-Week High:** | 2.364 on Wednesday, January 19, 2005 |
| **52-Week Low:** | 0.899 on Monday, January 26, 2004 |
| **P/E Ratio:** | n/a |
| **Yield:** | n/a |
| **Average Price:** | 2.27 (50-day)   1.66 (200-day) |