

You've got a new low-cost "option."    *charles* SCHWAB

To print this page, select File/Print from your browser menu.    Print B/W Version

Back to Interactive Charting

**SP500** S&P 500 Index    1/28/2005

| NAV: | Change: | Offer: | Yield: |
|---|---|---|---|
| **1,171.36** | ▼ -3.19 | 1,175.63 | 1.67 |
|  | Percent Change: |  | 52 Week Range: |
|  | -0.27% |  | 1,060.72 to 1,217.90 |



### Company Data

| | |
|---|---|
| Company Name: | S&P 500 Index |
| Dow Jones Industry: | Not Available |
| Exchange: | INDEX |
| Shares Outstanding: | No Shares Data. |
| Market Cap: | n/a |
| Short Interest: | Exchange provides no short interest data. |
| 52-Week EPS: | 57.75 |
| 52-Week High: | 1,217.90 on Monday, January 03, 2005 |
| 52-Week Low: | 1,060.72 on Friday, August 13, 2004 |
| P/E Ratio: | 20.28 |
| Yield: | 1.67% |
| Average Price: | 1,189.91 (50-day)    1,134.81 (200-day) |

http://bigcharts.marketwatch.com/print/print.asp?sid=3377&symb=sp500&time=100&freq=...    1/30/2005