



VONAGE THE BROADBAND PHONE COMPANY GET A FREE MONTH ▶    USE YOUR BROADBAND CONNECTION TO SAVE ON ALL YOUR CALLS.    Unlimited calls to all 50 states and Canada. $24.99/month

To print this page, select File/Print from your browser menu.    Print B/W Version

[Back to Interactive Charting](#)

---

**NDX**  CBOE Nasdaq 100 Index                                             1/28/2005

| NAV: | Change: | Offer: | Yield: |
|---|---|---|---|
| **1,499.46** | ▼ -8.09<br>Percent Change:<br>**-0.54%** | **1,512.82** | n/a<br>52 Week Range:<br>**1,301.93 to 1,635.70** |



## Company Data

| | |
|---|---|
| **Company Name:** | CBOE Nasdaq 100 Index |
| **Dow Jones Industry:** | Not Available |
| **Exchange:** | INDEX |
| **Shares Outstanding:** | No Shares Data. |
| **Market Cap:** | n/a |
| **Short Interest:** | Exchange provides no short interest data. |
| **52-Week EPS:** | n/a |
| **52-Week High:** | 1,635.70 on Wednesday, December 15, 2004 |
| **52-Week Low:** | 1,301.93 on Friday, August 13, 2004 |
| **P/E Ratio:** | n/a |
| **Yield:** | n/a |
| **Average Price:** | 1,578.45 (50-day)   1,468.65 (200-day) |