ALL ACTIVE CASES FOR OCTOBER 1999

/1999 OPEN CASES ONLY 01 ACCOUNT

| CASE NAME | DATE LISTED or as of DATE | TODAY or NOTICE DATE | # OF DAYS IN PROGRAM | ORIGINAL AMOUNT REC'D | DEBITS | BALANCE (NOT INCLUDING INTEREST) | INTEREST AMT x DAYS IN PROGRAM X 3% | ADDITIONAL INTEREST | CURRENT BALANCE INCLUDING INTEREST | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| IN PETCO | | | | | | | | | | NOTE $500,000 WAS PUT IN FROM 01 A/C |
| .NBRAI | 2/4/99 | 10/22/99 | 253 | $249,624.66 | | $249,624.66 | $5,190.83 | $0.00 | $254,815.49 | OVER 180 DAYS - CLOSING FELL THRU |
| NESSY/SMITH | 6/1/99 | 10/22/99 | 136 | $1,793,708.40 | | $1,793,708.40 | $20,050.22 | $20,050.22 | $1,833,808.84 | |
| A REALTY 53 BEECHER #3 | 6/16/99 | 9/13/99 | 82 | $30,962.01 | | $30,962.01 | $208.68 | $0.00 | | |
| | 9/14/99 | 10/13/99 | 29 | | $14,000.00 | $16,962.01 | $40.43 | $0.00 | | |
| | 10/14/99 | 10/22/99 | 8 | | $16,859.32 | $102.69 | $0.07 | $0.00 | $143.26 | |
| A REALTY 53 BEECHER #5 | 8/20/99 | 10/13/99 | 47 | $22,950.12 | | $22,950.12 | $88.66 | $0.00 | | |
| | 10/14/99 | 10/22/99 | 8 | | $16,859.32 | $6,090.80 | $4.00 | $0.00 | $6,187.47 | |
| :RSON/PHASE II | 6/23/99 | 9/1/99 | 65 | $799,000.95 | | $799,000.95 | $4,137.29 | $0.00 | | |
| | 9/2/99 | 9/27/99 | 25 | | $70,000.00 | $739,000.95 | $1,621.23 | $0.00 | | |
| | 9/28/99 | 10/22/99 | 24 | | $131,500.00 | $607,500.95 | $1,198.36 | $0.00 | $614,457.84 | |
| ERICA REAL | 6/24/99 | 6/23/99 | 0 | $4,575,000.00 | | $4,575,000.00 | $0.00 | $0.00 | | |
| | 6/29/99 | 7/14/99 | 12 | | $1,918,009.75 | $2,656,990.25 | $2,620.59 | $0.00 | | |
| | 7/15/99 | 7/21/99 | 6 | | $900,086.00 | $1,756,904.25 | $866.42 | $0.00 | | |
| | 7/22/99 | 7/30/99 | 8 | | $100,000.00 | $1,656,904.25 | $1,039.47 | $0.00 | | |
| | 7/31/99 | 8/3/99 | 3 | | $300,000.00 | $1,356,904.25 | $334.58 | $0.00 | | |
| | 8/4/99 | 8/16/99 | 12 | | $200,000.00 | $1,156,904.25 | $1,143.06 | $0.00 | | |
| | 8/17/99 | 9/9/99 | 23 | | $200,000.00 | $956,904.25 | $1,308.94 | $0.00 | | |
| | 9/10/99 | 9/16/99 | 6 | | $100,000.00 | $856,904.25 | $422.58 | $0.00 | | |
| | 9/17/99 | 10/12/99 | 25 | | $200,000.00 | $656,904.25 | $1,349.80 | $0.00 | | |
| | 10/12/99 | 10/12/99 | 0 | | $656,537.70 | $0.00 | $0.00 | $0.00 | $0.00 | CLOSED |
| :IXOFF | 6/29/99 | 10/22/99 | 108 | $46,954.71 | | $46,954.71 | $416.80 | $0.00 | $47,371.51 | |
| :ICAN MORTGAGE | 6/29/99 | 10/22/99 | 103 | $113,013.13 | | $113,013.13 | $1,003.19 | $0.00 | $114,016.32 | |
| VER | 7/6/99 | 10/5/99 | 84 | $159,045.96 | | $159,045.96 | $1,098.07 | $0.00 | | |
| | 10/6/99 | 10/22/99 | 16 | | $60,000.00 | $99,045.96 | $130.25 | $0.00 | $100,274.28 | |
| 'VILLE | 7/23/99 | 9/7/99 | 39 | $70,000.00 | | $70,000.00 | $224.38 | $224.38 | | |
| | 9/8/99 | 10/18/99 | 40 | | $15,000.00 | $55,000.00 | $180.82 | $180.82 | | |
| | 10/19/99 | 10/22/99 | 3 | | $30,000.00 | $25,000.00 | $6.16 | $6.16 | $25,522.74 | |
| ESKIAN UNIT 1 | 8/10/99 | 10/22/99 | 66 | $257,707.96 | | $257,707.96 | $1,397.98 | $1,397.98 | $260,503.91 | |
| ESKIAN UNIT 2 | 8/12/99 | 10/22/99 | 64 | $232,565.66 | | $232,565.66 | $1,223.36 | $1,223.36 | $235,012.38 | |
| TAS/WARD | 9/7/99 | 9/28/99 | 14 | $327,544.90 | | $327,544.90 | $376.90 | $376.90 | | |
| | 9/29/99 | 10/13/99 | 14 | | $215,650.00 | $111,994.90 | $128.76 | $128.76 | $112,906.21 | |
| )ELAY REALTY | 9/5/99 | 10/22/99 | 37 | $591,856.70 | | $591,856.70 | $1,799.89 | $0.00 | $593,656.59 | |
| EALTY UNIT 19 | 9/14/99 | 10/4/99 | 13 | $114,824.13 | | $114,824.13 | $122.69 | $0.00 | | |
| | 10/4/99 | 10/4/99 | 0 | | $37,482.00 | $77,342.13 | $0.00 | $0.00 | | |
| | 10/4/99 | 10/4/99 | 0 | | $12,700.00 | $64,642.13 | $0.00 | $0.00 | | |
| | 10/4/99 | 10/22/99 | 18 | | $2,000.00 | $62,642.13 | $56.64 | $0.00 | $62,821.50 | |
| EALTY UNIT 4 | 9/21/99 | 10/22/99 | 45 | $106,783.96 | | $106,783.96 | $394.95 | $0.00 | $107,178.91 | |
| :IHEXS | 9/17/99 | 10/18/99 | 24 | $46,212.31 | | $46,212.31 | $91.16 | $0.00 | | |
| | 10/19/99 | 10/22/99 | 3 | | $30,000.00 | $16,212.31 | $5.00 | $0.00 | $16,307.47 | |
| : CLARK | 10/3/99 | 10/22/99 | 14 | $85,424.83 | | $85,424.83 | $98.30 | $0.00 | $85,523.13 | |
| ALS | | | | | $4,106,129.90 | | | | $4,470,807.84 | |



BEN 0004549