## MEMO

TO:        TOM RASMUSSEN

FROM:      GARY STERN

SUBJECT:   ACTIVE ACCOUNT REVIEW:
           NOV.'99    849-07B10

DATE:      JANUARY 14, 2000

1. Realized losses:   $100,104.................................................................
2. Unrealized losses $273,932.................................................................

- Client is a very active and aggressive investor who makes 99% of his own unsolicited decisions. Jerry Levine or I are in frequent daily contact to discuss his selected positions, and analyze the various strike options that he hopes will produce his desired results. These calls can and do last for over an hour at a time, and occur two or three times a day.
- Client's brother is an analyst who gives him stock recommendations. Due to the time we spend on each stock or stock option possibility, suggested by his brother, discussing the strike price, at, above or below market, and whether or not it should be a put or a call, the client has agreed to a negotiated discount of $0.10 per share, and we will not invest this amount of time if this were a MLUA account.
- Client, who is a licensed attorney, insurance and real estate broker, is the Chairman of several large insurance brokerage companies, a welfare benefits company, and heads a support staff of over 80 people, located in 2 sites in Connecticut. Client also owns a Caribbean wireless telephone company, and reports his net worth in excess of $30 million.
- Client has referred several other clients to us, and indicates a high level of satisfaction with our servicing of this account in discussions with Administrative Manager, Tom Rasmussen._____

Trial Ex. #84

ML 110049

00607