

Gerald R. Levine
Stern, Fischler & Levine Group
717 Fifth Avenue
8th floor
New York, New York 10022
Phone: 212-415-7486
Fax: 212-415-7934

# MEMO

DATE:   MAY 30, 2000

TO:     TOM RASMUSSEN

FROM:   GERALD LEVINE, SFL GROUP

RE:     849-07B10—BENISTAR PROPERTY EXCHANGE

CLIENT HAS SUFFERED VERY LARGE LOSSES IN THIS PARTICULAR TRADING ACCOUNT. HE MAKES ALL HIS OWN DECISIONS, AND GARY AND I DO NOT SOLICIT ANY POSITIONS FOR EXECUTION.

WE HAVE AT TIMES, REIGNED IN HIS "IRRATIONAL EXUBERANCE" WHEN HE WAS APPROACHING HIS POSITION LIMITS, AND HAVE CONSISTANTLY SUGGESTED TO HOLD APPROXIMATELY 8-10 LARGER POSITIONS, INSTEAD OF THE 18-20 POSITIONS THAT HE CURRENTLY TRADES. (WE HAVE TOLD HIM THAT IT IS OUR OPINION THAT THESE MANY POSITIONS ARE NOT EASILY MANAGABLE.)

Trial Ex. #88

ML 110053

HE WAS UP APPROXIMATELY $200,000 NEAR THE END OF MARCH 2000, AND DROPPED ABOUT $1,000,000 OVER THE OPTION EXPIRATION PERIOD OF APRIL AND MAY.

LAST WEEK, MAY 22-23, HE ACKNOWLEDGE TO ME THAT HE WAS ACTING VERY FOOLISH, AND HAD THE MENTALITY OF A "RIVERBOAT GAMBLER", WHO WAS TRYING TO MAKE A HUGE KILLING TO GET EVEN IN JUST A FEW DAYS.

HE WAS, ONCE AGAIN, URGED TO REDUCE THE NUMBER OF DIFFERENT HOLDINGS, AND TRADE MORE PRUDENTLY. HE WAS ALSO ADVISED OF MAINTANCE CALLS THAT WERE APPREARING IN HIS ACCOUNT WITH GREATER FREQUENCY. HE SAID THAT HE COULD COVER ALL MCAL DEBITS, BUT WANTED TO KNOW IF M-L COULD CONSOLIDATE THE CASH POSITIONS IN ALL OF HIS VARIOUS ACCOUNTS FOR SUPPORTING VALUATION. WE TOLD HIM THAT THIS WAS IMPOSSIBLE.

ON FRIDAY, MAY 26, WE REFUSED TO ALLOW HIM TO OPEN ANY ADDITIONAL POSITIONS, UNLESS HE OFFSET THE TRADE WITH A CLOSING POSITION, DUE TO A LARGE MCAL THAT MORNING.

ON TUES, MAY 30, HE WAS 'LETTING OFF STEAM' ON HOW OUR RESTRICTIVE POSTURE CAUSED HIM TO MISS OUT ON TODAY'S NASD RALLY OF 254 POINTS. I POINTED OUT THAT IF HE HAD TRANSFERRED IN ENOUGH CASH ON FRIDAY, HE COULD HAVE THEN BEEN MORE ACTIVE. HE ACKNOWLEDGED THAT HE WAS IN HIS CAR TRAVELING UP TO CAPE COD AND COULDN'T SIGN THE

DOCUMENTS NECESSARY TO MAKE A CASH TRANSFER AT THAT TIME.

<u>GARY AND I REQUEST THAT THIS ACCOUNT BE MORE FREQUENTLY MONITORED BY MANAGEMENT</u>, AND HELP STRENGTHEN OUR ADVISE OF TRADING MORE CONSERVATIVELY IN THIS ACCOUNT, BY ADDITIONAL TELEPHONE CONTACT.

FYI: HE TRANSFERRED AN ADDITIONAL $1,000,000 INTO THIS ACCOUNT LATE IN THE DAY OF 5/30/00, AND IT WAS ENTERED INTO THE SYSTEM ON 5/31.