## MEMO

DATE: SEPTEMBER 20, 2000

TO: TOM RASMUSSEN

FROM: GERALD LEVINE, SFL GROUP

RE: 849-07B10—BENISTAR PROPERTY EXCHANGE

CLIENT, DAN CARPENTER, WAS INFORMED THAT NO NEW POSITIONS WOULD BE ALLOWED TO BE ESTABLISHED IN ANY BENISTAR RELATED ACCOUNTS AS OF 10:42 AM TODAY. HE WOULD ONLY BE ALLOWED TO CLOSE OUT EXISTING POSITIONS.

HIS MAIN CONCERN IS WITH THE SDLI POSITIONS THAT HE CURRENTLY HOLDS, AND THE STRATEGY THAT HE WAS EMPLOYING OF SELLING NEW PUTS IF SDLI DROPS TO THE 300-310 RANGE, OR SELLING CALLS IF SDLI GOES UP SIGNIFICANTLY TO THE 400+ RANGE.

SINCE HE IS CURRENTLY SHORT 140 CONTRACTS OF THE SDLI OCT. 340 CALLS, HE STILL CAN CLOSE OUT THIS LEG OF HIS STRATEGY IF SDLI MOVES UP. HE FEELS, HOWEVER, THAT MERRILL IS UNFAIRLY PENALIZING HIM IF SDLI DROPS AND HE CAN NOT WRITE NEW PUTS.

I ALSO TOLD HIM THAT HE COULD ACAT OUT HIS POSITIONS TO ANOTHER BROKERAGE FIRM AND CONTINUE HIS STRATEGY THERE, BUT MERRILL WOULD NOT ACCEPT ANY NEW POSITIONS UNDER ANY CIRCUMSTANCES.

HE MAINTAINS THAT HE HAS ALWAYS COME UP WITH SUFFICIENT SECURITY WHENEVER THE MARKET WENT AGAINST HIM.

HE WOULD LIKE TO SPEAK TO YOU AROUND THE CLOSE OF THE MARKET TODAY, AND PRESENT HIS SIDE OF THE CASE.