Confidential Memo                              04-19-99P00-55

## ACTIVE ACCOUNT REVIEW AND PERSONAL CONTACT

Date: __4-16-99__                              Time: __3:33__

Account Number: __849-07B10__ Telephone Number: __1-860-408-7000__

Hi, Mr./Mrs. __DANIEL CARPENTER__, my name is Hassan Tabbah /Thomas Rasmussen, I

am the RVP/Administrative Manager of the Merrill Lynch Fifth Avenue Sixth Floor Office. I work with your

Financial Consultant __Gary Stern or Gerry Levine__. One of my responsibilities is to

review the account(s) of our priority clients. On behalf of Merrill Lynch, I would like to personally thank you

for the faith and trust that you have placed in us and more importantly, with

_____

Do you have a few minutes to answer some questions about he service we provide?

1. Are you receiving your trade confirmations and monthly statements on a timely basis?

    __✓__ Yes            _____ No

2. With regard to your financial needs and goals are the recommendations made by _____
    _____within your investment objectives?

    __✓__ Yes            _____ No       Great Job

    We show them as Risk Tolerance: __Aggresive__

        Investment Objective: __Inc__

3. Do you feel there is an understanding with __Gary -Gerry__ _____regarding
    your financial needs?

    __✓__ Yes            _____ No

4. Are there occasions where _____suggestions do not match
    these goals?

    __✓__ Yes            __✓__ No

Option Trades

**Trial Ex. #309**

ML 110027

00640

5. Is there anything that I can do to assist you, or that you wold like to comment on?

① MCL Not Knowing About Quickly Enough

② Anything Fixed within Days

6. Are there any concerns regarding the trading activity in your account?

_____✓_____ Yes    _____ No

Fed Fund C
Wires Not Getting
out on Time,

7. Does our Financial Consultant call you with recommendations?

Total UNSL —

8. Approximately how often do you and your Financial Consultant speak?

Daily — 2-3 Tims A day

9. Approximately how often per year does your Financial Consultant meet with you?

Several Times
Lunch this Wedsday

10. Does your Financial Consultant discuss all transactions with you thoroughly before the orders are entered?

Gerry Cfns All orders —
Sometimes Redundancy —

Sometimes Comm Adj Need to Be Adj —
Would Like To See the Computer

ML 110028

0 0 6 4 1

11. Does our Financial Consultant always call you confirming each transaction?    If not, how are you notified?

_____

_____

_____

_____

_____

12. Are there any services that Merrill Lynch is not providing to your satisfaction?

_____ Yes         ✓ _____ No        Internet IPO LsT
                                         Would Love To Be On

_____

13. Are you aware that your account(s) has/have paid commission of $ 28425 _____ between

_____Jan_____ and ___March_____ .

13a. Between, ____Jan_____ and ___CoB 4/16_____ in 199 99 , your

account had $ __162863__ (realized) profit/losses.

At the close of business on ___4-16-99_____ , your account reflects an unrealized

(loss)/profit of $ __153394__ .

If I can ever be of assistance to you, please do not hesitate to call me. I can be reached at
(212) 415 - _____ . Thank you for your time and have a nice day!

_____

Additional comments concerning call.

fc Srd Only Blame Losses on the Client (Himself)

fc's Go out of there way to Be ultra Conservative — they
go the extra mile to pull him Back

Terry & Gary do A great Job for them —
No Complaints — He would do A commercial
for Merrill versus E-Trade - Look him up

ML 110029

0 0 6 4 2