Confidential Memo                                              Left msge
                                                                10:00 am
## ACTIVE ACCOUNT REVIEW AND PERSONAL CONTACT                   10-14-99

Date: __10-14-99__                Time: _____              Called
                                                                Back
Account Number: __849-07 B10__    Telephone Number: __866-408-7000__   10/1

Hi, Mr./Mrs. _____, my name is Hassan Tabbah / Thomas Rasmussen, I

am the RVP/Administrative Manager of the Merrill Lynch Fifth Avenue Sixth Floor Office. I work with your

Financial Consultant __Gary Stern / Fishken__. One of my responsibilities is to

review the account(s) of our priority clients. On behalf of Merrill Lynch, I would like to personally thank you

for the faith and trust that you have placed in us and more importantly, with

_____.

Do you have a few minutes to answer some questions about the service we provide?

1. Are you receiving your trade confirmations and monthly statements on a timely basis?

    __✓__ Yes        _____ No      Couple Conn problems

2. With regard to your financial needs and goals are the recommendations made by _____
   _____ within your investment objectives?

    __✓__ Yes        _____ No

    We show them as Risk Tolerance: __Aggressive__

    Investment Objective: __Inc__

3. Do you feel there is an understanding with _____ regarding
   your financial needs?

    __✓__ Yes        _____ No

4. Are there occasions where _____ suggestions do not match
   these goals?

    __✓__ Yes        _____ No

5. Is there anything that I can do to assist you, or that you wold like to comment on?

    Problem with Naked Limits due to the fact that system Not picking up True Spreads Put into system As Separate orders

6. Are there any concerns regarding the trading activity in your account?

    _____ Yes    ✓ No

7. Does our Financial Consultant call you with recommendations?

    All unsl

8. Approximately how often do you and your Financial Consultant speak?

    Daily

9. Approximately how often per year does your Financial Consultant meet with you?

10. Does your Financial Consultant discuss all transactions with you thoroughly before the orders are entered?

    Yes

ML 110032

00644

11. Does our Financial Consultant always call you confirming each transaction? If not, how are you notified?

_____
_____
_____
_____
_____

12. Are there any services that Merrill Lynch is not providing to your satisfaction?

_____ Yes        ✓ No

_____
_____

13. Are you aware that your account(s) has/have paid commission of $ __124034__ between __Jan__ and __Aug__ — Trailing 12 are $15004

13a. Between, __Jan__ and __10/164__ in 199 __9__, your account had $ __31,878__ realized profit/~~losses~~.

At the close of business on __10-13__, your account reflects an unrealized ~~loss~~/profit of $ __124658__.

If I can ever be of assistance to you, please do not hesitate to call me. I can be reached at (212) 415 - _____. Thank you for your time and have a nice day!

---

Additional comments concerning call.

Gerry & Gary does great job — Very happy with them — Understand I am doing A due diligence call — Send him A letter.