Confidential Memo

## ACTIVE ACCOUNT REVIEW AND PERSONAL CONTACT

Date: 5-15-00                               Time: 2:10

Account Number: 849-07B10        Telephone Number: 860-408-7000

Hi, (Mr.)/Mrs. __CARPENTER__, my name is Hassan Tabbah /Thomas Rasmussen, I am the RVP/Administrative Manager of the Merrill Lynch Fifth Avenue Sixth Floor Office. I work with your Financial Consultant __Gary Stern / Gary Levine__. One of my responsibilities is to review the account(s) of our priority clients. On behalf of Merrill Lynch, I would like to personally thank you for the faith and trust that you have placed in us and more importantly, with __Gary & Gary__.

Do you have a few minutes to answer some questions about he service we provide?

1. Are you receiving your trade confirmations and monthly statements on a timely basis?
   ✓ Yes    ___ No

2. With regard to your financial needs and goals are the recommendations made by __Gary & Gary__ within your investment objectives?
   ✓ Yes    ___ No

   We show them as Risk Tolerance: __Aggressive__

   Investment Objective: __Income__

3. Do you feel there is an understanding with __Gary - Gary__ regarding your financial needs?
   ✓ Yes    ___ No

4. Are there occasions where __N/A__ suggestions do not match these goals?
   ___ Yes    ___ No

Put in Margin Line
COB April 2000
$96,869 debt

ML 110019
00646

5. Is there anything that I can do to assist you, or that you wold like to comment on?

    Would Like more Info on Rsch & how to Access — Thinks Greenspan is going to Raise Rates 50 B.P.s P+S

6. Are there any concerns regarding the trading activity in your account?

    _____ Yes    __✓__ No

    Losses due to Nasdaq

7. Does our Financial Consultant call you with recommendations?

    N/A

8. Approximately how often do you and your Financial Consultant speak?

    Daily

9. Approximately how often per year does your Financial Consultant meet with you?

    N/A

10. Does your Financial Consultant discuss all transactions with you thoroughly before the orders are entered?

    Always

11. Does our Financial Consultant always call you confirming each transaction? If not, how are you notified?

_____

_____

_____

_____

12. Are there any services that Merrill Lynch is ~~not~~ providing to your satisfaction?

_____ Yes        __✓__ No

_____

13. Are you aware that your account(s) has/have paid commission of $ __158233__ between __Jan__ and __Apr 2000__.

13a. Between, __Jan__ and ~~Apr~~ Co3 5-12 in ~~199~~ A/o 2000, your account had $ ~~techie9~~ realized profit/(losses.) — 1168782

At the close of business on __5-12-00__, your account reflects an unrealized (loss)/profit of $ __535762__

If I can ever be of assistance to you, please do not hesitate to call me. I can be reached at (212) 415 - _____: Thank you for your time and have a nice day!

_____

Additional comments concerning call.

① Clocked Cleaved
② Whits 1 million 500 thousand Amerist Friend
③ Late March To April wouldn't Be in the Nasdaq
④ Interest in Fixed Income, Corp Bonds,