## Manager Contact Sheet

Date: 11-20-00

Client: BENISTAR (DANIEL CARPENTER)

Account Number: EX-15433

Comments:
NET - 10 MM
UQ - 10 MM
AVN - 10 MM
Aware of losses
all unsol
PW Great
No one to blame but himself
Election hasn't help
waiting for big re-bound
No Happy with that is investing
EDGE, Computers,
no rebound by Thanksgiving he will be
resigned to changing strategy

disappointed with market
loves Broker PW & CSA
owner of Benistar
needs a good old
fashioned rally
wouldn't solve

Signed by: /s/

Gave him my #

CONFIDENTIAL

PW 0775

00715