CONFIDENTIAL

PW 0740

TUES DEC. 19th

STEVE EEIT, MYSELF & MITCH ROCK got together to discuss further about EX-15433-15434 - BENISTAR accts. Acct came to Broker as a ref. from a friend "Gary" at Merrill Lynch. We then had conference call w/ Gary to discuss Daniel Carpenter Benistar. Gary's partner at Merrill is a friend of Dan, so that lead to relationship. Merrill shut trading account down within 2 yrs. due to excessive losses & trading patterns. They tried to curtail his trading but that did not work. Client was bitter at that firm because they no longer allowed him to trade. The relationship w/ Brokers, still intact & wants to re-open acct. Gary also told us Dan Carpenter is tax attorney, handles estate planning, pension management, & acts as an attorney for Real Estate Dev. Companies. Acts as 3rd party liason for real estate transactions.

We then called Dan Carpenter on a conference call to discuss further losses & acct.

CONFIDENTIAL

PW 0741

We spoke about last conversation I had w/ him, and his patterns + losses have gotten worse. He reiterated that he thought a bounce would come in the market after election, which it didn't + that hurt him. He also stated, as in prior talk w/ me, he has only himself to blame for the losses + the trading losses + mistakes are all from his own doing. Said repeatedly that trades are all his fault + blames himself. He said always trades unsa..., he is experienced trader and still hopes to re-coup losses.

Steve then inquired about Benistar, Inc. Dan stated:

* A third party sells property, he acts as an intermediator for cash mgmt. (investing in comm. paper) until that 3rd party needs the funds to invest in new property.
* Also manages pension $ for large corps. + organizations (ie: Yankees) + speaks extensively around country to groups on topic.

PW 0742

CONFIDENTIAL

STEVE then went over the amount of losses sustained from trading in account. Our figure, as of 12.18 was 5,600,000 + 800,000 in unrealized losses also a/o 12.18. This figure was alot higher than Dan Carpenter thought. He stated he calculated the figure w/ his assistant "Jackie" somewhere in the high 3mm. Our figure had him very upset, and he seemed taken by surprise by this number. We verified again that our figure was correct, but that we would update him w/ approximate numbers by end of day. He wanted us to calculate a P+L so he could compare with his figures. Again very upset by this. Steve then asked him about financial #'s. He said 1mm for income, net worth as 10mm. Said this $ is Benistar, + has no additional funds anywhere to make up loss. This is it! He then told us he would need our help, to figure out a plan to re-coup loss

CONFIDENTIAL

PW 0743

At Steve insistance, NO NEW option positions were to be transacted, closing positions ONLY + we had to consider liquidating all open positions, due to fact, if put stock he could not handle financial obligation of those positions. Still wanted to make up loss if he could. Steve advised Mitch + client, no new trades until we figured real losses, compared to client.

— DEC. 22nd

as per Mitch, client wants to short stock, only to day trade, hoping to make 10-20 M in a day. I refused request.

— see Steve note.

00720

0 0 7 2 0

I spoke to Dan Carpenter for over 1 hour on Wednesday morning, December 20. I expressed my concerns for the leverage and losses he assumed in his Options Trading Account and that he should cover his shorts and eliminate ~~any~~ additional risk to capital loss. Dan agreed and spent the day covering positions in the account. I again spoke to Dan late in the trading day and reconfirmed he should cover open positions.

#the following Thursday, December 28, I ~~reconfirmed~~ returned from vacation and spoke to Dan. He requested the ability to continue trading ~~at~~ Options at PaineWebber. I denied his request explaining that his losses were substantial and he could not continue trading options. The only ~~reasonable~~ activity would be to ~~~~ invest in stocks and, when appropriate, sell covered calls.

CONFIDENTIAL

PW 0743A

00721

PW 0744

CONFIDENTIAL

1·3·01

**REDACTED**

Got some wires on desk for
wires out of Benister ex-15434
- Talked w/ Steve abt debit M5433
- Steve called Mitch on status
- Steve ~~~~ ok'd wires

- Ray came in + interrupted meeting
at 4:30 to approve a $920,000
wire from ex-15434. Called
Paul to release, $ in acct +
enough to cover debit.
- 5:00 Mitch came over + showed
us fax from attorney, not to let $ go
out due to discrepancies. Too late

00722

CONFIDENTIAL

PW 0745

**REDACTED**

00723

Benistar - 860-408-7000

CONFIDENTIAL

PW 0746

JAN 4th 2001

Called Dan Carpenter w/ Steve regarding fax late last night & wire transfers. Dan Carpenter wants fax. STEVE BROUGHT following to D.C. Attention - Debit in ex-15433 - must be taken care of. D.C. said litigation is about to ensue. They are going to bring lawsuit against Benistar. He tried to buy time & make up to litigants, but no. Benistar doesn't want to give us instructions to cover Debit. Steve said we cannot act on any instructions from Benistar, we cannot act unless ordered by court. He also said he was very sorry about this, he tried to reason with the people, but they would not. Last statement by Dan was to keep each other posted. He thought he was doing the right thing "the manly" thing by the trading activity in the acct. He then said if "Greenstar" lowered rates back in December, we wouldn't be having this conversation.

00724

PW 0747

CONFIDENTIAL

3 day notice - checking 3%
trading acct 6% - 30 Day notice

Again said he acts as the 3rd party intermidiator for real estate transactions. This money was all 3rd party $ of clients of Benistar. He said he offered clients 2 types of accounts for the escrow money.

1. Check type acct. - payed 3%
2. ~~The ex-15433~~ ✓ they only had to give 3 day notice for $

2. The other type of acct was trading (ex-15433) gtd. investors 6% on $. They had to give 30 days notice for $.

Dan faults the loss in market, all the investors wanting $ all in January, due to closing, that he didn't have. He said he wants to raise capital, time to pay off, and he said the people wouldn't give him 2 months, and they are over-reacting. He said he feels disappointed + feels as like he was

00725

kicked in the head for trying to do the noble things by the investors.

Ended conversation by Dan again apologizing + keep the situation informed between both sides.

\* His attorney advised Dan Carpenter not to authorize any instructions, including covering debit. But did say we have to do, what we have to do.

REDACTED

\* NEED TO leave $2,000 in ex-15434
1·4·01 - Tried to call Benister, phones down
1·5·01 - called at 10:45, left voice mail message, sec. said he is out of office.

CONFIDENTIAL

PW 0749

1.5.00
Recieved wire instructions from Benister as per attorney letter.

**REDACTED**

Steve + I tried to call Dan but he was unavail + out of office so we left voice mail. We then had Mitch contact Dan's office to inform them that we needed new letter of instructions. A new letter came over to us, in which I informed

**REDACTED**

As normal procedure, the wire went through all steps (i.e margin, npr review, TSY Ops).

**REDACTED**

approx. 4:40, I called, spoke AT w/ Maria in TSY ops, told her to push through wire,

**REDACTED**

00727

PW 0750
CONFIDENTIAL

She said she needed a bank # & contact. I gave her Bank name & contact (Karen) & at 4:46 TSY ops approved wire. At 4:50 Dan Carpenter called to stop wire transfer. We then got on a call (Steve, Lori, Mitch) Dan was yelling & cursing, saying the first fax was with the correct dollar amount, and the second was a fraud! He said he did not authorize so he wanted it stopped. Even though same exact but less $ amount. He was very irrate, upset & then said he was suing us & he would see us in court.

00728