

✎ AO178
(Rev. 8/97)

# JUROR QUALIFICATION QUESTIONNAIRE

**PLEASE READ LETTER ON THE NEXT PAGE ■ PRINT OR TYPE YOUR ANSWERS**

1. IF YOUR NAME AND PERMANENT ADDRESS ARE NOT CORRECT, PLEASE CHECK ☐ AND SHOW CORRECTIONS ON NEXT PAGE.

2. RETURN THIS FORM IN THE ENCLOSED ENVELOPE TO:
   **UNITED STATES DISTRICT COURT**
   **ATTENTION: JURY CLERK**

3. COUNTY YOU NOW LIVE IN →

4. HAS YOUR PRIMARY RESIDENCE FOR THE PAST YEAR BEEN IN
   - THIS STATE ☐ YES ☐ NO
   - THE SAME COUNTY ☐ YES ☐ NO
   
   → IF "NO" GIVE NAMES OF OTHER COUNTIES OR STATES OF PRIMARY RESIDENCE DURING THE PAST YEAR, AND SHOW DATES (USE REVERSE IF NECESSARY.)

5. PHONE { HOME _____ WORK _____

## A. IDENTIFICATION

6. BIRTH DATE { month | day | year
7. AGE
8. U.S. CITIZEN ☐ YES ☐ NO

9. ☐ Mr. ☐ Mrs. ☐ Miss ☐ Ms.
10. ☐ Single ☐ Married ☐ Divorced/Separated ☐ Widowed
    SEX: ☐ MALE ☐ FEMALE

11. PLEASE INDICATE YOUR RACE ON THE FOLLOWING LIST

FEDERAL LAW REQUIRES YOU AS A PROSPECTIVE JUROR TO INDICATE YOUR RACE. THIS ANSWER IS REQUIRED SOLELY TO AVOID DISCRIMINATION IN JUROR SELECTION AND HAS ABSOLUTELY NO BEARING ON QUALIFICATIONS FOR JURY SERVICE. BY ANSWERING THIS QUESTION YOU HELP THE FEDERAL COURT CHECK AND OBSERVE THE JUROR SELECTION PROCESS SO THAT DISCRIMINATION CANNOT OCCUR. IN THIS WAY THE FEDERAL COURTS CAN FULFILL THE POLICY OF THE UNITED STATES WHICH IS TO PROVIDE JURORS WHO ARE RANDOMLY SELECTED FROM A FAIR CROSS SECTION OF THE COMMUNITY.

☐ BLACK
☐ WHITE
☐ ASIAN
☐ NATIVE AMERICAN
☐ OTHER (Spcfy.)

ARE YOU HISPANIC?
☐ YES ☐ NO

## B. OCCUPATION

FEDERAL LAW REQUIRES THAT YOU ANSWER NO. 12, 13, 14 & 15 SO THAT THE FEDERAL COURTS MAY DETERMINE PROMPTLY WHETHER YOU FALL WITHIN AN EXCUSE OR EXEMPTION CATEGORY (See "E" & "F").

12. ARE YOU NOW EMPLOYED? ☐ YES ☐ NO
    ARE YOU NOW A SALARIED EMPLOYEE OF THE U.S. GOVERNMENT? ☐ YES ☐ NO

13. YOUR EMPLOYER'S NAME

14. YOUR USUAL OCCUPATION, TRADE OR BUSINESS

15. BUSINESS ADDRESS OR EMPLOYER'S ADDRESS
    Street
    City                                   State

## C. EDUCATION AND HEALTH

16. DO YOU READ, WRITE, SPEAK AND UNDERSTAND THE ENGLISH LANGUAGE?
    ☐ YES ☐ NO

17. SHOW THE EXTENT OF YOUR EDUCATION BY GIVING THE NUMBER
    OF FULL YEARS COMPLETED { ☐ In High School  ☐ Trade/Vocational School  ☐ Above High School

18. DO YOU HAVE ANY PHYSICAL OR MENTAL DISABILITY THAT WOULD INTERFERE WITH OR PREVENT YOU FROM SERVING AS A JUROR?
    IF "YES," SEE NOTES ON NEXT PAGE.    ☐ YES ☐ NO

## D. CRIMINAL RECORD

19. HAVE YOU EVER BEEN CONVICTED, EITHER BY YOUR GUILTY OR NOLO CONTENDERE PLEA OR BY A COURT OR JURY TRIAL OF A STATE OR FEDERAL CRIME FOR WHICH PUNISHMENT COULD HAVE BEEN ONE YEAR OR MORE IN PRISON?
    ☐ YES ☐ NO

20. (IF "YES") WERE YOUR CIVIL RIGHTS RESTRICTED?
    ☐ YES ☐ NO
    (IF "YES," EXPLAIN ON NEXT PAGE.)

