**Pineault, Michael**

| | |
|---|---|
| From: | georgopoulose@GTLAW.com |
| Sent: | Monday, March 28, 2005 4:13 PM |
| To: | Pineault, Michael |
| Cc: | Mitchell, Jonathan |
| Subject: | Re: U.S. v. Carpenter: Speedy Trial motion |

Mike:

Looks fine: you can sign for me.

Evan
---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Michael.Pineault@usdoj.gov <Michael.Pineault@usdoj.gov>
To: Georgopoulos, Evan (LT-Bos-Assoc) <georgopoulose@GTLAW.com>
CC: Jonathan.Mitchell@usdoj.gov <Jonathan.Mitchell@usdoj.gov>
Sent: Mon Mar 28 15:57:14 2005
Subject: U.S. v. Carpenter:  Speedy Trial motion

Evan:

Please review the attached and let me know if I may (electronically) sign your name.

Thank you.

Michael J. Pineault
Assistant U.S. Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210
(617) 748-3261 (phone)
(617) 748-3960 (fax)
-------------------------------------------------------

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.