UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO CONTINUE TRIAL TO AUGUST 8, 2005**

The United States opposes defendant Daniel E. Carpenter's ("Carpenter's") most recent motion to continue the trial, on four principal grounds:

First, the arguments advanced by Carpenter in support of his motion already were considered by the Court in continuing the trial to its present date, July 11, 2005. Carpenter puts forth no new reasons why further delay is justified. He has had approximately three months since the termination of predecessor counsel to retain a new trial attorney to join his legal defense team, and for that new attorney, Mr. Goldstein, to prepare for trial. For the reasons this Court has stated in rejecting previous requests for additional postponements, no further continuances are warranted.

Second, the volume of pre-trial pleadings submitted by Carpenter in recent weeks belies the difficulties that he claims to be experiencing in adequately preparing for trial. The docket shows that Carpenter has filed 21 motions since terminating his previous lead defense counsel in late March, plus a petition for mandamus in the First Circuit.

Third, Carpenter's asserted concerns about responding to the anticipated testimony of the government's options expert does not take into account the fact that his defense team, nearly four

months ago, made Rule 16 disclosures to the government stating that Carpenter had retained four experts of his own, including two options experts and one stock market expert. (See Letter of March 4, 2005, attached at Exhibit A.)  The defense therefore would seem to have been preparing for a significant period of time to address precisely this area.

Fourth, although Carpenter states that he seeks only to continue the trial to the second week of August, at least one important government witness is unavailable at that time, as also is undersigned counsel.  Foregoing the July 11 date will thus inevitably push the trial into the fall.  For all of the reasons already explained by the government in opposing defendant's previous continuance requests, it strongly objects to such a delay.

## CONCLUSION

For the foregoing reasons, the government requests that the Court deny Carpenter's motion seeking a further continuance and order that trial commence, as currently scheduled, on July 11, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

 /s/ **Michael J. Pineault**
Michael J. Pineault
Jonathan Mitchell
Assistant U.S. Attorneys
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: June 30, 2005