

Number of Days Positions Held: Options Closed during January 2000









Monthly and Cumulative Profit and Loss (Options, 2000)









Month-end Bullish and Bearish Positions, 2000
Number of Contracts
1200
1000
800
600
400
200
0
(200)
(400)
Jan
Feb
Mar
Apr
May
Jun
Jly
Aug
Sep
Oct
Nov
Dec
Bearish
Bullish

BigCharts - Printer-Friendly Format                                    Page 1 of 2

 

To print this page, select File/Print from your browser menu.          Print B/W Version
**Back to Interactive Charting**

**UST3MO**  U.S. Treasury 3 Month                                      1/28/2005

| NAV: | Change: | Offer: | Yield: |
|---|---|---|---|
| **2.45** | ▲ 0.015 | n/a | n/a |
|  | Percent Change: |  | 52 Week Range: |
|  | 0.62% |  | .90 to 2.36 |



### Company Data

| | |
|---|---|
| **Company Name:** | U.S. Treasury 3 Month |
| **Dow Jones Industry:** | Not Available |
| **Exchange:** | U.S. |
| **Shares Outstanding:** | No Shares Data. |
| **Market Cap:** | n/a |
| **Short Interest:** | Exchange provides no short interest data. |
| **52-Week EPS:** | n/a |
| **52-Week High:** | 2.364 on Wednesday, January 19, 2005 |
| **52-Week Low:** | 0.899 on Monday, January 26, 2004 |
| **P/E Ratio:** | n/a |
| **Yield:** | n/a |
| **Average Price:** | 2.27 (50-day)   1.66 (200-day) |

http://bigcharts.marketwatch.com/print/print.asp?sid=1224036&symb=ust3mo&time=100&...   1/30/2005

BigCharts - ..ter-Friendly Format                                          Page 1 of 2

 You've got a new low-cost "option."  *charles* SCHWAB

To print this page, select File/Print from your browser menu.          Print B/W Version
Back to Interactive Charting

**SP500** S&P 500 Index                                                    1/28/2005

| NAV: | Change: | Offer: | Yield: |
|---|---|---|---|
| **1,171.36** | -3.19 | 1,175.63 | 1.67 |
| | Percent Change: -0.27% | | 52 Week Range: 1,060.72 to 1,217.90 |



### Company Data

| | |
|---|---|
| **Company Name:** | S&P 500 Index |
| **Dow Jones Industry:** | Not Available |
| **Exchange:** | INDEX |
| **Shares Outstanding:** | No Shares Data. |
| **Market Cap:** | n/a |
| **Short Interest:** | Exchange provides no short interest data. |
| **52-Week EPS:** | 57.75 |
| **52-Week High:** | 1,217.90 on Monday, January 03, 2005 |
| **52-Week Low:** | 1,060.72 on Friday, August 13, 2004 |
| **P/E Ratio:** | 20.28 |
| **Yield:** | 1.67% |
| **Average Price:** | 1,189.91 (50-day)   1,134.81 (200-day) |

http://bigcharts.marketwatch.com/print/print.asp?sid=3377&symb=sp500&time=100&freq=... 1/30/2005

BigCharts - Printer-Friendly Format                                           Page 1 of 2



USE YOUR BROADBAND CONNECTION TO SAVE ON ALL YOUR CALLS. Unlimited calls to all 50 states and Canada. $24.99/month. THE BROADBAND PHONE COMPANY - GET A FREE MONTH

To print this page, select File/Print from your browser menu.          Print B/W Version
Back to Interactive Charting

**NDX**  CBOE Nasdaq 100 Index                                                1/28/2005

| NAV: | Change: | Offer: | Yield: |
|------|---------|--------|--------|
| **1,499.46** | ▼ -8.09  Percent Change: -0.54% | 1,512.82 | n/a  52 Week Range: 1,301.93 to 1,635.70 |



### Company Data

| | |
|---|---|
| **Company Name:** | CBOE Nasdaq 100 Index |
| **Dow Jones Industry:** | Not Available |
| **Exchange:** | INDEX |
| **Shares Outstanding:** | No Shares Data. |
| **Market Cap:** | n/a |
| **Short Interest:** | Exchange provides no short interest data. |
| **52-Week EPS:** | n/a |
| **52-Week High:** | 1,635.70 on Wednesday, December 15, 2004 |
| **52-Week Low:** | 1,301.93 on Friday, August 13, 2004 |
| **P/E Ratio:** | n/a |
| **Yield:** | n/a |
| **Average Price:** | 1,578.45 (50-day)   1,468.65 (200-day) |

http://bigcharts.marketwatch.com/print/print.asp?sid=127123&symb=ndx&time=100&freq...   1/30/2005