J. Marc Allaire
1

# J. MARC ALLAIRE

| | |
|---|---|
| 249 Huron Ave., #2 | 617.497.0578 |
| Cambridge, MA 02138 | 617.876.1678 (fax) |

**EXPERIENCE:**

**Consultant**                                               01/01 – present

Acting as consultant to Chicago Board Options Exchange (CBOE), the Montreal Exchange, US Department of Justice, Unext, Canadian Securities Institute (CSI) and other clients

- CBOE: Developing and teaching option classes for institutional clients, brokers and individual investors
- Montreal Exchange: Developed and am delivering broker training seminars as part of continuing education requirement
- US Department of Justice: Provided expert witness testimony in criminal trial
- CSI: Wrote advanced option course offered to brokers in Canada

Authored *The Options Strategist*, published by McGraw-Hill, March 2003
Co-authored *Understanding LEAPS*, published by McGraw-Hill, November 2002

**Option Strategist**                                        10/98 – 12/00
**Barrington Investments Limited, Hamilton, Bermuda**

- Discretionary management of client accounts; used various hedged equity strategies tailored to clients' objectives and risk tolerance
- Assist institutional and individual accounts in developing and implementing various option strategies; provide follow-up action when needed
- Act as sounding board for owner-manager in areas such as compliance, internal procedures and legal matters
- Perform various standard brokerage functions as needed

**Senior Staff Instructor**                                   7/92 - 10/98
**The Options Institute, Chicago Board Options Exchange, Chicago, USA**

- Developed and taught courses to CBOE's constituencies to improve understanding of options and perception of derivatives in the marketplace
- Supported educational efforts of CBOE's member firms through classes and written materials for Account Executives and customers
- Designed and marketed educational tools, including options software
- Assisted Marketing department in product development and marketing efforts
- Edited and contributed to The Options Institute's book, Options: Fundamental Concepts and Trading Strategies, 2nd edition

J. Marc Allaire
2

- Conducted options educational segments for Channel 26's television program called "The Options Classroom"
- Appeared as a guest on "The Independent Investor", a television program produced for AccuTrade
- Taught options courses to Account Executives, financial analysts, bankers, and individual investors, including options theory, trading skills, options strategy, and risk management
- Taught in Masters of Business Administration program, Illinois Institute of Technology

**Vice President, Options Product Manager**      1986 - 7/92
**Richardson Greenshields of Canada Limited, Montreal and Toronto, Canada**

- Marketed options as risk management tools
- Provided account executives with support necessary to develop and maintain their options business, including daily recommendations, series publications, and Lotus 123 worksheets for options strategies
- Developed a risk management tool for Canadian optionable stock similar to that developed by DYR Associates
- Trained Account Executives on options strategies
- Developed option strategies for individual investors and financial institutions
- Conducted seminars for clients
- Managed Options Department, including budgeting and planning
- Member of Toronto Stock Exchange Derivative Products Committee and TIPS Advisory Committee

**Options Manager**                               1985 - 1986
**The Montreal Exchange, Montreal, Canada**

- Marketed options to corporate and institutional clients throughout Canada
- Developed and marketed new derivative products

**Trader, Futures and Options Department 1983 - 1984**
**Lévesque Beaubien Inc., Montreal, Canada**

- Traded futures and options for firm and firm's institutional clients

**Consultant**                                    1982 - 1983
**Secor Inc., Montreal, Canada**

- Performed various consulting projects, including initial research for Montreal Exchange currency options

J. Marc Allaire
3

## EDUCATION:

**Masters of Business Administration**, May 1982
**McGill University**, Montréal, Québec
Concentration in International Business, finance emphasis
Studied at Institut Supérieur des Affaires, Jouy-en-Josas, France, 1981 - 1982
Special Project for Régie Nationale des Usines Renault, France

**B.A., Philosophy**, May 1977
**University of Ottawa**, Ottawa, Ontario
Honors graduate


## SELECTED PUBLICATIONS:
- *The Options Strategist*, McGraw-Hill, 2003
- *Understanding LEAPS*, McGraw-Hill, 2002 (coauthored with Marty Kearney)
- "Investing and Trading Strategies for the Individual Investor", Options: Essential Concepts and Trading Strategies, 3rd ed., Edited by The Options Institute, Irwin Professional Publishing, 1999, pp. 139 - 170.
- "Reviewing Options", European Fund Manager, Fourth Quarter, efm Publishing Ltd., London, 1998, pp. 80-82.
- "Innovative Structures Using FLEX Options to Create Synthetic Money Market Instruments", Financial Engineering with Derivatives: Cutting Edge Innovations and Real-World Applications, 1995, pp. 45 - 52.
- "New Product Strategies", Options: Essential Concepts and Trading Strategies, 2nd ed., Edited by The Options Institute, Irwin Professional Publishing, 1994, pp. 141 - 162.
- "Index Options: Fundamental Concepts and Strategies", The Handbook of Derivatives and Synthetics: Innovations, Technologies and Strategies in the Global Markets, 1994, pp. 23-42.
- "Options and Performance Measurement", Futures and Options World: Equity Derivatives, 1993, pp. 15-17.
- "The Price of Liquidity", Open Interest, Fall 1993, pp. 9-11.
- "LEAPS: New Opportunities", Open Interest, Fall 1992, pp. 6-7.
- "Short Selling: Buy Low, Sell High, with a Twist", Canadian Shareowner, July/August 1990, pp. 12-14
- Various articles for Revue Commerce, 1982 - 1984.


## LANGUAGES:
Fluent in English and French
Intermediate level proficiency in German, basic Spanish