UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL E. CARPENTER, )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 04-10029-GAO |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO STRIKE SURPLUSAGE**

The United States opposes defendant Daniel E. Carpenter's ("Carpenter's") motion to strike surplusage.

Carpenter premises the motion on the same assertions contained in the twelve motions in limine that he filed simultaneously. He contends that the jury should not see or hear the core allegations of the indictment, including: (a) the false representations made to the victims ("safety"); (b) what Carpenter, in fact, did with their money ("misappropriate" and trade in "high risk" options); and (c) the losses that were sustained. Consistent with his effort to preclude the jury from seeing these allegations, Carpenter requests that 65 of the 105 paragraphs in the superseding indictment be stricken in whole or in part.

Carpenter's arguments are without merit. For the reasons set forth in the Government's Consolidated Opposition to Defendant's June 23, 2005 Motions in Limine (Docket 99), the foregoing allegations (and the evidence relating to them) have material relevance to the mail and wire fraud charges at issue. The language employed is not inflammatory. To the contrary, it reasonably describes the pertinent events and allegations. E.g., United States v. Rude, 88 F.3d 1538, 1547-48 (9th Cir. 1996) (prosecutor's use of words such as "victim," "deceit,"

"falsehoods" and even "charlatan" and "scam" were not inflammatory); <u>United States v. Stein</u>, 1994 WL 285020, *3 (E.D. La. 1994) (denying motion to strike loss allegations from indictment).

    For all of the foregoing reasons, Carpenter's motion to strike should be denied.

                                     Respectfully submitted,

                                     MICHAEL J. SULLIVAN
                                   United States Attorney

By:

                                 **/s/ Michael J. Pineault**
                                 Michael J. Pineault
                                 Jonathan Mitchell
                                 Assistant U.S. Attorneys
                                 U.S. Courthouse, Suite 9200
                                 1 Courthouse Way
                                 Boston, MA 02210

Date: June 30, 2005