UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S "EMERGENCY"
MOTION FOR PRODUCTION OF DISCOVERY, DATED JUNE 17, 2005**

The United States opposes defendant Daniel E. Carpenter's ("Carpenter's") June 17 "Emergency" Motion for Production of Discovery, on two principal grounds.

First, the motion is procedurally deficient. Carpenter did not comply with Local Rule 116.3(A), which governs the proper service of discovery requests, or with the related provisions of the same rule, which set forth the proper procedures for bringing discovery issues to the attention of the Court. Instead, Carpenter now seeks, on an emergency basis, to invoke the criminal process to gain information that he had concluded, previously, was more appropriately sought through a Freedom of Information Act request. He acknowledges that he is doing so because his FOIA request is now the subject of civil litigation involving various asserted privileges, and he seeks what he hopes will be a more expeditious and successful path to the desired materials. As a procedural matter, the manner in which Carpenter is attempting to invoke the criminal process – effectively, to end run the FOIA process – is not appropriate. For this reason, standing alone, his motion should be denied.

Second, Carpenter's motion is substantively deficient. The documents that he seeks do not, in the government's view, fall within the scope of Fed. R. Crim. P. 16(a)(1)(E). In this

regard, the United States offers to submit the materials to the court for *in camera* review, so that it can make an independent assessment of their relevance and materiality.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:   **/s/ Michael J. Pineault**
                              Michael J. Pineault
                              Jonathan Mitchell
                              Assistant U.S. Attorneys
                              U.S. Courthouse, Suite 9200
                              1 Courthouse Way
                              Boston, MA 02210

Date: June 30, 2005