# United States Court of Appeals
## For the First Circuit

No. 05-1749

IN RE: DANIEL E. CARPENTER,

Petitioner.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: July 1, 2005

    Aggrieved by the denial of his late-filed emergency motions to transfer his upcoming trial to the Springfield division of the court pursuant to Fed. R. Crim. P. 21(b), petitioner seeks a writ of mandamus vacating the order below. Petitioner would have us believe that this case presents those rare "exceptional circumstances" justifying the extraordinary use of our mandamus power. In re Union Leader Corp., 292 F.2d 381, 383 (1st Cir.), cert. denied, Matter of Union Leader Corp., 368 U.S. 927 (1961) (quoting La Buy v. Howes Leather Co., 352 U.S. 249, 256 (1957)). We are not persuaded.

    Even a cursory review of the record reveals that petitioner failed to file a single affidavit or document in support of his sweeping arguments regarding the many inconveniences and hardships he purportedly faces if this matter proceeds to trial as scheduled in Boston. Clearly, with no specific facts or evidence to weigh when considering the requested transfer, the court committed no abuse of discretion in summarily denying the motions. United States v. Noetzel, 124 F.R.D. 518, 520 (D. Mass. 1989); Lindberg v. United States, 363 F.2d 438 (9th Cir. 1966) (no abuse of discretion "to deny a motion based on so inadequate a showing.").

    Moreover, we are not persuaded that petitioner's calibration of the factors recited in Platt v. Minnesota Min. & Mfg. Co., 376

U.S. 240 (1964), demonstrate that he has a "clear and indisputable" right to issuance of the writ. Acton Corp. v. Borden, Inc., 670 F.2d 377, 382 (quoting Bankers Life & Cas. Co. v. Holland, 346 U.S. 379, 384 (1953)).

The motion for leave to file a reply is granted. The petition for writ of mandamus is denied and dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
      Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature]   Date: 7-1-5

[Cert. cc: Hon. George A. O'Toole, Jr. and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Robinson, Miller, Pineault, Mitchell and Ms. Chaitowitz]