## EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
UNITED STATES OF AMERICA    )
                                                    )      CRIMINAL NO. 04-10029-GAO
v.                                                )
                                                    )
DANIEL E. CARPENTER              )
_____)

## JURY QUESTIONNAIRE

**A. BACKGROUND**

NAME: _____

(If married, full name of your spouse) _____

ACTUAL ADDRESS: _____

DATE OF BIRTH: _____

1. What is your present occupation or profession?

   _____

2. Is this your usual occupation or profession? If not, what is?

   _____

3. If you are employed, how long have you been at your present job or occupation?

   _____

4. Do you have a part-time job? If so, what is it?

   _____

5. State your occupation for the past five years, beginning with your most current. If you are retired or unemployed, state the date of your retirement/unemployment and indicate your occupation for the five years preceding your

retirement/unemployment. Briefly describe your functions as to each employment during the five-year period.

| JOB TITLE/ CLASSIFICATION | JOB DESCRIPTION | NAME, CITY & COUNTY OF BUSINESS |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

6. Occupation of parent or parents.

   _____

7. Are you currently enrolled in any class or training program either part-time or full-time?

   ( ) Yes
   ( ) No

8. Your marital status is:

   ( ) Single
   ( ) Separated
   ( ) Divorced (please indicate if single or remarried)
   ( ) Married ____ years
   ( ) Widowed

9. If married, spouse's occupation.

   _____

10. Indicate your education level:

    ( ) High School
    ( ) College
    ( ) Post-Graduate

11. Number of children, if any:   _____

12. If your children are employed, please indicate their professions or occupations:

   _____

   _____

13. Have you ever served in the armed forces?

   ( ) Yes
   ( ) No

14. If so, what branch? _____

   What rank? _____; What years did you

   serve? _____

   Did your duties include law enforcement responsibilities?  If so, please describe:

   _____

   _____

15. WITHOUT DISCLOSING THE RESULT, have you or any member of your

   immediate family ever served on a trial jury in a federal or state court?

   ( ) Yes
   ( ) No

   a.   If criminal, state the nature of the crime involved.

   _____

   _____

16. Have you or any member of your immediate family ever been a member of or ever testified before a grand jury?

   ( ) Yes
   ( ) No

   If so, where and when? _____

   _____

3

17. Have you or any member of your immediate family or any of your close friends ever been involved in a criminal proceeding, either as a victim, witness, or defendant?

    ( ) Yes
    ( ) No

    If so, please describe the circumstances briefly.

    _____

    _____

18. Have you, any member of your immediate family or any close friends ever been employed by any police department or law enforcement agency or any other federal or state prosecutor's office?

    ( ) Yes
    ( ) No

    If so, who and which agency:
    _____

19. Have you, any member of your immediate family, or any of your close friends ever been employed by any federal, state or local government agency?

    ( ) Yes
    ( ) No

    If so, who and which agency:
    _____

20. Have you ever *applied* to any federal, state or local law enforcement agency for a job?

    Yes                          No

    If *yes,* please describe the position, the agency, the time you applied and the result or status of your application:

    _____

4

21. Do you have any strong opinions about the role of criminal defense attorneys in the criminal justice system?

   ( ) Yes
   ( ) No

   If so, please explain briefly:

   _____

   _____

22. Do you have any opinion about courts or prosecuting attorneys in criminal cases that would prevent or impede your fair judgment of the evidence in this case?

   ( ) Yes
   ( ) No

   If so, please explain briefly:

   _____

   _____

23. Do you have regular medical and dental appointments which would interfere with your ability to sit as a juror?

   ( ) Yes
   ( ) No

24. Do you have any physical or mental disability which would interfere with your serving as a juror?

   ( ) Yes
   ( ) No

   If so, please explain:

   _____

   _____

25. Are you currently taking any prescription medication which in any way would prevent you from giving your full attention to the matters here at trial?

   ( ) Yes
   ( ) No

   If so, what is it? _____

26. Do you have any form of hearing difficulty? Specifically, do you believe that your hearing difficulty, if any, will in any way impede your ability to listen to witness testimony or tape recordings of conversations?

   ( ) Yes
   ( ) No

27. As you have been advised, this trial may last approximately three weeks. You have also been told that there is no present expectation that you will be sequestered during the presentation of the evidence. Are you willing to sit as a juror as long as is necessary to enable you to render a fair and impartial verdict?

   ( ) Yes
   ( ) No

   If "No", please explain:

   _____

   _____

28. Please indicate your agreement or disagreement with the following statements:

   a. Too many guilty people escape punishment because of legal technicalities.

   Agree                          Disagree

   Strongly Agree                 Strongly Disagree

   b. A person who is indicted is probably guilty of the crime charged.

   Agree                          Disagree

   Strongly Agree                 Strongly Disagree

6

c. The United States has the burden to prove a defendant is guilty beyond a reasonable doubt.

Agree                              Disagree

Strongly Agree              Strongly Disagree

d. A defendant should have to prove that he or she is not guilty.

Agree                              Disagree

Strongly Agree              Strongly Disagree

e. A defendant should have to testify to prove that he or she is not guilty.

Agree                              Disagree

Strongly Agree              Strongly Disagree

f. A defendant should have to produce some evidence to prove that he or she is not guilty.

Agree                              Disagree

Strongly Agree              Strongly Disagree

g. Sometimes people are indicted or charged with crimes that they did not intend to commit or in fact did not commit.

Agree                              Disagree

Strongly Agree              Strongly Disagree

h. Most lawyers or business or financial people are honest and trustworthy people.

Agree                              Disagree

Strongly Agree              Strongly Disagree

i. With occasional exceptions, most expert witnesses provide accurate, helpful information in their presentations.

Agree                              Disagree

Strongly Agree              Strongly Disagree

j. A person who acts openly and with transparency in his dealings with others is not normally involved in a scheme to defraud.

    Agree                              Disagree

    Strongly Agree               Strongly Disagree

29. Have you any opinion or feelings concerning allegations of fraud which would impede or prevent you from rendering a verdict based upon the evidence and according to the instructions of law given to you by the Court?

   ( ) Yes
   ( ) No

30. Do you know or have you ever met or heard of the defendant Daniel E. Carpenter, Benistar Property Exchange Trust Company, Benistar Ltd., or any other entity with the name "Benistar" in it?

   Yes                  No

   If yes, please explain:

   _____

   _____

31. This case involves issues about the purchase and sale of real estate and like-kind exchanges under Section 1031 of the Internal Revenue Code. Are you familiar with like-kind property exchanges under Section 1031?

   ( ) Yes
   ( ) No

   31a. Have you ever participated in a like-kind property exchange under Section 1031 of the Internal Revenue Code?

   ( ) Yes
   ( ) No

   If *yes*, describe what happened.

   _____

   _____

31b. Aside from your home, have you ever bought or sold real estate as an investment?

( ) Yes
( ) No

If *yes*, describe your transactions.

_____

_____

31c. Did you pay taxes on the sale of any real estate or property that you sold?

( ) Yes
( ) No

31d. How do you feel about wealthy individuals who seek to defer or avoid payment of taxes through tax planning strategies?

( ) Good for them
( ) It doesn't bother me
( ) It bothers me somewhat
( ) I think it is deplorable

31e. What is your opinion of Tax Attorneys and Financial Advisors that create or implement tax saving or deferment programs or strategies for wealthy individuals?

( ) I would like to utilize such services
( ) I have no opinion
( ) Generally don't like people in the financial planning profession
( ) I think they are deplorable

31f. What is your view on paying taxes?

( ) I believe everyone should pay their fair share
( ) I believe every American has the right to arrange his or her affairs so as to pay the least amount of taxes
( ) I believe everyone fiddles a little bit on their taxes

**Workplace Experiences**

32. Have you ever worked in any of the following work settings?
    Please check as many as apply, and specify for each one where you worked, and what you did.

    ____    Banking
    ____    Stock Brokerage Firm
    ____    Real Estate
    ____    Courts/law enforcement
    ____    Other federal/state or local government agency
    ____    Law firm
    ____    Private investigation work
    ____    Publicly traded corporation
    ____    Regulatory or oversight agency

    32a.    Please name your workplace(s) and describe your work responsibilities:

    _____

    _____

    _____

33. Have you ever invested money in the stock market?

    _____ Yes, in the past           _____ Yes, now           _____ No

    33a.    If yes, do/did you invest aggressively or conservatively?

    _____ Aggressively           _____ Conservatively

    33b.    If yes: Have you ever lost a significant amount of money on those investments?

    _____ Yes                         _____ No

    33c.    Would that experience affect your ability to sit as a juror in this case?

    _____ Yes                         _____ No

34. Do you now or have you ever invested in securities or held a brokerage account?

    _____ Yes                         _____ No

10

35. If you have money in the stock market or have had money in the past, do you make the investment decisions yourself, do you rely on a family member (for example, your spouse), do you rely on a broker or financial advisor, or do you rely on someone else?

    _____ Myself
    _____ Family Member
    _____ Broker/Financial Advisor
    _____ Other _____ (Please specify)

36. Have you or any of your immediate family members or close friends ever worked in any aspect of the securities, stock brokerage industry or investment banking?

    _____ Yes (self)   _____ Yes (family)   _____ Yes (close friend)   _____ No

    If yes, please explain:

    _____

    _____

37. Do you or does your spouse/partner own or has either of you ever owned any of the following types if investment?  Check as many as apply

    a. Money Market Accounts      _____ Self      _____ Spouse/Partner
    b. Municipal Bonds            _____ Self      _____ Spouse/Partner
    c. Mutual Funds               _____ Self      _____ Spouse/Partner
    d. Privately Issued Bonds     _____ Self      _____ Spouse/Partner
    e. Real Estate                _____ Self      _____ Spouse/Partner
    f. Stocks                     _____ Self      _____ Spouse/Partner
    g. U.S. Government Bonds      _____ Self      _____ Spouse/Partner
    h. Corporate Bonds            _____ Self      _____ Spouse/Partner

    i. Other, please describe:    _____

    _____

38. Have you or has anyone close to you recently lost money in the stock market?

    _____ Yes (self)      _____ Yes (other)      _____ No

    If yes, why do you think you lost money?

    ____ Bad Market Timing
    ____ Downturn in economy
    ____ Wrongdoing at the companies in which you invested
    ____ Other (please specify): _____

    _____

11

39. How familiar would you say that you are with the securities industry?

    \_\_\_\_  Very familiar          \_\_\_\_  Not very familiar
    \_\_\_\_  Somewhat familiar      \_\_\_\_  Not familiar at all

40. Have you or anyone close to you have made a complaint to a brokerage firm, the NASD, the SEC, or any law enforcement agency regarding the activities of an individual employed by or associated with the financial securities industry or any other business?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

If yes, please explain what happened and the outcome:

_____

_____

41. Have you ever owned stock in Merrill Lynch?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

42. Have you ever invested money with Merrill Lynch?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    If yes, were you satisfied or dissatisfied with how Merrill Lynch handled your investments?

    \_\_\_\_\_ Satisfied      \_\_\_\_\_ Dissatisfied

43. Have you or anyone you know ever been employed by Merrill Lynch or done business with Merrill Lynch?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    If yes, please explain:

    _____

    _____

44. Have you ever owned stock in Paine Webber?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

45. Have you ever invested money with Paine Webber?

12

_____ Yes    _____ No

If yes, were you satisfied or dissatisfied with how Merrill Lynch handled your investments?

_____ Satisfied      _____ Dissatisfied

46. Have you or anyone you know ever been employed by Paine Webber or done business with Paine Webber?

_____ Yes    _____ No

If yes, please explain:

_____

_____

C. **PUBLICATIONS**

47. Please indicate which newspapers and magazines you subscribe to or read regularly:

   ( ) Boston Herald          ( ) Time
   ( ) Boston Globe           ( ) Business Week
   ( ) Baron's                ( ) Forbes
   ( ) New York Times         ( ) USA Today
   ( ) Wall Street Journal    ( ) Other _____
   ( ) Investors Business Daily

48. Do you subscribe to any financial planning magazines or any investment type publications such as Forbes, Fortune, Money, Smart Money, Kiplingers, etc?

   If so which ones:

   _____

   _____

49. Do you watch television newscasts on a regular basis?

   _____ Yes    _____ No

   49a. Do you watch CNBC or Bloomberg?

   _____ Yes    _____ No

   49b. Do you watch financial shows like <u>Wall Street Week</u> or <u>Lou Rukeyser</u>?

13

_____ Yes     _____ No     Other: _____

**D.    CONCLUSION**

50. If you were representing a *defendant* in this case, is there any reason why you would not want to the case decided by someone with your beliefs, background or frame of mind?

_____ Yes     _____ No

If so, please explain:

_____

_____

51. If you were representing the *United States* in this case, is there any reason why you would not want to have the case decided by someone with your beliefs, background or frame of mind?

_____ Yes     _____ No

52. Do you understand that as a matter of law in accordance with our system of justice, a defendant is not required to testify and his failure to testify must in no way be considered by you in arriving at a verdict?

_____ Yes     _____ No

53. Do you have any difficulty whatsoever in accepting as fact that there is no evidence before you at this time to suggest guilt and that therefore, until and unless evidence sufficient to establish guilt is presented, you must continue to presume that the defendant is innocent?

_____ Yes     _____ No

54. Can you think of any reason that would prevent you from being able to render a fair and impartial verdict based solely on the evidence and law as the Court will instruct at the conclusion of the case?

_____ Yes     _____ No

If yes, please explain:

_____

_____

55. Have you consulted with anyone in order to complete this questionnaire?

_____ Yes     _____ No

If *yes,* with whom did you consult and why?

_____

_____

56. As a result of filling out this questionnaire, have your formed any opinions about this case?

If yes, what are those opinions?

_____

_____

Do you have you have any questions?

_____

_____


Juror's Name: _____
            (PLEASE PRINT)

Signature_____