```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Crim. No. 01-CR-10387-NG |
| | ) |
| **STEVEN MUEFFELMAN,** | ) |
| <u>     Defendant.     </u> | ) |

**GERTNER, D.J.:**

### MEMORANDUM AND ORDER RE: JURY SELECTION
February 9, 2004

I have reviewed the proposed questionnaire and have excised those questions that I found to be inappropriate. An edited copy is attached.

The criterion for my excisions consists of the following:

a) I will allow questions concerning issues of fact as to which jurors may have preexisting biases -- i.e. feelings about real estate brokers, government officers, etc.

b) I will not allow questions concerning issues of law. In my experience, it is not uncommon for jurors to have misperceptions concerning the law -- not because of ingrained biases but because they have not been instructed on these issues.

c) The questionnaire will provide background to the actual voir dire. With the parties' permission, we can eliminate those jurors who answered in the affirmative to the question concerning the length of the trial and whether they can serve during this period of time. (I also suggest that this question be among the first in the questionnaire to facilitate our paring down the list.)

    d)    Form of the questionnaire:  Ms. Molloy will instruct the parties as to the form of the questionnaire.  It must be comprised of 3 page carbonless paper (no carbon required or "NCR" paper).

    e)    Court questioning: I will introduce the parties, read a description of the case (agreed upon by both sides), and a list of witnesses in open court.

    f)    Individual and attorney voir dire: I will consider individual voir dire and attorney voir dire on motion of the parties.  Should I conclude that individual voir dire is appropriate, I will allow the questioning of individual jurors for eight minutes per side (16 minutes per juror).  The questioning can then be focused on ambiguities in the questionnaire or matters which need further exploration.

**SO ORDERED.**

**Dated:  February 9, 2004**　　　　　　　　**s/NANCY GERTNER, U.S.D.J.**

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```
_____
**UNITED STATES OF AMERICA,**      )
                                   )
     **v.**                        ) **Crim. No. 01-CR-10387-NG**
                                   )
**STEVEN MUEFFELMAN,**             )
     **Defendant.**                )
**GERTNER, D.J.:**

## JURY QUESTIONNAIRE

**A.   BACKGROUND**

NAME:       _____

(If married, full name of your spouse)  _____

ACTUAL ADDRESS:

DATE OF BIRTH:

   1.   What is your present occupation or profession?

   2.   State your occupation for the past five years, beginning with your most current.  If you are retired or unemployed, state the date of your retirement/unemployment and indicate your occupation for the five years preceding your retirement/unemployment.  Briefly describe your function as to each employment during the five-year period.

| JOB TITLE CLASSIFICATION | JOB DESCRIPTION | NAME, CITY & COUNTY OF BUSINESS |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

_____      _____      _____

    3.    Your marital status is:

( ) Single
( ) Separated
( ) Divorced (please indicate if single or remarried)
( ) Married ____ years
( ) Widowed

    4.    If married, spouse's occupation.

_____

    5.    Indicate your education level:

( ) High School
( ) College
( ) Post-Graduate

    6.    Number of children, if any:   _____

    7.    If your children are employed, please indicate their professions or occupations:

_____

_____

    8.    Have you ever served in the armed forces?

( ) Yes
( ) No

    9.    If so, what branch?
_____

    What rank? _____;
    What years did you serve? _____

Did your duties include law enforcement responsibilities? If so, please describe:

_____

_____

_____

10. WITHOUT DISCLOSING THE RESULT, have you or any member of your immediate family ever served on a trial jury in a federal or state court?

( ) Yes

( ) No

If criminal, state the nature of the crime involved.

_____

_____

11. Have you or any member of your immediate family ever testified before a grand jury?

( ) Yes

( ) No

If *yes*, where and when?

_____

_____

12. Have you or any member of your immediate family or any of your close friends ever been involved in a criminal proceeding, either as a victim, witness, or defendant?

( ) Yes

-3-

( ) No

If *yes*, please describe the circumstances briefly.

_____

_____

13. Have you, any member of your immediate family or any close friends ever been employed by any police department or law enforcement agency or any federal or state prosecutor's office?

( ) Yes

( ) No

If *yes*, which agency:

_____

14. Do you have any current plans to apply for a job with any federal, state or local law enforcement agency?

( ) Yes

( ) No

15. Have you, a family member or close friend ever been accused of, charged with, convicted of, or pleaded guilty to any crime, or been the subject of a criminal investigation (other than a minor traffic violation)?

( ) Yes

( ) No

If *yes*, please explain:

_____

_____

Were you treated fairly?

(  ) Yes

(  ) No

If *no*, please explain:

_____

16. Have you or any members of your immediate family ever been the victim of or witnessed *any* crime?

(  ) Yes

(  ) No

If *yes,* please explain the circumstances:

_____
_____
_____

17. Would you tend to give greater credence to the testimony of a government employee because he is a government employee, rather than to testimony of any other witness?

(  ) Yes

(  ) No

If so, please explain:

_____

_____


18. Do you have any opinion about courts or prosecuting attorneys or defense attorneys in criminal cases that would prevent or impede your fair judgment of the evidence in this case?

( ) Yes

( ) No

If *yes*, please explain briefly:

_____

_____


19. Do you have any physical or mental disability which would interfere with your serving as a juror?

( ) Yes

( ) No


20. As you have been advised, this trial may last approximately three weeks. Are there any unchangeable work or other commitments that will make it impossible for you to serve?

( ) Yes

( ) No

If *yes*, please explain:

-6-

_____

_____

21. Have you, a member of your family, or close friend ever been a party to or involved with a bankruptcy proceeding?

If *yes*, please explain the circumstances:

_____

_____

22. Have you, a member of your family, or close friend ever experienced problems obtaining mortgage financing for the purchase of a home?

If *yes*, please explain the circumstances:

_____

_____

_____

23. Have you, a member of your family, or close friend ever been denied financing for the purchase of a home as a result of any issues with your credit history?

If *yes*, please explain the circumstances:

_____

_____

_____

24. Have you, a member of your family, or close friend ever been a party to a foreclosure proceeding?

    If *yes*, please explain the circumstances:

_____

_____

_____

25. Have you, a member of your family, or close friend ever worked for a bank, mortgage company, mortgage broker or other lending associated institution?

    If *yes*, please explain the circumstances:

_____

_____

_____

26. Have you, a member of your family, or close friend ever worked in the real estate business as either a broker or salesperson or as an employee of an agency devoted to the purchase and sales of real estate?

        If *yes*, please explain the circumstances:

_____

_____

_____

27. Have you any opinion about real estate brokers, banks, lending institutions, or salesmen that would prevent or impede your fair judgment of the evidence in this case?

( ) Yes

( ) No

**B.  PUBLICITY**

28. Please indicate which newspapers and magazines you subscribe to or read regularly:

( ) Boston Herald              ( ) Time

( ) Boston Globe               ( ) Newsweek

( ) Quincy Patriot Ledger      ( ) Readers Digest

( ) New York Times             ( ) USA Today

( ) Wall Street Journal        ( ) Other _____

29. Do you watch television newscasts on a regular basis?

( ) Yes

( ) No

**C.  CONCLUSION**

30. As a result of filling out this questionnaire, have your formed any opinions about this case?

( ) Yes

( ) No

If *yes,* what are those opinions?

_____

_____

31. Do you have you have any questions?

_____

_____

Juror's Name: _____
                    (PLEASE PRINT)

Signature_____