UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
UNITED STATES OF AMERICA               )
                                       )
     v.                                )   CRIMINAL NO. 04-10029-GAO
                                       )
DANIEL E. CARPENTER                    )
_____)

## DEFENDANT'S WITNESS LIST

Defendant Daniel E. Carpenter presently anticipates calling some or all of the witnesses set forth in the Government's Revised Witness List dated June 29, 2005, plus some or all of the following witnesses:

Max G. Ansbacher
Ansbacher Investment Management, Inc.
515 Madison Avenue
29th Floor
New York, NY  10022

Richard Belding
100 Grist Mill Road
Simsbury, CT  06070

Lawrence L. Blacker, Esq.
77 Franklin Street
Boston, MA  02110

Wayne Bursey
100 Grist Mill Road
Simsbury, CT 06070

FBI Special Agent John D. Caldwell, Jr.
Boston, Massachusetts

Arthur A. Eubank, Jr., Ph.D.
Eubank Economics, Inc.
8 S. Michigan Avenue
Suite 1510
Chicago, IL  60603

CTDOCS:14524.1

2

Holly Fletcher
Sudbury, Massachusetts

Timothy W. Hayes, CMT
Ned Davis Research
600 Bird Bay Drive
Venice, FL 34285

Bill Hutchison
2187 Atlantic Street
Stamford, CT 06902

Paul Ley
Fresno, California

Jack Paley
Waban, Massachusetts

Keeper of Records
(or other designated representative)
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045

Keeper of Records
(or other designated representative)
Federal Reserve Bank of Philadelphia
10 Independence Mall
Philadelphia, PA 19106

Keeper of Records
(Or other designated representative)
Benistar Property Exchange Trust Company

Nancy Sawyer
Merrill Lynch
100 Campus Drive
Florham Park, NJ 07932

Nicholas Theodorou
Attorney at Law
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210

FBI Special Agent Marc E. Toulouse
Boston, Massachusetts

Richard "Dick" Tritter
Manchester, NH

Don Trudeau
2187 Atlantic Street
Stamford, CT 06902

FBI Special Agent Robert R. Turgiss
Boston, Massachusetts

Donna Wayne
100 Grist Mill Road
Simsbury, CT 06070

Stewart Winkler
145 Cyprus Street
Newton, MA

The defendant reserves the right to call all or some of the individuals who utilized the services of Benistar Property Exchange Trust Company not listed by the government as witnesses. The defendant believes the government is in possession of all of these individuals names and addresses (though he will provide the names and addresses of these witnesses as soon as possible).

The above represents the witnesses the defendant anticipates that he might call in his case-in-chief, if necessary.  The defendant reserves the right to supplement this list with further witnesses in light of the development of evidence during the trial.

                    DANIEL E. CARPENTER,
                    By his attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
(BBO #630584)
20 Park Plaza, Suite 903
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated: July 7, 2005