UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER | ) ) ) | |

## DEFENDANT'S EXHIBIT LIST

Defendant Daniel E. Carpenter presently anticipates offering some or all of the exhibits set forth in the Government's Revised Exhibit List dated June 29, 2005, plus some or all of the following exhibits:

250.  6/23/00 Fax from Jokinen to Eaton enclosing Exchange Fee Agreements

251.  1/3/01 Wire Transfer of $920,000 from BPE to Cahaly

252.  2/29/00 BPE Exchange Fee Agreement signed by Iantosca and Paley

253.  Merrill Lynch Pamphlet, "Money Making Option Strategies"

254.  Merrill Lynch Working Capital Management Account Agreement and Program Description

255.  2/2/00 letter from Rasmussen to Carpenter regarding account review

256.  10/17/00 fax from Rock to Jackie enc. Wiring Transfer Instructions form

257.  BPE Fiscal Year End Report 1999

258.  BPE Fiscal Year End Report 2000

259.  Property Exchange 2001 Chart

260.  8/28/00 Barron's article ("What Now?" column)

261 – 275.  Omitted/To be provided.

276. Timothy W. Hayes, CMT – Biographical Information

277. DJIA Monthly Performance, 1900-2005

278. DJIA – Election Year Cycle, 1900-2004

279. Seasonal Switching Strategy Returns, 1950-2005

280. DJIA Monthly Performance Since 1980

281. DJIA Quarterly Performance Since 1980

282. NASDAQ Quarterly Performance Since 1980

283. NASDAQ Monthly Performance Since 1980

284. NASDAQ & Fed Policy Rates, 1998-2002

285. December % Change Since 1980

286. Description of 4th Quarter & December Stock Market Rallies Since 1980

287. Lawrence L. Blacker, Esq. – Biographical Information

288. Newport Exchange Brochure

289. Print out from www.ansbacherusa.com

290. List of BPE exchangors

The defendant might supplement this list tomorrow (see numbers 261-275) and reserves the right to offer further exhibits in light of the development of evidence during the trial.

DANIEL E. CARPENTER,
By his attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
(BBO #630584)
20 Park Plaza, Suite 903
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated:  July 7, 2005