UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

In addition to the Court's customary introduction to the jury, the United States requests that the Court ask prospective jurors the following voir dire questions:

1.  The attorneys for the United States in this case are Michael Pineault and Jonathan Mitchell. They are Assistant U.S. Attorneys with the U.S. Attorney's Office here in Boston. Do you, a member of your family, or a close friend know Mr. Pineault or Mr. Mitchell? Have you ever had any dealings with the U.S. Attorney's Office?

2.  The defendant has been represented in connection with this matter by Robert Goldstein, Martin Weinberg, Jack E. Robinson, Alan Dershowitz, Edward McDonald, Richard Order, John Pappalardo, Evan Georgopoulos, and the law firms of Dechert and Greenberg Traurig. Do any of you, a member of your family, or a close friend know any of these attorneys? Have you ever had dealings with the attorneys or these law firms?

3.  What follows is a list of names of persons who may be witnesses in this case or whose names may come up in testimony. Do you, a member of your family, or a close friend know any of these persons? Have you had dealings with any of them? [Read the parties' witness lists.]

4.	The usual hours for the trial of this case will be 9:00 a.m. to 1:00 p.m. Monday to Friday.  It is always difficult to estimate how long a case will take.  This case may not be over until the end of this month.  Do you have any important commitments, personal or work related, which cannot be rescheduled, which would interfere with your ability to be here for the next three weeks?

5.	Have you, a member of your family, or someone close to you ever been involved in the criminal justice system, either as a prosecutor, defense attorney, employee of a prosecutor's office or defense attorney, probation officer, court officer or court clerk?

6.	Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

7.	Have you, a family member, or someone close to you had an experience, favorable or unfavorable, with a law enforcement official or with the criminal justice system which might influence your consideration of this case?

8.	This is a federal case, brought in the name of the United States of America.  The federal government is comprised of many agencies and departments, including the Department of Justice, the Federal Bureau of Investigation, and the Internal Revenue Service.  Have you, a member of your family, or anyone close to you ever had any dealings with the federal government, including the agencies I mentioned, whether favorable or unfavorable, which might influence your consideration of the evidence in this case?

9.	At the end of the case the jurors will be asked to deliberate and decide, unanimously, whether the defendant is guilty or not guilty.  Some people, for religious or other reasons, think that one individual should not sit in judgment of another individual.  Do you have

any beliefs or strong feelings which will make it difficult for you to sit in judgment and reach a verdict in this case?

10. At the end of the case I will instruct you on the law applicable to this case. Jurors are obligated to follow the law, as imparted to them by the trial judge. Do you have any concerns that you might not be able to follow the law, as instructed by me, if you do not agree with the law or the legal principles I deem to be applicable to this case?

11. The purpose of these questions is to provide information to the parties about the prospective jurors to assist the parties in selecting a fair and impartial jury in this case. Is there anything else about you, your family, background, work, life experiences, or beliefs, that you think the parties should know which might help them pick a fair and impartial jury?

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By:

                                                **/s/ Michael J. Pineault**
                                                Michael J. Pineault
                                                Jonathan F. Mitchell
                                                Assistant U.S. Attorneys
                                                U.S. Courthouse, Suite 9200
                                                1 Courthouse Way
                                                Boston, MA 02210

Date: July 7, 2005