UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S SUBMISSION REGARDING
INTRODUCTORY SUMMARY TO THE JURY**

The United States submits the following proposed introductory summary of the indictment's charges, to be read to the jury venire during impanelment:[1]

The indictment in this case charges the defendant, Daniel E. Carpenter, with fourteen counts of wire fraud and five counts of mail fraud. The charges involve Mr. Carpenter's handling of certain monies held in accounts that he opened at Merrill Lynch and PaineWebber on behalf of a company named Benistar Property Exchange Trust Company ("Benistar Property"). Mr. Carpenter was the chairman of Benistar Property.

The indictment alleges that the funds held in the Merrill Lynch and PaineWebber accounts were transmitted to Benistar Property by third parties based on oral and written promises that Benistar Property would hold the money in a short-term escrow account for no more than 180 days, and then return it in full. The indictment charges that, instead of holding the money safely in escrow, as promised, Mr. Carpenter traded it in high risk stock options, without the knowledge or authorization of the third parties who had sent their funds to Benistar Property, and that he lost approximately $9 million of the funds through such trading during the period from August to December, 2000.

The indictment alleges that the foregoing conduct constituted an unlawful scheme

---

[1] The government submitted this summary to defense counsel earlier in the week for the purpose of trying to negotiate a jointly acceptable summary. Defendant submitted a countervailing proposal this afternoon. Given the filing deadline imposed by the court (today) and the extent of disagreement in substance between the two drafts, the parties are making separate submissions.

to obtain money or property by means of false and fraudulent pretenses, that Mr. Carpenter knowingly and willfully participated in the scheme with the intent to defraud, and that he used both interstate wire communications and the mails in furtherance of the scheme.

Mr. Carpenter denies these allegations. He claims that his options trading was authorized, that the losses sustained were unanticipated and unintentional, and that he did not engage in any fraudulent scheme.

                Respectfully submitted,

                MICHAEL J. SULLIVAN

                United States Attorney

                **/s/ Michael J. Pineault**
                Michael J. Pineault
                Jonathan Mitchell
                Assistant U.S. Attorneys
                U.S. Attorney's Office
                U.S. Courthouse, Suite 9200
                1 Courthouse Way
                Boston, MA 02210
                617-748-3261

Dated: July 8, 2005