UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
     v.                             )    CRIMINAL NO. 04-10029-GAO
                                    )
DANIEL E. CARPENTER                 )
_____)

**Defendant's Statement of the Case**

The Defendant, Daniel E. Carpenter, respectfully submits the following summary of the defense case to be read to jurors:

Mr. Carpenter vigorously contends that he is not guilty of the charged offenses. The defense contends the evidence will show that Martin Paley, a principal government witness, alone met with each exchangor and alone made representations to each exchangor. The defense further contends the evidence will show that Mr. Carpenter did not authorize Mr. Paley to make promises to the exchangors other than what was contained in the written agreements and Mr. Carpenter is simply not responsible for any written or oral promise which the exchangors reasonably believed promised them safety of their funds. Instead, the defense contends the evidence will show that Mr. Carpenter at all times believed he was authorized to invest the exchangors' funds, and he acted openly and in good faith and did not intend to defraud or deceive anyone. The defense further contends the evidence will show that funds were lost as a result of the sudden, historical market downturn of December 2000 and not because of Mr. Carpenter's trading strategy.

Respectfully submitted,<br>
DANIEL E. CARPENTER,<br>
By his attorney,<br><br>
**/s/ Robert M. Goldstein**<br>
Robert M. Goldstein, Esq.<br>
(BBO #630584)<br>
20 Park Plaza, Suite 903<br>
Boston, MA 02108<br>
(617) 742-9015<br>
rmg@goldstein-lawfirm.com

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that true and accurate copy of the foregoing pleading has been served by electronic filing on this 8th day of July, 2005, on Michael J. Pineault and John F. Mitchell, Assistant U.S. Attorneys, Office of the U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

**/s/ Robert M. Goldstein**<br>
Robert M. Goldstein