UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S SECOND REVISED EXHIBIT LIST

The government intends to offer some or all of the exhibits listed below during its case-in-chief.

**Exhibit
Number**              **Description**

Massachusetts Lumber Company (Snider) Exchange Documents

1.      Benistar Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges

2.      Frequently Asked Questions About 1031 Property Exchange

3.      1031 Property Exchange: An Overview

4.      1031 Property Exchange: Legal Authority

5.      Identifying a 1031 Exchange Opportunity

6.      New England Real Estate Journal article: "These are the ABC's of Tax Deferred Exchanges"

7.      Financial Institution Bond No. 007 F 103300218 BCM.

8.      Letter from D. Rowe to D. Carpenter dated August 31, 2000

9.      Two checks from Massachusetts Lumber Co. to Benistar Property Exchange in the amounts of $500 (9/11/00) and $3,500 (9/13/00)

10.     Exchange Agreement

11.     Escrow Agreement

12.     Exchange Fee Agreement

13.     Account Selection Form

14.    Wire deposit confirmation dated 9/14/00

15.    Fax from Choate, Hall & Stewart to Benistar (L. Jokinen) dated September 14, 2000 (w/ attachments)

16.    Letter from Choate, Hall & Stewart to Benistar (J. Spielman) dated September 14, 2000 (w/ encl.)

17.    Letter from Choate, Hall & Stewart to Benistar (J. Spielman) dated September 20, 2000 (w/ encl.)

18.    Letter from Benistar (L. Jokinen) to E. Snider dated September 21, 2000

19.    Cancelled check in the amount of $62,190

20.    Cancelled check in the amount of $225,000

21.    Deposit ticket dated 9/21/00

22.    Merrill Lynch account statement (9/00)

23.    Letter from Eckert Seamans to E. Snider dated January 17, 2001

Bellemore Exchange Documents

24.    1031 Property Exchange: An Overview

25.    Identifying a 1031 Exchange Opportunity

26.    Frequently Asked Questions about 1031 Property Exchange

27.    New England Real Estate Journal article: "These are the ABC's of Tax Deferred Exchanges

28.    Financial Institution Bond No. 007 F 103300218 BCM

29.    Fax from L. Perreault to Benistar (L. Jokinen) dated August 8, 2000 (w/ encl.), including

    a.    Exchange Agreement

    b.    Escrow Agreement

    c.    Account Selection Form

30.    Wire receipt acknowledgment dated 8/9/00

31.    Wire deposit confirmation dated 8/9/00

32.    Letter from Benistar (L. Jokinen) to D. Eaton dated August 18, 2000

33.    Merrill Lynch account statement (8/00)

34.    Fax from D. Eaton to Benistar (M. Paley, L. Jokinen) dated 1/12/01

35.    Letter from Eckert Seamans to A. Bellemore dated January 17, 2001

Cahaly Exchange Documents

2

36.    Powerpoint presentation re: Tax-Deferred Property Exchanges

37.    IRC 1031 Property Exchanges: Frequently Asked Questions

38.    Letter from R. Cahaly to Benistar (M. Paley) dated November 8, 2000

39.    Fax from D. Rowe to R. Cahaly dated 11/8/00

40.    Exchange Fee Agreement dated 11/8/00

41.    Check in the amount of $2,412,230 dated 11/7/00

42.    ACT database printout

43.    Deposit form dated 11/9/00

44.    Deposit ticket dated 11/9/00

45.    Check in the amount of $2,412,230 dated 11/13/00

46.    First Union account statement (11/00)

47.    PaineWebber account statement (11/00)

48.    Handwritten memo from R. Cahaly to M. Paley dated 11/17/00

49.    Fax from R. Cahaly to M. Paley dated 11/27/00

50.    Fax from L. Jokinen to J. Spielman dated January 2, 2001

Darling Exchange Documents

51.    Escrow Agreement

52.    Exchange Agreement

53.    Account Selection Form

54.    Fax from L. Jokinen to J. Spielman dated 9/7/00

55.    Wire deposit confirmation ($294,290.35) dated 9/8/00

56.    Wire deposit confirmation ($28,000) dated 9/8/00

57.    Merrill Lynch account statement (9/00)

58.    Letter from L. Jokinen to B. Darling dated September 21, 2000

Fitzgerald Exchange Documents

59.    Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges

60.    Benistar brochure

61.    New England Real Estate Journal Article

62.    1031 Property Exchange: Legal Authority

63.    Identifying a 1031 Exchange Opportunity

3

64.     Letter from M. Paley to B. Fitzgerald dated March 30, 2000

65.     Financial Institution Bond No. 007 F 103300218 BCM

66.     Exchange Agreement

67.     Escrow Agreement

68.     Exchange Fee Agreement

69.     Account Selection Form

70.     Letter from A. Consigli to L. Jokinen dated November 16, 2000

71.     Wire deposit confirmation ($72,535.62) dated 11/13/00

72.     Wire deposit confirmation ($17,090.00) dated 11/16/00

73.     Wire deposit confirmation ($400,000.00) dated 11/16/00

74.     PaineWebber account statement (11/00)

Iantosca Exchange Documents

75.     Powerpoint presentation to Marjorie Adams re: 1031 Tax-Deferred Property Exchanges

76.     Frequently Asked Questions About 1031 Property Exchange

77.     1031 Property Exchange: Legal Authority

78.     Identifying a 1031 Exchange Opportunity

79.     1031 Property Exchange: An Overview

80.     New England Real Estate Journal: "These are the ABC's of Tax Deferred Exchanges"

81.     Powerpoint presentation for Matthew Kameron re: 1031 Tax-Deferred Property Exchanges

82.     Fax from L. Jokinen to M. Adams dated 5/17/00 (w/ encl.)

83.     Fax from L. Jokinen to M. Kameron dated November 29, 2000 (w/ encl.)

Belridge/Gosselin: Chilton Park, Plymouth

84.     Letter from R. Barrett to Benistar (J. Spielman) dated August 15, 2000, enclosing

    a.     Exchange Agreement

    b.     Escrow Agreement

    c.     Account Selection Form

85.     Wire deposition confirmation dated 8/16/00

86.     Fax from L. Jokinen to M. Adams dated 8/17/00

87.     Merrill Lynch account statement (8/00)

88.    Letter from L. Jokinen to J. Iantosca dated September 20, 2000

89.    Revised Account Selection Form dated 9/21/00

<u>Fern: 8 Tinson Rd.</u>

90.    Exchange Agreement

91.    Escrow Agreement

92.    Account Selection Form

93.    Wire Transfer Instructions

94.    Wire deposit confirmation ($774,563.54) dated 12/1/00

<u>Fern: 25 and 45 Morton Street</u>

95.    Exchange Agreement

96.    Escrow Agreement

97.    Account Selection Form

98.    Wire Transfer Instructions

99.    Wire deposit confirmation ($1,875,323.43) dated 12/1/00

<u>261-265 Hayward Street</u>

100.    Exchange Agreement

101.    Escrow Agreement

102.    Account Selection Form

103.    Wire Transfer Instructions

104.    Wire deposit confirmation ($1,615,902.33) dated 12/1/00

<u>Faxon: 135 Quincy Ave.</u>

105.    Exchange Agreement

106.    Escrow Agreement

107.    Account Selection Form

108.    Wire Transfer Instructions

109.    Wire deposit confirmation ($2,434,659.51) dated 12/1/00

110.    Letter from M. Adams to Benistar dated December 7, 2000 (w/ encl.)

111.    Letter from L. Jokinen to J. Spielman dated December 14, 2000 (w/ encl.)

112.    Deposit ticket dated 12/15/00

113.    Fax from L. Jokinen to J. Iantosca dated December 26, 2000

114. Audiotape containing telephone message from D. Carpenter to M. Kameron dated 1/3/01

    a. Transcript of telephone message

115. Merrill Lynch account statement dated August, 2000

116. PaineWebber account statement dated December, 2000

117. PaineWebber account activity screen

Johnston Exchange Documents

118. Benistar Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges

119. Frequently Asked Questions About 1031 Property Exchange

120. 1031 Property Exchange: An Overview

121. Identifying a 1031 Exchange Opportunity

122. 1031 Property Exchange: Legal Authority

123. Exchange Agreement

124. Escrow Agreement

125. Exchange Fee Agreement

126. Account Selection Form

127. Wire Transfer Instructions

128. Wire transfer acknowledgment ($513,180.74)

129. Wire deposit confirmation dated 11/22/00

130. Letter from K. Sayer to J. Spielman dated November 21, 2000 (w/ encl.)

131. Deposit ticket dated 11/22/00

132. PaineWebber account statement (11/00)

133. Letter from L. Jokinen to J. Johnston dated November 24, 2000

134. Letter from Eckert Seamans to J. Johnston dated January 17, 2001

Carey Exchange Documents

135. Benistar Powerpoint Presentation re: Tax Deferred Property Exchanges

136. Letter from D. Patterson to M. Paley dated 10/14/98

137. Fax from M. Paley to D. Patterson dated 10/14/98

138. Letter from D. Patterson to M. Paley dated 10/16/98

139. Letter from J. May to D. Patterson dated October 20, 1998 (w/ encl.)

140. Letter from D. Patterson to D. Carpenter dated 10/22/98

141. Letter from D. Patterson to D. Carpenter dated 10/23/98 (w/ encl.)

142. Letter from D. Patterson to G. Levine dated October 23, 1998 (w/ encl.)

143. Letter from D. Carpenter to J. Carey dated October 28, 1998

Merrill Lynch Documents

144. Account opening forms

    a. Acct. No. 849-07B01

    b. Acct. No. 849-07B10

145. Standard Option Agreement

146. Special Statement for Uncovered Option Writers

147. Account records and monthly statements for 849-07B01, including:

    a. Account statements

    b. Deposits

    c. Wire transfers out

    d. Checks

148. Account records and monthly statements for 849-07B10, including:

    a. Account statements

    b. Deposits

    c. Wire transfers out

    d. Excerpt from account statement for period 9/1/00 to 9/29/00

149. Memo from G. Levine to D. Carpenter

150. Transfer memoranda from D. Carpenter to G. Levine

151. Memorandum from G. Stern to T. Rasmussen dated January 14, 2000

152. Letter from H. Tabbah to D. Carpenter dated May 17, 2000

153. Letter from T. Rasmussen to D. Carpenter dated August 29, 2000

154. Memorandum from G. Levine to T. Rasmussen dated May 30, 2000

155. Memorandum from G. Levine to T. Rasmussen dated September 20, 2000

156. Memorandum from G. Levine to T. Rasmussen (undated)

157. Letter from D. Carpenter to T. Rasmussen dated September 22, 2000

158. Account detail printouts

159. Maintenance calls

160. Violation Notification

161. Active Account Review (4-16-99)

162. Active Account Review (10-14-99)

163. Active Account Review (5-15-00)

PaineWebber Documents

164. Account application forms

    a.    Account EX-15433-MR

    b.    Account EX-15434-MR

165. Client Qualification and Agreement Form: Options/Index Warrants

166. Special Statement for Uncovered Option Writers

167. Characteristics and Risks of Standardized Options

168. Account records and monthly statements for EX-15433-MR

    a.    2000 Year-End Summary Statement

    b.    Trade Detail sheets for 11/13/00

169. Account records and monthly statements for EX-15434-MR, including:

    a.    Account statements

    b.    Deposits

    c.    Incoming wires

    d.    Checks

    e.    Wire requests

    f.    Outgoing wires

170. Account records and monthly statements for EX-15435-MR

171. Transfer memoranda from D. Carpenter to M. Rock

    a.    Without handwritten notations

    b.    With handwritten notations

172. Manager contact sheet dated 11/20/00

173. Memorandum from J. Huff to Branch Manager dated 12/6/00

174. E-mails to/from L. Enright and M. Savoy dated 12/6/00 and 12/7/00

175. Active account review dated 12/27/00

176. Handwritten notes of conversations w/ D. Carpenter

8

Benistar Documents

177.   Exchange checklist dated 11/18/98

178.   Memorandum from D. Carpenter to M. Paley dated 5/24/99

179.   Letter from D. Carpenter to M. Paley dated June 17, 1999

180.   Fax from L. Jokinen to D. Carpenter dated 6/14/00 (w/ encl.)

181.   Fax cover sheet, transmittal letter, and enclosures from L. Jokinen to C. Dole dated September 13, 2000

182.   Fax from L. Jokinen to J. Spielman dated 10/17/00 (w/ encl.)

    a.    Revised exchange documents

    b.    Original exchange documents

183.   Memo from D. Carpenter to M. Paley (undated)

184.   Memo from D. Carpenter to M. Paley dated October 30, 2000

185.   Print-out from www.benistar.com

186.   Fax from L. Jokinen to J. Spielman dated December 27, 2000

187.   Fax from L. Jokinen to D. Carpenter dated 1/4/01 (w/ encl.)

188.   Escrow account spreadsheet dated 1/16/01

189.   Property exchange escrow account spreadsheets (1999 - 2001)

    a.    Transmittal e-mail from J. Spielman to L. Jokinen dated 12/19/00

    b.    Transmittal e-mail from J. Spielman to L. Jokinen dated 12/26/00 (w/ attachment)

    c.    Transmittal e-mail from J. Spielman to L. Jokinen dated 12/27/00 (w/ attachment)

    d.    Fax from L. Jokinen to D. Carpenter dated 1/4/01 (w/ attachment)


Summary Charts

190.   Glossary of Terms

191.   Curriculum vitae: J. Marc Allaire

192.   Number of days positions held:  Options closed during January 2000

193.   Number of days positions held:  Options closed during August 2000

194.   Profit and Loss: Options Trades – August 2000

195.   Profit and Loss: Options Trades – November 2000

196.   Monthly and Cumulative Profit and Loss (Options, 2000)

197.   Month-end Bullish and Bearish Positions, 2000

198.   Bullish and Bearish Positions, as at August 31, 2000

199.   Size of Opening Trades: 2000

200.   BigCharts.com: U.S. Treasury 3 Month obligations – January through December, 2000

201.   BigCharts.com: S&P 500 Index – January through December, 2000

202.   BigCharts.com: CBOE Nasdaq 100 Index – January through December, 2000

203.   Schedule of Bank Accounts

204.   BPE Bank Account Balances by Month

205.   Summary of Transfers

206.   Summary of Trading Losses

207.   Escrow Variance Summary

208.   Selected BPE Deposits

209.   Specific Client Losses

210.   849-07B01 Account Chronology for July 2000

211.   Client Fund Shortfall Analysis for July 2000

212.   Benistar Property Exchange Funds Flow Diagram (Net): 01/2000 through 01/2001

213.   Cash Flow Summary for the Trading Accounts in 2000

Wire Transfer Records

214.    Bank of America/Fleet wire transfer records;

215.    Bay State Savings Bank wire transfer records;

216.    Federal Reserve Bank wire transfer records;

217.    Fidelity Investments wire transfer records;

218.    Service Credit Union wire transfer records;

219.    Sovereign Bank wire transfer records;

220.    Citizens Bank wire transfer records.

The above list represents the exhibits the government may offer in its case-in-chief.  The government reserves the right, consistent with the Local Rules Concerning Discovery in Criminal Cases, to supplement this exhibit list with additional exhibits as necessary.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Michael J. Pineault_____
Michael J. Pineault
Jonathan Mitchell
Assistant U.S. Attorneys
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210
Dated: July 9, 2005    (617) 748-3261

11