UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                      ) <br> ) <br> DANIEL E. CARPENTER, ) <br> ) <br> Defendant.         ) <br> ) | CRIMINAL NO. 04-10029-GAO |

**GOVERNMENT'S SECOND REVISED WITNESS LIST**

The government anticipates calling some or all of the following witnesses in its case-in-chief:

**Witnesses**

1   Marjorie A. Adams, Esq.
    800 Hingham St.
    Rockland, MA 02370

2   J. Marc Allaire
    249 Huron Avenue, #2
    Cambridge, MA 02138

3   Albert Bellemore
    Bellemore Associates
    18 Lamy Drive, #10
    Goffstown, NH 03045

4   Gail Cahaly
    151 Phillips Brooks Rd.
    Westwood, MA

5   Ronald Cahaly
    151 Phillips Brooks Rd.
    Westwood, MA

6   Byron Darling
    P.O. Box 322
    Truro, MA

| | |
|---|---|
| 7 | Kevin T. Duffy, Esq.<br>270 Guinea Road<br>Stamford, CT 06903 |
| 8 | David Eaton<br>Eaton Partners<br>814 Elm Street<br>Manchester, NH |
| 9 | Lori Enright<br>c/o UBS PaineWebber<br>1285 Avenue of Americas<br>New York, NY |
| 10 | Steven Feit<br>c/o UBS PaineWebber<br>1285 Avenue of Americas<br>New York, NY |
| 11 | Brian Fitzgerald<br>R&B Enterprises<br>68 Grafton Rd.<br>Upton, MA 01568 |
| 12 | Joseph Iantosca<br>40 Elbee Drive<br>Braintree, MA |
| 13 | Jeffrey Johnston<br>41 Phillips Street<br>Boston, MA |
| 14 | Linda Jokinen<br>Emerald Court<br>460 Washington St.<br>Norwood, MA |
| 15 | Matthew Kameron, Esq.<br>Robinson & Cole<br>One Boston Place<br>Boston, MA 02108 |
| 16 | Gerald Levine<br>Law Offices of John M. Paige<br>233 Broadway, Suite 930<br>New York, NY 10279 |

| | |
|---|---|
| 17 | Janet May<br>8 Roosevelt Blvd.<br>Enfield, CT |
| 18 | Martin Paley<br>1525 Commonwealth Ave.<br>Newton, MA |
| 19 | David D. Patterson, Esq.<br>1087 Beacon Street<br>Suite 201<br>Newton, MA |
| 20 | Thomas Rasmussen<br>Merrill Lynch<br>100 Campus Drive, 3rd Floor<br>Florham Park, NJ 07932 |
| 21 | Mitchell S. Rock<br>c/o UBS PaineWebber<br>1285 Avenue of Americas<br>New York, NY |
| 22 | Eliot Snider<br>c/o Mass. Lumber Co.<br>929 Mass. Ave., Suite 02A<br>Cambridge, MA 02139 |
| 23 | Jackie L. Spielman<br>48 Covey Road<br>Burlington, CT |
| 24 | Gary Stern<br>Merrill Lynch<br>717 5th Avenue<br>New York, NY |
| 25 | Hassan Tabbah<br>NMH Advisors, 5th Floor<br>650 Fifth Avenue<br>New York, NY 10019 |
| 26 | Thomas Zappala<br>U.S. Attorney's Office<br>U.S. Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210 |

| | |
|---|---|
| 27 | William Ely, Esq.<br>Robinson & Cole<br>One Boston Place<br>Boston, MA 02108 |
| 28 | Barbara Ogbomo<br>(or other designated representative)<br>Citizens Bank<br>Medford, MA |
| 29 | Kristina Mulholland<br>(or other designated representative)<br>Sovereign Bank<br>Boston, MA |
| 30 | Michael Bergeron<br>(or other designated representative)<br>Service Credit Union<br>Portsmouth, NH |
| 31 | Jo-ann Chenail<br>(or other designated representative)<br>Bay State Savings Bank<br>Worcester, MA |
| 32 | Paul Hillson<br>(or other designated representative)<br>Bank of America/Fleet<br>Boston, MA |
| 33 | Keeper of Records<br>(or other designated representative)<br>Fidelity Investments<br>Boston, MA |
| 34 | Keeper of Records<br>Merrill Lynch<br>New York, NY |
| 35 | Keeper of Records<br>UBS PaineWebber<br>New York, NY |
| 36 | Ralph Ventresco<br>(or other designated representative)<br>Federal Reserve Bank/Boston<br>Boston, MA |

      The above represents the witnesses the government anticipates that it might call in its case-in-chief.  The government reserves the right to supplement this witness list as necessary.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:  **/s/ Michael J. Pineault**
       Michael J. Pineault
       Assistant U.S. Attorney
       U.S. Courthouse, Suite 9200
       1 Courthouse Way
       Boston, MA 02210

Date:  July 9, 2005