# EXHIBIT A

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

REC'D BY HAND 7/14/05 12:40 PM KEN CROWLEY

UNITED STATES OF AMERICA

V.

DANIEL E. CARPENTER

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 04-10029-GAO

TO: Paine Webber
1285 Avenue of the Americas
New York, NY 10019

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court

| PLACE | COURTROOM |
|---|---|
| J. Joseph Moakley U.S. Courthouse One Courthouse Way Boston, MA | No. 9, 3rd Floor |
| | DATE AND TIME July 14, 2005, 8:30 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

- SEE EXHIBIT A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT SARAH A. THORNTON (By) Deputy Clerk /s/ Paul Lyness | DATE July 13, 2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Robert M. Goldstein, 20 Park Plaza, St. 903, Boston, MA 02116
(617)742-9015

Please contact Attorney Goldstein if there are any questions or concerns regarding this subpoena

Exhibit A
(Subpoena to PaineWebber)

1. Any and all materials in your possession, custody or control relating in any manner whatsoever the employment of Mitchell Rock, Lori Enright, and/or Steven Feit, including but not limited to his personnel file, complaints regarding activities, sanctions, administrative actions, disciplinary matters, promotions, terminations, compensation, and/or bonuses.

2. All email communications from, to, or between Mitchell Rock, Lori Enright, Steven Feit (employees of PaineWebber), Gary Stern and/or Gerald Levine (employees of Merrill Lynch) or any other employee of Merrill Lynch, during the years 2000 to the present date, that relate to or concern Daniel E. Carpenter and/or any company known as or beginning with the word "Benistar."