UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER | ) | |

**Defendant's Trial Motion in Limine No. 3**

Now comes the Defendant, by and through undersigned counsel, and moves, *in limine*, for an order allowing him to impeach PaineWebber witnesses with evidence regarding a pending arbitration matter in which the defendant and Benistar Property Exchange Trust Company clients are suing PaineWebber for millions of dollars in damages, as well as allow the defendant to impeach the PaineWebber witnesses regarding the complaints filed against PaineWebber in the predecessor civil lawsuit, all without opening the door to any evidence that the defendant was sued by the exchange clients. The defendant has a Sixth Amendment right to cross-examine witnesses and expose any biases the witness might harbor against the defendant or in the government's favor, or any motive or interests the witnesses might have to shade their testimony one way or the other. Davis v. Alaska, 415 U.S. 308 (1974). Doing so does not in any manner allow the government to admit any evidence of the lawsuit as it pertains to the defendant. Should the defendant take the stand in this case, the government would of course be allowed to cross-examine regarding bias and motive, which may or may not include an examination regarding the predecessor civil lawsuits. Cross-examination of witnesses by the defense

1

regarding their biases and motives, however, does not provide any grounds whatsoever for the government to admit evidence of the civil lawsuit against the defendant.

WHEREFORE, the defendant respectfully requests that the instant motion be allowed.

>The Defendant,
>Daniel E. Carpenter,
>By his attorney,
>
>**/s/ Robert M. Goldstein**
>Robert M. Goldstein
>Mass. Bar No. 630584
>20 Park Plaza, Suite 903
>Boston, MA 02116
>(617) 742-9015
>rmg@goldstein-lawfirm.com

Dated: July 18, 2005