JUL-15-2005 08:45        MERRILL LYNCH                              12129072067      P.02

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF _____

UNITED STATES OF AMERICA

V.

DANIEL E. CARPENTER

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 04-10029-GAO

TO: Merril Lynch
4 World Financial Center
250 Vesey Street
New York, NY 10088

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| J. Joseph Moakley U.S. Courthouse<br>One Courthouse Way<br>Boston, MA | No. 9, 3rd Floor |
| | DATE AND TIME |
| | July 15, 2005, 8:30am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SEE EXHIBIT A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SARAH A. THORNTON<br>(By) Deputy Clerk<br>/s/ Paul Tyler | July 13, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Robert M. Goldstein 20 Park Plaza, St. 903, Boston, MA 02116
(617) 742-9015

Please contact Attorney Goldstein if there are any questions or concerns regarding this subpoena

## Exhibit A
(Subpoena to Merrill Lynch)

1. Any and all materials in your possession, custody or control relating in any manner whatsoever the employment of Gary Stern, including but not limited to his personnel file, complaints regarding his activities, sanctions, administrative actions, disciplinary matters, promotions, compensation, and/or bonuses.

2. All email communications from or to Gary Stern from or to Mitchell Rock, an employee of PaineWebber, or from or to any other employee of PaineWebber, during the years 2000 to the present date, including but not limited to communications concerning Daniel E. Carpenter and/or any company known as or beginning with the word "Benistar."

*[handwritten: Gary Stern / NYC - 5 Ave.]*

JUL-15-2005 08:45        MERRILL LYNCH                    12129072067      P.04

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

DANIEL E. CARPENTER

SUBPOENA IN A
CRIMINAL CASE

Case Number: 04-10029-GAO

TO: Merril Lynch
4 World Financial Center
250 Vesey Street
New York, NY 10088

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| J. Joseph Moakley U.S. Courthouse<br>One Courthouse Way<br>Boston, MA | No. 9, 3rd Floor |
| | DATE AND TIME |
| | July 15, 2005, 8:30am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SEE EXHIBIT A

U.S. MAGISTRATE JUDGE OR CLERK OF COURT — SARAH A. THORNTON
Deputy Clerk

DATE
July 13, 2005

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Robert M. Goldstein  20 Park Plaza, St. 903, Boston, MA 02216
(617) 742-9015

Please contact Attorney Goldstein if there are any questions or concerns regarding this subpoena

JUL-15-2005  08:45        MERRILL LYNCH                          12129072067     P.05

## Exhibit A
### (Subpoena to Merrill Lynch)

1. Any and all materials in your possession, custody or control relating in any manner whatsoever the employment of Gerald Levine, including but not limited to his personnel file, complaints regarding his activities, sanctions, administrative actions, disciplinary matters, termination, promotions, compensation, and/or bonuses.

2. All email communications from or to Gerald Levine from or to Mitchell Rock, an employee of PaineWebber, or from or to any other employee of PaineWebber, during the years 2000 to the present date, including but not limited to communications concerning Daniel E. Carpenter and/or any company known as or beginning with the word "Benistar."

TOTAL P.05