AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

DANIEL E. CARPENTER

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 04-10029-GAO

TO: Marjorie A. Adams
295 Devonshire Street
Boston, MA

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| J. Joseph Moakley U.S. Courthouse<br>One Courthouse Way<br>Boston, MA | No. 9, 3rd Floor<br>DATE AND TIME<br>JULY 5, 2005, 8:30am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SEE EXHIBIT a

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SARAH A. THORNTON<br>(By) Deputy Clerk [signature] | DATE<br>July 13, 2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Robert M. Goldstein  20 Park Plaza, St. 903, Boston, MA 02116
(617) 742-9015

Please contact Attoreny goldstein if there are questions or concerns regarding this subpoena

fax (617)742-9016

## Exhibit A
(Subpoena to Marjorie Adams, Esquire)

1.  Any and all materials in your possession, custody or control concerning conversations and/or communications with Joseph Iantosca concerning the 1031 property exchanges performed (or not performed) by Benistar Property Exchange Trust Company, from 1999 to the present, including but not limited to any notes of conversations with Mr. Iantosca, billing reports, time statements or sheets that reflect time spent on Mr. Iantosca's matter, telephone bills, diaries and/or calendars.

2.  Any and all materials in your possession, custody or control concerning any and all conversations and/or communications regarding the 1031 property exchanges performed (or not performed) on behalf of your client Joseph Iantosca by Benistar Property Exchange Trust Company, with persons or entities other than Joseph Iantosca, from 1999 to the present, including but not limited to any notes of conversations with persons other than Mr. Iantosca, billing reports, time statements or sheets that reflect time spent on Mr. Iantosca's matter, telephone bills, notes of conversations, diaries and/or calendars.