UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

## GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST

The government supplements its exhibit list with the following additional exhibits that it offered during its case-in-chief. A copy of this list, in draft form, together with copies of the referenced documents, were served on defense counsel prior to introduction of the exhibits.

**Exhibit Number**     **Description**

221. Bernkopf Goodman wire transfer records
222. Robert J. Barrett wire transfer records
223. Peabody & Arnold wire transfer records
224. Hoffman & Hoffman wire transfer records
225. 12 CFR Part 229, Appendix A
226. Wire Transfer Summary

        Respectfully submitted,

        UNITED STATES OF AMERICA

        By its attorneys,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   **/s/ Michael J. Pineault**
        Michael J. Pineault
        Jonathan Mitchell
        Assistant U.S. Attorneys
        United States Courthouse, Suite 9200
        1 Courthouse Way
        Boston, MA  02210

Dated: July 25, 2005        (617) 748-3261