UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

## GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

The government supplements its witness list with the names of the following additional individuals, whom it called during its case-in-chief to testify concerning the wire transfers charged in the indictment. A copy of this list was served on defense counsel prior to the testimony of the listed witnesses.

**Witnesses**

1. Claudia Breslin
   Citizens Bank
   Riverside, RI

2. Melissa Morganti Zizza
   Fidelity Investments
   Boston, MA

3. David Commito
   Bernkopf Goodman
   Boston, MA

4. Ralph J. Barrett
   Marshfield, MA

5. Linda Farris
   Peabody & Arnold
   Boston, MA

6. Susan Walsh
   Hoffman & Hoffman
   Boston, MA

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: |  |
|  | **/s/ Michael J. Pineault**<br>Michael J. Pineault<br>Assistant U.S. Attorney<br>U.S. Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210 |

Date:   July 25, 2005