UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
UNITED STATES OF AMERICA        )
                                                    )
            v.                                     )            CRIMINAL NO. 04-10029-GAO
                                                    )
DANIEL E. CARPENTER                )
_____)

**DEFENDANT'S MOTION FOR ADDITIONAL JURY INSTRUCTIONS**

Defendant Daniel E. Carpenter, by and through undersigned counsel, respectfully moves that the Court give the following additional jury instructions, in light of the government's rebuttal closing given yesterday:

1.      I instruct you to disregard the government's argument regarding how the exchangors would have acted if certain information was contained within the written agreements.  The relevant issue in this case is Mr. Carpenter's state of mind.  That Mr. Carpenter engaged in stock option trading or that investments were risky, imprudent, or conservative, is irrelevant and not to be considered.

2.      Good faith on the part of the defendant is a complete defense to a charge of wire fraud or mail fraud because if the defendant acted in good faith, he necessarily lacked the specific to intent to defraud that must be proven in order to convict him.  A person acts in good faith if the person acts on the basis of a belief or opinion honestly held though the belief or opinion may turn out to have been, in fact, wrong.  An honest belief in the truth of statements or representations is inconsistent with an intent to defraud.  Although good faith is said to be a defense to the charge, it is not up to the defendant to prove his good faith.  Because the government alone bears the burden of proof in a criminal case, it is the

responsibility of the government to prove beyond a reasonable doubt that the defendant did NOT act in good faith.  [Court's Jury Instructions p. 5.]

3.     Simply proving that the exchangors lost money as a consequence of the defendant's trading is not equivalent to proving that the defendant committed the mail and wire fraud offenses alleged in the indictment. [Instr. p. 7.]

4.     You have evidence of formal agreements or contracts that the exchangors entered into with Benistar Property Exchange Trust Co.  A breach of contract exists where one party fails to fulfill binding promises made by that party to the other in the contract. Breach of contract is not a crime.  Nor is the failure to fulfill a contractual promise without more equivalent to fraud.  Specifically, the mail or wire fraud statutes do not reject all business practices that do not fulfill expectations, nor do they taint every breach of a business contract.  [Instr. p. 8.]

5.     For purposes of this case, it does not matter if, having obtained custody of the exchangors' funds without fraud, the defendant pursued an imprudent, risky or even reckless investment strategy.  [Instr. p. 9.]

WHEREFORE, the defendant respectfully requests that the Court grant the motion.

The Defendant,
Daniel E. Carpenter,
By his attorney,


**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated:  July 27, 2005

2