## J U R Y   P A N E L

1) Stephanie Bartlett
2) Janice Coates
3) Jed Foley
4) Christina Ho
5) Paul Downs
6) Kenneth Ginten
7) Matthew Souza
8) Corinne Rescigno
9) Robert Delano
10) Jay Stachulski
11) James Stansfield
12) Peter Sennott
13) Joseph Mattison
14) Barbara Harkins

## W I T N E S S E S

**Gov't/Pltf.**

1) Eliot Snider
2) Linda Jokinen
3) Byron Darling
4) Brian Fitzgerald
5) Matthew Kameron
6) Marjorie Adams
7) Joseph Iantosca
8) David Eaton
9) Albert Bellemore
10) Gary Stern
11) Gerald Levine
12) Mitchell Rock
13) Laurie Enright
14) Jackie Spielman
15) Thomas Rasmussen
16) Martin Paley

**Defendant**

1)
2)
3)
4)
5)
6)
7)
8)
9)
10)
11)
12)
13)
14)
15)

TITLE: USA vs. Carpenter
CASE NO: 04-10029

**JURY PANEL**

1) _____   8) _____
2) _____   9) _____
3) _____  10) _____
4) _____  11) _____
5) _____  12) _____
6) _____  13) _____
7) _____  14) _____

**WITNESSES**

Gov't/Pltf.                                  Defendant

1) David Patterson                1)
2) Thomas Zappala                 2)
3) Mike Allaire                   3)
4) Ralph Ventresco                4)
5) Claudia Breslin                5)
6) David Commito                  6)
7) Linda Farris                   7)
8) Helen Flanders                 8)
9) Paul Sheehan                   9)
10) Melissa Morganti 3/22/a      10)
11) Jo Anne Cheneil              11)
12) Michael Bergeron             12)
13) Robert Barrett               13)
14) Susan Walsh                  14)
15) Gail Cahaly                  15)
    Jeffrey Johnston
    John Caldwell
    James Higgins

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

U S District Court    DISTRICT OF    MASSACHUSETTS

U S A

v.

DANIEL CARPENTER

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10029

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'Toole | Pineault, Mitchell | Goldstein, Robinson |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/11/05 - | Killian | Lyden |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 291 | | 7/13/05 | ✓ | ✓ | Examples of Exchange Agreements |
| 292 | | 7/13/05 | ✓ | ✓ | Letter 4/22/99 to attorney with documents |
| 293 | | 7/15/05 | ✓ | ✓ | written form authorizing transfer |
| 294 | | 7/15/05 | ✓ | ✓ | " " " " |
| 295 | | 7/15/05 | ✓ | ✓ | " , " : |
| 296 | | 7/18/05 | ✓ | ✓ | E-Mail |
| 297 | | 7/18/05 | ✓ | ✓ | E-Mail 10/31/00 |
| 298 | | 7/18/05 | ✓ | ✓ | E-Mail 11/7/00 |
| 299 | | 7/18/05 | ✓ | ✓ | E-Mail 11/14/00 |
| 300 | | 7/2/05 | ✓ | ✓ | ACT Database entry 7/9/98 |
| 381 | | 7/20/05 | ✓ | | 11/18/98 letter |
| 382 | | 7/20/05 | ✓ | ✓ | Spreadsheet of anticipated income for 2000 |
| 391 | | 7/20/05 | ✓ | ✓ | 4/21/98 letter to M. Paley from T. Brittenberg |
| 392 | | 7/20/05 | ✓ | ✓ | 6/98 newspaper article |
| 393 | | 7/20/05 | ✓ | ✓ | 7/27/98 letter to M. Paley |
| 394 | | 7/20/05 | ✓ | ✓ | 7/31/98 letter to M. Paley |
| 390 | | 7/21/05 | ✓ | ✓ | Property Exchange Agreement |
| 301 | | 7/21/05 | ✓ | ✓ | Exchange Fee Agreement |
| | 226 | 7/21/05 | ✓ | ✓ | Chart regarding wire transfers |
| | 225 | 7/22 | ✓ | ✓ | 12 Fed Reserve District List |
| | 221 | 7/22 | ✓ | ✓ | Confirmation of Wire Transfer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

U S DISTRICT COURT DISTRICT OF MASSACHUSETTS

U S A

**EXHIBIT AND WITNESS LIST**

DANIEL CARPENTER

Case Number: 04-10029-GAU

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 223 | | 7/22 | ✓ | ✓ | Wire Transfers by Peabody + Arnold |
| 218 | | 7/25 | ✓ | ✓ | wire transfer documents |
| 222 | | 7/25 | ✓ | ✓ | Wire Transfer documents |
| 224 | | 7/25 | ✓ | ✓ | wire Transfer document |
| 395 | | 7/25 | ✓ | | Newspaper Articles |
| 397 | | 7/25 | ✓ | | " " |
| 396 | | 7/25 | ✓ | | Access document |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages