UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ADMITTED TRIAL EXHIBITS**

**Exhibit No.**     **Description**

**Massachusetts Lumber Company (Snider)**

1.  Benistar Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges

2.  Frequently Asked Questions About 1031 Property Exchange

3.  1031 Property Exchange: An Overview

4.  1031 Property Exchange: Legal Authority

5.  Identifying a 1031 Exchange Opportunity

6.  New England Real Estate Journal article: "These are the ABC's of Tax Deferred Exchanges"

7.  Financial Institution Bond No. 007 F 103300218 BCM

8.  Letter from D. Rowe to D. Carpenter dated August 31, 2000

9.  Two checks from Massachusetts Lumber Co. to Benistar Property Exchange in the amounts of $500 (9/11/00) and $3,500 (9/13/00)

10.  Exchange Agreement

11.  Escrow Agreement

12.  Exchange Fee Agreement

13.  Account Selection Form

14.  Wire deposit confirmation dated 9/14/00

| Exhibit No. | Description |
|---|---|

15.   Fax from Choate, Hall & Stewart to Benistar (L. Jokinen) dated September 14, 2000 (w/attachments)

16.   Letter from Choate, Hall & Stewart to Benistar (J. Spielman) dated September 14, 2000 (w/encl.)

17.   Letter from Choate, Hall & Stewart to Benistar (J. Spielman) dated September 20, 2000 (w/encl.)

18.   Letter from Benistar (L. Jokinen) to E. Snider dated September 21, 2000

19.   Cancelled check in the amount of $62,190

20.   Cancelled check in the amount of $225,000

21.   Deposit ticket dated 9/21/00

22.   Merrill Lynch account statement (9/00)

23.   Letter from Eckert Seamans to E. Snider dated January 17, 2001

**Bellemore Exchange Documents**

24.   1031 Property Exchange: An Overview

25.   Identifying a 1031 Exchange Opportunity

26.   Frequently Asked Questions about 1031 Property Exchange

27.   New England Real Estate Journal article: "These are the ABC's of Tax Deferred Exchanges"

29.   Fax from L. Perreault to Benistar (L. Jokinen) dated August 8, 2000 (w/encl.), including:

      a. Exchange Agreement
      b. Escrow Agreement
      c. Account Selection Form

31.   Wire deposit confirmation dated 8/9/00

32.   Letter from Benistar (L. Jokinen) to D. Eaton dated August 18, 2000

33.   Merrill Lynch account statement (8/00)

34.   Fax from D. Eaton to Benistar (M. Paley, L. Jokinen) dated 1/12/01

2

| Exhibit No. | Description |
|---|---|
| 35. | Letter from Eckert Seamans to A. Bellemore dated January 17, 2001 |
| | **Cahaly Exchange Documents** |
| 37. | IRC 1031 Property Exchanges: Frequently Asked Questions |
| 40. | Exchange Fee Agreement dated 11/8/00 |
| 41. | Check in the amount of $2,412,230 dated 11/7/00 |
| 44. | Deposit ticket dated 11/9/00 |
| 45. | Check in the amount of $2,412,230 dated 11/13/00 |
| 46. | First Union account statement (11/00) |
| 47. | PaineWebber account statement (11/00) |
| | **Darling Exchange Documents** |
| 51. | Escrow Agreement |
| 52. | Exchange Agreement |
| 53. | Account Selection Form |
| 54. | Fax from L. Jokinen to J. Spielman dated 9/7/00 |
| 55. | Wire deposit confirmation ($294,290.35) dated 9/8/00 |
| 56. | Wire deposit confirmation ($28,000) dated 9/8/00 |
| 57. | Merrill Lynch account statement (9/00) |
| 58. | Letter from L. Jokinen to B. Darling dated September 21, 2000 |
| | **Fitzgerald Exchange Documents** |
| 59. | Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges |
| 60. | Benistar brochure |
| 61. | New England Real Estate Journal Article |
| 62. | 1031 Property Exchange: Legal Authority |
| 63. | Identifying a 1031 Exchange Opportunity |

3

| Exhibit No. | Description |
|---|---|
| 66. | Exchange Agreement |
| 67. | Escrow Agreement |
| 68. | Exchange Fee Agreement |
| 69. | Account Selection Form |
| 70. | Letter from A. Consigli to L. Jokinen dated November 16, 2000 |
| 71. | Wire deposit confirmation ($72,535.62) dated 11/13/00 |
| 72. | Wire deposit confirmation ($17,090.00) dated 11/16/00 |
| 73. | Wire deposit confirmation ($400,000.00) dated 11/16/00 |
| 74. | PaineWebber account statement (11/00) |
| | **Iantosca Exchange Documents** |
| 75. | Powerpoint presentation to Marjorie Adams re: 1031 Tax-Deferred Property Exchanges |
| 76. | Frequently Asked Questions About 1031 Property Exchange |
| 77. | 1031 Property Exchange: Legal Authority |
| 78. | Identifying a 1031 Exchange Opportunity |
| 79. | 1031 Property Exchange: An Overview |
| 80. | New England Real Estate Journal: "These are the ABC's of Tax Deferred Exchanges" |
| 81. | Powerpoint presentation for Matthew Kameron re: 1031 Tax-Deferred Property Exchanges |
| 82. | Fax from L. Jokinen to M. Adams dated 5/17/00 (w/encl.) |
| 83. | Fax from L. Jokinen to M. Kameron dated November 29, 2000 (w/encl.) |

4

**Exhibit**    **Description**
**No.**

               **Belridge/Gosselin:**
               **Chilton Park, Plymouth**

84.       Letter from R. Barrett to Benistar (J. Spielman) dated August 15, 2000
               enclosing:

               a.  Exchange Agreement
               b.  Escrow Agreement
               c.  Account Selection Form

85.       Wire deposit confirmation dated 8/16/00

86.       Fax from L. Jokinen to M. Adams dated 8/17/00

87.       Merrill Lynch account statement (8/00)

88.       Letter from L. Jokinen to J. Iantosca dated September 20, 2000

89.       Revised Account Selection Form dated 9/21/00

               **Fern: 8 Tinson Road**

90.       Exchange Agreement

91.       Escrow Agreement

92.       Account Selection Form

93.       Wire Transfer Instructions

94.       Wire deposit confirmation ($774,563.54) dated 12/1/00

               **Fern: 25 and 45 Morton Street**

95.       Exchange Agreement

96.       Escrow Agreement

97.       Account Selection Form

98.       Wire Transfer Instructions

99.       Wire deposit confirmation ($1,875,323.43) dated 12/1/00

| Exhibit No. | Description |
|---|---|

**261-265 Hayward Street**

100.     Exchange Agreement

101.     Escrow Agreement

102. $\mathcal{3}^{\theta}$ (o   Account Selection Form

103.     Wire Transfer Instructions

104.     Wire deposit confirmation ($1,615,902.33) dated 12/1/00

**Faxon: 135 Quincy Avenue**

105.     Exchange Agreement

106.     Escrow Agreement

107. $\mathcal{3}$ (o  Account Selection Form

108.     Wire Transfer Instructions

109.     Wire deposit confirmation ($2,434,659.51) dated 12/1/00

110.     Letter from M. Adams to Benistar dated December 7, 2000 (w/encl.)

111.     Letter from L. Jokinen to J. Spielman dated December 14, 2000 (w/encl.)

112      Deposit ticket dated 12/15/00

113.     Fax from L. Jokinen to J. Iantosca dated December 26, 2000

114.     Audiotape containing telephone message from D. Carpenter to M. Kameron dated 1/3/01

         a.  Transcript of telephone message

115.     Merrill Lynch account statement dated August, 2000

116.     PaineWebber account statement dated December, 2000

**Johnston Exchange Documents**

118.     Benistar Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges

119.     Frequently Asked Questions About 1031 Property Exchange

| Exhibit No. | Description |
| --- | --- |
| 120. | 1031 Property Exchange: An Overview |
| 121. | Identifying a 1031 Exchange Opportunity |
| 122. | 1031 Property Exchange: Legal Authority |
| 123. | Exchange Agreement |
| 124. | Escrow Agreement |
| 125. | Exchange Fee Agreement |
| 126. | *to* Account Selection Form |
| 127. | Wire Transfer Instructions |
| 129. | Wire deposit confirmation dated 11/22/00 |
| 130. | Letter from K. Sayer to J. Spielman dated November 21, 2000 (w/encl.) |
| 131. | Deposit ticket dated 11/22/00 |
| 132. | PaineWebber account statement (11/00) |
| 133. | Letter from L. Jokinen to J. Johnston dated November 24, 2000 |
| 134. | Letter from Eckert Seamans to J. Johnston dated January 17, 2001 |

**Carey Exchange Documents**

| | |
| --- | --- |
| 135. | Benistar Powerpoint Presentation re: Tax Deferred Property Exchanges |
| 136. | Letter from D. Patterson to M. Paley dated 10/14/98 |
| 137. | Fax from M. Paley to D. Patterson dated 10/14/98 |
| 138. | Letter from D. Patterson to M. Paley dated 10/16/98 |
| 139. | Letter from J. May to D. Patterson dated October 20, 1998 (w/encl.) |
| 140. | Letter from D. Patterson to D. Carpenter dated 10/22/98 |
| 141. | Letter from D. Patterson to D. Carpenter dated 10/23/98 (w/encl.) |
| 142. | Letter from D. Patterson to G. Levine dated October 23, 1998 (w/encl.) |
| 143. | Letter from D. Carpenter to J. Carey dated October 28, 1998 |

**Exhibit**    **Description**
**No.**

**Merrill Lynch Documents**

144.    Account opening forms:

    a. Acct. No. 849-07B01
    b. Acct. No. 849-07B10

145.    Standard Option Agreement

146.    Special Statement for Uncovered Option Writers

147.    Account records and monthly statements for 849-07B01, including:

    a. Account statements
    b. Deposits
    c. Wire transfers out
    d. Checks

148.    Account records and monthly statements for 849-07B10, including:

    a. Account statements
    b. Deposits
    c. Wire transfers out
    d. Excerpt from account statement for period 9/1/00 to 9/29/00

149.    Memo from G. Levine to D. Carpenter

150.    Transfer memoranda from D. Carpenter to G. Levine

152.    Letter from H. Tabbah to D. Carpenter dated May 17, 2000

153.    Letter from T. Rasmussen to D. Carpenter dated August 29, 2000

157.    Letter from D. Carpenter to T. Rasmussen dated September 22, 2000

161.    Active Account Review (4-16-99)

162.    Active Account Review (10-14-99)

163.    Active Account Review (5-15-00)

| Exhibit No. | Description |
|---|---|

**PaineWebber Documents**

164. Account application forms

    a. Account EX-15433-MR
    b. Account EX-15434-MR

165. Client Qualification and Agreement Form: Options/Index Warrants

166. Special Statement for Uncovered Option Writers

167. Characteristics and Risks of Standardized Options

168. Account records and monthly statements for EX-15433-MR

    a. 2000 Year-End Summary Statement
    b. Trade Detail sheets for 11/13/00

169. Account records and monthly statements for EX-15434-MR, including:

    a. Account statements
    b. Deposits
    c. Incoming wires
    d. Checks
    e. Wire requests
    f. Outgoing wires

170. Account records and monthly statements for EX-15435-MR

171. Transfer memoranda from D. Carpenter to M. Rock

    a. Without handwritten notations
    b. With handwritten notations

172. Manager contact sheet dated 11/20/00

**Benistar Documents**

177. Exchange checklist dated 11/18/98

178. Memorandum from D. Carpenter to M. Paley dated 5/24/99

179. Letter from D. Carpenter to M. Paley dated June 17, 1999

9

| **Exhibit No.** | **Description** |
|---|---|

181.    Fax cover sheet, transmittal letter, and enclosures from L. Jokinen to C. Dole dated September 13, 2000

182.    Fax from L. Jokinen to J. Spielman dated 10/17/00 (w/encl.)

     a.  Revised exchange documents
     b.  Original exchange documents

183.    Memo from D. Carpenter to M. Paley (undated)

184.    Memo from D. Carpenter to M. Paley dated October 30, 2000

185.    Print-out from www.benistar.com

186.    Fax from L. Jokinen to J. Spielman dated December 27, 2000

187.    Fax from L. Jokinen to D. Carpenter dated 1/4/01 (w/encl.)

188.    Escrow account spreadsheet dated 1/16/01

189.    Property exchange escrow account spreadsheets (1999 - 2001)

     b.  Transmittal e-mail from J. Spielman to L. Jokinen dated 12/26/00 (w/attachment)

     c.  Transmittal e-mail from J. Spielman to L. Jokinen dated 2/27/00 (w/attachment)

### Summary Charts

191.    Curriculum vitae: J. Marc Allaire

192.    Number of days positions held: Options closed during January 2000

193.    Number of days positions held: Options closed during August 2000

194.    Profit and Loss: Options Trades - August 2000

195.    Profit and Loss: Options Trades - November 2000

196.    Monthly and Cumulative Profit and Loss (Options, 2000)

197.    Month-end Bullish and Bearish Positions, 2000

10

| Exhibit No. | Description |
|---|---|
| 199. | Size of Opening Trades: 2000 |
| 204. | BPE Bank Account Balances by Month |
| 205. | Summary of Transfers |
| 206. | Summary of Trading Losses |
| 207. | 1031 Variance Summary |
| 208. | Selected BPE Deposits |
| 209. | Specific Client Losses |
| 212. | Benistar Property Exchange Funds Flow Diagram (Net): 01/2000 through 01/2001 |

**Wire Transfer Records**

| | |
|---|---|
| 214. | Bank of America/Fleet |
| 215. | Bay State Savings Bank |
| 216. | Federal Reserve Bank |
| 217. | Fidelity Investments |
| 218. | Service Credit Union |
| 219. | Sovereign Bank |
| 221. | Bernkopf Goodman wire transfer records |
| 222.. | Robert J. Barrett wire transfer records |
| 223. | Peabody & Arnold wire transfer records |
| 224. | Hoffman & Hoffman wire transfer records |
| 225. | 12 CFR Part 229, Appendix A |
| 226. | Wire Transfer Chart |

**Exhibit No.** **Description**

Defendant's Exhibits

252. Benistar Property Exchange Fee Agreement: Bell Ridge Corporation (J. Iantosca) (dated 2/29/00)

253. Money Making Option Strategies

255. Letter from T. Rasmussen to D. Carpenter dated February 2, 2000

291. Fax from T. Bottenberg to M. Paley enclosing Nationwide Exchange Agreement re: Paley 1031 exchange

292. Fax from T. Bottenberg to M. Favaloro enclosing Nationwide exchange documents re: Yogel 1031 exchange

293. Wire Transfer form sent by D. Carpenter to Merrill Lynch

294. Wire Transfer form sent by D. Carpenter to Merrill Lynch

295. Wire Transfer form sent by D. Carpenter to Merrill Lynch

296. E-mail from M. Rock to D. Carpenter dated 10/31/00 (7:12 p.m.)

297. E-mail from M. Rock to D. Carpenter dated 10/31/00 (7:16 p.m.)

298. E-mail from M. Rock to D. Carpenter dated 11/7/00

299. E-mail from M. Rock to D. Carpenter dated 11/19/00

300. ACT database entry dated 9/9/98 (excerpt)

301. Nationwide Fee Agreement re: Paley exchange

382. Spreadsheet titled "Marty's Financials"

390. Nationwide Fee Agreement

391. Letter from T. Bottenberg to M. Paley dated April 21, 1998

392. Newspaper article re: Tax Deferred Exchanges

393. Letter from T. Bottenberg to M. Paley dated July 27, 1998

394. Letter from T. Bottenberg to M. Paley dated July 31, 1998

12