UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA    )
                                    )
        v.                          )        CRIMINAL NO. 04-10029-GAO
                                    )
DANIEL E. CARPENTER         )
_____)

### **Motion for Leave to File Pleadings In Excess of 20 pages**

Now comes the Defendant, Daniel Carpenter, by and through undersigned
counsel, and hereby moves the Court for an order permitting the defendant the
accompanying pleading, entitled "Defendant's Motion to Set Aside the Verdict and
Grant a New Trial Pursuant to Fed.R.Crim.P. 33  (Defendant's Post-Verdict Motion
No.2)", in excess of twenty pages. The pleading addresses substantial issues. Moreover,
given the gravity of the issues and the significant interests at stake, the defendant
respectfully requests permission to file the accompanying pleading.

Respectfully submitted,

DANIEL E. CARPENTER,
By his attorneys,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
(BBO #630584)
20 Park Plaza, Suite 903
Boston, MA 02108
(617) 742-9015
rmg@goldstein-lawfirm.com


**/s/ Jack E. Robinson**
Jack E. Robinson
(BBO#559683)
2187 Atlantic Street
Stamford, CT 06902
(203) 425-4500
Robinsonesq@aol.com

Dated:  August 5, 2005