UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 04-10029-GAO |
| v. | ) | |
| | ) | |
| DANIEL A. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO EXTEND TIME
TO RESPOND TO DEFENDANT'S POST-TRIAL MOTIONS

The government hereby moves pursuant to Local Rule 7.1(B)(2) to extend the time within which to respond to the defendant's three post-verdict motions; namely the defendant's:

- Motion for Acquittal Pursuant to Fed.R.Crim.P. 29(c);

- Motion to Set Aside the Verdict and Grant a New Trial Pursuant to Fed.R.Crim.P. 33; and

- Motion to File Pleadings in Excess of Twenty Pages.

As grounds for its motion, the government states as follows:

1.    On July 27, 2005, a jury returned guilty verdicts on all counts in this case.

2.    On August 5, 2005, the defendant filed separate motions for acquittal and for a new trial, the later of which is forty-six pages long.

3.    Both motions raise numerous legal and factual issues and rely extensively on a wide array of exhibits and testimony admitted throughout the trial.  Responding to these motions will require a thorough examination of the record, as

well as extensive legal research.

4.    As defense counsel repeatedly has reminded the Court, government counsel are taking long-scheduled vacations this month.  As such, the government is not in a position promptly to respond to the motions.

5.    The government has ordered, but has yet to receive, all the trial transcripts in this case.

6.    So that the government may have an adequate opportunity to respond to the motions, the government requests that the Court extend the deadline to respond to September 15.

7.    There is no reason to believe that the defendant's interests would be prejudiced by such an extension.  His sentencing is scheduled for November 9, three months from now. The extension would not in any way interfere with his defense team's ability to prepare for sentencing.

8.    Undersigned counsel hereby certifies that he attempted in good faith to resolve this issue with defense counsel, but was unsuccessful.

WHEREFORE, the government requests that the Court extend the deadline to respond to the defendant's post-trial motions to September 15, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                              By:   /s/ Jonathan F. Mitchell_____
                                        MICHAEL J. PINEAULT
                                        JONATHAN F. MITCHELL
                                        Assistant U.S. Attorneys