UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 04-10029-GAO |
| v. | ) | |
| | ) | |
| DANIEL E. CARPENTER | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.5.2 of the Local Rules of the United States District Court for the

District of Massachusetts, Martin G. Weinberg hereby files his Notice of Appearance as co-

counsel on behalf of the defendant, Daniel E. Carpenter, in the above-captioned matter.

Respectfully submitted,
BY HIS ATTORNEY:

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass.Bar No. 519480
Martin G. Weinberg, P.C.
20 Park Plaza, Ste 905
Boston, MA   02116
(617) 227-3700

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic filing upon Michael J. Pineault, Assistant United States Attorney, United States Attorney's Office, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA   02210 on this 18th day of October, 2005.

*/s/ Martin G. Weinberg*
Martin G. Weinberg

DATED: October 18, 2005