UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER ) | |

**Defendant's Motion to Continue Sentencing**

Now comes the Defendant, Daniel E. Carpenter, by and through undersigned counsel, and hereby respectfully moves the Court for an order continuing the sentencing hearing presently scheduled for Monday, December 19, 2005, for the following reasons:

1.Substantial case-determinative motions for acquittal and a new trial remain pending before this Court;

2.Counsel are preparing an additional new trial motion which because of the due diligence requirements of Rule 33 must be filed soon after the discovery of newly available evidence and even while counsel await the outcome of previously filed motions which seek the same result.  Such a motion is awaiting counsel's receipt of affidavits to support the contentions contained therein.

3.While the defendant continues to believe that the grounds advanced in the motions now pending before the Court warrant the relief requested therein, counsel have ethical and professional responsibilities to be diligent in the representation of the defendant and to provide the Court with the newly discovered evidence for its consideration, if necessary.

4. Since the court's jurisdiction to determine substantive motions is adversely affected by a sentencing judgment and the corollary need for counsel to file a Notice of Appeal, counsel are requesting a delay in sentencing.

WHEREFORE, the defendant respectfully requests a continuance of the sentencing hearing.

### LOCAL RULE 7.1(A)(2) STATEMENT

Mr. Carpenter's counsel conferred with the government and they do not assent to this within motion.

Respectfully Submitted,
Daniel E. Carpenter,
By his attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 905
Boston, Massachusetts 02116
(617) 227-3700

**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, Massachusetts 02116
(617) 742-9015

Dated: December 9, 2005

2