UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) ) | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

The United States opposes defendant Daniel E. Carpenter's ("Carpenter's") motion to continue his sentencing from the currently scheduled date of December 19, 2005.

To the extent that Carpenter bases his request on his expressed intention to file another post-trial motion, the government notes that Carpenter has filed a substantial volume of pleadings in the approximately five months that have passed since his conviction in July.  A further continuance in Carpenter's sentencing for the purpose of allowing him to file even more pleadings is not warranted.

Second, the continued pendency of Carpenter's filed motions does not necessitate a continuance unless the Court deems its ability to proceed with the sentencing to be somehow linked to its decision on the motions.   The government respectfully defers to the Court's assessment of the latter issue.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

  **/s/ Michael J. Pineault**

Michael J. Pineault
Jonathan Mitchell
Assistant U.S. Attorneys
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: December 9, 2005