UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>DANIEL E. CARPENTER    )<br>) | CRIMINAL NO. 04-10029-GAO |

**DECLARATION OF ARTHUR A. EUBANK, JR., PH.D.,
IN SUPPORT OF DEFENDANT'S NEW TRIAL MOTION**

I, Arthur A. Eubank, Jr., Ph.D., do hereby depose and state as follows:

1.  I am the President of Eubank Economics, Inc., a Chicago-based economic consulting firm providing litigation support and related services. I received an A.B. in Philosophy from the University of Illinois at Urbana-Champaign in 1963, an M.B.A. in Finance and Economics from Indiana State University in 1969, and a Ph.D. in Finance, Economics and Quantitative Business Analysis from Pennsylvania State University in 1972. I am generally considered to be an expert in, among other things, options investing and analysis. Further information about my background and that of my firm can be found at http://www.eubankeconomics.com.

2.  In my capacity as a consultant to the defendant, I have reviewed brokerage statements and related records (collectively, the "Brokerage Documents") of Benistar Property Exchange Trust Co., Inc. ("BPE") generated by Merrill Lynch Pierce Fenner & Smith, Inc. and UBS PaineWebber, Inc. ("PaineWebber") – with particular emphasis on the period August-December 2000.

3.  I have also testified as to certain of my findings regarding the Brokerage Documents at a National Association of Securities Dealers, Inc. arbitration proceeding involving BPE and PaineWebber that took place in September 2005 in New York, New York (the "Arbitration").

4.  Based upon my review and analysis of the Brokerage Documents and my testimony in the Arbitration – all of which was completed by September 2005 – I was able to reach the following opinions:

    A.  On average, a substantial majority of the BPE options portfolio positions during the period August-December 2000 were "covered" or "hedged."

    B.  BPE's options portfolio was not unreasonably risky or speculative for a "bullish" portfolio.

    C.  BPE's options portfolio was hedged against a drop in the stock market in a manner such that losses were expected to be significantly mitigated.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare under penalty of perjury that to the best of my knowledge the foregoing facts are true and correct and that the statements contained in paragraphs 4(A), (B) and (C) accurately reflect my opinions. Executed by me on this 7th day of December, 2005.

*Arthur A. Eubank, Jr.*
Arthur A. Eubank, Jr., Ph.D.
President
Eubank Economics, Inc.