UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>)<br>DANIEL E. CARPENTER        )<br>_____) | CRIMINAL NO. 04-10029-GAO |

### DECLARATION OF DAVID VASECKA IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL NEW TRIAL MOTION

I, David Vasecka, do hereby depose and state as follows:

1. I interned with Dan Carpenter during the summer of 2000, which was between my junior and senior years at the University of Massachusetts at Amherst, where I was an economic major at the time.

2. My primary function was to compile any and all information possible regarding analysts assessments of the markets so that Mr. Carpenter could process this information and adjust his trading strategy accordingly.

3. Each morning I would compile and analyze account statements provided by Merrill Lynch, I would attempt to analyze these statements, I would compile all nightly analyst reports, and I would research and accumulate analysts' opinions from approximately 20 different websites and various newspapers (such as the Wall Street Journal, Investors Business Daily, and Baron's) and provide them to Mr. Carpenter.

4. I recall discussing with Mr. Carpenter the various analysts' predictions regarding the market at that time.

5. On a daily basis, and throughout the course of the day, I would discuss various experts' opinions with Mr. Carpenter, as articulated in the various newspaper and website articles I perused and collected for Mr. Carpenter.

6. I recall there was a two drawer file cabinet in Mr. Carpenter's office that contained many of the articles we had clipped and/or printed from the various research resources.

7. I began interning for Mr. Carpenter in or about May 2000 and went back to school in or about early September 2000.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare under penalty of perjury that to the best of my knowledge the foregoing facts are true and correct. Executed by me on this 9th day of December, 2005.

_____
David Vasecka