Government's Sentencing Memorandum

# EXHIBIT 2

# PROPERTY TRANSFER RECORDS

NOTICE OF SHERIFF'S SALE
NOTICE IS HEREBY GIVEN That pursuant to a Writ of Execution issued in the Circuit Court of Nassau County, Florida on the 2nd day of April, 2004, in the cause wherein DONALD M. ISRAEL and MARK T. TAYLOR are Plaintiffs and DANIEL E. CARPENTER, BENEFITS CONCEPTS OF NEW YORK, INC. and VOLUNTARY BENEFITS SYSTEMS, INC., are defendants, being Case No. 02-132-CA in said Court. I, W.R. "RAY" GEIGER, as Sheriff of Nassau County, Florida, have levied upon all the right, title and interest of the above named defendant, DANIEL E. CARPENTER, in and to the following described property, lying and situated in Nassau County, Florida, to-wit: That certain condominium parcel located in Nassau County, Florida, composed of VILLA UNIT NUMBER 1009, and an undivided share in those common elements appurtenant thereto, as specified in, described in and subject to the covenants, conditions, restrictions, terms and other provisions of that Declaration of Condominium for CAPTAIN'S COURT VILLAS, A CONDOMINIUM, made by sponsor, Amelia Island Company, a Delaware corporation qualified to conduct business in Florida, pursuant to Chapter 711 of the Florida Statutes, which is recorded in the public records of Nassau County, Florida, in Official Records Book 177, page 607, said Declaration of Condominium being made a part hereof by specific reference.
On the 28th day of December, 2004, at the FRONT DOOR OF THE PATROL HEADQUARTERS OF THE NASSAU COUNTY DETENTION FACILITY, located at 76001 BOBBY MOORE CIRCLE, in the City of Yulee, Nassau County, Florida, at the hour of 1:00 p.m., or as soon possible thereafter, I will offer for sale all the defendant's right, title and interest in said property at public outcry and will sell the same, subject to all prior liens, encumbrances and judgments, if any, to the highest and best bidder or bidders for CASH, the proceeds to be applied as far as may be to the payment of costs and the satisfaction of the above described executions.
W.R. "RAY" GEIGER, AS SHERIFF
OF NASSAU COUNTY, FLORIDA
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT, PERSONS WITH DISABILITIES ONLY NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE NASSAU COUNTY SHERIFF'S OFFICE, 50 BOBBY MOORE CIRCLE, YULEE, FLORIDA 32097, (904) 225-0331, NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE PROCEEDING. IF HEARING IMPAIRED, PLEASE CONTACT (TDD) 1-800-955-8771, OR VOICE (V) 1-800-955-8770, VIA FLORIDA RELAY SERVICE.
4t 12-01-08-15-22-2004
3948



Print Window | Close Window

Document 2 of 5
*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** NASSAU COUNTY, **FL**

**Buyer:** CARPENTER, CONSTANCE A (Individual(s))

**Buyer Mailing Address:** PO BOX 8087, **AMELIA ISLAND**, FL **32034**

**Seller:** CARPENTER, DANIEL E

**Property Address:** 1009 CAPTAINS CT, AMELIA ISLAND, FL **32034**

**************************** **SALES INFORMATION** ****************************

**Sale Date:** 5/20/2004

**Recorded Date:** 5/21/2004

**County Transfer Tax:** $ 0.70

**Book/Page:** 1232/615

**Document Number:** 200417838

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 01-6N-29-V14A-1009-0000

**Legal Description:** UNIT: 1009; SUBDIVISION: CAPTAINS COURT VILLAS; RECORDER'S MAP REFERENCE: OR177 PG607

**************************** **PROPERTY DESCRIPTION** ****************************

**Land Use:** CONDOMINIUM



Print Window | Close Window

Document 24 of 40
**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

**CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY**

FLORIDA DEPARTMENT OF STATE

**Company Name: NTS PROPERTIES, INC.**

**Mailing Address:**
  1009 CAPTAIN'S COURT
  FERNANDINA BEACH, FL 32034

**Type:** DOMESTIC FOR PROFIT

**Status:** ACTIVE

**Filing Date:** 8/25/2004

**State or Country of Incorporation:** FLORIDA

**Registered Agent:** CORPORATION SERVICE COMPANY

**Registered Office:**
  1201 HAYS STREET
  TALLAHASSEE, FL 32301

**Federal Employer ID Number:** 201550065

**Filing Number:** P04000123000

**Officers, Directors:**
  CONSTANCE A CARPENTER
  DIRECTOR
  1009 CAPTAIN'S COURT
  FERNANDINA BEACH, FL 32034

**LexisNexis** Print Delivery

Print Window | Close Window

Document 5 of 5
*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** NASSAU COUNTY, **FL**

**Buyer:** NTS PROPERTIES INC (Company/Corporation)

**Buyer Mailing Address:** 1009 CAPTAINS CT, AMELIA ISLAND, FL **32034**

**Seller:** CARPENTER, CONSTANCE A

**Property Address:** 1009 CAPTAINS CT, AMELIA ISLAND, FL **32034**

*************************** **SALES INFORMATION** ***************************

**Sale Date:** 9/23/2004

**Recorded Date:** 9/24/2004

**Book/Page:** 1261/1251

**Document Number:** 200432553

**Deed Type:** WARRANTY DEED

**Assessor's Parcel Number:** 01-6N-29-V14A-1009-0000

**Legal Description:** UNIT: 1009; SUBDIVISION: CAPTAINS COURT VILLAS; RECORDER'S MAP REFERENCE: OR177 PG607

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** CONDOMINIUM

**LexisNexis** Print Delivery

Print Window | Close Window

Document 1 of 5
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**MORTGAGE RECORD FOR** NASSAU COUNTY, **FL**

**Borrower(s):** CARPENTER, CONSTANCE A

**Property Address: 1009 CAPTAINS CT, AMELIA ISLAND,** FL **32034**

**Property Use:** CONDOMINIUM UNIT

********** RECORDER'S INFORMATION **********

**Recording Date:** 9/24/2004

**Book/Page:** 1261/1249

**Document Number:** 200432552

**Assessor's Parcel Number:** 01-6N-29-V14A-1009-0000

**Legal Description:** UNIT: 1009; SUBDIVISION: CAPTAINS COURT VILLAS

********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** BENEFIT CONCEPTS NEW YORK INC

**Lender Type:** OTHER (COMPANY OR CORP.)

**Loan Amount:** $ 100,000

**Loan Type:** UNDETERMINED

********** GEOGRAPHICAL INFORMATION **********

**MSA:** Jacksonville, FL MSA (3600)
     Nassau County, Florida (FIPS=12089)
       (360012089)



Print Window | Close Window

Document 4 of 5
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**MORTGAGE RECORD FOR** NASSAU COUNTY, **FL**

**Borrower(s):** NTS PROPERTIES INC (Company/Corporation)

**Property Address: 1009 CAPTAINS CT, AMELIA ISLAND,** FL **32034**

**Property Use:** CONDOMINIUM UNIT

********** RECORDER'S INFORMATION **********

**Recording Date:** 12/23/2004

**Book/Page:** 1283/957

**Document Number:** 200443417

**Assessor's Parcel Number:** 01-6N-29-V14A-1009-0000

**Legal Description:** UNIT: 1009; SUBDIVISION: CAPTAINS COURT VILLAS

********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** BENEFIT CONCEPTS NEW YORK INC

**Lender Type:** OTHER (COMPANY OR CORP.)

**Loan Amount:** $ 500,000

**Loan Type:** UNDETERMINED

********** GEOGRAPHICAL INFORMATION **********

**MSA:** Jacksonville, FL MSA (3600)
    Nassau County, Florida (FIPS=12089)
    (360012089)