UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>DANIEL E. CARPENTER, )<br>    Defendant )  | Criminal No. 04-10029-GAO |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (O'Toole, J.) <u>Memorandum and Order</u> which granted defendant Daniel Carpenter's <u>Defendant's Motion to Set Aside the Verdict and Grant a New Trial Pursuant to Fed.R.Crim.P. 33</u> (Docket # 192, entered on the docket on December 15, 2005).

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                                      By:    **/s/ Michael J. Pineault**
                                                      MICHAEL J. PINEAULT
Dated: January 9, 2006                             Assistant U.S. Attorney

<u>Certificate of Service</u>

    I, Michael J. Pineault, AUSA, hereby certify that I have filed the foregoing notice electronically via the ECF system and caused electronic and paper copies to be served via ECF and by first-class mail on January 9, 2006 on the following counsel:

| | |
|---|---|
| **Robert M. Goldstein**<br>20 Park Plaza<br>Suite 903<br>Boston, MA 02116 | **Martin G. Weinberg**<br>Oteri, Weinberg & Lawson<br>20 Park Plaza<br>Boston, MA 02116 |
| | **/s/ Michael J. Pineault**<br>Michael J. Pineault<br>Assistant U.S. Attorney |