UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
UNITED STATES OF AMERICA      )
                                                       )
     v.                                  )      CRIMINAL NO. 04-10029-GAO
                                                       )
DANIEL E. CARPENTER            )
_____)

## DEFENDANT'S NOTICE OF CROSS-APPEAL

Notice is hereby given that Daniel E. Carpenter, the defendant in the above-captioned case, hereby cross-appeals to the United States Court of Appeals for the First Circuit from the district court's <u>Memorandum and Order</u>, denying defendant's motion for judgment of acquittal, entered in this action on December 15, 2005 (Dkt. #192).[1]

                                         Respectfully submitted,

                                         DANIEL E. CARPENTER,
                                         By his attorneys,


                                         **/s/ Martin G. Weinberg**
                                         Martin G. Weinberg, Esq.
                                         (BBO #519480)
                                         20 Park Plaza, Suite 905
                                         Boston, MA 02116
                                         (617) 227-3700


                                         **/s/ Robert M. Goldstein**
                                         Robert M. Goldstein, Esq.
                                         (BBO #630584)
                                         20 Park Plaza, Suite 903
                                         Boston, MA 02116
                                         (617) 742-9015

_____

[1] Defendant also cross-appeals, to the extent necessary, from the district court's denial of defendant's motion for new trial on all bases offered <u>except</u> the one on which the district court ultimately granted the motion. The government appealed the district court's decision granting the motion for new trial on January 9, 2006. (Dkt. #195.)

2

                          **/s/ Jack E. Robinson**
                          Jack E. Robinson, Esq.
                          (BBO #559683)
                          2187 Atlantic Street
                          Stamford, CT 06902
                          (203) 425-4500

Dated: January 18, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that, on the date hereof, I filed the foregoing notice electronically via the Court's ECF system and copies thereof will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                          **/s/ Robert M. Goldstein**
                          Robert M. Goldstein, Esq.