UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER ) | |

**DEFENDANT'S NOTICE OF FILING AND SERVICE OF TRANSCRIPT ORDER FORM AND STATEMENT OF ISSUES ON CROSS-APPEAL**

Defendant and cross-appellant Daniel E. Carpenter, by and through undersigned counsel, hereby submits notice pursuant to Fed. R. App. P. 10(b)(1)(A)(iii) that he has today filed and served on the court reporter the Transcript Order Form annexed hereto as **Exhibit 1**.

Pursuant to Fed. R. App. P. 10(b)(3)(A), defendant herewith files his statement of issues on cross-appeal:

1) Whether the district court erred in denying defendant's motions for judgment of acquittal?

2) In granting the defendant's motion for new trial, whether the district court erred by failing to rely on several additional bases offered by the defendant (other than the ground relied upon by the court in granting the motion for new trial)?

        Respectfully submitted,
        DANIEL E. CARPENTER
        By his attorneys,

        */s/ Martin G. Weinberg*
        Martin G. Weinberg, Esq.
        (BBO #519480)
        **MARTIN G. WEINBERG, P.C.**
        20 Park Plaza, Suite 905
        Boston, MA 02116
        (617) 227-3700
        owlmgw@worldnet.att.net

        */s/ Robert M. Goldstein*
        Robert M. Goldstein, Esq.
        (BBO #630584)
        20 Park Plaza, Suite 903
        Boston, MA 02116
        (617) 742-9015
        rmg@goldstein-lawfirm.com


        */s/ Jack E. Robinson*
        Jack E. Robinson, Esq.
        (BBO #559683)
        2187 Atlantic Street
        Stamford, CT 06902
        (203) 425-4500
        Robinsonesq@aol.com


Dated: February 1, 2006


## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the date hereof.


        */s/ Robert M. Goldstein*
        Robert M. Goldstein, Esq.