# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States v. Daniel E. Carpenter__
District Court Case No. __04-cr-10029-GAO__          District of __Massachusetts__
Date Notice of Appeal filed __1/18/06__          Court of Appeals Case No. __not assigned__
Form filed on behalf of __Daniel E. Carpenter__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __See Attachment__

## TRANSCRIPT ORDER

Name of Court Reporter __Shelly Killian__
Phone Number of Reporter __(617) 737-7117__

A. __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| [X] Jury Voir dire | 7/11/05 |
| [ ] Opening Statement (plaintiff) | |
| [ ] Opening Statement (defendant) | |
| [ ] Trial | |
| [ ] Closing Argument (plaintiff) | |
| [ ] Closing Argument (defendant) | |
| [ ] Findings of Fact/Conclusions of Law | |
| [ ] Jury Instructions | |
| [ ] Change of Plea | |
| [ ] Sentencing | |
| [ ] Bail hearing | |
| [XX] Pretrial proceedings (specify) Final | 6/30/05 |
| [ ] Testimony (specify) | |
| [ ] Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

[XX] Private funds.
[ ] Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
[ ] Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
[ ] Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
[ ] Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Robert M. Goldstein__          Filer's Signature __[signature]__
Firm/Address __20 Park Plaza, Suite 905, Boston, MA 02116__
Telephone number __(617) 742-9015__          Date mailed to court reporter __2/1/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                                                                  SEE INSTRUCTIONS ON REVERSE