UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
UNITED STATES OF AMERICA    )
                                           )
        v.                        )      CRIMINAL NO. 04-10029-GAO
                                           )
DANIEL E. CARPENTER            )
_____)

**Transcripts Already Filed in District Court**

| Docket Entry | Date | Type of Proceeding |
|---|---|---|
| 185 | 2/24/04 | Arraignment |
| 40 | 9/21/04 | Hearing (motion to dismiss) |
| 51 | 3/24/05 | Hearing (pretrial conference) |
| 52 | 3/28/05 | Hearing (status conference) |
| 77 | 3/31/05 | Hearing (motion hearing) |
| 180 | 7/8/05 | Hearing (motion hearing) |
| 132 | 7/12/05 | Trial, Day 2 |
| 133 | 7/13/05 | Trial, Day 3 |
| 134 | 7/14/05 | Trial, Day 4 |
| 161 | 7/15/05 | Trial, Day 5 |
| 162 | 7/18/06 | Trial, Day 6 |
| 163 | 7/19/05 | Trial, Day 7 |
| 164 | 7/20/05 | Trial, Day 8 |
| 165 | 7/21/05 | Trial, Day 9 |
| 166 | 7/22/05 | Trial, Day 10 |
| 167 | 7/25/05 | Trial, Day 11 |
| 169 | 7/25/05 | Charging Conference |
| 168/152[1] | 7/26/05 | Trial, Day 12 |
| 170/153[2] | 7/27/05 | Trial, Day 13 |
| 186 | 10/31/05 | Hearing (post-trial motions) |

---

[1] The docket reflects that there are two entries for this same transcript.
[2] The docket reflects that there are two entries for this same transcript.