UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                  )
UNITED STATES OF AMERICA      )
                                                  )
    v.                                            )    CRIMINAL NO. 04-10029-GAO
                                                  )
DANIEL E. CARPENTER                )
_____)

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Daniel E. Carpenter, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the district court's <u>Memorandum and Order</u> (the "Order") denying defendant's motion for judgment of acquittal, entered in this action on December 15, 2005 (Dkt. #192), and from the district court's electronic order, denying the defendant's motion for reconsideration of the Order, entered in this action on February 3, 2006.[1]

                                      Respectfully submitted,

                                      DANIEL E. CARPENTER,
                                      By his attorneys,

                                      **/s/ Martin G. Weinberg**
                                      Martin G. Weinberg, Esq.
                                      (BBO #519480)
                                      20 Park Plaza, Suite 905
                                      Boston, MA 02116
                                      (617) 227-3700

                                      **/s/ Robert M. Goldstein**
                                      Robert M. Goldstein, Esq.
                                      (BBO #630584)
                                      20 Park Plaza, Suite 903
                                      Boston, MA 02116
                                      (617) 742-9015

---

[1] This appeal is related to, and should be docketed with, the government's notice of appeal from the Order dated January 9, 2006 (Dkt. #195), and the defendant's notice of cross-appeal from the Order dated January 18, 2006. (Dkt. #198.)

/s/ Jack E. Robinson
Jack E. Robinson, Esq.
(BBO #559683)
2187 Atlantic Street
Stamford, CT 06902
(203) 425-4500

Dated: February 6, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date hereof.

/s/ Robert M. Goldstein
Robert M. Goldstein, Esq.

2