UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA   )
                                )
    v.                          )    CRIMINAL NO. 04-10029-GAO
                                )
DANIEL E. CARPENTER       )
_____)

**DEFENDANT'S NOTICE OF FILING AND SERVICE OF TRANSCRIPT ORDER FORM AND STATEMENT OF ISSUES ON DIRECT APPEAL**

Defendant and Appellant Daniel E. Carpenter, by and through undersigned counsel, hereby submits notice pursuant to Fed. R. App. P. 10(b)(1)(A)(iii) that he has already ordered all transcripts necessary regarding his direct appeal in the above-captioned matter (Transcript Order Form annexed hereto as Exhibit 1; Transcript Order Form Submitted Regarding Defendant's Cross-Appeal on February 1, 2006 annexed hereto as Exhibit 2; Index of Transcripts already on File annexed hereto as Exhibit 3).

Pursuant to Fed. R. App. P. 10(b)(3)(A), defendant herewith files his statement of issues on direct appeal:

1)    Whether the district court erred in denying defendant's motions for judgment of acquittal and/or his motion for reconsideration thereof?

Respectfully submitted,
DANIEL E. CARPENTER
By his attorneys,

*/s/ Martin G. Weinberg*
Martin G. Weinberg, Esq.
(BBO #519480)
**MARTIN G. WEINBERG, P.C.**
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
owlmgw@worldnet.att.net

*/s/ Robert M. Goldstein*
Robert M. Goldstein, Esq.
(BBO #630584)
20 Park Plaza, Suite 903
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

*/s/ Jack E. Robinson*
Jack E. Robinson, Esq.
(BBO #559683)
2187 Atlantic Street
Stamford, CT 06902
(203) 425-4500
Robinsonesq@aol.com

Dated: February 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the date hereof.

*/s/ Robert M. Goldstein*
Robert M. Goldstein, Esq.