## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States v. Carpenter__
District Court Case No. __04-10029-GAO__   District of __Massachusetts__
Date Notice of Appeal filed __2/6/06__   Court of Appeals Case No. __Not Assigned__
Form filed on behalf of __Daniel E. Carpenter__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __All necessary transcripts not yet prepared have already been ordered.   See attached page. Documents__

### TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. ____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Robert M. Goldstein__   Filer's Signature __[signature]__
Firm/Address __20 Park Plaza, Suite 903, Boston, MA 02116__
Telephone number __(617) 742-9015__   Date mailed to court reporter __2/22/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                                                 SEE INSTRUCTIONS ON REVERSE