UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) ) | |
| Defendant. | ) ) | |

### CERTIFICATION OF UNITED STATES RE: TRANSCRIPTS

Pursuant to Fed. R. App. P. 10(b)(1)(B), the United States hereby certifies that all necessary transcripts already have been prepared and are on file with the district court.[1] Accordingly, the government will not be ordering any additional transcripts in connection with the pending appeal of this case.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:

                                **/s/ Michael J. Pineault**
                                Michael J. Pineault
                                Assistant U.S. Attorney
                                U.S. Courthouse, Suite 9200
                                1 Courthouse Way
Date: February 23, 2006                Boston, MA 02210

---

[1] In addition to the transcripts already on file, defendant ordered two further transcripts on January 18, 2006, pertaining to a pretrial conference on June 30, 2005, and the impanelment of the jury on July 11, 2005.

Certificate of Service

      I, Michael J. Pineault, AUSA, hereby certify that I have filed the foregoing pleading electronically via the ECF system on February 23, 2006 and thereby caused electronic copies to be served via ECF on the following counsel:

| | |
|---|---|
| **Robert M. Goldstein** | **Martin G. Weinberg** |
| 20 Park Plaza | Oteri, Weinberg & Lawson |
| Suite 903 | 20 Park Plaza |
| Boston, MA 02116 | Boston, MA 02116 |
| | |
| | **/s/ Michael J. Pineault** |
| | Michael J. Pineault |
| | Assistant U.S. Attorney |