UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) CRIMINAL NO. 04-10029-GAO<br>) |
| DANIEL E. CARPENTER | )<br>) |

**MOTION OF ATTORNEYS ROBINSON, ORDER & MCDONALD TO WITHDRAW**

Attorneys Jack E. Robinson, Richard S. Order, and Edward A. McDonald (the "Moving Attorneys"), representing defendant Daniel E. Carpenter in this case, respectfully move for leave to withdraw their appearances as counsel for the defendant in this matter pursuant to Local Rule 83.5.2(c). In further support hereof, the Moving Attorneys respectfully state as follows:

1) Defendant is currently and ably represented by Attorneys Martin G. Weinberg, Robert M. Goldstein, and Professor Alan M. Dershowitz;

2) Although there is a motion currently pending to modify the defendant's conditions of release and for the return of his passport, none of the Moving Attorneys are involved with said motion;

3) No trial date has been set and, moreover, the case is currently on appeal by virtue of the government's appeal of this Court's December 15, 2005 order granting defendant a new trial; and

4) No hearings are scheduled and no reports are due.

Consequently, the Moving Attorneys respectfully request that they be allowed to withdraw their appearances in this case and that the Court's electronic docket reflect that the Moving Attorneys have been terminated from involvement in this matter.[1]

        Respectfully submitted,
        DANIEL E. CARPENTER,
        By his attorneys,

        **/s/ Jack E. Robinson**
        Jack E. Robinson, Esq.
        (BBO #559683)
        2187 Atlantic Street
        Stamford, CT 06902
        (203) 425-4500
        Robinsonesq@aol.com

        **/s/ Richard S. Order**
        Richard S. Order, Esq.
        AXINN, VELTROP & HARKRIDER LLP
        90 State House Square
        Hartford, CT 06103
        (860) 275-8100
        rso@avhlaw.com

        **/s/ Edward A. McDonald**
        Edward A. McDonald, Esq.
        DECHERT LLP
        30 Rockefeller Plaza
        New York, NY 10112
        (212) 698-3500
        edward.mcdonald@dechert.com

Dated: February 25, 2006

---

[1] Attorneys A. John Pappalardo and Evan Georgopoulos of Greenberg Traurig LLP were granted leave to withdraw on March 31, 2005. However, the Court's electronic docket continues to list them incorrectly as being active in this case. Attorneys Pappalardo and Georgopoulos should also be listed on the Court's electronic docket as having been terminated from any further involvement in this matter. Once this motion is granted, the **only** attorneys who should be listed on the Court's electronic docket as representing the defendant are Attorneys Weinberg, Goldstein, and Dershowitz.

## CERTIFICATE OF SERVICE

      I, Jack E. Robinson, hereby certify that on February 25, 2006, this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                            **/s/ Jack E. Robinson**
                                            Jack E. Robinson, Esq.