# United States Court of Appeals
## For the First Circuit

*04-10029*
*Massachusetts(a)*
*G. O'Toole*

No. 06-1373



UNITED STATES OF AMERICA,

Appellant, Cross-Appellee,

v.

DANIEL E. CARPENTER,

Defendant-Appellee, Cross-Appellant.

---

**JUDGMENT**

Entered:  July 18, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of a new trial is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Colarch
**Deputy Clerk**

Date:  9·28 07

By the Court:

RICHARD CUSHING DONOVAN

_____

Richard Cushing Donovan, Clerk

[cc: Mr. Dershowitz, Mr. McDonald, Mr. Georgopoulos, Mr. Order, Mr. Goldstein, Mr. Weinberg, Mr. Pineault, Mr. Mitchell, Ms. Chaitowitz, Mr. Frank, Mr. Ghachem & Mr. Robinson.]