# United States Court of Appeals
## For the First Circuit

04-10029
Massachusetts (B)
G. O'Took

Nos. 06-1374, 06-1488

# MANDATE

UNITED STATES OF AMERICA,

Appellant, Cross-Appellee,

v.

DANIEL E. CARPENTER,

Defendant-Appellee, Cross-Appellant.

---

### JUDGMENT

Entered: July 18, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Daniel E. Carpenter's cross-appeal is dismissed for lack of jurisdiction.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Jennifer Colardo
Deputy Clerk

Date: 9.28.07

By the Court:

RICHARD CUSHING DONOVAN
_____
Richard Cushing Donovan, Clerk

[cc: Mr. Dershowitz, Mr. McDonald, Mr. Georgopoulos, Mr. Order, Mr. Goldstein, Mr. Weinberg, Mr. Pineault, Mr. Mitchell, Ms. Chaitowitz, Mr. Frank, Mr. Ghachem & Mr. Robinson.]