UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER | ) ) | |

## NOTICE OF APPEARANCE

Please take notice that undersigned counsel hereby appears, for all purposes, on behalf of defendant Daniel E. Carpenter.

DANIEL E. CARPENTER,
By his attorney,

*/s/ Jack E. Robinson*
Jack E. Robinson
(BBO #559683)
2187 Atlantic Street, Suite 905
Stamford, CT 06902
(203) 425-4500
(203) 425-4555-fax
Robinsonesq@aol.com

Dated: November 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the date hereof this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Jack E. Robinson*
Jack E. Robinson