# Regional Map/Major Area Employers

| Company | City |
|---|---|
| CIGNA Corp. | Bloomfield |
| ESPN | Bristol |
| Lego | Enfield |
| MassMutual | Enfield |
| ING | Hartford |
| Prudential Financial | Hartford |
| St. Paul Travelers | Hartford |
| The Phoenix Cos. | Hartford |
| United Health Care | Hartford |
| Bank of America | Hartford |
| United Technologies | Hartford |
| MetLife | Hartford |
| Aetna, Inc. | Hartford |
| The Hartford | Hartford |
| StanleyWorks | New Britain |
| Anthem BCBS | North Haven |
| AT&T (Cingular) | Rocky Hill |
| Nationwide | Rocky Hill |
| United Healthcare | Rocky Hill |
| WFSB - Channel 3 | Rocky Hill |
| Zurich | Rocky Hill |
| Chubb | Simsbury |
| Dyno Nobel | Simsbury |
| Ensign Bickford | Simsbury |
| General Casualty | Simsbury |
| Sodexho | Simsbury |
| The Hartford | Simsbury |
| ABB | Windsor |
| ADVO, Inc. | Windsor |
| Kaman Industrial | Windsor |
| Konica-Minolta | Windsor |



Location/Market Overview

20   CB Richard Ellis