UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S
VERIFIED MOTION TO TRANSFER VENUE FOR CONVENIENCE**

The United States respectfully moves for an extension of time, from December 31, 2007 to January 14, 2008, to respond to the Defendant's Verified Motion to Transfer Venue for Convenience. In support of its motion, the government states that:

1. Today the defendant filed a Verified Motion to Transfer Venue for Convenience, in which he urges the Court to transfer the case either to Springfield, Massachusetts or Hartford, Connecticut so that the trial would be closer to his home. Under the Local Rules, the government's response is due December 31, 2007.

2. The undersigned Assistant United States Attorney is scheduled to be on annual leave over the Holidays, that is, from December 21, 2007 to January 3, 2008.

3. The undersigned AUSA also is currently devoting significant time to preparing for a complex tax trial in the case of United States v. Daniel McElroy et al., 05-10019-RGS that is scheduled to begin on January 22, 2008.

4. For these reasons, the undersigned AUSA needs more time to respond to the defendant's motion.

5. Because this matter is not scheduled for trial until May 5, 2008, the defendant

would not be prejudiced by an extension of the government's time to respond.

6. The undersigned AUSA conferred with defense counsel about this extension who reported that after speaking to his client, he would not be able to assent to it.

WHEREFORE, for the foregoing reasons, the United States moves for an extension of two weeks, that is, to January 14, 2008, to respond to the defendant's motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Assistant U.S. Attorney

**Certificate of Service**

  I hereby certify that on this 17th day of December, 2007, I served on counsel of record in the foregoing matter the Government's Motion to Extend the Time to Respond the Defendant's Verified Motion to Transfer Venue for Convenience by means of the ECF system.

              /s/ Jonathan F. Mitchell
              Jonathan F. Mitchell