UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 04-CR-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER | ) | |

**DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO TRANSFER MOTION**

Defendant Daniel E. Carpenter respectfully opposes the government's motion for an extension of time from December 31, 2007 to January 14, 2008, in which to respond to Mr. Carpenter's motion to transfer this case for convenience. In support hereof, Mr. Carpenter states:

1. Mr. Carpenter apologizes to the Court for needing to oppose the government's request for an extension of time to respond to the motion. As an attorney, Mr. Carpenter fully understands that extensions are normally granted to opposing counsel as a courtesy, and if not granted, then the Court often grants extensions as a matter of course.[1] However, it does not appear that an extension of time is necessary in this instance and the defendant and his family are anxious to learn in what venue the second trial will occur.

2. Indeed, while many in the community are anxious to celebrate the holidays, the Carpenters have not been able to fully enjoy the holiday season since December 2000. The Carpenter Family has had to endure the threat of, or labor under, government prosecution for the past seven Christmas/Holiday seasons, with this and last Christmas seasons having been due to the government's appeal of the Court's new trial order. The point is that federal prosecutions exact real impact upon those charged and there are no vacations from them. It would be a relief for the Carpenters to know whether they were preparing for the second trial of their lives in

---

[1] For example, just yesterday Mr. Carpenter and his attorneys willingly granted the Solicitor General a *second* 30-day extension in which to file an opposition to Mr. Carpenter's certiorari petition. *See* **Exhibit 1**.

familiar Hartford or, preferably, convenient Springfield; rather than in unfamiliar and inconvenient Boston.

      3.     Throughout this case, the government has opposed the defendant's substantive requests for extensions, claiming either that elderly and infirm exchangors would be unavailable if an extension were granted or that the prosecutors' vacation schedules would be negatively affected by a continuance. Indeed, the government implored this Court to conduct the first trial in July 2005 because it claimed many of its witnesses were elderly and infirm, but then chose to appeal the Court's new trial order, which consumed two years' time. The government then consumed another *two months* in asking the First Circuit for *not one but two* extensions in which to seek rehearing, and then ultimately chose not to seek rehearing. Then, at the November 26, 2007 status conference in this case, the government argued that trial needed to occur in May 2008, rather than July 2008, ostensibly because of the frailty of its witnesses.

      4.     While Mr. Carpenter certainly understands the demands of holiday vacation schedules, the government should be able to respond to the motion on or before its due date, particularly considering that the government has researched the issues in responding to a similar motion filed before the first trial. Moreover, it should benefit AUSA Mitchell to respond to the defendant's motion for transfer as early as possible such that he can then focus exclusively on his upcoming *McElroy* trial, scheduled to begin on January 22, 2008.

      WHEREFORE, the defendant opposes the government's request for an extension.

>Respectfully submitted,
>DANIEL E. CARPENTER,
>By his attorneys,
>
>*/s/ Robert M. Goldstein*
>Robert M. Goldstein, Esq.
>(BBO #630584)
>20 Park Plaza, Suite 903
>Boston, MA 02116
>(617) 742-9015
>rmg@goldstein-lawfirm.com
>
>*Jack E. Robinson*
>Jack E. Robinson, Esq.
>(BBO #559683)
>2187 Atlantic Street, Suite 905
>Stamford, CT 06902
>(203) 425-4500
>Robinsonesq@aol.com

Dated: December 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on the date hereof will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ Jack E. Robinson*
>Jack E. Robinson