

**U.S. Department of Justice**

Office of the Solicitor General

*Washington, D.C. 20530*

December 17, 2007

Honorable William K. Suter
Clerk
Supreme Court of the United States
Washington, D.C.  20543

    Re:  <u>Carpenter</u> v. <u>United States</u>, No. 07-515

Dear Mr. Suter:

    The petition for a writ of certiorari was filed on October 16, 2007. The government's response is now due after one extension on December 19, 2007.

    We are hereby requesting, under Rule 30.4 of the Rules of this Court, a further 30-day extension, to and including January 18, 2008, within which to file the government's response. Counsel for petitioner does not object to the request for an enlargement of time for the filing of a response brief.

                               Very truly yours,

                                 Paul D. Clement
                                  <u>Solicitor General</u>
                                      <u>Counsel of Record</u>

cc:  See Attached Service List

07-0515
CARPENTER, DANIEL E.
USA

J. SCOTT BALLENGER
LATHAM & WATKINS LLP
555 ELEVENTH STREET, N.W.
SUITE 1000
WASHINGTON, DC 20004
202-637-2200

CHARLES S. LEEPER
DRINKER BIDDLE & REATH LLP
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209
202-842-8800
202-842-8465   (Fax)

JACK E. ROBINSON
2187 ATLANTIC STREET
SUITE 905
STAMFORD , CT 06902
203-425-4500

MARK T. STANCIL
UNTEREINER & SAUBER LLP
1801 K STREET, N.W.
SUITE 411
WASHINGTON, DC 20006
202-755-4500