View/Sign Guestbook

## LINDA (FANGER) JOKINEN

Of Norwood age 55 on Jan. 11, 2008. Devoted mother of Eric Jokinen of New York City. Dear daughter of Irving Fanger of Chestnut Hill and the late Pearl (Palefsky) Fanger. Dear stepdaughter of Bernice Abramson. Devoted sister of Barbara Fanger Shuman of Chestnut Hill, Carol Fanger Bell and her husband Steven & Laora Fanger-Vexler of CA. Linda was a beloved Aunt, Niece, Cousin and friend and adored Auntie Linda to many. Graveside services at Lindwood Memorial Park 497 North St. Randolph (Today) Sunday Jan. 13 at 2:00 PM. Lieu of flowers remembrances may be made to Lupus Foundation of America PO Box 631047, Baltimore, MD 21263-1047 Brezniak-Rodman 617-969-0800
Published in the Boston Globe on 1/13/2008.

Notice • Guest Book • Funeral home info
Flowers • Gift Shop • Charities

**Today's Boston Globe death notices**

Questions about death notices or Guest Books?
Contact Legacy.com • Terms of use

Powered by Legacy.com
obituaries nationwide

Back