UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER | ) ) ) | |

**Motion to Withdraw Appearance as Counsel**

Now comes undersigned counsel and hereby moves to withdraw his appearance as counsel for Daniel Carpenter in the above-captioned matter. As the Court is aware, undersigned counsel began trial in the United States District Court for the Southern District of Ohio on January 8, 2008. Since returning from said trial, which concluded on February 26, 2008, it has become evident that circumstances have changed and there has been a breakdown in the attorney-client relationship.

Mr. Carpenter remains represented in this matter by Mr. Jack Robinson. Mr. Carpenter assents to the withdrawal of counsel.

Wherefore, counsel respectfully requests that he be allowed to withdraw his appearance from this matter.

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
(BBO #630584)
20 Park Plaza, Suite 903
Boston, MA 02108
(617) 742-9015
rmg@goldstein-lawfirm.com

2

Dated: March 11, 2008

## Certificate of Service

A copy of the foregoing pleading has been served on all parties via electronic filing, as well via first-class mail upon Daniel Carpenter, on this date, March 11, 2008.

**/s/ Robert M. Goldstein**
Robert M. Goldstein

2