UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
|     Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

    Assistant United States Attorney Jack W. Pirozzolo hereby enters an appearance as counsel for the United States of America in the above-captioned case.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    **/s/ Jack W. Pirozzolo**
    JACK W. PIROZZOLO
    Assistant U.S. Attorney
    U.S. Attorney's Office
    U.S. Courthouse, Suite 9200
    1 Courthouse Way
    Boston, MA 02210

Dated: March 14, 2008

**CERTIFICATE OF SERVICE**

    I, Jack W. Pirozzolo, hereby certify that on March 14, 2008, I served a copy of the foregoing via electronic filing on counsel for the defendant.

    **/s/ Jack W. Pirozzolo**
    JACK W. PIROZZOLO
    Assistant U.S. Attorney