UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER | ) |

**MOTION TO WITHDRAW**

Now comes Martin G. Weinberg who, pursuant to L.R. 83.5.2, hereby moves to withdraw his appearance as counsel for Daniel Carpenter in the above-captioned matter for the following reasons:

1) Undersigned counsel was never retained as trial counsel; instead he filed a notice of appearance at the District Court only to litigate the new trial and judgment of acquittal motions and then was lead counsel at the Court of Appeals;

2) The defendant is represented at present by attorney Jack E. Robinson for all purposes and therefore the allowing of this motion will not in any way prejudice the current trial schedule nor the resolution of pending motions that were filed by Attorney Robinson; and

3) The defendant has no expectation that undersigned counsel will participate in the trial of this matter.

Respectfully submitted,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 51948
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

**CERTIFICATE OF SERVICE**

 I hereby certify that a true copy of the foregoing document was served on this 17th day of March, 2008, by electronic filing, upon all parties in the above-captioned case.

                 **/s/ Martin G. Weinberg**