## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )   Case No. 04-10029-GAO<br>)<br>DANIEL E. CARPENTER,          )<br>)<br>    Defendant.                )| |

### MOTION FOR STATUS CONFERENCE

The United States hereby requests that the Court hold a brief status conference within the next five business days so that the parties may address any lingering issues concerning the defendant's Speedy Trial Act motion. As grounds for this motion, the government states:

1. The re-trial of this matter is scheduled to begin on May 5, 2008. As the Court is aware, this is a complex case in every respect, involving numerous witnesses and hundreds of exhibits. Like the first trial, the re-trial will require substantial preparation by the government.

2. On January 28, 2008, the defendant filed a motion to dismiss the indictment on Speedy Trial Act grounds. The government's responding brief recommended that the Court dismiss the indictment without prejudice because, depending on the law the First Circuit may apply under the circumstances, seventy-one days may have lapsed on the speedy trial clock, thereby necessitating a dismissal without prejudice.

3. The trial date is rapidly approaching. The government's witnesses have been apprised of the trial date, and have been asked to adjust their schedules during the month of May to make themselves available for testimony and preparation sessions.

4. The Assistant United States Attorneys assigned to this matter also are attempting to plan their schedule. AUSA Mitchell is scheduled to be in Geneva, Switzerland during the week of March 31 to take depositions in connection with United States v. Mardirosian, 07-10075-MLW

(although there is a chance that the depositions will not go forward). By the time he returns, trial will be less than one month away. AUSA Pirozzolo is currently scheduled to try the case of <u>United States v. Steven Sable</u>, 04-10365-GAO, before this Court on June 2, 2008, and needs to know for purposes of planning that trial whether this matter will proceed to trial as currently scheduled.

5. In order to gain visibility about the scheduling of the trial of this matter, the government would like an opportunity to address any lingering issues concerning the defendant's speedy trial motion so that it might be resolved soon.

6. A status hearing in the next week might facilitate this effort.

WHEREFORE, the government requests that the Court schedule a status conference on or before March 27, 2008.

                                                          Respectfully submitted,

                                                          MICHAEL J. SULLIVAN
                                                          United States Attorney

                                                          <u>/s/ Jonathan F. Mitchell</u>
                                                          JONATHAN F. MITCHELL
                                                          JACK W. PIROZZOLO
                                                          Assistant U.S. Attorneys

Certificate of Service

    I, Jonathan F. Mitchell, hereby certify that I served on defense counsel of record the Government's Motion for Status Conference on this 19th day of March, 2008 by means of the ECF system.

                                                           /s/ Jonathan F. Mitchell
                                                          Jonathan F. Mitchell