UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

**GOVERNMENT'S OPPOSITION
TO THE DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

The government hereby opposes the defendant's Motion for Return of Passport, and as grounds for its opposition, relies on the reasons set forth in its opposition (Docket Number 203) to the defendant's first motion seeking the return of his passport (Docket Number 205). The defendant points to no material change in circumstances since the filing of his original motion that would warrant a further response.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
JACK PIROZZOLO
Assistant U.S. Attorneys

## Certificate of Service

      I hereby certify that on this 18th day of April, 2008, I served on counsel of record in the foregoing matter the Government's Opposition to Defendant's Motion for Return of Passport, by means of the ECF system.

                                      /s/ Jonathan F. Mitchell
                                      Jonathan F. Mitchell