UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER           ) | |

## MOTION TO WITHDRAW

Now comes Alan M. Dershowitz who, pursuant to L.R. 83.5.2 hereby moves to withdraw his appearance as counsel for Daniel Carpenter in the above-captioned matter for the following reasons:

1. Undersigned counsel was never retained as trial counsel; instead he filed a notice of appearance at the District Court only to litigate the new trial and judgment of acquittal motions and then was lead counsel at the Court of Appeals;

2. The defendant is represented at present by attorney Jack E. Robinson for all purposes and therefore the allowing of this motion will not in any way prejudice the current trial scheduled nor the resolution of pending motions that were filed by Attorney Robinson; and

3. The defendant has not expectation that undersigned counsel will participate in the trial of this matter.

Respectfully submitted,

/s/ Alan M. Dershowitz
Alan M. Dershowitz
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the 23rd day of April, 2008, by electronic filing, upon all parties in the above-captioned case.

/s/ Alan M. Dershowitz