UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION IN LIMINE
TO PERMIT INTRODUCTION OF
PRIOR TRIAL TESTIMONY OF LINDA JOKINEN AND JOSEPH IANTOSCA**

The United States hereby moves in limine to read into evidence the testimony of Linda Jokinen and Joseph Iantosca from the first trial in this matter. Such testimony is admissible pursuant to Fed. R. Evid. 804(b)(1), which provides that former testimony of a witness from the same or similar proceeding is admissible if the witness is unavailable and the party against whom the testimony is offered had an "opportunity and similar motive to develop the testimony by direct, cross or redirect examination." Fed. R. Evid. 804(b)(1). This rule is applicable here because both witnesses are "unavailable," as the term is defined by Rule 804(a)(4); in January 2008, Jokinen died, and Iantosca was found to be "incapable of caring for himself by reason of mental illness." See Exhibit 1 (Decree and Finding of Fact and Conclusions of Law, In the Matter of the Guardianship of Joseph Iantosca, Norfolk County Probate Count No. 07P2497GI, dated January 2, 2008). The defendant of course had opportunity to cross examine both witnesses at the last trial.

The government proposes that it designate individuals to read the witnesses' answers, while counsel reads the questions.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                              By:

                                                /s/ Jonathan F. Mitchell
                                                JONATHAN F. MITCHELL
                                                JACK W. PIROZZOLO
                                                Assistant U.S. Attorneys

**Certificate of Service**

  I hereby certify that on this 24nd day of April, 2008, I served on counsel of record in the foregoing matter the government's Motion in Limine to Permit Prior Trial Testimony of Linda Jokinen and Joseph Iantosca, by means of the ECF system.

                 /s/ Jonathan F. Mitchell
                 Jonathan F. Mitchell