UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER ) | |

**AMENDED MOTION TO WITHDRAW**

Now comes Alan M. Dershowitz who, pursuant to L.R.83.5.2 hereby moves to withdraw his appearance as counsel for Daniel E. Carpenter in the above-captioned matter for the following reasons:

1. Undersigned counsel was never retained as trial counsel; instead he filed a notice of appearance at the District Court during the initial pre-trial phases of this case solely for the purpose of litigating pretrial motions relating to the validity of the indictment;

2. To the best of counsel's memory he made a single court appearance to argue a pretrial motion years ago and understood his responsibilities to be limited to this phase of the case;

3. Undersigned counsel was never retained for any purpose relating to trial preparation;

4. Counsel's failure to file this motion years ago was an oversight since it was never the expectation of the defendant that undersigned counsel would participate in the trial of this matter; and

5. The defendant remains represented by attorney Jack E. Robinson thus the allowing of this motion will not in anyway prejudice the current trial schedule nor the resolution of any pending motion all of which were filed by Attorney Robinson.

Respectfully submitted,

*Alan M. Dershowitz*
**Alan M. Dershowitz**
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-2187

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on this 24th day of April, 2008, by hand-delivery, upon:

**Jack W. Pirozzolo, AUSA**
**John Mitchell, AUSA**
United States Attorney's Office
1 Courthouse Way, 9th FL
Boston, MA 02210.

*Alan M. Dershowitz*
**Alan M. Dershowitz**