UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL E. CARPENTER,<br><br>Defendant. | Criminal No. 04-10029-GAO |

## NOTICE OF APPEARANCE

Kindly enter the appearance of A. John Pappalardo of the law firm of Greenberg Traurig LLP, as counsel for defendant in the above-captioned matter.

                                                **RESPECTFULLY SUBMITTED:**
                                                Daniel E. Carpenter, Defendant,
                                                By his attorney:

                                                /s/ A. John Pappalardo
                                                A. John Pappalardo (BBO # 338760)
                                                GREENBERG TRAURIG, LLP
                                                One International Place, 20th Floor
                                                Boston, MA 02110
                                                (617) 310-6000
                                                (617) 310-6001 (fax)
                                                Email: pappalardoj@gtlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on April 24, 2008.

                                            /s/ A. John Pappalardo