# UNITED STATES COURT OF APPEALS
## For the First Circuit

_____

No. 08-1458

### In re: DANIEL E. CARPENTER,

Petitioner.

_____

**Emergency Petition for a Writ of Mandamus
to the United States District Court
for the District of Massachusetts**

_____

## PETITIONER'S MOTION FOR
## VOLUNTARY DISMISSAL

_____

                                              Jack E. Robinson
                                              (1st Cir. No. 38097)
                                              2187 Atlantic Street, Suite 905
                                              Stamford, CT 06902
                                              203.425.4500
                                              203.425.4555-fax
                                              robinsonesq@aol.com

                                              *Attorney for Petitioner*

Dated:  April 25, 2008

Pursuant to Fed. R. App. P. 42(b), defendant-petitioner Daniel E. Carpenter moves that this petition be dismissed, each party to bear its own costs.

>Respectfully submitted,
>
>DANIEL E. CARPENTER,
>By his attorney,
>
>*/s/ Jack E. Robinson*
>Jack E. Robinson
>(1st Cir. No. 38097)
>2187 Atlantic Street, Suite 905
>Stamford, CT 06902
>203.425.4500
>203.425.4555-fax
>robinsonesq@aol.com

Dated: April 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the date hereof I have caused a true and correct copy of the foregoing to be served on the District Court Judge and the respondent via the District Court's CM/ECF system, by which copies will be sent electronically to the District Court and the registered participants as identified on the Notice of Electronic Filing (NEF). A copy was also served on the following via first class mail, postage prepaid, as follows:

>Dina Michael Chaitowitz
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>1 Courthouse Way, Suite 9200
>Boston, MA 02210

>*/s/ Jack E. Robinson*
>Jack E. Robinson