UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | |
| Defendant.   ) | |

**MOTION TO WITHDRAW**

NOW comes Jack E. Robinson who, pursuant to L.R. 83.5.2, hereby moves to withdraw his appearance as counsel for the defendant Daniel E. Carpenter in this matter, and represents as follows:

1. This motion has been preceded by the notice of appearance of A. John Pappalardo, Esq., and the law firm of Greenberg Traurig, LLP;

2. Currently there are no motions pending before the Court;

3. A trial date has been set for June 2, 2008;

4. A final pretrial conference has been set for May 22, 2008; and

5. Mr. Carpenter has at no time expected that the undersigned would try this case.

Respectfully submitted,

*/s/ Jack E. Robinson*
Jack E. Robinson
(BBO #559683)
2187 Atlantic Street, Suite 905
Stamford, CT 06902
(203) 425-4500

Dated: April 25, 2008

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system on the date hereof will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                    */s/ Jack E. Robinson*
                    Jack E. Robinson