UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| ) | |
| Defendant.   ) | |

**JOINT MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

The parties hereby move pursuant to Title 18, U.S.C., § 3161(h)(8) to exclude the time from the last trial date to the new trial date, that is, from **May 5, 2008 to June 2, 2008**. As grounds for this motion, the parties state that it is in the interests of justice that this time be excluded under the Speedy Trial Act because the defendant's interest in securing counsel to defend him at trial outweighs the defendant's and the public's right to a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ A. John Pappalardo                    /s/ Jonathan F. Mitchell
A. JOHN PAPPALARDO                  JONATHAN F. MITCHELL
Counsel for Daniel Carpenter         JACK PIROZZOLO
                                                       Assistant U.S. Attorneys