# EXHIBIT 2

# Award
### NASD Dispute Resolution

In the Matter of the Arbitration Between:

Benistar Employer Services Trust Corporation and Benistar Property Exchange Trust Company, Inc. (Claimants) v. UBS PaineWebber Inc. n/k/a UBS Financial Services Inc. (Respondent)

Case Number: 03-08742                                Hearing Site: New York, New York

Nature of the Dispute: Customers v. Member

### REPRESENTATION OF PARTIES

Claimant Benistar Employer Services Trust Corporation ("BESTCO"): Richard S. Order, Esq., Axinn, Veltrop & Harkrider, LLP, Hartford, CT and Jack Robinson, Esq., Benistar, Stamford, CT.

Claimant Benistar Property Exchange Trust Company ("BPETCO"): Anthony R. Zelle, Esq., Denner O'Malley, LLP, Boston, MA. Previously represented by Richard S. Order, Esq., Axinn, Veltrop & Harkrider, LLP, Hartford, CT and Jack Robinson, Esq., Benistar, Stamford, CT.

Respondent UBS Financial Services, Inc., hereinafter collectively referred to as "Respondent": R. Todd Cronan, Esq., Goodwin Procter, LLP, Boston, MA.

### CASE INFORMATION

Statement of Claim filed on or about: December 10, 2003.
Claimant BESTCO signed the Uniform Submission Agreement: December 9, 2003.
Claimant BPETCO signed the Uniform Submission Agreement: December 9, 2003.

Respondent's Answer to the Statement of Claim filed on or about: February 3, 2004.
Respondent signed the Uniform Submission Agreement: February 24, 2004.

### CASE SUMMARY

Claimants BESTCO and BPETCO asserted the following causes of action: indemnification; contribution; breach of contract; conversion; fraudulent misrepresentation; breach of fiduciary duty; negligence and violations of New York and Connecticut Unfair Trade Practices Statutes. The causes of action relate to stock options of various technology stocks.

NASD Dispute Resolution
Arbitration No. 03-08742
Award   Page 2 of 5

Unless specifically admitted in its Answer, Respondent denied the allegations made in the Statement of Claim and asserted various affirmative defenses.

### RELIEF REQUESTED

Claimants BESTCO and BPETCO requested compensatory damages in the amount of $29,456,064.00; punitive damages in the amount of $58,912,128.00; pre- and post-award interest; forum fees in the amount of $1,800.00; attorneys' fees in the amount of $250,000.00; witness and production fees in the amount of $7,500.00; and other case-related costs in the amount of $5,000.00.

Respondent requested the dismissal of all claims against it, and entry of judgment in its favor, together with all reasonable attorneys' fees and NASD filing and forum costs arising from its defense to the Statement of Claim.

### OTHER ISSUES CONSIDERED AND DECIDED

The parties have agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

### AWARD

After considering the pleadings, the testimony and evidence presented at the hearing, and the post-hearing submissions, the Panel has decided in full and final resolution of the issues submitted for determination as follows:

1. Respondent is liable for and shall pay to Claimant BPETCO compensatory damages in the amount of $8,705,195.91.
2. Respondent is liable for and shall pay to Claimant BPETCO interest in the amount of $3,825,039.23.
3. Respondent is liable for and shall pay to Claimant BPETCO attorneys' fees in the amount of $125,000.00 pursuant to the Federal Arbitration Act.
4. Any and all relief not specifically addressed herein, including punitive damages, is denied.

### FEES

Pursuant to the Code, the following fees are assessed:

**Filing Fees**
NASD Dispute Resolution will retain or collect the non-refundable filing fees for each claim:
   Initial claim filing fee                                              = $   600.00

**Member Fees**
Member fees are assessed to each member firm that is a party in these proceedings or to the member firm that employed the associated person at the time of the events giving rise to the dispute. Accordingly, UBS Financial Services, Inc. is a party.

NASD Dispute Resolution
Arbitration No. 03-08742
Award   Page 3 of 5

| | |
|---|---|
| Member surcharge | = $ 3,750.00 |
| Pre-hearing process fee | = $ 750.00 |
| Hearing process fee | = $ 5,500.00 |
| Total Member Fees | = $10,000.00 |

### Adjournment Fees
Adjournments granted during these proceedings for which fees were assessed:

November 15-19, 2004, adjournment by Claimant BESTCO         = $ 1,200.00

### Forum Fees and Assessments
The Panel has assessed forum fees for each session conducted. A session is any meeting between the parties and the arbitrator(s), including a pre-hearing conference with the arbitrator(s), that lasts four (4) hours or less. Fees associated with these proceedings are:

One (1) Pre-hearing session with a single arbitrator @ $450.00          = $   450.00
Pre-hearing conference:   July 14, 2004      1 session

Four (4) Pre-hearing sessions with Panel @ $1,200.00 per session         = $ 4,800.00
Pre-hearing conferences:  May 4, 2004       1 session
                         July 1, 2004       1 session
                         October 1, 2004    1 session
                         August 30, 2005    1 session

Fifteen (15) Hearing sessions @ $1,200.00                                = $18,000.00
Hearing Dates:           September 19, 2005   2 sessions
                         September 20, 2005   2 sessions
                         September 21, 2005   2 sessions
                         September 22, 2005   2 sessions
                         September 23, 2005   1 session
                         November 14, 2005    2 sessions
                         November 15, 2005    2 sessions
                         November 16, 2005    2 sessions

Total Forum Fees                                                          = $23,250.00

1. The Panel has assessed $7,750.00 of the forum fees to Claimant BESTCO.
2. The Panel has assessed $15,500.00 of the forum fees to Respondent.

### Fee Summary

1. Claimant BESTCO is solely liable for:

| | |
|---|---|
| Adjournment Fee | = $ 1,200.00 |
| Forum Fees | = $ 7,750.00 |
| Total Fees | = $ 8,950.00 |
| Less payments | = $ 2,400.00 |

NASD Dispute Resolution
Arbitration No. 03-08742
Award   Page 4 of 5

    Balance Due NASD Dispute Resolution    = $ 6,550.00

2. Claimants BESTCO and BPETCO are jointly and severally liable for:

| | |
|---|---|
| Initial Filing Fee | = $ 600.00 |
| Total Fees | = $ 600.00 |
| Less payments | = $ 600.00 |
| Balance Due NASD Dispute Resolution | = $ 0.00 |

3. Respondent is solely liable for:

| | |
|---|---|
| Member Fees | = $10,000.00 |
| Forum Fees | = $15,500.00 |
| Total Fees | = $25,500.00 |
| Less payments | = $10,000.00 |
| Balance Due NASD Dispute Resolution | = $15,500.00 |

All balances are payable to NASD Dispute Resolution and are due upon receipt pursuant to Rule 10330(g) of the Code.

NASD Dispute Resolution
Arbitration No. 03-08742
Award   Page 5 of 5

## ARBITRATION PANEL

| | | |
|---|---|---|
| Alexander Forti | - | Public Arbitrator, Presiding Chairperson |
| Paul T. Green | - | Public Arbitrator |
| Farrell C. Glasser | - | Non-Public Arbitrator |

### Concurring Arbitrators' Signatures

I, the undersigned arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument, which is my award.

_____          12/14/05
Alexander Forti                           Signature Date
Public Arbitrator, Presiding Chairperson


_____          _____
Paul T. Green                             Signature Date
Public Arbitrator


_____          _____
Farrell C. Glasser                        Signature Date
Non-Public Arbitrator


DECEMBER 15, 2005
_____
Date of Service (For NASD Dispute Resolution use only)

NASD Dispute Resolution
Arbitration No. 03-08742
Award  Page 5 of 5

## ARBITRATION PANEL

| | | |
|---|---|---|
| Alexander Forti | - | Public Arbitrator, Presiding Chairperson |
| Paul T. Green | - | Public Arbitrator |
| Farrell C. Glasser | - | Non-Public Arbitrator |

### Concurring Arbitrators' Signatures

I, the undersigned arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument, which is my award.

_____
Alexander Forti
Public Arbitrator, Presiding Chairperson

*Paul T. Green* (signed)
_____
Paul T. Green
Public Arbitrator

_____
Farrell C. Glasser
Non-Public Arbitrator

Signature Date
_____

12/15/05
_____
Signature Date

_____
Signature Date

DECEMBER 15, 2005
_____
Date of Service (For NASD Dispute Resolution use only)

NASD Dispute Resolution
Arbitration No. 03-08742
Award   Page 5 of 5

### ARBITRATION PANEL

Alexander Forti      -   Public Arbitrator, Presiding Chairperson
Paul T. Green        -   Public Arbitrator
Farrell C. Glasser   -   Non-Public Arbitrator

### Concurring Arbitrators' Signatures

I, the undersigned arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument, which is my award.

---

Alexander Forti
Public Arbitrator, Presiding Chairperson                    Signature Date

---

Paul T. Green
Public Arbitrator                                            Signature Date

*[signature]*

Farrell C. Glasser                                           12/13/05
Non-Public Arbitrator                                        Signature Date

---

DECEMBER 15, 2005
Date of Service (For NASD Dispute Resolution use only)