# EXHIBIT 3

| 14 |

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPERIOR COURT
CONSOLIDATED CIVIL
ACTION NOS. 01-0116-BLS;
01-299 BLS; 01-0330-BLS;
01-0581-BLS; 01-1882;
02-1889-BLS2;
01-00075 (Norfolk);
01-1647 (Middlesex)

GAIL A. CAHALY, and others[1]

vs.

BENISTAR PROPERTY EXCHANGE TRUST COMPANY, INC.,
and others[2]

## ORDER ON CONSOLIDATED PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF CONCERNING BENISTAR PROPERTY EXCHANGE TRUST COMPANY, INC.'S CLAIMS AGAINST UBS PAINEWEBBER, INC.

After hearing, and in confirmation of this court's prior order dated November 3, 2004, assigning for prosecution to the plaintiffs in this action the legal claims of Benistar Property Exchange Trust Company, Inc. (Benistar Property) against UBS PaineWebber, Inc. (PaineWebber), it is ordered that counsel for the consolidated plaintiffs – Anthony R. Zelle, Esquire, Colleen Cook, Esquire, and John O'Brien, Esquire, and their respective law firms – serve as the sole counsel entitled to pursue collection of the NASD award dated December 15, 2005, and in particular as sole counsel entitled to appear on behalf of Benistar Property Exchange

---

[1] Jeffrey Johnston; Massachusetts Lumber Company; Joseph Iantosca, individually and as trustee of the Faxon Heights Apartment Realty Trust and Fern Realty Trust; Belridge Corporation; and Bellemore Associates, LLC.

[2] Benistar Employer Services Trust Corporation; Martin L. Paley; Molly Carpenter; Daniel E. Carpenter; UBS PaineWebber, Inc.; Carpenter Financial Group, LLC; Benistar Admin Services, Inc.; Jane Doe Affiliates and Subsidiaries of Benistar Defendants and Jane Doe Entities controlled by Daniel Carpenter; Merrill Lynch Pierce Fenner & Smith, Inc.; and U.S. Property Exchange

15

Trust Company, Inc. in any proceeding filed in any tribunal that relates to the NASD award in favor of Benistar Property Exchange and against PaineWebber (the NASD award); <u>provided</u> that these Benistar Property counsel: (1) consult with Richard Order, Esquire or Jack E. Robinson, Esquire (or both), concerning any pleadings, motions, or other papers that the consolidated plaintiffs propose to file in any court, NASD or other tribunal proceeding related to the NASD award or its confirmation, such consultation to occur before filing; (2) immediately upon filing, provide Richard Order and Jack E. Robinson with copies of the final version of all pleadings, motions, and other papers related to the NASD award that are filed in any court, NASD or other tribunal proceeding on behalf of Benistar Property; and (3) immediately upon receipt, provide Richard Order and Jack E. Robinson with copies of (a) all pleadings, motions, papers, etc. that may be filed by PaineWebber in any such proceeding, and (b) all decisions, orders, etc. issued by any court, the NASD or other tribunal related to the NASD award or its confirmation.

It is further ordered that Jack E. Robinson withdraw his appearance on behalf of Benistar Property in any court or other tribunal proceeding that has been filed to confirm the NASD award.

_____
Margot Botsford
Justice of the Superior Court

Dated: January 26, 2006

2