# EXHIBIT 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION
------------------------------------------------------------ x

In the matter of the application of

UBS PAINEWEBBER, INC. n/k/a UBS FINANCIAL
SERVICES, INC.,

              Petitioner,

pursuant to Article 75 of the CPLR to vacate the
arbitration award dated Dec. 15, 2005 and issued by the
National Association of Securities Dealers in favor of

BENISTAR PROPERTY EXCHANGE TRUST
COMPANY, INC.,

              Respondent.

------------------------------------------------------------ x

Index No. 600156/06

**JUDGMENT**

      The Honorable Charles Edward Ramos having confirmed the arbitration award in favor of Respondent Benistar Property Exchange Trust Company, Inc. ("Benistar" or "Respondent") against Petitioner UBS Painewebber, Inc. n/k/a UBS Financial Services, Inc. ("UBS" or "Petitioner") pursuant to his November 16, 2006 Memorandum Decision and Order and in accordance with the terms of the So Ordered Stipulation and Order dated February 26, 2007 which amends the November 16, 2006 Order to direct entry of judgment in the sum of $12,655,235.14 with interest.

      Now on motion of Robinson & Cole LLP, attorneys for Respondent Benistar, it is ADJUDGED that:

NEWY1-632863-3

Respondent Benistar Property Exchange Trust Company, Inc., 2187 Atlantic Street, Stamford, CT 06902, does recover from the Petitioner UBS Painewebber, Inc. n/k/a UBS Financial Services, Inc., 800 Harbor Boulevard, Weehawken, NJ 07806, the amount of $12,655,235.14, together with interest from December 15, 2005, as calculated by the Clerk, which amounts to $1,525,909.31 totaling $14,181,144.45.

Judgment signed this 18th day of April, 2007.

_____
CLERK

**FILED**

APR 18 2007

NEW YORK
COUNTY CLERK'S OFFICE

-2-