UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

## UNITED STATES' MOTION <u>IN LIMINE</u> REGARDING ARBITRATION AWARD AND POTENTIAL SETTLEMENT REGARDING UBS PAINEWEBBER

The United States hereby moves, <u>in limine</u>, to exclude from evidence 1) an arbitration award (the "Arbitration Award") entered against UBS PaineWebber ("PaineWebber") in favor of Benistar Property Exchange Trust Co. ("BPETC"), and 2) a potential settlement between and UBS PaineWebber and BPETC.  As grounds for this motion, the United States says that the Arbitration Award and potential settlement are not relevant to the issues in this matter and, to the extent they have any relevance at all, it is far outweighed by the risk of prejudice, confusion, and undue delay to the proceedings.  The Arbitration Award and potential settlement should be excluded pursuant to Fed. R. Evid. Rule 401 and  403.  The potential settlement should also be excluded under Rule 408.  Further grounds for this motion are set forth in the United States' memorandum in support submitted with this motion.

WHEREFORE, this Court should grant the United States' motion in limine and exclude from evidence a) the Arbitration Award, b) the potential settlement, and c) any questions eliciting testimony from witnesses regarding the Arbitration Award or the potential settlement.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Jack W. Pirozzolo
JONATHAN F. MITCHELL
JACK W. PIROZZOLO
Assistant U.S. Attorneys
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: May 19, 2008

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on May 19, 2008 I served a copy of the foregoing by electronic filing on counsel for the defendant.

 /s/ Jack W. Pirozzolo
Jack W. Pirozzolo