# ATTACHMENT F



# BENISTAR

**CLEARWATER HOUSE**
2187 ATLANTIC ST., STAMFORD, CT 06902

April 29, 2008

**Via E-mail Only**

| | |
|---|---|
| Anthony R. Zelle, Esq. | Colleen C. Cook, Esq. |
| Zelle McDonough LLP | Nystrom Beckman & Paris LLP |
| Four Longfellow Place, 35th Floor | 10 St. James Avenue, 16th Floor |
| Boston, MA 02114 | Boston, MA 02116 |
| tzelle@zelmcd.com | ccook@nbparis.com |
| | |
| John E. O'Brien, Jr., Esq. | David E. Ross, Esq. |
| Robinson & Cole LLP | Robinson & Cole, LLP |
| One Boston Place, 25th Floor | 885 Third Avenue |
| Boston, MA 02108 | New York, NY 10022 |
| jobrien@rc.com | dross@rc.com |

Re: **In re UBS PaineWebber Inc. and the Massachusetts *Cahaly* Litigation**

Dear Counsel:

Based on today's developments and our discussions, the Benistar Defendants in the Massachusetts *Cahaly* litigation (collectively, "Benistar") represent our understanding as follows:

1. Benistar shall not object to the *Cahaly* plaintiffs settling the now $15 million PaineWebber judgment in favor of Benistar for the amount of $12,487,000.00 in cash (the "Settlement Amount"); provided, however, that the *Cahaly* plaintiffs agree to give Benistar a credit in the amount of $15 million to be applied against any final judgment entered against Benistar in the *Cahaly* litigation.

2. Definitive and binding settlement documentation regarding the payment of the Settlement Amount (the "Settlement Agreement") shall be executed by the *Cahaly* plaintiffs, PaineWebber and Benistar not later than May 9, 2008.

3. The Settlement Agreement shall provide, *inter alia*, that in accordance with the Massachusetts court order, the Settlement Amount shall be paid by PaineWebber directly into an escrow account in the name of and for Benistar's benefit (using Benistar's tax ID number which shall be provided), such escrow account to be held and maintained by an escrow agent acceptable to Benistar and the *Cahaly* plaintiffs.

If there is anything stated herein with which the *Cahaly* plaintiffs disagree, please so advise me in writing via e-mail by 12:00 p.m. Noon tomorrow, Wednesday, April 30, 2008, failing which Benistar shall consider these terms agreed to in their entirety by the *Cahaly* plaintiffs.

Sincerely,

Jack E. Robinson

cc: Gary R. Greenberg, Esq.; Brooks L. Glahn, Esq.