UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. 04-10029-GAO |
| v. | ) |
| | ) |
| DANIEL E. CARPENTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## GOVERNMENT'S WITNESS LIST

The government anticipates calling some or all of the following witnesses in its case-in-chief:

Marjorie Adams
Rockland, MA

J. Marc Allaire
Bloomington, IN

Robert Barrett
Marshfield, MA

Chuck Bellemore
Goffstown, NH

Michael Bergeron
Service Credit Union
Portsmouth, NY

Claudia Breslin
Citizens Bank
Riverside, RI

Gail Cahaly
Westwood, MA

Ronald Cahaly
Westwood, MA

Jo-Ann Chenail
Bay State Bank
Worcester, MA

David Commito
Bernkopf Goodman
Boston, MA

Byron Darling
Truro, MA

Kevin Duffy
Stamford, CT

David Eaton
Manchester, NH

William Ely
Robinson and Cole
Boston, MA

Lori Enright
Garden City, NY

Linda Farris
Peabody and Arnold
Boston, MA

Steven Feit
Short Hills, New Jersey

Brian Fitzgerald
Upton, MA

Helen Flanders
Sovereign Bank
Boston, MA

Joseph Iantosca
Braintree, MA

Jeffrey Johnston
Boston, MA

Linda Jokinen
Norwood, MA

Matthew Kameron
Milton, MA

Gerald Levine
New York, New York

Janet May
Enfield, CT

Martin Paley
Newton, MA

David Patterson
Newton, MA

Thomas Rasmussen
Florham Park, NJ

Mitchell Rock
Woodcliff Lake, NJ

Paul Sheehan
Bank of America
Boston, MA

Eliot Snider
Chestnut Hill, MA

Jackie (Spielman) Mahannah
Canton, CT

Gary Stern
Scarsdale, NY

Hassan Tabbah
Greenwich, CT

Ralph Ventresco
Federal Reserve Bank
Boston, MA

Susan Walsh
Hoffman and Hoffman
Boston, MA

Thomas Zappala
U.S. Attorney's Office

Anthony Zelle
Denner Pelligrini, LLC
Boston, MA

Melissa Zizza
Fidelity Investments
Boston, MA

      The above list represents the witnesses the government anticipates that it might call in its case-in-chief. The government reserves the right to supplement the list as necessary.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney
By:

                /s/ *Jonathan F. Mitchell*
                JONATHAN F. MITCHELL
                JACK W. PIROZZOLO
                Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

Dated: May 20, 2008

                                              /s/ Jonathan F. Mitchell
                                              JONATHAN F. MITCHELL