UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL E. CARPENTER,<br><br>    Defendant. | Criminal No. 04-10029-GAO |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Gary R. Greenberg of the law firm of Greenberg Traurig LLP, as counsel for defendant in the above-captioned matter.

           **RESPECTFULLY SUBMITTED:**
           Daniel E. Carpenter, Defendant,
           By his attorney:

           /s/ Gary R. Greenberg
           Gary R. Greenberg (BBO #209420)
           GREENBERG TRAURIG, LLP
           One International Place, 20th Floor
           Boston, MA 02110
           (617) 310-6000
           (617) 310-6001 (fax)
           Email: greenbergg@gtlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of May, 2008, I served on counsel of record in the foregoing matter my Notice of Appearance, by means of the ECF system.

                                               /s/   Gary R. Greenberg

*BOS 46,361,793v1 5-22-08*