UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE

In addition to the Court's customary introduction to the jury, the United States requests that the Court ask prospective jurors the following voir dire questions:

1.  The attorneys for the United States in this case are Jonathan Mitchell and Jack Pirozzolo. They are Assistant U.S. Attorneys with the U.S. Attorney's Office here in Boston. Do you, a member of your family, or a close friend know Mr. Mitchell or Mr. Pirozzolo? Have you ever had any dealings with the U.S. Attorney's Office?

2.  The defendant has been represented in connection with this matter by John Pappalardo, Gary Greenberg, Evan Georgopoulos, and Paula DiGiacomo, and the law firm of Greenberg Traurig. Do any of you, a member of your family, or a close friend know any of these attorneys? Have you ever had dealings with the attorneys or Greenberg Traurig?

3.  What follows is a list of names of persons who may be witnesses in this case or whose names may come up in testimony. Do you, a member of your family, or a close friend know any of these persons? Have you had dealings with any of them? [Read the parties' witness lists.]

4.  The usual hours for the trial of this case will be 9:00 a.m. to 1:00 p.m. Monday to

Friday. It is always difficult to estimate how long a case will take. This case will likely last three weeks. Do you have any important commitments, personal or work related, which cannot be rescheduled, which would interfere with your ability to be here for the next three weeks?

5. Have you, a member of your family, or someone close to you ever been involved in the criminal justice system, either as a prosecutor, defense attorney, employee of a prosecutor's office or defense attorney, probation officer, court officer or court clerk?

6. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

7. Have you, a family member, or someone close to you had an experience, favorable or unfavorable, with a law enforcement official or with the criminal justice system which might influence your consideration of this case?

8. This is a federal case, brought in the name of the United States of America. The federal government is comprised of many agencies and departments, including the Department of Justice, the Federal Bureau of Investigation, and the Internal Revenue Service. Have you, a member of your family, or anyone close to you ever had any dealings with the federal government, including the agencies I mentioned, whether favorable or unfavorable, which might influence your consideration of the evidence in this case?

9. This case involves real estate transactions called "1031 property exchanges." Generally speaking, a 1031 property exchange involves the transfer of the proceeds of the sale of commercial real estate toward the purchase of another piece of commercial real estate. Those of you who are selected to sit on the jury undoubtedly will learn more about these transactions. For present purposes, my question to you is, have you or someone close to you been party to a 1031

property exchange? If so, is there anything about that experience that would prevent you from impartially evaluating the evidence in this case?

10.   At the end of the case the jurors will be asked to deliberate and decide, unanimously, whether the defendant is guilty. Some people, for religious or other reasons, think that one individual should not sit in judgment of another individual. Do you have any beliefs or strong feelings which will make it difficult for you to sit in judgment and reach a verdict in this case?

11.   At the end of the case I will instruct you on the law applicable to this case. Jurors are obligated to follow the law, as imparted to them by the trial judge. Do you have any concerns that you might not be able to follow the law, as instructed by me, if you do not agree with the law or the legal principles I deem to be applicable to this case?

12.   The purpose of these questions is to provide information to the parties about the prospective jurors to assist the parties in selecting a fair and impartial jury in this case. Is there anything else about you, your family, background, work, life experiences, or beliefs, that you think the parties should know which might help them pick a fair and impartial jury?

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Jack W. Pirozzolo
Assistant U.S. Attorneys

**<u>Certificate of Service</u>**

     I hereby certify that on this 28th day of May, 2008, I served on counsel of record in the foregoing matter the Government's Voir Dire, by means of the ECF system.

                                               <u>/s/ Jonathan F. Mitchell</u>
                                               Jonathan F. Mitchell