UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT DANIEL E. CARPENTER'S
### WITNESS LIST

Defendant Daniel E. Carpenter presently anticipates calling some or all of the witnesses set forth in the Government's Witness List dated May 20, 2008, in addition to some or all of the following witnesses:

Richard Belding
100 Grist Mill Road
Simsbury, CT  06070

Daniel E. Carpenter
100 Grist Mill Road
Simsbury, CT  06070

Molly Carpenter
100 Grist Mill Road
Simsbury, CT  06070

James B. Carpenter
6 Francis Court
Red Bank, NJ  07701

Holly Fletcher
Sudbury, MA

Keeper of Records
(Or other designated representative)
Benistar Property Exchange Trust Company, Inc.
2187 Atlantic Street
Stamford, CT  06902

Nancy Sawyer
Merrill Lynch
100 Campus Drive
Florham Park, NJ  07932

Donald Trudeau
2187 Atlantic Street
Stamford, CT  06902

Donna Wayne
100 Grist Mill Road
Simsbury, CT  06070

The defendant reserves the right to call all or some of the individuals who utilized the services of Benistar Property Exchange Trust Company, Inc. not listed by the government as witnesses.  The defendant believes the government is in possession of all of these individual's names and addresses (though he will provide the names and addresses of these witnesses as soon as possible.)

The above represents the witnesses the defendant anticipates that he might call in his case-in-chief, if necessary.  The defendant reserves the right to supplement this list with further witnesses in light of the development of evidence during the trial.

**RESPECTFULLY SUBMITTED:**
DANIEL E. CARPENTER,
Defendant,
By his attorneys:

/s/   A. John Pappalardo
A. John Pappalardo (BBO # 338760)
Gary R. Greenberg (BBO # 209420)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

BOS 46,361,948v3 5-29-08

## Certificate of Service

      I hereby certify that on this 29th day of May, 2008, I served on counsel of record in the foregoing matter Defendant Daniel E. Carpenter's Witness List, by means of the ECF system.

/s/ A. John Pappalardo
A. John Pappalardo