UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) | |

## DEFENDANT DANIEL E. CARPENTER'S
## EXHIBIT LIST

Defendant Daniel E. Carpenter presently anticipates offering some or all of the exhibits set forth in the Government's Exhibit Lists dated, July 2, 2005 and July 25, 2005[1], plus some or all of the following exhibits:

250.  6/23/00 Fax from Jokinen to Eaton enclosing Exchange Fee Agreements

251.  1/3/01 Wire Transfer of $920,000 from BPE to Cahaly

252.  2/29/00 BPE Exchange Fee Agreement signed by Iantosca and Paley

253.  Merrill Lynch Pamphlet, "Money Making Option Strategies"

254.  Merrill Lynch Working Capital Management Account Agreement and Program Description

255.  2/2/00 letter from Rasmussen to Carpenter regarding account review

256.  10/17/00 fax from Rock to Jackie enc. Wiring Transfer Instructions form

257.  BPE Fiscal Year End Report 1999

258.  BPE Fiscal Year End Report 2000

259.  Property Exchange 2001 Chart

---

[1] See attached May 19, 2008 letter from J. Mitchell to J. Pappalardo stating the government will use the "same set of exhibits as the last trial."

260. 8/28/00 Barron's article ("What Now?" column)

261-289. Intentionally Omitted

290. BPE Escrow Accounts

291. 10/8/98 fax to Marty from Tom Bottenberg with Nationwide Corp. Exchange Agreement executed by Tom Bottenberg

292. 4/22/98 letter from Thomas Bottenberg to Attorney Mark Favaloro enclosing Nationwide Corp. Exchange Agreement (Phase One); Wiring Instructions; Corporate Resolution; Statement of Fees

293. Iantosca Wire Transfer dated 8/1/00 for the amount $11,700.00

294. Iantosca Wire Transfer dated 7/31/00 for the amount of $3,053,839.33

295. Byron Darling Wire Transfer dated 2/9/00 for the amount of $250,982.77

296. 10/31/00 email from Mitchell Rock to Dan Carpenter re: Trading Ideas: Sycamore

297. 10/31/00 email from Mitchell Rock to Dan Carpenter re: Trading Ideas: SDLI

298. 11/7/00 email from Mitchell Rock to Dan Carpenter re: Rambus Strategy

299. 11/19/00 email from Mitchell Rock to Dan Carpenter re: PMCA Position Recap

300. BENISTAR Property Exchange Trust Co., Inc. Exchange Fee Agreement with Massachusetts Lumber Co., Inc. dated 9/11/00

301. Agreement for Sale of Real Estate: Seller: RANDOM ACTIONS, Inc. BUYER: MASSACHUSETTS LUMBER COMPANY, INC. dated 12/2000

302. 1/23/01 Faxed letter from Attorney Christopher Dole of Testa, Hurwitz & Thibeault to Veronica Chesterton of Random Action, Inc. regarding Purchase & Sale Agreement between Random Actions, Inc. and Massachusetts Lumber Co., Inc.

303. Plaintiff Massachusetts Lumber's Answers to Benistar Defendant's First Set of Interrogatories dated 4/30/01

304. Fax from Linda Jokinen to David Eaton regarding Bellemore Associates Exchange Fee Agreement

305. Plaintiff Bellemore Associates, LLC's Answers to Defendants First Set of Interrogatories dated 4/26/01

306. Center Plaza Realty Trust; Beneficiaries' Authoriztion, Trustees' Certificate, Schedule of Beneficiaries

307. BENISTAR Property Exchange Trust Co., Inc. Exchange Fee Agreement with Gail Cahaly dated 11/16/00

308. 1/31/01 Wire Transfer of $920,000 from BPE to Cahaly

309. Plaintiff Gail A. Cahaly's Answers to Defendants' First Set of Interrogatories dated 4/26/01

310. 7/27/98 letter from BBO to Beverly Somers re: Ronald Fred Cahaly misconduct

311. Executed Closing document for 160 Route 6, Truro, Massachusetts 02666; Darling to Chaplin - The Truro Conservation Trust

312. Byron Darling's Response to Defendants' First Set of Interrogatories dated 9/24/01

313. Exchange Agreement between R&B Enterprises, Inc., Minit Car Wash and BENISTAR dated 10/31/00

314. Escrow Agreement between R&B Enterprises and BENISTAR dated 10/31/00

315. R&B Enterprises, Inc.'s Response to Defendants' First Set of Interrogatories dated 9/21/01

316. Byron Darling and R&B Enterprises Confidential General Release and Settlement Agreement dated 11/19/02

317. Exchange Fee Agreement between Bell Ridge Corporation and BENISTAR dated 2/29/00

318. 3/2/00 letter from Martin Paley to Marjorie Adams

319. Exchange Agreement documents between Fern Realty Trust and BENISTAR dated 5/31/00

320. Exchange Agreement documents between Heritage Associate Realty and BENISTAR dated 5/31/00

321. Exchange Agreement documents between Fern Realty Trust, Patrick Considine and BENISTAR dated 5/31/00

322. Exchange Agreement documents between Joseph Iantosca, Trustee of Fern Realty Trust and BENISTAR dated 11/30/00

323. Answers of Plaintiff Joseph Iantosca, Individually and as Trustee of Faxon Heights Apartments Realty Trust and Fern Realty Trust and Belridge Corporation to the First Set of Interrogatories Served by Benistar dated 5/8/01

324. Fax from Mitchell Rock to Dan Carpenter dated 1/4/01

325. Wire Transfer - Iantosca dated 1/5/01 for the amount of $2,688,385.84

326. Wire Transfer - Iantosca dated 1/5/01 for the amount of $1,335,354

327. Redacted Wire Transfer - Iantosca dated 1/5/01 for the amount of $1,335,354.00

328. Letter from BENISTAR to Mitchell Rock dated 1/5/01 regarding STOP of Wire Transfer

329. Letter from William C. Ely of Robinson & Cole to M. Paley, M. Frano & M. Adams dated 11/21/00 regarding Iantosca Exchanges

330. Letter from Jeff Johnston to Joe Levanto dated 1/10/01 regarding 330 Washington Street, Boston, MA

331. Letter from Jeff Johnston to Joe Levanto dated 1/12/01 regarding 330-332 Washington Street, Boston, MA

332. Plaintiff Jeffrey M. Johnston's Answers to Defendants First Set of Interrogatories dated 4/25/01

333. 10/14/98 fax from Martin Paley to David Patterson regarding Jane Carey and sample Exchange Agreement

334. 2/3/98 Nationwide Property Exchange, Exchange Fee Agreement

335. 10/19/98 letter from Thomas Bottenberg to Joseph Lopisi with closing documents

336. 10/20/98 fax cover sheet from Janet to Marty

337. 10/20/98 fax from Martin Paley to Janet May with annotated version of documents

338. Corporate Authorization letter

339. Escrow Agreement between Jane Carey and BENISTAR (not signed)

340. Letter from Attorney D. Patterson to Jerry Levine dated October 23, 1998 with Enclosures, Escrow Agreement, Exchange Agreement and Fax Cover Sheet.

341. Patterson Handwritten notes

342. 3/9/04 Affidavit of David D. Patterson, Esq.

343. 4/1/04 Affidavit of Gerald R. Levine

344. 4/9/04 Supplemental Affidavit of Gerald R. Levine

345. 5/21/02 Affidavit of Gerald Levine

346. Fax cover sheet from Janet May, Benistar to Jerry Levine, dated November 1998.

347. 2/24/04 Affidavit of Martin Paley in Support of Plaintiffs' Motion to Reinstate Jury Verdict Against Defendant Merrll Lynch, Pierce, Fenner & Smith, Inc.

348. 4/9/04 Affidavit of Thomas Bottenberg

349. Wire Transfer; dated March 30, 1999 in the amount of $355,604.42

350. Merrill Lynch Pamphlet, "Money Making Option Strategies"

351. Merrill Lynch Working Capital Management Account Agreement and Program Description

352. Letters of Authorization to Wire Transfers

353. 4/23/99 letter from Rasmussen to Dan Carpenter regarding account review

354. 10/15/99 letter from Rasmussen to Dan Carpenter regarding account review

355. 1/13/00 Merrill Lynch Interoffice Memo from Jennifer Waddington to Thomas Rasmussen regarding active account review

356. Letter from T. Rasmussen to D. Carpenter, cc G. Stern and G. Levine dated February 2, 2000 regarding account review.

357. 5/17/00 Letter from Hassan Tabbah to Dan Carpenter regarding account review

358. 9/25/00 letter from Dan Carpenter to Rasmussen regarding reopening trading

359-360.   Intentionally Omitted

361. Fax from Jackie to Mitchell Rock with wiring instructions

362. October 2000 through November 2000 emails from Mitchell Rock to Dan Carpenter re: Trading Ideas

363. Martin Paley Chronology

364. 1/31/01 Affidavit of Martin L. Paley

365. 12/8/98 Memo to Martin Paley from Janet re: account of exchange transactions as of December 8, 1998

366. 10/29/00 fax from Dan Carpenter to Martin Paley regarding Today's Phone Call

367. BPE Fiscal Year End Report 1999

368. BPE Fiscal Year End Report 2000

369. Property Exchange 2001

370. 1/2/01 Current Exchange Escrow Accounts

371. 1/7/01 fax from Martin Paley to Dan Carpenter regarding Escrow Accounts as of January 5, 2001

372. 1/8/01 fax from Martin Paley to Dan Carpenter regarding Escrow Account Recap with schedule of closings

373. Intentionally Omitted

374. Personal Financial Statement of Martin L. Paley as of March 28. 2001

375. Settlement Agreement

376. Notice of Docket Entry - Stipulation of Dismissal

377. Release of Attachment

378. 8/28/00 Barron's article ("What Now?" column) (Duplicate see 260)

379-381. Intentionally Omitted

382. Marty's Financials, Accrual basis

383-389. Intentionally Omitted

390. Nationwide Property Exchange Exchange Fee Agreement

391. 4/21/98 fax from Tom Bottenberg to Mary re: resale to wholesale activity

392. 6/98 New England Real Estate Journal article regarding First American Title Insurance forms strategic alliance for tax deferred exchange services

393. 7/27/98 letter from Bottenberg to Paley regarding no longer providing exchange documentation services

394. 7/31/98 letter from Bottenberg to Paley

395. 12/15/05 NASD Dispute Resolution Award

396. NASD Arbitration Complaint

397. 4/18/07 Judgment, Supreme Court of the State of New York

398. 11/3/04 Order, Commonwealth of Massachusetts, Suffolk Superior Court

399. 1/26/06 Order, Commonwealth of Massachusetts, Suffolk Superior Court

400. 12/11/02 Jury Verdict, Gail Cahaly, et al, v. Benistar Property Exchange Trust Co., Inc., et al

401. Intentionally Omitted

402. Telephone records of David Patterson, period ending November 4, 1998.

403. Benistar.com document from website

404. 11/17/00 handwritten note from Ron Cahaly to Marty Paley

405. 9/29/00 letter from R. Cahaly to M. Paley

406. 7/26/00 letter from R. Cahaly to M. Paley

407. 7/25/00 letter from W. Nystrom to M. Pomery regarding Union Square Apartments dated 7/25/00

408. 10/22/98 fax from Jerry Levine to David Patterson with attached WMCA Subaccount authorization form

409. Account opening form Acct. No 849-07B01

410-414.    Intentionally Omitted

415. Stipulation and Proposed Order Regarding Partial Satisfaction of Judgment Against Benistar Property Exchange Trust Co., Inc. dated 5/28/08

416. DOW 36,000, The New Strategy for Profiting from the Coming Rise in the Stock Market by James K. Glassman & Kevin A. Hassett, copyright 1999, 2000.

417. 8/29/00 letter from Rasmussen to D. Carpenter regarding account review

418. 10/23/98 fax from David Patterson to Gerald Levine enclosing executed copy of Escrow Agreement, Exchange Agreement and wiring instructions.

The above represents the exhibits the defendant anticipates offering in his case-in-chief, if necessary. The defendant reserves the right to offer further exhibits in light of the development of evidence during the trial.

**RESPECTFULLY SUBMITTED:**
DANIEL E. CARPENTER,
Defendant,
By his attorneys:

/s/ _A. John Pappalardo_
A. John Pappalardo (BBO # 338760)
Gary R. Greenberg (BBO # 209420)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

## Certificate of Service

      I hereby certify that on this 29th day of May, 2008, I served on counsel of record in the foregoing matter Defendant Daniel E. Carpenter's Exhibit List, by means of the ECF system.

                                              /s/ A. John Pappalardo
                                              A. John Pappalardo

BOS 46,362,142v4 5-29-08