

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100            John Joseph Moakley United States Courthouse
                                          1 Courthouse Way
                                          Suite 9200
                                          Boston, Massachusetts 02210

                                          May 19, 2008

By Mail and Fax (617) 310-6001
A. John Pappalardo
Greenberg Traurig LLC
One International Place
Boston, MA 02110

    Re:    United States v. Daniel Carpenter

Dear John:

    The government intends to proceed with the same set of exhibits as the last trial, except that we anticipate that we might introduce additional charts through Tom Zappala. As soon as such charts are prepared, we will provide you with copies. We also will introduce an updated curriculum vitae of our expert, Marc Allaire, a copy of which was previously provided to Jack Robinson.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                        By: _____
                                    JONATHAN F. MITCHELL
                                    Assistant U.S. Attorney