# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                                 SUPERIOR COURT

| | | |
|---|---|---|
| GAIL CAHALY, et al | ) | |
| | ) | |
| Plaintiffs, | ) | Consolidated Action Nos.: |
| v. | ) | 01-0116-BLS2, 01-0299-BLS2 |
| | ) | 01-0330-BLS2, 01-0581-BLS2, |
| BENISTAR PROPERTY EXCHANGE | ) | 01-3433-BLS2, 01-4305-BLS2; |
| TRUST CO., INC., et al. | ) | 01-00075 (Norfolk County) |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER REGARDING PARTIAL SATISFACTION OF JUDGMENT AGAINST BENISTAR PROPERTY EXCHANGE TRUST CO. INC.

Plaintiffs Gail A. Cahaly, Joseph Iantosca, Individually and as Trustee of the Faxon Heights Apartments Realty Trust and Fern Realty Trust, Belridge Corporation, Jeffrey M. Johnston, Bellemore Associates, LLC, and Massachusetts Lumber Company, Inc., on the one hand, and defendant Benistar Property Exchange Trust Co., Inc. ("Benistar Property") on the other, hereby stipulate and agree as follows:

1. On November 4, 2004, the court assigned for prosecution to counsel for the plaintiffs the claims of Benistar Property against UBS (the "NASD Arbitration Claim"). See Exhibit 1, *Assignment Order*.

2. On November 22, 2004, the court entered judgment in favor of the plaintiffs and against Benistar Property, in an amount in excess of $22,000,000 plus interest that continues to accrue. See Exhibit 2, *Amended Judgment*.

3. On April 17, 2007, the Appeals Court affirmed the Amended Judgment including specifically the Assignment Order; however, Benistar Property was granted further appellate review by the Supreme Judicial Court.

4. On May 8, 2008, the Supreme Judicial Court affirmed.

BOST1-943640-5

5. The plaintiffs and Benistar Property, through their respective counsel, hereby stipulate that any and all funds paid by UBS Financial Services, Inc. (f/k/a UBS PaineWebber, Inc.) to settle the NASD Arbitration Claim commenced by Benistar Property and assigned to plaintiffs, NASD Arbitration No. 03-08742 NY, shall be wired directly into an account designated by plaintiffs' counsel for immediate distribution to plaintiffs in partial satisfaction of their judgment against Benistar Property.

6. This stipulation is intended by the parties to satisfy the "further order of this Court" referenced in the Assignment Order.

7. All claims by Benistar Property against UBS, which were stayed pending the NASD Arbitration, shall be dismissed, with prejudice.

| Benistar Property Exchange Trust Co., Inc., | Joseph Iantosca, individually and as trustee of Faxon Heights Apartments Realty Trust and Fern Realty Trust, and Belridge Corp., and Massachusetts Lumber Co., | Gail A. Cahaly, Jeffrey M. Johnston, and Bellemore Associates, LLC, |
|---|---|---|
| By its attorneys, *(signed)* 5/29/08 | By their attorneys, | By their attorneys, |
| Jack E. Robinson<br>BBO #559683<br>2187 Atlantic Street<br>Stamford, CT 06902<br><br>Gary Greenberg<br>BBO #209420<br>Greenberg Traurig<br>One International Place<br>Boston, MA 02110 | Anthony R. Zelle, BBO #548141<br>ZELLE MCDONOUGH LLP<br>Four Longfellow Place, 35th Floor<br>Boston, MA 02114<br>(617) 742-6520<br><br>John E. O'Brien, Jr., BBO #640982<br>ROBINSON & COLE LLP<br>One Boston Place, 25th floor<br>Boston, Massachusetts 02108<br>(617) 557-5900 | William C. Nystrom<br>BBO #559656<br>Colleen C. Cook<br>BBO #636359<br>NYSTROM BECKMAN & PARIS<br>10 St. James Avenue, 16th Flr.<br>Boston, Massachusetts 02116<br>(617) 778-9100 |

CERTIFICATE OF SERVICE

I, _____, hereby certify that on this ___th day of May, 2008, I served a copy of the foregoing Stipulation on all interested parties to this action by sending it by first-class mail to John R.

2