UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10029-GAO |
| | ) |
| DANIEL E. CARPENTER, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT DANIEL CARPENTER'S PROPOSED VOIRE DIRE QUESTIONS

In addition to the Court's customary introduction to the jury,[1] defendant Daniel Carpenter ("Mr. Carpenter") respectfully requests that the Court ask the prospective jurors the following voire dire questions:

    1.    Without disclosing the result, have you or any member of your immediate family ever served on a trial jury in a federal or state court?

        a.    If criminal, state the nature of the crime involved.

    2.    Have you or any member of your immediate family ever been a member of or ever testified before a grand jury?

        b.    If so, where and when?

    3.    Have you ever *applied* to any federal, state or local law enforcement agency for a job?

        c.    If *yes,* what was the position, the agency, the time you applied and the result or status of your application?

    4.    Do you have any strong opinions about the role of criminal defense attorneys, prosecuting attorneys, or courts in the criminal justice system that would prevent or impede your fair judgment of the evidence in this case?

---

[1] Additionally, Mr. Carpenter has no objections to the government's proposed voire dire questions, and requests that this Court ask those questions of the prospective jurors.

5. Do you have any physical or mental disability which would interfere with your serving as a juror?

6. Are you currently taking any prescription medication which in any way would prevent you from giving your full attention to the matters here at trial?

7. Do you have any form of hearing difficulty? Specifically, do you believe that your hearing difficulty, if any, will in any way impede your ability to listen to witness testimony or tape recordings of conversations?

8. As you have been advised, this trial may last approximately three weeks. Are you willing to sit as a juror as long as is necessary to enable you to render a fair and impartial verdict?

9. Do you have you any opinion or feelings concerning allegations of fraud which would impede or prevent you from rendering a verdict based upon the evidence and according to the instructions of law given to you by the Court?

10. Do you know or have you ever met or heard of the defendant Daniel E. Carpenter, Benistar Property Exchange Trust Company, Benistar Ltd., or any other entity with the name "Benistar" in it?

11. This case involves issues about the purchase and sale of real estate and like-kind exchanges under Section 1031 of the Internal Revenue Code. Are you familiar with like-kind property exchanges under Section 1031?

12. Have you ever participated in a like-kind property exchange under Section 1031 of the Internal Revenue Code?

13. Aside from your home, have you ever bought or sold real estate as an investment?

14. Aside from your home, have you ever owned any real estate as an investment?

15. Do you have an opinion concerning Tax Attorneys and Financial Advisors that create or implement tax saving or deferment programs or strategies for wealthy individuals?

   a. If yes, would that experience affect your ability to sit as a juror in this case?

16. Have you ever invested money in the stock market?

   a. If yes, would that experience affect your ability to sit as a juror in this case?

17. Do you now or have you ever invested in securities or held a brokerage account?

18. Have you or any of your immediate family members or close friends ever worked in any aspect of the securities, stock brokerage industry or investment banking?

19. Have you or has anyone close to you recently lost money in the stock market?

    a. If yes, would that experience affect your ability to sit as a juror in this case?

20. How familiar would you say that you are with the securities industry?

21. Have you ever invested money with Merrill Lynch?

    a. If yes, would that experience affect your ability to sit as a juror in this case?

22. Have you ever invested money with Paine Webber?

    a. If yes, would that experience affect your ability to sit as a juror in this case?

23. Do you subscribe to any financial planning magazines or any investment type publications such as Forbes, Fortune, Money, Smart Money, Kiplingers, etc?

24. Do you watch television newscasts on a regular basis?

25. Do you watch CNBC or Bloomberg?

26. Do you watch financial shows like Wall Street Week or Lou Rukeyser?

27. Can you think of any reason that would prevent you from being able to render a fair and impartial verdict based solely on the evidence and law as the Court will instruct at the conclusion of the case?

    a. If yes, please explain.

**RESPECTFULLY SUBMITTED:**
DANIEL E. CARPENTER,
Defendant,
By his attorney:

/s/ A. John Pappalardo
A. John Pappalardo (BBO # 338760)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

### Certificate of Service

I hereby certify that on this 30th day of May, 2008, I served on counsel of record in the foregoing matter Defendant Daniel Carpenter's Proposed Voire Dire Questions, by means of the ECF system.

/s/ A. John Pappalardo
A. John Pappalardo