UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER ) | |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned hereby *specially* appears, for certain limited purposes only (such as the filing and arguing of motions), on behalf of defendant Daniel E. Carpenter in the above-captioned matter.

DANIEL E. CARPENTER,
By his attorney,

*/s/ Jack E. Robinson*
Jack E. Robinson (BBO #559683)
2187 Atlantic Street, Suite 905
Stamford, CT 06902
(203) 425-4500

Dated: May 31, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the date hereof this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Jack E. Robinson*
Jack E. Robinson