


DOCKETED
APR 1 4 2008

**Commonwealth of Massachusetts**
The Trial Court

Norfolk _____ Division      Probate and Family Court Department     Docket No. ___07P2497GI___

## MEDICAL CERTIFICATE — GUARDIANSHIP

To the Honorable Justices of the Probate and Family Court:·

The undersigned hereby certifies under the penalties of perjury that I am a registered physician and that
I personally examined __Joseph Iantosca (a.k.a. Giuseppe Iantosca)__
<br>(name of proposed ward)

__200 Burkhall Street, Unit 609__      __Weymouth__             __MA__
<br>(street address)                 (city or town)                    (state)

on _____
<br>      (date of examination)

and in my opinion the proposed ward:

     ☒      is a mentally ill person to the degree that he/she is incapable of caring for his/her personal and/
or financial affairs.

     ☐      is a person who is unable to make or communicate informed decisions due to physical incapacity.

### THIS SECTION MUST BE COMPLETED FOR A GUARDIANSHIP PETITION

Describe in detail the diagnosis leading to the aforementioned opinion (including the types of decisions
which the proposed ward has sufficient mental ability to make):

Mr. Iantosca suffers from a neuropsychiatric disorder, Vascular Dementia,

that manifests itself as difficulty with memory, problem-solving, planning,

and judgment among other emotional, cognitive, and behaviorial faculties.  I

examined him most recently on 12/20/07 and reviewed a history that included

severe behaviorial disturbance related to this disorder (e.g. resisting arrest,

requiring police to subdue him) and culminating in psychiatric hospitalization.

During my examination of him, he clearly demonstrated severe short term memory

problems and difficulty with coherent thinking and understanding.  On a standard

screening test for dementia, the Mini Mental State Examination, he scored 14/30

(in the moderately severe range of impairment).  He does not appreciate his

(OVER)

### (MEDICAL CERTIFICATE — GUARDIANSHIP BACK)

mental limitations and therefore is incapable of caring for his personal and

financial affairs.  For these reasons, and because his condition is one that typically

progresses in disability rather than improves, I consider this disease to affect

him mentally to such a degree that application for guardianship is well-justified.

Date ___12/20/07___                    _____
                                              (signature)
                                       James M. Ellison, M.D., MPH, Clinical Director
                                       Geriatric Psychiatry Service
                                       McLean Hospital
                                       _____(address, including zip code)
                                       115 Mill Street, South Belknap Building
                                       Belmont, MA  02478-9106
                                       Tel. No. (617 )__855-2532__

Uniform Probate Court Practice XXII.
A physician's certificate, when accepted, must be dated and the examination must have taken place within thirty (30) days prior
to the entry of each decree, temporary or permanent.