# CRIMINAL DOCKET

**DOCKET NO:** 0656CR000844
**ATTORNEY NAME:** Quealy

**COURT DIVISION:** Quincy
**INTERPRETER REQUIRED:** ☐

**DATE and JUDGE:** 3-14-06

**DOCKET ENTRY:**
- ☐ Attorney appointed (SJC R. 3:10)
- ☐ Atty denied and Deft Advised per 211D §2A
- ☒ Waiver of counsel found after colloquy
- Terms of release set:
  - ☒ PR  ☐ Bail:
  - ☐ Held (276 §58A)
  - ☐ See back for special conditions
- Arraigned and advised:
  - ☒ Potential of bail revocation (276 §58)
  - ☐ Right to bail review (276 §58)
  - ☐ Right to drug exam (111E §10)
- Advised of right to jury trial:
  - ☒ Does not waive
  - ☒ Waiver of jury trial found after colloquy
- ☐ Advised of trial rights as pro se (Supp. R. 4)
- ☐ Advised of right of appeal to Appeals Ct (R. 28)

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
IANTOSCA, GIUSEPPE
200 BURKHALL STREET
WEYMOUTH, MA 02190

**DEFT. DOB AND SEX:** 09/12/1932 M
**DATE OF OFFENSE(S):** 12/12/2005
**PLACE OF OFFENSE(S):** WEYMOUTH
**COMPLAINANT:** BURKE, W PAUL
**POLICE DEPARTMENT (if applicable):** WEYMOUTH PD
**DATE OF COMPLAINT:** 02/13/2006
**RETURN DATE AND TIME:** 03/14/2006 09:00:00

## COUNT/OFFENSE
1. 275/2 THREAT TO COMMIT CRIME c275 §2

**DISPOSITION DATE and JUDGE:** 5/3/06 Cenello (?)

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the Above

**FINDING:**
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- ☐ Sufficient facts found but continued without guilty finding until:
- ☐ Probation
- ☒ Pretrial Probation (276 §87) - until: 1/30/07 Stay away Victim No New Arrest
- ☐ To be dismissed upon payment of court costs/restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim ☐ Request of Deft ☒ Failure to prosecute ☐ Other:
- ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION:**
- ☒ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged

**JUDGE:** Coven
**DATE:** 1/30/07

**COURT ADDRESS:**
Quincy District Court
1 Dennis Ryan Parkway
Quincy, MA 02169

A TRUE COPY ATTEST: [signature]
CLERK-MAGISTRATE/ASST. CLERK
ON (DATE): 5/23/08

☐ ADDITIONAL COUNTS ATTACHED

| DOCKET NUMBER | | | | | NAME: IANTOSCA, GIUSEPPE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **SCHEDULING HISTORY** | | | | | | | | | |
| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | | JUDGE | TAPE NO. | START | STOP |
| 1 | 5-3-06 | 9am | ☐ Held | ☒ Cont'd | 5-3-06 | | | | |
| 2 | | | ☐ Held | ☐ Cont'd | | | | | |
| 3 | | | ☐ Held | ☐ Cont'd | | | | | |
| 4 | | | ☐ Held | ☐ Cont'd | | | | | |
| 5 | | | ☐ Held | ☐ Cont'd | | | | | |
| 6 | | | ☐ Held | ☐ Cont'd | | | | | |
| 7 | | | ☐ Held | ☐ Cont'd | | | | | |
| 8 | | | ☐ Held | ☐ Cont'd | | | | | |
| 9 | | | ☐ Held | ☐ Cont'd | | | | | |
| 10 | | | ☐ Held | ☐ Cont'd | | | | | |

ARR=Arraignment  PT=Pretrial hearing  CE=Discovery compliance and jury election  T=Bench trial  J=Jury Trial  PC=Probable cause hearing  M=Motion hearing  SR=Status review
SRP=Status review of payments  FA=First appearance in jury session  S=Sentencing  CW=Continuance-without-finding scheduled to terminate  P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted  WAR=Warrant issued  WARD=Default warrant issued  WR=Warrant or default warrant recalled  PR=Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 3-14-06 *[illegible initials]* | 276-58 [illegible] |
| | Stay away from victim, Mr Corbett, Daniel Galli |

### ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | A TRUE COPY ATTEST *[signature]* ASST. CLERKS MAGISTRATE | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

December 12, 2005

**Weymouth Police Department**
**Incident Report**

Monday 14:57

Single Narrative *Statement of Facts*

Narrative(s):

| | | | |
|---|---|---|---|
| Narr. 1: **JAMES P BARRY** | Division: **None** | Status: **Open** | [I0524660] |
| Title: **THREATS TO SHOOT** | Entered: **JAMES P BARRY** | | Date: 12/12/05 |
| | Reviewed: **No officer** | | Edit: 12/12/05 |

    On Monday, December 12, 2005, at approximately 1048 hours, 834 officer Barry received a radio call to respond to 65 Mathewson Drive for a person on a cell phone being threatened to be shot.
    En route to the call the cell caller told dispatch the suspect later identified as Giuseppe Iantosca operating Mass Reg#907WNO a brown 1996 Lincoln Towncar was making a right turn on Pleasant Street. The cell caller was following the Towncar.
    Officer Bowen who was working a detail stopped the Towncar on Elm Street. Upon arrival I asked Iantosca did he have a firearm in the vehicle? He said he didn't. I asked him did he have a license to carry firearms? He said no. I asked him to step from his vehicle. I pat frisked his person and the vehicle with negative result for a firearm. I asked Iantosca for his license and registration.
    The cell caller later identified as Daniel Galli arrived on scene driving a Home Depot delivery truck, Georgia Apportioned Plate IP996C. I spoke with Galli he said Iantosca was the man that threatened to shoot him. I asked him what happened? He said he was making a delivery at 65 Mathewson Drive; he showed me a bill of laden for that address. When the Lincoln Towncar stopped in front of his truck. Iantosca jumped out of the vehicle screaming at Galli to get out of the truck. Words were exchanged between both parties. Iantocsa said, "Come back an I'll shoot you. I will shoot you in the face and kill you".
    Another person heard the yelling and came up to Galli's truck. He said the other unidentified male said "you don't know who you're messing with."
    Galli said he was fearing for his safety so he call us; Weymouth Police. He continued to follow the vehicle until it was stopped on Elm Street.
    I then spoke with Iantosca, he said he owns the business at 65 Mathewson Drive and it's his property and he could do what he wants. I informed him the driver had a legitimate reason for being on the property to make a delivery.
    A check through Weymouth Police licensing officer King revealed there are no active firearms permits issued to Iantosca.
    See Attached report incident #I0520180 by Officer Fidrocki for threats to shoot made by Iantosca on July 27, 2005.
    A complaint will be sought against Iantosca through Quincy District Court for 275-2 Threats to Commit a Crime (Kill).

*A TRUE COPY ATTEST*
*ASST. CLERKS MAGISTRATE*

| CRIMINAL COMPLAINT | 0656CR000844 | | | | | | Trial Court of Massachusetts |
|---|---|---|---|---|---|---|---|
| | | | | | | | Quincy District Court |

DEFENDANT
IANTOSCA, GIUSEPPE
200 BURKHALL STREET
WEYMOUTH, MA 02190

TO ANY JUSTICE OR CLERK-MAGISTRATE
OF THE QUINCY DISTRICT COURT

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 09/12/1932 | M | U | | | XXX | XXX |

| INCIDENT REPORT # | SOCIAL SECURITY # |
|---|---|
| I0524660 | 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 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 12/12/2005 | WEYMOUTH |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| BURKE, W PAUL | WEYMOUTH PD |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 02/13/2006 | 03/14/2006 9:00 AM |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

COUNT-OFFENSE

1. 275/2 THREAT TO COMMIT CRIME c275 §2

on 12/12/2005 did threaten to commit a crime against the person or property of another, to wit: TO KILL, in violation of G.L. c.275, §2. (PENALTY from §4: imprisonment not more than 6 months; or not more than $100; or recognizance to keep the peace for up to 6 months.)

COUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

A TRUE COPY ATTEST
ASST. CLERKS MAGISTRATE

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE | ON (DATE) | TOTAL COUNTS |
|---|---|---|---|
| X [signature] | X [signature] | 2-21-06 | 1 |

| | FIRST JUSTICE | COURT ADDRESS | Quincy District Court |
|---|---|---|---|
| A TRUE COPY | Hon. Mark S. Coven | | 1 Dennis Ryan Parkway |
| | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | Quincy, MA 02169 |

| APPEARANCE OF COUNSEL | Trial Court of Massachusetts District Court Department |
|---|---|
| **DOCKET NUMBER:** 06 / 56 / CR / 844 <br> YEAR* / COURT NUMBER / CASE TYPE** / CASE NUMBER <br><br> *e.g. '93", "94" etc. <br> **e.g. "CR", "CV" etc. | **COURT NAME AND ADDRESS** <br><br> Quincy District Court <br> One Dennis F. Ryan Parkway <br> Quincy, MA. 02169 |

**To the Clerk - Magistrate:**

Please enter my appearance as attorney for **Guseppe Iautosca** in the above numbered court action.

| ATTORNEY NAME | B.B.O. NUMBER (Required) |
|---|---|
| Eric Neely | 658323 |
| **ATTORNEY FIRM** <br> Adams & Sammon | **TELEPHONE NUMBER** <br> (508) 863-2554 |
| **STREET ADDRESS** <br> 800 Hingham St. 200N | |
| **CITY/TOWN** Rockland | **STATE** MA   **ZIP CODE** 02370 |

X _[signature]_
SIGNATURE OF ATTORNEY

A TRUE COPY ATTEST
_[signature]_
ASST. CLERKS MAGISTRATE

3/14/06
DATE

DC-CR-19 (5/94)

COMMONWEALTH vs **Iantosca**  docket # **06-844**
(Defendant)

## PRE-TRIAL PROBATION

☐ C: 276S: 87        ☐ C: 276S: 42A        (☐ C: 276S: 58A)
                                              Has it's own form

1.) With the following special conditions (s) of probation:

_____
_____
_____
_____
_____

2.) Pre-Trial Probation in contemplation of dismissal with the following special condition(s) of probation:

Stay Away from Daniel Galli for 9 months, unsupervised, no fees or fines
_____
_____
_____
_____

3.) Other:

_____
_____
_____
_____

May 3, 2006
(Date)

*Joseph Iantosca* (Defendant)

*Mary O'Donnell* (Signature of Justice)

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) 05AH-02818 | PAGE ___ of ___ | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☐ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE** because of an imminent threat of
 ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ **WARRANT** is requested because prosecutor represents that accused may not appear unless arrested.

Quincy District Court
One Dennis F. Ryan Parkway
Quincy, Ma. 02169

**ARREST STATUS OF ACCUSED**
☐ HAS  ☑ HAS NOT been arrested

### INFORMATION ABOUT ACCUSED

**NAME (FIRST MI LAST) AND ADDRESS**
Giuseppe Iantosca
200 Burkhall Street
Weymouth, Ma 02190

**BIRTH DATE:** 09/12/1932
**SOCIAL SECURITY NUMBER:** 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
**PCF NO.:**
**MARITAL STATUS:**
**DRIVERS LICENSE NO.:** S19683868
**STATE:** Ma
**GENDER:** Male
**HEIGHT:**
**WEIGHT:**
**EYES:**
**HAIR:**
**RACE:**
**COMPLEXION:**
**SCARS/MARKS/TATTOOS:**
**BIRTH STATE OR COUNTRY:**
**DAY PHONE:**
**EMPLOYER/SCHOOL:**
**MOTHER'S MAIDEN NAME:**
**FATHER'S NAME:**

### CASE INFORMATION

**COMPLAINANT NAME (FIRST MI LAST):** James Barry
**COMPLAINANT TYPE:** ☑ POLICE ☐ CITIZEN ☐ OTHER
**PD:** WEY

**ADDRESS:**
Weymouth Police Department
140 Winter Street
Weymouth, MA 02188

**PLACE OF OFFENSE:** 65 Mathweson Drive, Weymouth
**INCIDENT REPORT NO.:** 10524660
**OBTN:**
**CITATION NO(S).:**

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 275-2 | Threats to Commit a Crime (Kill, bodily Injury) | 12/12/05 |
|   | VARIABLES: Victim: Daniel Galli threats to Shoot | | |
| 2 | | | |
| 3 | | | |

**REMARKS:**
**COMPLAINANT'S SIGNATURE:** X [signature]
**DATE FILED:** 12-13-05

**COURT USE ONLY** — A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
**DATE OF HEARING:** 1-11-06 AT **TIME OF HEARING:** 10:00 A.M.

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
HEARING CONTINUED TO:
APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
 ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED
 ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
 ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION

**DATE:** 1/11/06

**COMPLAINT TO ISSUE**
☑ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☐ 1. ☐ 2. ☐ 3. BASED ON
 ☑ FACTS SET FORTH IN ATTACHED STATEMENT(S)
 ☐ TESTIMONY RECORDED: TAPE NO. ____ START NO. ____ END NO. ____
☐ WARRANT ☑ SUMMONS TO ISSUE
ARRAIGNMENT DATE: [signature] present

**COMPLAINT DENIED**
☐ NO PROBABLE CAUSE FOUND
☐ REQUEST OF COMPLAINANT
☐ FAILURE TO PROSECUTE
☐ AGREEMENT OF BOTH PARTIES
☐ OTHER:
COMMENT:

**CLERK/JUDGE:** [signature]

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) 05AH02818 | PAGE ___ of ___ | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| | | | Quincy District Court One Dennis F. Ryan Parkway Quincy, Ma. 02169 |

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☐ **ONLY MISDEMEANOR(S)**, I request a hearing ☐ **WITHOUT NOTICE** because of an imminent threat of
   ☐ BODILY INJURY ☒ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused.
☐ **ONE OR MORE FELONIES**, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ **WARRANT** is requested because prosecutor represents that accused may not appear unless arrested.

**ARREST STATUS OF ACCUSED**
☐ HAS   ☒ HAS NOT been arrested

### INFORMATION ABOUT ACCUSED

**NAME (FIRST MI LAST) AND ADDRESS**
Giuseppe Iantosca
200 Burkhall Street
Weymouth, Ma 02190

**BIRTH DATE:** 09/12/1932
**SOCIAL SECURITY NUMBER:** 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
**PCF NO.:**
**MARITAL STATUS:**
**DRIVERS LICENSE NO.:** S19683868
**STATE:** Ma
**GENDER:** Male
**HEIGHT:**
**WEIGHT:**
**EYES:**
**HAIR:**
**RACE:**
**COMPLEXION:**
**SCARS/MARKS/TATTOOS:**
**BIRTH STATE OR COUNTRY:**
**DAY PHONE:**
**EMPLOYER/SCHOOL:**
**MOTHER'S MAIDEN NAME (FIRST MI LAST):**
**FATHER'S NAME (FIRST MI LAST):**

### CASE INFORMATION

**COMPLAINANT NAME (FIRST MI LAST):** James Barry
**COMPLAINANT TYPE:** ☒ POLICE ☐ CITIZEN ☐ OTHER
**PD:** WEY

**ADDRESS:**
Weymouth Police Department
140 Winter Street
Weymouth, MA 02188

**PLACE OF OFFENSE:** 65 Mathweson Drive, Weymouth
**INCIDENT REPORT NO.:** 10524660
**OBTN:**
**CITATION NO(S).:**

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 275-2 | Threats to Commit a Crime (Kill, bodily Injury) | 12/12/05 |
| | VARIABLES: Victim: Daniel Galli threats to Shoot | | |
| 2 | | | |
| 3 | | | |

**REMARKS:**

**COMPLAINANT'S SIGNATURE:** X [signature]
**DATE FILED:** 12-13-05

**COURT USE ONLY** → A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
**DATE OF HEARING:** 1-11-06   **AT**   **TIME OF HEARING:** 10:00 A M

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

| DATE | | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION | |
| DATE | COMPLAINT TO ISSUE / COMPLAINT DENIED | CLERK/JUDGE |
| | ☐ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☐ 1. ☐ 2. ☐ 3. BASED ON ☐ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO. _____ START NO. _____ END NO. _____ ☐ WARRANT ☐ SUMMONS TO ISSUE ARRAIGNMENT DATE: | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT |