| CRIMINAL DOCKET | DOCKET NUMBER<br>0760CR002379 | NO. OF COUNTS<br>5 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|
| **DEFENDANT NAME AND ADDRESS**<br>Giuseppe Iantosca<br>200 Burkhall Street<br>WEYMOUTH, MA 02190 | DOB<br>09/12/1932<br>DATE COMPLAINT ISSUED<br>08/23/2007<br>PRECOMPLAINT ARREST DATE | GENDER<br>Male | COURT NAME & ADDRESS<br>Wareham District Court<br>2200 Cranberry Highway<br>West Wareham, MA 02576<br>INTERPRETER REQUIRED |

### FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 265/13D/A | A&B ON POLICE OFFICER c265 §13D | 07/04/2007 |
| 2 | 268/32B | RESIST ARREST c268 §32B | 07/04/2007 |
| 3 | 89/4A | MARKED LANES VIOLATION * c89 §4A | 07/04/2007 |
| 4 | 90/24/E | NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a) | 07/04/2007 |
| 5 | 90/25/D | STOP FOR POLICE, FAIL c90 §25 | 07/04/2007 |

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN<br>Middleborough | POLICE DEPARTMENT<br>SP Bourne |
|---|---|---|

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| 9/25/07<br>Minchon<br>9/25/07 | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A¶2) $ ☐ WAIVED |
| | | | Counsel Contribution (211D § 2) $ ☐ WAIVED |
| | **Terms of release set:** ☑ PR ☐ Bail<br>☐ See Docket for special condition<br>☐ Held (276 §58A) | | Default Warrant Fee (276 § 30¶1) $ ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2) $ ☐ WAIVED |
| | **Arraigned and advised:** ☑ Potential of bail revocation (276 §58)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10) | | Probation Supervision Fee (276 § 87A) $ ☐ WAIVED |
| | | | Bail Order Forfeited |
| | **Advised of right to jury trial** ☐ Waiver of jury found after colloquy<br>☐ Does not waive | | |
| | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) | | |
| | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | | |

### SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 09/25/2007 | Arraignment | ☐ Held ☐ Cont'd 11/7/07 | Minchon | |
| 2 | | | ☐ Held ☑ Cont'd 11/7/07 | | |
| 3 | 11/7/07 | | ☐ Held ☐ Cont'd | | |
| 4 | | | ☐ Held ☐ Cont'd unus cu | | |
| 5 | 5-7-08 | dism | ☐ Held ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Cont'd | A TRUE COPY ATTEST | |
| 9 | | | ☐ Held ☐ Cont'd | CLERK MAGISTRATE<br>WAREHAM DIVISION<br>DISTRICT COURT DEPT | |
| 10 | | | ☐ Held ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate   SRE = Status review
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK<br>X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 08-23-2007 09:49:22

Version 2.0 - 11/06

# ...NAL DOCKET - OFFENSES

| DEFENDANT NAME | DOCKET NUMBER |
|---|---|
| Giuseppe Iantosca | 0760CR002379 |

### COUNT / OFFENSE
**1  A&B ON POLICE OFFICER c265 §13D**

DISPOSITION DATE AND JUDGE: 11/7/07 Gilligan

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
   - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☒ Defendant placed on pretrial probation (276 §87) until: 5/7/06  Do not Drive M.O.
- ☐ To be dismissed if court costs / restitution paid by:

DISPOSITION METHOD (cont):
- ☐ Dismissed upon:
   - ☐ Request of Commonwealth  ☐ Request of Victim
   - ☐ Request of Defendant  ☐ Failure to prosecute
- ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty  ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible  ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause  ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

### COUNT / OFFENSE
**2  RESIST ARREST c268 §32B**

DISPOSITION DATE AND JUDGE: 11/7/07 Gilligan

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
   - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

DISPOSITION METHOD (cont):
- ☒ Dismissed upon:
   - ☒ Request of Commonwealth  ☐ Request of Victim
   - ☐ Request of Defendant  ☐ Failure to prosecute
- ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty  ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible  ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause  ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

### COUNT / OFFENSE
**3  MARKED LANES VIOLATION * c89 §4A**

DISPOSITION DATE AND JUDGE: 11/7/07 Gilligan

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
   - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

DISPOSITION METHOD (cont):
- ☒ Dismissed upon:
   - ☒ Request of Commonwealth  ☐ Request of Victim
   - ☐ Request of Defendant  ☐ Failure to prosecute
- Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty  ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible  ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause  ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| DOCKET - OFFENSES | DEFENDANT NAME<br>Giuseppe Iantosca | DOCKET NUMBER<br>0760CR002379 |
|---|---|---|

**NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a)**

DISPOSITION DATE AND JUDGE: 11/7/07 Gulligan

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Dismissed upon:
 ☐ Request of Commonwealth  ☐ Request of Victim
 ☐ Request of Defendant   ☐ Failure to prosecute
 ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
 ✗ ☐ Risk/Need or OUI   ☐ Administrative Supervision
☒ Defendant placed on pretrial probation (276 §87) until: 5/7/08
☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

COUNT / OFFENSE
**5   STOP FOR POLICE, FAIL c90 §25**

DISPOSITION DATE AND JUDGE: 11/7/07 Gulligan

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☒ Dismissed upon:
 ☒ Request of Commonwealth  ☐ Request of Victim
 ☐ Request of Defendant   ☐ Failure to prosecute
 ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
 ☐ Risk/Need or OUI   ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

COUNT / OFFENSE

DISPOSITION DATE AND JUDGE

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Dismissed upon:
 ☐ Request of Commonwealth  ☐ Request of Victim
 ☐ Request of Defendant   ☐ Failure to prosecute
 ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
 ☐ Risk/Need or OUI   ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO (COURT USE ONLY) 0700PH110 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused HAS NOT BEEN ARRESTED and the charges involve: <br>[X] ONLY MISDEMEANOR(S), I request a hearing  [ ] WITHOUT NOTICE because of imminent threat of <br>[ ] BODILY INJURY  [ ] COMMISSION OF A CRIME  [ ] FLIGHT  [X] WITH NOTICE to accused <br>[ ] ONE OR MORE FELONIES, I request a hearing  [ ] WITHOUT NOTICE  [ ] WITH NOTICE to accused <br>[ ] WARRANT is requested because prosecutor represents that accused may not appear unless arrested | | Wareham DC <br>2200 Cranberry Highway <br>Wareham, MA 02576 <br><br>ARREST STATUS OF ACCUSED <br>[ ] HAS  [X] HAS NOT been arrested |

### INFORMATION ABOUT ACCUSED

| NAME (FIRST MI LAST) AND ADDRESS | BIRTH DATE 09/12/1932 | SOCIAL SECURITY NUMBER 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 |
|---|---|---|
| GIUSEPPE IANTOSCA <br>200 W BERCH HALL <br>WEYMOUTH <br>MA 02189 | PCF NO. | MARITAL STATUS |
| | DRIVERS LICENSE NO. S19683868 | LICENSE STATE MA |
| | GENDER Male  HEIGHT 5'10 | WEIGHT 250  EYES |
| HAIR Gray  RACE White  COMPLEXION Light  SCARS/MARKS/TATTOOS | BIRTH STATE OR COUNTRY | DAY PHONE ( ) - |
| EMPLOYER/SCHOOL | MOTHER MAIDEN NAME | FATHER'S NAME |

### CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) <br>Trooper Jason Trask <br>ADDRESS <br>State Police Middleboro <br>326 West Grove Street <br>Middleboro, MA   02346 | COMPLAINANT TYPE <br>[X] POLICE  [ ] CITIZEN  [ ] OTHER | PD M.S.P. |
|---|---|---|
| | PLACE OF OFFENSE <br>RT 495 North, North of Exit 6, MIDDLEBOROUGH, MA | |
| | INCIDENT REPORT NO. 2007-0D4-002388 | OBTN CSDH200704874 |
| | CITATION NO(S). See Offense Description Below | |

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 265-13D-A | M5430599  A&B ON POLICE OFFICER | 07/04/2007 |
| | VARIABLES (e.g. victim name, controlled substances, type and value of property, other variable information; see Complaint Language Manual) | | |
| 2 | 268-32B | M5430599  RESIST ARREST | 07/04/2007 |
| | VARIABLES | | |
| 3 | 89-4A | M5430600  MARKED LANES VIOLATION | 07/04/2007 |
| | VARIABLES | | |

| REMARKS | COMPLAINANT'S SIGNATURE /s/ Jason Trask 3578 | DATE FILED 7/5/07 |
|---|---|---|
| COURT USE ONLY | A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING 8/22/07  TIME OF HEARING 9:15 |

| DATE | PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY) | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: <br>[ ] IMMINENT THREAT OF  [ ] BODILY INJURY  [ ] CRIME  [ ] FLIGHT  BY ACCUSED <br>[ ] FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE <br>[ ] FELONY CHARGED BY CIVILIAN: NO NOTICE AT CLERK'S DISCRETION | A TRUE COPY ATTEST <br>CLERK MAGISTRATE <br>WAREHAM DIVISION |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| 3/22/08 | [X] PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). [X]1. [X]2. [X]3. BASED ON <br>[ ] FACTS SET FORTH IN ATTACHED STATEMENT(S) <br>[ ] TESTIMONY RECORDED: TAPE NO: _____ <br>START NO. _____ END NO. _____ <br>[ ] WARRANT  [X] SUMMONS TO ISSUE <br>ARRAIGNMENT DATE | [ ] NO PROBABLE CAUSE FOUND <br>[ ] REQUEST OF COMPLAINANT <br>[ ] FAILURE TO PROSECUTE <br>[ ] AGREEMENT OF BOTH PARTIES <br>[ ] OTHER: <br>COMMENT | |

COURT COPY

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) 0760 PA DO | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| | | | Wareham DC<br>2200 Cranberry Highway<br>Wareham, MA 02576 |

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused HAS NOT BEEN ARRESTED and the charges involve:

[X] ONLY MISDEMEANOR(S), I request a hearing  [ ] WITHOUT NOTICE because of imminent threat of
    [ ] BODILY INJURY  [ ] COMMISSION OF A CRIME  [ ] FLIGHT  [X] WITH NOTICE to accused

[ ] ONE OR MORE FELONIES, I request a hearing  [ ] WITHOUT NOTICE  [ ] WITH NOTICE to accused

[ ] WARRANT is requested because prosecutor represents that accused may not appear unless arrested

ARREST STATUS OF ACCUSED
[ ] HAS  [X] HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

| NAME (FIRST MI LAST) AND ADDRESS | BIRTH DATE 09/12/1932 | SOCIAL SECURITY NUMBER 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 |
|---|---|---|
| GIUSEPPE IANTOSCA | PCF NO. | MARITAL STATUS |
| 200 W BERCH HALL | DRIVERS LICENSE NO. S19683868 | LICENSE STATE MA |
| WEYMOUTH MA 02189 | GENDER Male   HEIGHT 5'10 | WEIGHT 250   EYES |
| HAIR Gray   RACE White   COMPLEXION Light   SCARS/MARKS/TATTOOS | BIRTH STATE OR COUNTRY | DAY PHONE ( ) - |
| EMPLOYER/SCHOOL | MOTHER MAIDEN NAME | FATHER'S NAME |

## CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) | COMPLAINANT TYPE | PD M.S.P. |
|---|---|---|
| Trooper Jason Trask | [X] POLICE  [ ] CITIZEN  [ ] OTHER | |
| ADDRESS<br>State Police Middleboro<br>326 West Grove Street<br>Middleboro, MA  02346 | PLACE OF OFFENSE<br>RT 495 North, North of Exit 6, MIDDLEBOROUGH, MA | |
| | INCIDENT REPORT NO.<br>2007-0D4-002388 | OBTN<br>CSDH200704874 |
| | CITATION NO(S).<br>See Offense Description Below | |

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90-24-E | M5430600<br>NEGLIGENT OPERATION OF MOTOR VEHICLE | 07/04/2007 |
| | VARIABLES (e.g. victim name, controlled substances, type and value of property, other variable information; see Complaint Language Manual) | | |
| 2 | 90-25-D | M5430599<br>STOP FOR POLICE, FAIL | 07/04/2007 |
| | VARIABLES (e.g. victim name, controlled substances, type and value of property, other variable information; see Complaint Language Manual) | | |

| REMARKS | COMPLAINANT'S SIGNATURE<br>Jm. Jason Trask 3578 | DATE FILED<br>7/5/07 |
|---|---|---|
| COURT USE ONLY   A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING<br>8/22/07 | TIME OF HEARING<br>AT 9:15 |

| DATE | PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY) | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:<br>[ ] IMMINENT THREAT OF  [ ] BODILY INJURY  [ ] CRIME  [ ] FLIGHT  BY ACCUSED<br>[ ] FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE<br>[ ] FELONY CHARGED BY CIVILIAN: NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| | [ ] PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S)<br>NO(S). [ ] 1. [ ] 2. [ ] 3. BASED ON<br>[ ] FACTS SET FORTH IN ATTACHED STATEMENT(S)<br>[ ] TESTIMONY RECORDED: TAPE NO: _____<br>START NO. _____ END NO. _____<br>[ ] WARRANT  [ ] SUMMONS TO ISSUE<br>ARRAIGNMENT DATE | [ ] NO PROBABLE CAUSE FOUND<br>[ ] REQUEST OF COMPLAINANT<br>[ ] FAILURE TO PROSECUTE<br>[ ] AGREEMENT OF BOTH PARTIES<br>[ ] OTHER:<br>COMMENT: | |

COURT COPY

# MSP
Massachusetts State Police

**SSACI**
SP-SACI
State Police Middleboro
326 West Grove Street
Middleboro, MA 02346
(508) 947-2222

**2007-OD4-002388**

## Activity:

**Traffic: Erratic Operation**

Start Date/Time: July 4, 2007  18:49

## Location(s):

RT 495 North, North of Exit 6, MIDDLEBOROUGH, MA

## Personnel:

| | |
|---|---|
| Primary Officer | Trooper Jason Trask  3518  D-4 |
| Seconday Officer | Trooper Stephen Candito  3083  DHQ |
| Seconday Officer | Trooper Richard Long  2212  DHQ |
| Seconday Officer | Trooper John Santos  3177  D-4 |
| Seconday Officer | Sergeant Francis Meech  1531  DHQ |
| Seconday Officer | Sergeant Thomas Higginbotham  0355  D-HQ - Motorcycle |

## Person(s):

**Last:** HORRIGAN  **First:** JUNE  **Involvement: Reporting**  OSDH200704870
**Middle:** E  **D/O/B:** 06/06/1966  41  Citizenship:  **No Action**
**Suffix:**  Birth Place:  Marital Status:
**SSN:** 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  **Sex:** Female  Spouse:
**Lic #:** S57668176  **Race:** White  Father:
**Lic State:** MA  Height:  Mother:
ACT  Weight:  Dependents:
**Address:** 19N BEDFORD ST UNIT 2  Hair Color:  Occupation:
**City/Town:** E. BRIDGEWATER  Eye Color:  Employer:
**State/Zip:** MA  02333  **Build:** Large  Emp Address:
**Phone #:** (508) 801-1589  **Complexion:** Light  Emp Phone:  ( ) -

**Charge(s):**

---

**Last:** DAI PROPERTY MANAGEMEI  **First:**  **Involvement: Veh Owner**  OSDH200704871
**Middle:**  D/O/B:  Citizenship:  **No Action**
**Suffix:**  Birth Place:  Marital Status:
**SSN:**  - -  Sex:  Spouse:
**Lic #:**  Race:  Father:
**Lic State:** MA  Height:  Mother:
Weight:  Dependents:
**Address:**  Hair Color:  Occupation:
**City/Town:**  Eye Color:  Employer:
**State/Zip:** MA  Build:  Emp Address:
**Phone #:** ( ) -  Complexion:  Emp Phone:  ( ) -

**Charge(s):**

---

*[signature]* Jason Trask #3518

Trooper Jason Trask #3518                    Supervisor                          ID#

7/5/07   2:31                                                            Not Submitted

MSP
Massachusetts State Police

**State Police Middleboro**
326 West Grove Street
Middleboro, MA 02346
(508) 947-2222

**2007-0D4-002388**

CSDH200704874

| | | | | | **Summons** |
|---|---|---|---|---|---|
| Last: | IANTOSCA | First: | GIUSEPPE | Involvement: Veh Operator | |
| Middle: | | D/O/B: | 09/12/1932  74 | Citizenship: | |
| Suffix: | | Birth Place: | | Marital Status: | |
| SSN: | 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 | Sex: | Male | Spouse: | |
| Lic #: | S19683868 | Race: | White | Father: | |
| Lic State: | MA | Height: | 5'10 | Mother: | |
| | ACT | Weight: | 250 | Dependents: | |
| Address: | 200 W BERCH HALL | Hair Color: | Gray | Occupation: | |
| City/Town: | WEYMOUTH | Eye Color: | | Employer: | |
| State/Zip: | MA      02189 | Build: | Large | Emp Address: | |
| Phone #: | (   )   - | Complexion: | Light | Emp Phone: | (   )   - |

Charge(s):

90-25-D  STOP FOR POLICE, FAIL
268-32B  RESIST ARREST

265-13D-A  A&B ON POLICE OFFICER
89-4A  MARKED LANES VIOLATION
90-24-E  NEGLIGENT OPERATION OF MOTOR VEHICLE

OSDH200704877

| | | | | | |
|---|---|---|---|---|---|
| Last: | HORRIGAN | First: | FRANCIS | Involvement: Witness | |
| Middle: | | D/O/B: | 10/31/1969  37 | Citizenship: | |
| Suffix: | | Birth Place: | | Marital Status: | |
| SSN: | 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 | Sex: | Male | Spouse: | |
| Lic #: | S32109196 | Race: | White | Father: | |
| Lic State: | MA | Height: | 511 | Mother: | |
| | ACT | Weight: | | Dependents: | |
| Address: | 19 N BEDFORD STREET UNIT 2 | Hair Color: | | Occupation: | |
| City/Town: | E BRIDGEWATER | Eye Color: | | Employer: | |
| State/Zip: | MA      02333 | Build: | Medium | Emp Address: | |
| Phone #: | (   )   - | Complexion: | Light | Emp Phone: | (   )   - |

Charge(s):

**Vehicle(s):**

Reg Info: MA PAR 89WF44
Veh Info: 2005 Mercury MARQUI GRAY
VIN: 2MEFM74WX5X630766
Desc:

Status: Towed (Reason - Motor Vehicle Violation)
Tow Co: Bridgewater Auto
Ins Co: COMMERCE INSURANCE

**Property:**

**Narrative:**

CRIMINAL SUMMONS

On 7/4/07 (Wednesday), at approximately 18:49 hours, I was dispatched from the Middleboro State Police

Trooper Jason Trask #3518     Supervisor     ID#

7/5/07    2:31                                        - Not Submitted

Case 1:04-cr-10029-GAO   Document 279-4   Filed 06/02/2008

MSP
Massachusetts State Police

State Police Middleboro
326 West Grove Street
Middleboro, MA 02346
(508) 947-2222

2007-OD4-002388

Barracks regarding an erratic vehicle traveling on route 495N in Middleboro. I left from the rear exit of the barracks and waited for the vehicle to pass my location northbound. The vehicle description from the cell phone caller was a gray Mercury Marquis, MA registration 89WF44. The cell phone caller's information was recorded by the desk officer, Sgt. Nutter.

    I observed this vehicle traveling on route 495N in Middleboro, a public way. I entered the roadway and observed the vehicle in the left travel lane partially drift into the right travel lane and then return to the left travel lane two times, nearly striking two other motor vehicles. I then activated my emergency blue lights and the vehicle moved into the right travel lane and did not stop. I then activated my siren and followed behind the vehicle for approximately 1 mile before calling the D troop communications center to request a Code 1 "failure to stop." They subsequently gave a Code 1 status over the radio.

    The operator of the vehicle continued in the right travel lane and proceeded to raise his right hand and wave back at me. We continued on in moderate traffic at a speed of approximately 60 mph. As we approached the 7A exit to 24N, the vehicle gave an indication that it would be exiting by moving to the far right but came back to the left and stopped suddenly by the exit on the left side of the 7A sign near the breakdown lane. I also stopped and the operator, later identified as Guiseppe IANTOSCA, immediately exited his vehicle and took an aggressive posture as he walked at a fast rate towards my position. I drew my firearm and gave several verbal commands for IANTOSCA to return to his vehicle. This command was given more than four times and he did not comply. As he approached me, I could smell a mild odor of an alcoholic beverage emanating from his person. He then slowly walked backwards to the vehicle and entered the driver's side. During the stop, IANTOSCA repeatedly spoke incoherently in a low voice.

    I followed him back to the vehicle and he attempted to shut the door. I grabbed the door and kept it open, returned my firearm to its holster, and asked why IANTOSCA did not stop. He did not answer my question. I told him that he was being placed under arrest and ordered him out of his vehicle. He did not comply. I grabbed his left arm and attempted to remove him. IANTOSCA held onto the steering wheel with his right arm, and kicked his legs out towards me in a striking position. I grabbed his left leg and again attempted to remove him and he did not move nor listen to my commands to exit the motor vehicle. He attempted to kick me with his right leg. I then drew my OC spray, told him that I would spray him if he did not comply, and waited for his response. IANTOSCA continued to aggressively resist and I sprayed him twice in the face. I then took his left arm and proceeded to use an arm-bar takedown to get him out of the vehicle. He was resistant throughout this but I was able to get him to the ground. IANTOSCA scrapped his head while being brought to the ground. He sustained this injury and an injury to his right shoulder during this time while I placed him under arrest.

    I put his left hand in a hinge handcuff and Tpr. Candito arrived on scene to assist getting his right arm out from underneath his chest so that he could be fully restrained. Before being restrained, IANTOSCA was continually instructed to place both arms straight out, but he did not comply. Tpr. Santos arrived on scene and went back to his cruiser to get his first aid kit while I stayed with IANTOSCA. Tpr. Long and Sgt. Higginbotham then arrived to assist. Tpr. Santos and I administered first aid for IANTOSCA's facial injury. We also released the handcuff and placed two on him due to his large size.

    Bridgewater Auto was called to tow the vehicle and EMS & Fire arrived on scene. Two EMTs treated IANTOSCA and transported him to Morton Hospital; I contacted the desk officer and followed the ambulance. I waited at the hospital and IANTOSCA underwent a battery of tests and X-rays. Sgt. Meech arrived as the

| Trooper Jason Trask #3518 | Supervisor | ID# |
|---|---|---|

7/5/07   2:31                                                                 Not Submitted

Case 1:04-cr-10029-GAO   Document 279-4   Filed 06/02/2008   Page 9 of 16

MSP Massachusetts State Police
State Police Middleboro
326 West Grove Street
Middleboro, MA 02346
(508) 947-2222

2007-0D4-002388

Patrol Supervisor to evaluate the situation. The doctor cleared IANTOSCA for physical injuries at approximately 22:00 hours, but stated that she would not completely clear him because of mental issues. These were initially diagnosed as an "acute case of Alzheimer's disease with components of paranoia and disorganization." I then contacted Sgt. Nutter, who informed the Duty Lieutenant, and subsequently notified the doctor that IANTOSCA would be receiving a criminal summons so that he could be properly treated for his mental impairment. IANTOSCA stated that he had two sons, David and Joseph, and David resided in Braintree, but Joseph was out-of-state. He wanted a business partner, "Julio," to be contacted in the morning instead of his son. This party was contacted after the name matched a number found in his wallet [(781) 838-0506].

This party was informed that IANTOSCA was at Morton Hospital in Taunton and was being held there due to mental impairment. This friend of the family stated that he would notify next of kin and go directly to the hospital. I then returned to the Middleboro State Police Barracks, filed an immediate threat form, use of force report, and completed all necessary paperwork pertaining to this case. During IANTOSCA's resistance while being handcuffed, I banged my right knee on the pavement. I received treatment while at Morton Hospital and Sgt. Meech was notified of this.

At approximately 01:50 hours on 7/5/07, I received a call from IANTOSCA's son, David IANTOSCA (phone number 781-849-3319, 17 John Paul Cir., Braintree, MA. 02184). David IANTOSCA was notified about the situation and told where his father was being treated. IANTOSCA was mailed Massachusetts Uniform Citation # M5430599 & M5430600 for failure to stop for police, resisting arrest, A&B PO, negligent operation of a motor vehicle, and marked lanes violation. A copy was also sent to David IANTOSCA due to his father's medical condition so that future court notices would not be disregarded.

Oper Jason Trask #3518

/07   2:31

Supervisor                ID#

Not Submitted

# APPEARANCE OF COUNSEL

**Trial Court of Massachusetts**
**District Court Department**

**DOCKET NUMBER:**

| 06 | CR | 2379 |
|---|---|---|
| YEAR* | COURT NUMBER / CASE TYPE** | CASE NUMBER |

*e.g. '93", "94" etc.
**e.g. "CR", "CV" etc.

**COURT NAME AND ADDRESS**

Wareham District Court
2200 Cranberry Highway
W. Wareham, MA 02576

**To the Clerk - Magistrate:**

Please enter my appearance as attorney for **Guisseppe Iantosca** in the above numbered court action.

**ATTORNEY NAME:** Gregory V. Sullivan

**B.B.O. NUMBER (Required):** 486000

**ATTORNEY FIRM:** Malloy + Sullivan, Lawyers Professional Corporation

**TELEPHONE NUMBER:** (781) 749-4141

**STREET ADDRESS:** 59 Water St.

**CITY/TOWN:** Hingham  **STATE:** MA  **ZIP CODE:** 02043

X _[signature]_ Gregory V. Sullivan
SIGNATURE OF ATTORNEY

A TRUE COPY ATTEST
_[signature]_ 11/7/07
CLERK MAGISTRATE
WAREHAM DIVISION
DISTRICT COURT DEPT.

DC-CR-19 (5/94)

| COMPLAINT | DOCKET NUMBER | NO. OF COUNTS | Trial Court of Massachusetts |
| --- | --- | --- | --- |
| [ORIGINAL] | 0760CR002379 | 5 | District Court Department |

| DEFENDANT NAME & ADDRESS | COURT NAME & ADDRESS |
| --- | --- |
| [illegible] Iantosca<br>[illegible] Burkhall Street<br>[WEY]MOUTH, MA 02190 | Wareham District Court<br>2200 Cranberry Highway<br>West Wareham, MA 02576<br>(508)295-8300 |

| DEFENDANT DOB | COMPLAINT ISSUED | DATE OF OFFENSE | ARREST DATE |
| --- | --- | --- | --- |
| 09/12/1932 | 08/23/2007 | 07/04/2007 | |

| OFFENSE CITY / TOWN | OFFENSE ADDRESS | NEXT EVENT DATE & TIME |
| --- | --- | --- |
| Middleborough | | 09/25/2007 8:30 A/M |

| POLICE DEPARTMENT | POLICE INCIDENT NUMBER | NEXT SCHEDULED EVENT |
| --- | --- | --- |
| SP Bourne | 07-0d4-002388 | Arraignment |

| OBTN | | ROOM / SESSION |
| --- | --- | --- |
| CSDH200704874 | | Arraignment Session |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
| --- | --- | --- |
| 1 | 265/13D/A | A&B ON POLICE OFFICER c265 §13D |

On 07/04/2007 did assault and beat Jason Trask, a police officer who was then engaged in the performance of his or her duties, in violation of G.L. c.265, §13D.

PENALTY: house of correction not less than 90 days, not more than 2½ years; or not less than $500, not more than $5000.

| 2 | 268/32B | RESIST ARREST c268 §32B |
| --- | --- | --- |

On 07/04/2007 did knowingly prevent or attempt to prevent a police officer, as defined in G.L. c. 268, §32B(c), who was acting under color of his or her official authority, from effecting an arrest, by: (1) using or threatening to use physical force or violence against the police officer or another; or (2) using some other means which created a substantial risk of causing bodily injury to such police officer or another, in violation of G.L. c. 268, §32B.

PENALTY: jail or house of correction for not more than 2½ years; or not more than $500; or both.

| 3 | 89/4A | MARKED LANES VIOLATION * c89 §4A |
| --- | --- | --- |

NOTE: THIS IS A CIVIL MV INFRACTION, SET FORTH HERE FOR PROCEDURAL PURPOSES ONLY. On 07/04/2007, while operating upon a way that had been divided into lanes: (1) did fail to so drive that his or her vehicle was entirely within a single lane; or (2) did move his or her vehicle from the lane in which he or she was driving without having first ascertained that such movement could be made with safety; or (3) did operate his or her motorcycle abreast of more than one other motorcycle; or (4) did fail to operate his or her motorcycle single file when passing; or (5) did on a motorcycle pass another motor vehicle other than another motorcycle within the same lane, in violation of G.L. c.89, §4A. (CIVIL ASSESSMENT from §5: $100.)

| 4 | 90/24/E | NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a) |
| --- | --- | --- |

On 07/04/2007 did operate a motor vehicle upon a way, as defined in G.L. c.90, §1, or in a place to which the public has a right of access, or in a place to which members of the public have access as invitees or licensees, negligently, so that the lives or safety of the public might be endangered, in violation of G.L. c.90, §24(2)(a).

PENALTY: imprisonment for not less than 2 weeks, not more than 2 years; or not less than $20, not more than $200, plus $250 Head Injury Treatment Services Trust Fund surcharge; or both imprisonment and fine; subsequent offense may not be filed or continued without a finding except upon motion and judge's certificate that such is in the interests of justice; RMV may (and shall unless judge recommends otherwise  revoke license for 60 days or, for subsequent offenses within 3 years, for 1 year, subject to reinstatement after investigation; RMV may revoke registration if defendant is owner or has exclusive control of vehicle.

| 5 | 90/25/D | STOP FOR POLICE, FAIL c90 §25 |
| --- | --- | --- |

On 07/04/2007, while operating or in charge of a motor vehicle, did refuse or neglect to stop when signalled to stop by a police officer who was in uniform or who displayed his or her badge conspicuously on the outside of his or her outer coat or garment, in violation of G.L. c.90, §25.

PENALTY: $100.

| SIGNATURE OF COMPLAINANT<br>X [signature] | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK<br>X [signature] | DATE<br>8/23/07 |
| --- | --- | --- |
| NAME OF COMPLAINANT | A TRUE COPY ATTEST   CLERK-MAGISTRATE/ ASST. CLERK<br>X | A TRUE COPY<br>[signature]<br>CLERK MAGISTRATE<br>WAREHAM DIVISION<br>DISTRICT COURT DEPT. |

Date/Time Printed: 08-23-2007 09:49:22                                              Version 2.0 - 11/06

| APPEARANCE OF COUNSEL | Trial Court of Massachusetts<br>District Court Department  |
|---|---|
| **DOCKET NUMBER:**<br><br>07 / 760 / CR / 2379<br>YEAR* / COURT NUMBER / CASE TYPE** / CASE NUMBER<br><br>*e.g. '93", "94" etc.<br>**e.g. "CR", "CV" etc. | **COURT NAME AND ADDRESS**<br><br>Wareham District Court<br>2200 Cranberry Highway<br>W. Wareham, MA 02576 |

**To the Clerk - Magistrate:**

Please enter my appearance as attorney for __GIUSEPPE IANTOSCA__ in the above numbered court action.

| ATTORNEY NAME<br>DAVID M. ROGERS | B.B.O. NUMBER (Required)<br>654908 |
|---|---|
| ATTORNEY FIRM<br>MALLOY & SULLIVAN | TELEPHONE NUMBER<br>(781) 749-4141 |
| STREET ADDRESS<br>59 WATER ST. | |
| CITY/TOWN<br>HINGHAM | STATE: MA    ZIP CODE: 02043 |

X _[signature]_
SIGNATURE OF ATTORNEY

9/25/07
A TRUE COPY ATTEST

_[signature]_
CLERK MAGISTRATE
WAREHAM DIVISION
DISTRICT COURT DEPT.

DC-CR-19 (5/94)

| | TENDER OF PLEA OR ADMISSION & WAIVER OF RIGHTS | DOCKET NO. 0760CR2379 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| | NAME OF DEFENDANT: Giuseppe Iantosca | | COURT DIVISION: Wareham District Court, 2200 Cranberry Highway, W. Wareham, MA 02576 |

## SECTION I — CONDITIONAL TENDER OF PLEA OR ADMISSION

Defendant tenders the following:  ☐ PLEA OF GUILTY   ☐ ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY

| COUNT NO. | DEFENDANT'S RECOMMENDATION(s) (Include all fees, costs and conditions of probation) | PROSECUTOR'S RECOMMENDATION(s) (Required when Prosecutor disagrees with Defendant's recommendations) | JUDGE'S DISPOSITION WHEN DEFENDANT'S RECOMMENDATION IS REJECTED |
|---|---|---|---|
| 1 | Dism. | PTP 6 Months | |
| 2 | Dism. | Dism | |
| 3 | Dism. | Dism | |
| 4 | Dism. | PTP 6 Months | |
| 5 | Dism. | Dism | |

DIST. / MUN. CTS. R. CRIM. P. 4(c) REQUIRES COUNSEL TO CONSULT WITH THE PROBATION DEPARTMENT REGARDING PROBATIONARY TERMS.

SIGNATURE OF DEFENSE COUNSEL OR PRO SE DEFENDANT: X /s/ S.V.   DATE: 11/7/07
SIGNATURE OF PROSECUTOR: X /s/   DATE: 11/7/07

THE COURT ☐ ACCEPTS DEFENDANT'S TENDER   ☒ REJECTS DEFENDANT'S TENDER
SIGNATURE OF JUDGE: X /s/ Bruce F. Kelley   DATE: 11/7/07

DEFENDANT'S DECISION WHEN COURT REJECTS DEFENDANT'S RECOMMENDATION
☐ Defendant WITHDRAWS the tendered plea or admission.   ☐ Defendant ACCEPTS judge's disposition set forth above.

SIGNATURE OF DEFENSE COUNSEL: X   DATE:
SIGNATURE OF DEFENDANT: X   DATE:

DC-CR 22 (8/06)

# MASSACHUSETTS UNIFORM CITATION

RMV COPY (IF CIVIL) OR COURT COPY (IF CRIM.)

| | | |
|---|---|---|
| DATE HAND-WRITTEN | M D 4 0 M | |
| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | S1968386B | AGENCY CODE: SPM / OFFICER I.D. NUMBER: 3518 / COURT CODE: 60 |
| VIOLATOR NAME (Last): IANTOSCA (First): GIUSEPPE (Initial): W |
| ADDRESS: 200 W. Beach Hall | CITY/TOWN: Weymouth | STATE: MA | ZIP: 02188 |
| CDL VEHICLE: NO | CLASS: D | OPER/OWNER: OPER | CDL LICENSE: NO | SEX: M | RACE: W | DATE OF BIRTH: 09/23/32 |
| PLATE TYPE: PAN | MOTOR VEHICLE REGISTRATION NO.: 8914FW | STATE: MA | HAZARDOUS MATERIAL: NO | MAKE AND TYPE: MERC MARQUIS 4DR | YEAR: 05 | COLOR: GRY | NON-INV/INV: NO | MV SEARCH: NO |
| DATE OF OFFENSE: 10-25-07 | LOCATION OF OFFENSE: Rte 145 NB Middleboro | TIME OF OFFENSE: 1550 PM | ACCIDENT: NO |
| CHAP/SEC/SUB: 90-25-D | DESCRIPTION: Stop for Police, fail | | |
| CHAP/SEC/SUB: 268-32B | DESCRIPTION: Resist Arrest | CRIM | |
| CHAP/SEC/SUB: 265-13D-A | DESCRIPTION: A&B on PO | CRIM | |

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE

| D. SPEEDING 90/17 / 90/18 | CIVIL | MPH IN A ___ | MPH ZONE | POSTED / NOT POSTED | CLOCKED / RADAR / LIDAR / ESTIMATED | ASSESSMENT $ | JUDGMENT: DF | JUDGMENT DATE: 11/07/07 | COMMENT: PD |

OFFICER CHECK ONE ONLY:
- [ ] ALL CIVIL INFRACTIONS (See instruction A on back)
- [X] CRIMINAL APPLICATION (See instruction B on back)
- [ ] ARREST
- [ ] WARNING (No action required by violator)

OFFICER CERTIFIES: [X] IN HAND TO VIOL / [ ] MAILED TO VIOL / [ ] IN HAND TO VIOLATOR'S AGENT

VIOLATOR/AGENT ACKNOWLEDGES RECEIPT OF CITATION: X Jos. Masi

TOTAL DUE $ ___

AGENT NAME ___ AGENT'S LICENSE NUMBER & STATE ___

COURT ADDRESS: WAREHAM DC / 60

DOCKET NUMBER: 0760CR379

M 5430599  1 of 3

## Wareham Division
## District Court Department
## Pre-Trial Orders of the Court

1. ☐ Conditions of Release (Ch 276 sec 58A)

2. ☐ Conditions of Release (Ch 276 sec 42A)

3. ☐ Pre-Trial Probation (Ch 276 sec 87)
   ☑ Pre-Trial Probation (dispositional)

Joseph Tantosca
Defendant

Date: 11-7-07

PCF: 1071508

Docket #'s: 0760CR2379

Complaints: A&B on Police Officer, Neg Op of MV

PTP 5-7-08

## Pre-Trial Conditions

1. You must obey all local, state and federal laws.
2. You must appear in court as scheduled unless otherwise excused by the Court
3. You must obey the following **Special Pre-Trial Conditions**.

Cannot Drive Motor Vehicle

I have read and understand the Conditions listed above and agree to obey them. I also understand that my failure to obey these Conditions, may result in this case being returned to Court for further review and/or returned to the trial list.

Judge's Signature

Defendant's Signature: Joseph Tantosca

Probation Officer's Signature

☑ Original to Defendant
☑ Copy to DA
☑ Copy to Clerk
☑ Copy to Probation

Assigned to Probation Officer ____

# The Commonwealth of Massachusetts

## Registry of Motor Vehicles
### 1135 Tremont Street, Boston 02120

**Request for Immediate Threat License Suspension / Revocation**

---

**Please Mail Immediately or FAX to (617) 351-9219**

---

TO: The Registry of Motor Vehicles
1135 Tremont Street
Boston, MA 02120
Attn: Suspensions Department / Immediate Threats

Date of Request: 7/5/07

Date of Incident: 7/4/07

Operator: IANTOSCA, GIUSEPPE   Lic #: S19683868   DOB: 9/12/32

Address: 200 W. Berch Hall   City / State: Weymouth

Incident Location: Rte 495 NB   City / State: Raynham, MA

We believe that the above licensed operator has committed a violation of the motor vehicle laws of nature that would give you reason to believe that his/her continued operation will be so seriously improper as to constitute him/her an immediate threat to the public safety.

The following incident(s), event(s), or circumstance(s) have led us to this belief. (Include a summary of facts even if additional information is attached).

IANTOSCA observed negligently operating his motor vehicle, Failure to stop for police, resisted arrest, etc (all charges listed in report attached). Medically diagnosed with an acute case of "Alzheimer's disease with components of paranoia and disorganization." Doctor also stated he should not be allowed to operate a motor vehicle.

After reviewing the above facts we would ask you to take whatever action you deem appropriate.

Signed under the penalties of perjury this  5  Day of  July  2007 ,           .

_Lt. John Gulch #0240_
Signature of Police Chief or Authorized Person

_Tpr. Jason Trask #3518_
Signature/Title of Police Officer filing the request

Department (please print): Massachusetts State Police   Officer's Name: Tpr. Jason Trask #3518

(Please attach copies of all documentation to support this request).   Form # 20385   Form Date 10/01/94