UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION CONCERNING VENUE**

The parties hereby stipulate and agree as follows:

1. Venue is proper in the District of Massachusetts on all of the mail fraud counts (Counts 15-19) and two of the wire fraud counts (Counts 3 and 14).

2. The wires alleged in Counts 1-2 and 5-13 were initiated in Massachusetts.

3. The wires alleged in Counts 4-13 of the Indictment cleared through the Federal Reserve Bank in Boston, Massachusetts.

4. The wires alleged in Counts 1- 2 and 4-13 terminated in banks in either Pennsylvania or New York.

5. Government Exhibits 214-219, and 221-225 are wire transfer records that relate to the wires alleged in Counts 1-2, and 4-13, and are admissible in evidence.

6. Government Exhibit 226 is admissible in evidence.

|  |  |
|---|---|
|  | MICHAEL J. SULLIVAN |
|  | United States Attorney |
| /s/ A. John Pappalardo | /s/ Jonathan F. Mitchell |
| A. John Pappalardo | JONATHAN F. MITCHELL |
| Counsel for Daniel E. Carpenter | JACK PIROZZOLO |
|  | Assistant U.S. Attorneys |

BOS 46,367,631v1 6-11-08