# EXHIBIT C

Benistar5-18.txt

1

```
 1              COMMONWEALTH OF MASSACHUSETTS

 2     SUFFOLK ss          SUPERIOR COURT DEPARTMENT
                           OF THE TRIAL COURT
 3                         CIVIL ACTION 02-00116

 4     ****************************************************
       CAHALY, ET AL. PLAINTIFF,
 5
       V.
 6
       BENISTAR PROPERTY EXHANGE TRUST ET AL. DEFENDANTS
 7
       ****************************************************
 8

 9                         HEARING

10              TRANSCRIPT OF PROCEEDINGS

11
                           BEFORE: Botsford, J.
12                         DATE:   May 18, 2004

13
       APPEARANCES --
14

15

16                 Kathleen M. Rael

17                 Official Court Reporter

18

19

20                         INDEX

21                                              PAGE

22     NOVEMBER 15, 2002 PROCEEDINGS            3

23
       WITNESSES
24     ████████████
```

0  2

1
2
3

Page 1

GOV 30524

Benistar5-18.txt

11   going to start with Mr. Levine. Plaintiffs are
12   going to start with Mr. Paley and Patterson.
13   Then we will each do our respective
14   cross-examination.
15        MR. NYSTROM: Well, Your Honor, we actually
16   have discussed this since the order was changed.
17   You know, obviously, we thought we were presenting
18   our case first. I'm prepared to go forward with
19   Mr. Levine. I'm not sure what Mr. Snyder could
20   offer before the plaintiffs have offered any
21   evidence.
22        THE COURT: Well, I wasn't party to your
23   discussion, so I'm having two different views of
24   what --

10

1         MR. NYSTROM: Well, it was absolutely true
2    that we were anticipating putting on Mr. Paley and
3    Patterson first, and then I called Mr. Snyder
4    today, what do you want to do with Mr. Levine.
5    Since we hadn't put in anybody first, I was
6    expecting to go first with Mr. Levine.
7         THE COURT: Why don't we let Mr. Snyder go
8    ahead. Then you can do it on cross.
9         MR. NYSTROM: Okay. Fine.
10             GERALD LEVINE,
11        (after having been first duly sworn, was
12        examined and testified as follows:
13             DIRECT EXAMINATION
14   BY MR. SNYDER:
15   Q    Mr. Levine, would you state your full name?

Page 8

GOV 30531

Benistar5-18.txt

1 never covered in the real estate course book that
2 wasn't accurate either, was it?
3 A   Not --
4 Q   That's a yes or no question.
5 A   Not everything that is in the book is covered by
6 the instructors, nor is everything that --
7 Q   Listen to my question --
8       MR. SNYDER: Your Honor, if the witness might
9 be allowed to complete his answer before he's
10 interrupted by counsel.
11       THE COURT: Okay. The question was -- let me
12 just ask it.
13 Q   Your testimony --
14       THE COURT: Mr. Levine, do you have --
15 currently do you have any knowledge whether any
16 book that may have been in the course that you
17 took covered Section 1031 exchanges or didn't
18 cover section 1031 exchanges.
19       THE WITNESS: I have no knowledge of that,
20 Your Honor.
21 Q   You still have the book?
22 A   No.
23 Q   You threw it away?
24 A   My license is no longer valid.

0   31

1 Q   Did you throw the book away?
2 A   Yes.
3 Q   Now, you have read Mr. Patterson's affidavit, is
4 that correct?
5 A   Yes.

Page 25

GOV 30548

Benistar5-18.txt

```
 6    Q    Hand you a copy of Mr. Paterson's affidavit.
 7              MR. NYSTROM: It's already in the record,
 8    Your Honor. I'm not sure we need to mark it as
 9    another exhibit.
10              THE COURT: Since we've been marking
11    Mr. Levine's, why don't we mark it.
12              MR. NYSTROM: Okay. This is a copy that does
13    not have the attachments on it. It's just the
14    written section of the affidavit.
15              THE COURT: Okay.
16              MR. SNYDER: I might have a moment, Your
17    Honor, to look at my copy?
18              THE COURT: Sure. So it's the three page
19    affidavit; is that right.
20              MR. NYSTROM: So if we're going to mark it
21    let's mark it as Exhibit 30.
22              THE COURT: Thirty. Okay.
23              MR. NYSTROM: Should I hand Mr. Levine's copy
24    to you? Excuse me.
```

32

```
 1              (Exhibit 30, marked.)
 2    Q    How many times have you read the --
 3    Mr. Patterson's affidavit?
 4    A    Two or three times.
 5    Q    When's the last time you read it?
 6    A    Last night.
 7    Q    I'd like you to read to yourself, please,
 8    paragraphs 10 and 11 of the affidavit, please.
 9    Have you read paragraphs 10 and 11 completely?
10    A    Yes.
```

Page 26

GOV 30549

```
                        Benistar5-18.txt
 11     Q    Do you understand all the words in paragraph 10
 12          and 11?
 13     A    Yes.
 14     Q    Do you deny that the conversation with
 15          Mr. Patterson that's referenced in paragraphs 10
 16          and 11 took place?
 17     A    Yes.
 18     Q    Do you deny speaking with Mr. Patterson at all on
 19          October 21 or October 22, 1998?
 20     A    I have no recollection.
 21     Q    Do you deny speaking with him?
 22     A    I have no recollection.
 23     Q    Now, Mr. Levine, have you seen the phone and fax
 24          records produced by Mr. Patterson?
0 33

  1     A    No.
  2               THE COURT:  You mean the ones that were
  3          attached to the affidavit or otherwise?
  4               MR. NYSTROM:  No.  These are his phone
  5          records, Your Honor.
  6               Your Honor, I'm going to offer these as an
  7          exhibit, obviously subject to Mr. Patterson
  8          testifying and authenticating these as his phone
  9          records, because of the reversal of the orders.
 10          This is something that would have come in orally.
 11          I'd like this marked as Exhibit 31, please.
 12               MR. SNYDER:  We need another copy back here.
 13          It's a crowded table.
 14               THE COURT:  Were these -- have these been
 15          distributed before?
 16               MR. NYSTROM:  Oh, yeah.  Yeah.
                             Page 27
```