# EXHIBIT F

 **Sprint.** 9793

**DAVID PATTERSON & TIMOTHY LOFF**
**1087 BEACON ST. STE. 201**
**NEWTON, MA 02159-0000**

Page: 1
Billing Period Ending: 11/04/98
Invoice Date: 11/06/98
Customer Number: 

*Redacted*

## Summary of Charges

| Balance Forward | Account Adjustments | SPRINT Charges | Taxes and Regulatory Rel. Charges | Current Total | Amount Due By 11/28/98 |
|---|---|---|---|---|---|
| -$57.31 | $.00 | $59.76 | $7.79 | $67.55 | $10.24 |

### Important Information from Sprint:



Customers are responsible for ensuring the Year 2000 compliance of their telecom equipment. Contact your equipment vendors to determine the Year 2000 compliance of your equipment and arrange any necessary upgrades/replacements.



Want to dial fast and hands free? Sprint Directory assistance now gives callers the opportunity to automatically complete long distance calls by dialing "1". Additional cost per call is only $.50.



Celebrate Thanksgiving on November 26 with 1-800-SEND-FTD. Save 10% sending flowers, plants or gourmet gifts to anyone. Call 1-800-SEND-FTD anytime! Ask for Dept. 4307. FTD delivers worldwide. 100% satisfaction guaranteed.

If you have any questions about your invoice please call Customer Service at 1-800-877-4020, or visit www.sprint.com.





DEFENDANT'S EXHIBIT 402

Patterson 0018

 **Sprint**

## 9794

**DAVID PATTERSON & TIMOTHY LOFF**
**COMBINED SERVICES**

Page: 2
Billing Period Ending: 11/04/98
Customer Number: ~~Redacted~~

## Account Summary

### BALANCE FORWARD

| Description | Date | Amount |
|---|---|---|
| Previous Balance | | $95.42 |
| Payment Received – Thank You | 10/06/98 | -57.31 |
| Payment Received – Thank You | 11/04/98 | -95.42 |
| BALANCE FORWARD | | -$57.31 |

### MULTIPLE ACCOUNT SUMMARY

| Account | Charges | Taxes/Reg | Total |
|---|---|---|---|
| DAVID PATTERSON & TIMOTHY LOFF | | | |
| BUSINESS SENSE DIAL-1 | | | |
| 178059103 | $59.76 | $7.79 | $67.55 |
| CURRENT TOTAL | $59.76 | $7.79 | $67.55 |
| TOTAL AMOUNT DUE BY 11/28/98 | | | $10.24 |

## 9795

**DAVID PATTERSON & TIMOTHY LOFF**
**BUSINESS SENSE DIAL-1**
Account #: ~redacted~

Page: 3
Billing Period Ending: 11/04/98
Customer Number: Redacted

### Account Detail

**SPRINT CHARGES**

**BUSINESS SENSE DIAL-1**

| | Calls | Minutes | Amount |
|---|---|---|---|
| In-State | 6 | 7.6 | $1.22 |
| State-to-State | 46 | 184.4 | 38.74 |
| Dir Asst | 3 | 3.0 | 3.30 |
| SUBTOTAL ITEMIZED CALLS | 55 | 195.0 | $43.26 |

**LONG DISTANCE MONTHLY CHARGES**

| | Amount |
|---|---|
| PRESUBSCRIBED LINE CHG | $16.50 |
| TOTAL SPRINT CHARGES | $59.76 |
| CURRENT MONTH SUBTOTAL | $59.76 |

**TAXES/REG. RELATED CHGS.**

| | |
|---|---|
| STATE SALES TAX | $3.08 |
| CARRIER UNIVERSAL SVC CHG | 2.83 |
| FEDERAL EXCISE TAX | 1.88 |
| TOTAL TAXES/REG. RELATED CHGS. | $7.79 |

| | |
|---|---|
| **CURRENT TOTAL - ACCOUNT # 178059103** | **$67.55** |

### Itemization of Calls

**ORIGINATING NUMBER: 617 332-4601**

| Nbr | Date | Time | • | Called Location | | Called Nbr | Minutes | Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/07/98 | 10:08 AM | D | SPRINGFLD | MA | 413 736-6785 | 1.6 | $.26 |
| 2 | 10/14/98 | 11:28 AM | D | SPRINGFLD | MA | 413 731-7742 | 1.8 | .29 |
| 3 | 10/15/98 | 4:24 PM | D | HARTFORD | CT | 860 665-3674 | .4 | .08 |
| 4 | 10/15/98 | 4:25 PM | D | HARTFORD | CT | 860 665-3674 | 1.1 | .23 |
| 5 | 10/16/98 | 11:43 AM | D | SPRINGFLD | MA | 413 731-7742 | 1.7 | .27 |
| 6 | 10/19/98 | 5:06 PM | E | HARTFORD | CT | 860 665-3674 | .5 | .11 |
| 7 | 10/20/98 | 9:27 AM | D | SPRINGFLD | MA | 413 731-7742 | 1.3 | .21 |
| 8 | 10/20/98 | 9:37 AM | D | HARTFORD | CT | 860 665-3674 | 9.7 | 2.04 |
| 9 | 10/20/98 | 4:17 PM | D | SPRINGFLD | MA | 413 736-6785 | .3 | .05 |
| 10 | 10/22/98 | 8:55 AM | D | SPRINGFLD | MA | 413 731-7742 | .9 | .14 |
| 11 | 10/23/98 | 2:06 PM | D | BELLEVUE | WA | 425 635-7200 | .5 | .11 |
| 12 | 10/23/98 | 2:32 PM | D | BELLEVUE | WA | 425 635-7200 | 8.8 | 1.85 |
| 13 | 10/28/98 | 10:21 AM | D | DIR ASST | IL | 312 555-1212 | 1.0 | 1.10 |
| 14 | 10/29/98 | 4:45 PM | D | TRUMBULL | CT | 203 268-0030 | 7.0 | 1.47 |

**TOTAL FOR 617 332-4601**  36.6  $8.21

**ORIGINATING NUMBER: 617 332-5905**

| Nbr | Date | Time | • | Called Location | | Called Nbr | Minutes | Charges |
|---|---|---|---|---|---|---|---|---|
| 15 | 10/05/98 | 9:12 AM | D | PROVIDENCE | RI | 401 273-7171 | 2.0 | $.42 |
| 16 | 10/06/98 | 3:04 PM | D | DIR ASST | NY | 212 555-1212 | 1.0 | 1.10 |
| 17 | 10/06/98 | 3:04 PM | D | NEW YORK | NY | 212 838-7800 | 1.0 | .21 |
| 18 | 10/08/98 | 1:17 PM | D | DIR ASST | NH | 603 555-1212 | 1.0 | 1.10 |
| 19 | 10/13/98 | 5:22 PM | E | MORAN | WY | 307 543-3100 | .3 | .06 |
| 20 | 10/13/98 | 5:22 PM | E | MORAN | WY | 307 543-2811 | 3.8 | .80 |
| 21 | 10/14/98 | 1:02 PM | D | LOGAN | UT | 435 755-8398 | 10.3 | 2.16 |
| 22 | 10/15/98 | 2:38 PM | D | PHILA | PA | 215 888-2850 | 34.6 | 7.27 |
| 23 | 10/19/98 | 11:30 AM | D | PROVIDENCE | RI | 401 273-7171 | .8 | .17 |
| 24 | 10/19/98 | 12:42 PM | D | LOGAN | UT | 435 755-8398 | 23.7 | 4.98 |
| 25 | 10/20/98 | 10:00 AM | D | PROVIDENCE | RI | 401 273-7171 | 1.6 | .34 |
| 26 | 10/21/98 | 3:42 PM | D | SIMSBURY | CT | 860 408-7005 | .3 | .06 |

*If you have any questions, please call Customer Service at 1-800-877-4020, or visit us at http://www.sprint.com.*

 **Sprint.**                    9796

**DAVID PATTERSON & TIMOTHY LOFF**                                    Page: 4
**BUSINESS SENSE~~DIME~~-1**                        Billing Period Ending: 11/04/98
Account #: ~~Redacted~~                                  Customer Number: ~~Redacted~~

### Itemization of Calls

**ORIGINATING NUMBER: 617 332-5905**

| Nbr | Date | Time | * | Called Location | | Called Nbr | Minutes | Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/22/98 | 10:22 AM | D | NEW YORK | NY | 212 415-7486 | 10.5 | $2.21 |
| 2 | 10/23/98 | 3:23 PM | D | LOGAN | UT | 435 755-8398 | 2.2 | .46 |
| 3 | 10/26/98 | 3:42 PM | D | CHESTER | NH | 603 887-5863 | 1.8 | .38 |
| 4 | 10/27/98 | 3:38 PM | D | BALTIMORE | MD | 410 237-5672 | .4 | .08 |
| 5 | 10/28/98 | 3:15 PM | D | BALTIMORE | MD | 410 237-5672 | .4 | .08 |
| 6 | 10/29/98 | 9:33 AM | D | PHILA | PA | 215 553-3025 | .4 | .08 |
| 7 | 11/02/98 | 3:01 PM | D | BALTIMORE | MD | 410 237-5672 | 9.1 | 1.91 |
| 8 | 11/02/98 | 3:25 PM | D | PHILA | PA | 215 553-3025 | .3 | .06 |
| 9 | 11/02/98 | 3:59 PM | D | BEVERLYHLS | CA | 310 659-3830 | .4 | .08 |
| 10 | 11/03/98 | 10:42 AM | D | PHILA | PA | 215 553-3025 | .7 | .15 |

**TOTAL FOR 617 332-5905**                                          106.6    $24.16

**ORIGINATING NUMBER: 617 332-6671**

| Nbr | Date | Time | * | Called Location | | Called Nbr | Minutes | Charges |
|---|---|---|---|---|---|---|---|---|
| 11 | 10/05/98 | 11:39 AM | D | ALAMEDA | CA | 510 814-8607 | .9 | $.19 |
| 12 | 10/06/98 | 9:38 AM | D | PUTNAM | CT | 860 928-2255 | 1.8 | .38 |
| 13 | 10/06/98 | 12:38 PM | D | CHESTERFLD | MO | 314 530-3688 | 1.7 | .36 |
| 14 | 10/21/98 | 12:18 PM | D | SIMSBURY | CT | 860 408-7005 | 3.2 | .67 |
| 15 | 10/22/98 | 9:51 AM | D | SIMSBURY | CT | 860 408-7025 | 1.9 | .40 |
| 16 | 10/23/98 | 10:07 AM | D | SIMSBURY | CT | 860 408-7025 | 1.1 | .23 |
| 17 | 10/23/98 | 10:25 AM | D | SIMSBURY | CT | 860 408-7005 | 13.1 | 2.75 |
| 18 | 10/23/98 | 11:15 AM | D | SIMSBURY | CT | 860 408-7005 | 1.5 | .32 |
| 19 | 10/23/98 | 12:42 PM | D | SIMSBURY | CT | 860 408-7005 | 5.6 | 1.18 |
| 20 | 10/23/98 | 12:51 PM | D | SIMSBURY | CT | 860 408-7005 | .9 | .19 |
| 21 | 10/23/98 | 1:18 PM | D | SIMSBURY | CT | 860 408-7005 | 1.1 | .23 |
| 22 | 10/23/98 | 2:47 PM | D | NEW YORK | NY | 212 415-7934 | 6.4 | 1.34 |
| 23 | 10/26/98 | 1:29 PM | D | CHESTERFLD | MO | 314 530-3688 | 1.6 | .34 |
| 24 | 11/03/98 | 11:11 AM | D | DALLAS | TX | 214 571-2329 | 1.9 | .40 |
| 25 | 11/03/98 | 4:02 PM | D | TULSA | OK | 918 562-3398 | .8 | .17 |
| 26 | 11/04/98 | 3:45 PM | D | PHILA | PA | 215 553-2141 | 4.4 | .92 |

**TOTAL FOR 617 332-6671**                                          47.9    $10.07

**ORIGINATING NUMBER: 617 332-7021**

| Nbr | Date | Time | * | Called Location | | Called Nbr | Minutes | Charges |
|---|---|---|---|---|---|---|---|---|
| 27 | 10/28/98 | 10:22 AM | D | CHICAGO | IL | 773 866-6000 | 1.6 | $.34 |

**TOTAL FOR 617 332-7021**                                          1.6    $.34

**ORIGINATING NUMBER: 617 332-7045**

| Nbr | Date | Time | * | Called Location | | Called Nbr | Minutes | Charges |
|---|---|---|---|---|---|---|---|---|
| 28 | 10/15/98 | 10:08 AM | D | PHILA | PA | 215 988-2950 | .4 | $.08 |
| 29 | 10/26/98 | 3:26 PM | D | PROVIDENCE | RI | 401 273-7171 | 1.9 | .40 |

**TOTAL FOR 617 332-7045**                                          2.3    $.48

**TOTAL ITEMIZATION OF CALLS - ACCOUNT # 178059103**              195.0    $43.26

\* = The rate in effect at the beginning of the call.
For a description of rate periods, please see terms and conditions.