# EXHIBIT G

10/22/1998 10:47    2124157934    MERRILL LYNCH    PAGE 01

## MERRILL LYNCH FAX

**Merrill Lynch**

Gerald R. Levine
Financial Consultant

Private Client Group

Fifth Avenue Financial Center
717 Fifth Avenue
6th Floor
New York, New York 10022
212 415 7486
212 415 7910
800 999 6371
FAX 212 415 7934

TO: DAVID D. PATTERSON

AT: _____

PHONE: 617-332-7045

FAX: 617-332-6671

TOTAL PAGES WITH COVER SHEET: 3

COMMENTS: NOTE ITEM #2 - PAGE 11.
NOTE BLOCK ON PAGE 12 FOR CORPORATE SIGNATURES.
    IF YOU WANT TO DESIGNATE SOMEONE TO SIGN AS A BENISTAR PROPERTY EXCHANGE OFFICER HAVE THEM SIGN ON LEFT SIDE OF PAGE, DAN WILL SIGN AS SECRETARY. IF NOT, DAN WILL SIGN IN BOTH PLACES. IT'S YOUR CALL.

CONFIDENTIALITY NOTE: This fax contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of the fax is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any retention, dissemination or copying of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and return the original fax to us at the above address via the United States Postal Service. Thank you.



Jerry

EX. E


DEFENDANT'S EXHIBIT 408

### WCMA® Master Financial℠ Service
### WCMA® SubAccount℠ Authorization Form

1. To enroll in the WCMA Master Financial Service, the Customer must already have an existing WCMA account, or if the Customer does not have an existing WCMA account, the Customer must establish a WCMA account to act as the master WCMA account.
2. All WCMA SubAccounts must have the same Tax ID Number (TIN) or be a controlled subsidiary of the Customer and have the same statement mailing address.
3. WCMA SubAccounts are eligible to participate in the WCMA Funds Transfer Service (FTS). If the Customer would like to enroll this WCMA SubAccount in the FTS service, the Customer must complete a separate FTS enrollment form.
4. The WCMA Master Financial Service does not permit WCMA SubAccounts to have Visa® or check-writing privileges.
5. If the box below is checked, the Customer agrees to pay the WCMA SubAccount annual fee for this and, if applicable, all of the Customer's additional WCMA SubAccounts.

   ☐ Charge Master WCMA account for all WCMA SubAccount annual fees.

*Master WCMA Account Information:*

WCMA Account Number: ☐☐☐ - ☐☐☐☐☐

Tax ID Number: _____

Master WCMA Account Title: _____

Statement Mailing Address: _____

*WCMA SubAccount Enrollment Information:*

THE CUSTOMER HAS THE OPTION OF NAMING WCMA SUBACCOUNTS TO REFLECT THE PURPOSE FOR WHICH THE ACCOUNT WILL BE USED. PROVIDE THE LEGAL NAME AND TAX ID NUMBER OF THE WCMA SUBACCOUNT HOLDER IF DIFFERENT FROM THE MASTER WCMA ACCOUNT.

| Example: | WCMA SubAccount Title: | XZY Company |
|          | WCMA SubAccount Designation: | Operating Account |

WCMA SubAccount Title: _____
WCMA SubAccount Designation: _____
(e.g. Operating Account, Long-Term Investments Account, Tax Payments Account.)
Tax ID Number: _____
Principal Business Mailing Address if different from the Master WCMA Account: _____

PRIMARY MONEY-ACCOUNT SELECTION:

Please designate the Customer's Primary Money Account by marking the number "1" in the appropriate box below. (The Customer also may designate the remaining money-market accounts in the order in which they wish money-account balances to be automatically accessed.)

☐ CMA Money Fund    ☐ CMA Tax-Exempt Fund    ☐ CMA Government Securities Fund    ☐ CMA Treasury Fund

☐ Insured Savings Account℠ (ISA®)    ☐ CMA Municipal Money Fund (circle one) AZ  NJ  CA  NY  CT  NC  MA  OH  MJ  PA

*Investor CreditLine Service:*

Check here ☐ if the Customer agrees to establish the WCMA SubAccount with the Investor CreditLine Service (margin).

11

10/22/1998  10:47    2124157934          MERRILL LYNCH                    PAGE  03

**WCMA® Master Financial℠ Service**
**WCMA® SubAccount℠ Authorization Form**

Customer represents and warrants that the opening of this WCMA SubAccount pursuant to this WCMA SubAccount Authorization Form has been duly authorized on behalf of Customer either by the original authorizing document provided to MLPF&S or by subsequent authorizing action of Customer. If the WCMA SubAccount is for a controlled subsidiary, the appropriate WCMA Account Authorization Form (e.g., Corporate, Limited Liability Company, Partnerships) must be provided as well as the IRS Form W-9.

CUSTOMER ACKNOWLEDGES (I) THAT IT HAS RECEIVED AND READ A COPY OF THE WCMA ACCOUNT AGREEMENT (II) THAT, IF THE WCMA SUBACCOUNT IS BEING ESTABLISHED WITH THE INVESTOR CREDITLINE SERVICE, CERTAIN OF CUSTOMER'S SECURITIES MAY BE LOANED TO MLPF&S OR LOANED TO OTHERS, AND (III) THAT THE CUSTOMER IS AGREEING IN ADVANCE TO ARBITRATE ANY CONTROVERSIES THAT MAY ARISE WITH MLPF&S IN ACCORDANCE WITH PARAGRAPH 16 ON PAGE 9, WHICH MAY BE FOUND IN THE WORKING CAPITAL MANAGEMENT ACCOUNT AGREEMENT/PROGRAM DESCRIPTION BOOKLET PROVIDED TO YOU BY YOUR FINANCIAL CONSULTANT.

Date: _____

If Sole Proprietor, sign here:
_____

If a Corporation, Chairman, President or Vice President and Secretary sign here:

(Affix Corporate Seal Here)

Signature: _____
Name: _____
Title: _____

Signature: _____
Name: _____
Title: _____Secretary_____

If a Partnership, all GENERAL partners must sign here:
If a Limited Liability Company, all Members or all Managers must sign as appropriate:

Name: _____    Signature: _____
Name: _____    Signature: _____
Name: _____    Signature: _____
Name: _____    Signature: _____

*Merrill Lynch Office Use Only*

_____
WCMA SubAccount Number

_____
Financial Consultant

_____
Financial Consultant Number

12                                                          Code 940-1197