UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10029-GAO

UNITED STATES OF AMERICA

v.

DANIEL CARPENTER

<u>JURY VERDICT FORM</u>

O'TOOLE, D.J.

As to **COUNT 1** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY         \_\_✓\_\_ GUILTY


As to **COUNT 2** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY         \_\_✓\_\_ GUILTY


As to **COUNT 3** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY         \_\_✓\_\_ GUILTY


As to **COUNT 4** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY         \_\_✓\_\_ GUILTY


As to **COUNT 5** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY         \_\_✓\_\_ GUILTY

As to **COUNT 6** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY      \_\_✓\_\_ GUILTY

As to **COUNT 7** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY      \_\_✓\_\_ GUILTY

As to **COUNT 8** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY      \_\_✓\_\_ GUILTY

As to **COUNT 9** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY      \_\_✓\_\_ GUILTY

As to **COUNT 10** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY      \_\_✓\_\_ GUILTY

As to **COUNT 11** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY       \_\_✓\_\_ GUILTY

As to **COUNT 12** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY       \_\_✓\_\_ GUILTY

As to **COUNT 13** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY       \_\_✓\_\_ GUILTY

As to **COUNT 14** of the indictment, charging the defendant, Daniel Carpenter, with wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, find the defendant

_____ NOT GUILTY       \_\_✓\_\_ GUILTY

As to **COUNT 15** of the indictment, charging the defendant, Daniel Carpenter, with mail fraud, in violation of 18 U.S.C. § 1341, we, the jury, find the defendant

_____ NOT GUILTY       \_\_✓\_\_ GUILTY

As to **COUNT 16** of the indictment, charging the defendant, Daniel Carpenter, with mail fraud, in violation of 18 U.S.C. § 1341, we, the jury, find the defendant

_____ NOT GUILTY        \_\_✓\_\_ GUILTY

As to **COUNT 17** of the indictment, charging the defendant, Daniel Carpenter, with mail fraud, in violation of 18 U.S.C. § 1341, we, the jury, find the defendant

_____ NOT GUILTY        \_\_✓\_\_ GUILTY

As to **COUNT 18** of the indictment, charging the defendant, Daniel Carpenter, with mail fraud, in violation of 18 U.S.C. § 1341, we, the jury, find the defendant

_____ NOT GUILTY        \_\_✓\_\_ GUILTY

As to **COUNT 19** of the indictment, charging the defendant, Daniel Carpenter, with mail fraud, in violation of 18 U.S.C. § 1341, we, the jury, find the defendant

_____ NOT GUILTY        \_\_✓\_\_ GUILTY

The foregoing represents the unanimous decision of the jury.

\_\_6/18/08\_\_
DATE

\_\_[signature]\_\_
FOREMAN