21. ARE ANY CHARGES NOW PENDING AGAINST YOU FOR A VIOLATION OF STATE OR FEDERAL LAW PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR?
    ☐ YES ☐ NO

If your answer to either question 19 or 21 is YES, please state on the next page of this form,
a) date of the offense.
b) date of the conviction (or date of pending charge),
c) nature of the offense,
d) the sentence imposed (if a conviction), and
e.) the name of the court.
One is disqualified from jury service only for criminal offenses punishable by imprisonment for more than one year, but it is the maximum penalty, and not the actual sentence, which controls.

## E. EXEMPTIONS

22. CHECK IF YOU ARE EMPLOYED ON A FULL-TIME BASIS AS ONE OF THESE.
    { ☐ PUBLIC OFFICIAL OF THE UNITED STATES, STATE, OR LOCAL GOVERNMENT WHO IS EITHER ELECTED TO PUBLIC OFFICE OR DIRECTLY APPOINTED BY ONE ELECTED TO OFFICE.
    ☐ MEMBER OF ANY GOVERNMENTAL POLICE OR REGULAR FIRE DEPT. (NOT INCLUDING VOLUNTEER OR COMMERCIAL DEPTS.)
    ☐ MEMBER IN ACTIVE SERVICE OF THE ARMED FORCES OF THE UNITED STATES.

## F. GROUNDS FOR REQUESTING EXCUSE

You MAY be excused by the court from service as a juror if you are within a category shown below. If you request to be excused for that reason, mark the category which applies to you. HOWEVER, IF YOU WISH TO SERVE, DO NOT MARK YOUR CATEGORY.

☐ A person who serves without compensation as a volunteer firefighter or a member of a rescue squad or ambulance crew for federal, state, (including the District of Columbia and territories of the United States), or local government agency (describe your service and identify the agency for which you work under "Remarks," section).

**REMEMBER, ALL CITIZENS HAVE AN OBLIGATION TO SERVE AS JURORS WHEN CALLED UPON**

I SWEAR AND AFFIRM THAT ALL ANSWERS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGN HERE → _____    _____    _____
                                    DATE SIGNED            SOCIAL SECURITY NUMBER

✎AO 178 Reverse
(Rev. 8/97)

# UNITED STATES DISTRICT COURT

> **PLEASE NOTE:** Unless shown elsewhere, the address of the U.S. Court which sent you this questionnaire is shown on the first page of this form in box 2.

Dear Prospective Juror:

Your name has been drawn by lot, and you are being considered for jury service in the United States District Court. Trial by jury is a keystone of our system of justice. Jury service is therefore both an opportunity and an obligation of every American. Jurors will receive mileage and, unless they are Federal Government employees, $40.00 per day for each day of service.

<u>This is not a summons for jury service</u>. It is a way of obtaining some information about you from which we can objectively determine whether you are qualified to serve pursuant to federal law. Please answer each question, sign and return the form within ten days. If we find you qualified, you may be summoned at a later date.

If you are unable to fill out this form, someone else may do it for you provided that person indicates below why it was necessary for him or her to do it instead of you.

If you do not return this questionnaire form, fully completed, within ten days, you are liable to be summoned to report at your expense for completion of the questionnaire at this office.

There are certain grounds for excuse or exemption from jury service. If you are exempt or claim a right to be excused, give us that information under sections E and F. If you claim a mental or physical disability, please explain and attach evidence of your disability. NOTE: Do not ask the court to call your doctor. Any doctor's statement you obtain regarding your physical condition must be sent to the court by you rather than by the doctor.

If you have a physical handicap or disability that would affect, but not prevent, your serving as a juror, and you are willing to serve if reasonable accommodation can be provided, please advise and explain by enclosing a separate letter.

**If your address changes after you have returned this questionnaire, please notify us promptly by letter or post card, addressing it to "Attention: Jury Clerk."**

**CLERK**,

**UNITED STATES DISTRICT COURT**

<u>REMARKS</u>:
Additional space for completion of answers from questionnaire. Indicate number of question(s) to which you are further responding:

*Privacy Act Statement. Privacy Act Statement. Your social security number is requested on a voluntary basis under authority of sections 6041 and 6109 of the Internal Revenue Code. If you earn more than $600 in compensation as a juror, the court must inform the Internal Revenue Service using your social security number, and it is helpful to get your number now. Failure to provide your social security number at this time will not disqualify you from serving as a juror, but it may delay jury service payments to which you become entitled.

---

SPACE FOR OFFICIAL USE ONLY

| QUALIFIED | EXCLUDED | EXCUSED | EXEMPT | DISQUALIFIED |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |