AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
| --- | --- | --- |

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
| --- | --- |
| V. | |
| DANIEL CARPENTER | Case Number:  04-10029-GAO |

| PRESIDING JUDGE O'TOOLE | | | | PLAINTIFF'S ATTORNEY MITCHELL, PIROZZOLO | DEFENDANT'S ATTORNEY PAPPALARDO, GREENBERG |
| --- | --- | --- | --- | --- | --- |
| TRIAL DATE (S) 6-3-08–6/18/08 | | | | COURT REPORTER JOYCE, PATRISSO | COURTROOM DEPUTY LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | | | | Government Witness- Eliot Snider-Sworn 6/3/08 |
| | | | | | Government Witness-Byron Darling-Sworn 6/4/08 |
| | | | | | Government Witness- Brian Fitzgerald-Sworn 6/5/08 |
| | | | | | Government Witness-Marjorie Adams-Sworn 6/6/08 |
| | 252 | 6/6/08 | x | 6/6/08 | 2/29/00 BPE Exchange Fee Agreement signed by Paley and Iantosca |
| | | | | | Government Witness-Joseph Iantosca-Sworn 6/9/08 |
| | | | | | Government Witness-David Eaton-Sworn 6/9/08 |
| | | | | | Government Witness-Albert Bellemore-Sworn 6/9/08 |
| | | | | | Government Witness-Gary Stern-Sworn 6/9/08 |
| | 151 | 6/9/08 | x | 6/9/08 | Memo from G. Stern to R. Rasmussen 1/14/00 |
| | 255 | 6/9/08 | x | 6/9/08 | Letter to defendant from T. Rasmussen |
| | 417 | 6/9/08 | x | 6/9/08 | Activity Review |
| | 294 | 6/10/08 | x | 6/10/08 | Iantosca Wire Transfer dated 7/31/00 |
| | 295 | 6/10/08 | x | 6/10/08 | Byron Darling Wire Transfer dated 2/9/00 |
| | 352 | 6/10/08 | x | 6/10/08 | Letters of Authorization to Wire Transfers |
| | 423 | 6/10/08 | x | 6/10/08 | WCMA Account |
| | 409 | 6/10/08 | x | 6/10/08 | Account opening for acct. No. 849-07B01 |
| | 254 | 6/10/08 | x | 6/10/08 | Merrill Working Capital Mgt Agreement and Description |
| | | | | | Government Witness-Gerald Levine-Sworn 6/10/08 |
| | | | | | |
| | 402 | 6/10/08 | x | | Telephone records of David Patterson, period ending 11/4/98 |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

‰AO 187A (Rev. 7/87)　　　　**EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | vs. | DANIEL CARPENTER | CASE NO. 04-10029-GAO |
| --- | --- | --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 408 | 6/10/08 | X | 6/10/08 | 10/22/98 fax from Levine to Patterson |
| | 418 | 6/10/08 | x | 6/10/08 | 10/23/98 fax from Patterson to Levine |
| | 343 | 6/10/08 | x | 6/10/08 | |
| | 403 | 6/10/08 | x | 6/10/08 | Benistar.com document from website |
| | 293 | 6/10/08 | x | 6/10/08 | Wire Transfers |
| | 294 | 6/10/08 | x | 6/10/08 | Wire Transfers |
| | 295 | 6/10/08 | x | 6/10/08 | Wire transfers |
| | | | | | Government Witness-Thomas Rasmussen-Sworn 6/11/08 |
| | | | | | Government Witness-Mitchell Rock-Sworn 6/11/08 |
| | 256 | 6/12/08 | x | 6/12/08 | 10/17/00 fax from Rock to Jackie enc. Wiring Transfer Instructions Form |
| | 362 | 6/12/08 | x | 6/12/08 | emails from Rock to Carpenter 10/00-11/00. Re: Trading Ideas. |
| | 433 | 6/12/08 | x | 6/12/08 | Account Summary |
| | 434 | 6/12/08 | x | 6/12/08 | Account Summary |
| | | | | | Government Witness-Jackie Mahannah-Sworn 6/12/08 |
| | | | | | Government Witness-Thomas Zappala-Sworn 6/13/08 |
| | 415A | 6/13/08 | x | | Order relating to Arbitration. |
| | | | | | Government Witness-Gail Cahaly-Sworn 6/13/08 |
| | | | | | Government Witness-Martin Paley-Sworn 6/13/08 |
| | 390 | 6/16/08 | x | 6/16/08 | Nationwide Property Exchange  Fee Agreement. |
| | | | | | Government Witness-David Patterson-Sworn 6/17/08 |
| | 333 | 6/17/08 | x | 6/17/08 | 10/14/98 fax from Paley to Patterson  In Re Jane Carey ( offered by the government) |
| | 402 | 6/17/08 | x | 6/17/08 | Telephone records of Patterson, period ending 11/4/08. |
| | | | | | Government Witness-Jeffrey Johnston-Sworn 6/17/08 |
| | | | | | Both sides rest |
| | 395c | 6/17/08 | x | | Dispute Resolution Award12/15/05 |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages

## UNITED STATES V. DANIEL CARPENTER
### CRIMINAL NO. 04-10029-GAO
### GOVERNMENT'S EXHIBIT LIST

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 1. | Benistar Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges | Eliot Snider | 6/3/08 | 6/3/08 |
| 2. | Frequently Asked Questions About 1031 Property Exchange | Eliot Snider | 6/3/08 | 6/3/08 |
| 3. | 1031 Property Exchange: An Overview | Eliot Snider | 6/3/08 | 6/3/08 |
| 4. | 1031 Property Exchange: Legal Authority | Eliot Snider | 6/3/08 | 6/3/08 |
| 5. | Identifying a 1031 Exchange Opportunity | Eliot Snider | 6/3/08 | 6/3/08 |
| 6. | New England Real Estate Journal article: "These are the ABC's of Tax Deferred Exchanges" | Eliot Snider | 6/3/08 | 6/3/08 |
| 7. | Financial Institution Bond No. 007 F 103300218 BCM | Eliot Snider | 6/3/08 | 6/3/08 |
| 8. | Letter from D. Rowe to D. Carpenter dated August 31, 2000 | Martin Paley | 6/16/08 | 6/16/08 |
| 9. | Two checks from Massachusetts Lumber Co. to Benistar Property Exchange in the amounts of $500 (9/11/00) and $3,500 (9/13/00) | Eliot Snider | 6/3/08 | 6/3/08 |
| 10. | Exchange Agreement | Eliot Snider | 6/3/08 | 6/3/08 |
| 11. | Escrow Agreement | Eliot Snider | 6/3/08 | 6/3/08 |
| 12. | Exchange Fee Agreement | Eliot Snider | 6/3/08 | 6/3/08 |
| 13. | Account Selection Form | Eliot Snider | 6/3/08 | 6/3/08 |
| 14. | Wire deposit confirmation dated 9/14/00 | Thomas Rasmussen | 6/11/08 | 6/11/08 |

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 15. | Fax from Choate, Hall & Stewart to Benistar (L. Jokinen) dated September 14, 2000 (w/attachments) | Linda Jokinen | 6/5/08 | 6/5/08 |
| 16. | Letter from Choate, Hall & Stewart to Benistar (J. Spielman) dated September 14, 2000 (w/encl.) | Jackie Mahannah | 6/12/08 | 6/12/08 |
| 17. | Letter from Choate, Hall & Stewart to Benistar (J. Spielman) dated September 20, 2000 (w/encl.) | Jackie Mahannah | 6/12/08 | 6/12/08 |
| 18. | Letter from Benistar (L. Jokinen) to E. Snider dated September 21, 2000 | Eliot Snider | 6/4/08 | 6/4/08 |
| 19. | Cancelled check in the amount of $62,190 | Jackie Mahannah | 6/12/08 | 6/12/08 |
| 20. | Cancelled check in the amount of $225,000 | Jackie Mahannah | 6/14/08 | 6/12/08 |
| 21. | Deposit ticket dated 9/21/00 | Jackie Mahannah | 6/12/08 | 6/12/08 |
| 22. | Merrill Lynch account statement (9/00) | | | |
| 23. | Letter from Eckert Seamans to E. Snider dated January 17, 2001 | | | |
| 24. | 1031 Property Exchange: An Overview | David Eaton | 6/9/08 | 6/9/08 |
| 25. | Identifying a 1031 Exchange Opportunity | David Eaton | 6/9/08 | 6/9/08 |
| 26. | Frequently Asked Questions about 1031 Property Exchange | David Eaton | 6/9/08 | 6/9/08 |
| 27. | New England Real Estate Journal article: "These are the ABC's of Tax Deferred Exchanges" | David Eaton | 6/9/08 | 6/9/08 |

2

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 28. | Financial Institution Bond No. 007 F 103300218BCM | David Eaton | 6/9/08 | 6/9/08 |
| 29. | Fax from L. Perreault to Benistar (L. Jokinen) dated August 8, 2000 (w/encl.), including:<br><br>(a) Exchange Agreement<br>(b) Escrow Agreement<br>(c) Account Selection Form | Linda Jokinen | 6/5/08 | 6/5/08 |
| 30. | Wire receipt acknowledgment dated 8/9/00 | David Eaton | 6/9/08 | 6/9/08 |
| 31. | Wire deposit confirmation dated 8/9/00 | Thomas Rasmussen | 6/4/08 | 6/11/08 |
| 32. | Letter from Benistar (L. Jokinen) to D. Eaton dated August 18, 2000 | David Eaton | 6/9/08 | 6/9/08 |
| 33. | Merrill Lynch account statement (8/00) | | | |
| 34. | Fax from D. Eaton to Benistar (M. Paley, L. Jokinen) dated 1/12/01 | | | |
| 35. | Letter from Eckert Seamans to A. Bellemore dated January 17, 2001 | Albert Bellemore | 6/9/08 | 6/9/08 |
| 36. | Powerpoint presentation re: Tax-Deferred Property Exchanges | | | |
| 37. | IRC 1031 Property Exchanges: Frequently Asked Questions | Gail Cahaly | 6/13/08 | 6/13/08 |
| 38. | Letter from R. Cahaly to Benistar (M. Paley) dated November 8, 2000 | | | |
| 39. | Fax from D. Rowe to R. Cahaly dated 11/8/00 | | | |

3

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 40. | Exchange Fee Agreement dated 11/8/00 | Gail Cahaly | 6/13/08 | 6/13/08 |
| 41. | Check in the amount of $2,412,230 dated 11/7/00 | Gail Cahaly | 6/13/08 | 6/13/08 |
| 42. | ACT database printout | | | |
| 43. | Deposit form dated 11/9/00 | | | |
| 44. | Deposit ticket dated 11/9/00 | | | |
| 45. | Check in the amount of $2,412,230 dated 11/13/00 | | | |
| 46. | First Union account statement (11/00) | | | |
| 47. | PaineWebber account statement (11/00) | | | |
| 48. | Handwritten memo from R. Cahaly to M. Paley dated 11/17/00 | | | |
| 49. | Fax from R. Cahaly to M. Paley dated 11/27/00 | | | |
| 50. | Fax from L. Jokinen to J. Spielman dated January 2, 2001 | | | |
| 51. | Escrow Agreement | Byron Darling | 6/4/08 | 6/4/08 |
| 52. | Exchange Agreement | Byron Darling | 6/4/08 | 6/4/08 |
| 53. | Account Selection Form | Byron Darling | 6/4/08 | 6/4/08 |
| 54. | Fax from L. Jokinen to J. Spielman dated 9/7/00 | Linda Jokinen | 6/5/08 | 6/5/08 |
| 55. | Wire deposit confirmation ($294,290.35) dated 9/8/00 | Thomas Rasmusson | 6/11/08 | 6/11/08 |
| 56. | Wire deposit confirmation ($28,000) dated 9/8/00 | Thomas Rasmusson | 6/11/08 | 6/11/08 |

4

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 57. | Merrill Lynch account statement (9/00) | | | |
| 58. | Letter from L. Jokinen to B. Darling dated September 21, 2000 | Byron Darling | 6/4/08 | 6/4/08 |
| 59. | Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 60. | Benistar brochure | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 61. | New England Real Estate Journal Article | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 62. | 1031 Property Exchange: Legal Authority | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 63. | Identifying a 1031 Exchange Opportunity | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 64. | Letter from M. Paley to B. Fitzgerald dated March 30, 2000 | Brian Fitzgerald | 6/6/08 | 6/6/08 |
| 65. | Financial Institution Bond No. 007 F 103300218BCM | | | |
| 66. | Exchange Agreement | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 67. | Escrow Agreement | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 68. | Exchange Fee Agreement | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 69. | Account Selection Form | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 70. | Letter from A. Consigli to L. Jokinen dated November 16, 2000 | Linda Jokinen | 6/5/08 | 6/5/08 |
| 71. | Wire deposit confirmation ($72,535.62) dated 11/13/00 | | | |
| 72. | Wire deposit confirmation ($17,090.00) dated 11/16/00 | | | |

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 73. | Wire deposit confirmation ($400,000.00) dated 11/16/00 | | | |
| 74. | PaineWebber account statement (11/00) | | | |
| 75. | Powerpoint presentation to Marjorie Adams re: 1031 Tax-Deferred Property Exchanges | Marjorie Adams | 6/6/08 | 6/6/08 |
| 76. | Frequently Asked Questions About 1031 Property Exchange | Marjorie Adams | 6/6/08 | 6/6/08 |
| 77. | 1031 Property Exchange: Legal Authority | Marjorie Adams | 6/6/08 | 6/6/08 |
| 78. | Identifying a 1031 Exchange Opportunity | Marjorie Adams | 6/6/08 | 6/6/08 |
| 79. | 1031 Property Exchange: An Overview | Marjorie Adams | 6/6/08 | 6/6/08 |
| 80. | New England Real Estate Journal: "These are the ABC's of Tax Deferred Exchanges" | Marjorie Adams | 6/6/08 | 6/6/08 |
| 81. | Powerpoint presentation for Matthew Kameron re: 1031 Tax-Deferred Property Exchanges | | | |
| 82. | Fax from L. Jokinen to M. Adams dated 5/17/00 (w/encl.) | Linda Jokinen | 6/5/08 | 6/5/08 |
| 83. | Fax from L. Jokinen to M. Kameron dated November 29, 2000 (w/encl.) | Linda Jokinen | 6/5/08 | 6/5/08 |
| 84. | Letter from R. Barrett to Benistar (J. Spielman) dated August 15, 2000 enclosing:<br><br>(a) Exchange Agreement<br>(b) Escrow Agreement<br>(c) Account Selection Form | Marjorie Adams ↓ | 6/6/08 ↓ | 6/6/08 ↓ |

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 85. | Wire deposit confirmation dated 8/16/00 | Thomas Rasmusan | 6/11/08 | 6/11/08 |
| 86. | Fax from L. Jokinen to M. Adams dated 8/17/00 | Marjorie Adams | 6/6/08 | 6/6/08 |
| 87. | Merrill Lynch account statement (8/00) | | | |
| 88. | Letter from L. Jokinen to J. Iantosca dated September 20, 2000 | Marjorie Adams | 6/6/08 | 6/6/08 |
| 89. | Revised Account Selection Form dated 9/21/00 | Marjorie Adams | 6/6/08 | 6/6/08 |
| 90. | Exchange Agreement | Marjorie Adams | 6/6/08 | 6/6/08 |
| 91. | Escrow Agreement | Marjorie Adams | 6/6/08 | 6/6/08 |
| 92. | Account Selection Form | Marjorie Adams | 6/6/08 | 6/6/08 |
| 93. | Wire Transfer Instructions | Marjorie Adams | 6/6/08 | 6/6/08 |
| 94. | Wire deposit confirmation ($774,563.54) dated 12/1/00 | | | |
| 95. | Exchange Agreement | Marjorie Adams | 6/6/08 | 6/6/08 |
| 96. | Escrow Agreement | | | |
| 97. | Account Selection Form | | | |
| 98. | Wire Transfer Instructions | ↓ | ↓ | ↓ |
| 99. | Wire deposit confirmation ($1,875,323.43) dated 12/1/00 | | | |
| 100. | Exchange Agreement | Marjorie Adams | 6/6/08 | 6/6/08 |
| 101. | Escrow Agreement | | | |
| 102. | Account Selection Form | | | |
| 103. | Wire Transfer Instructions | ↓ | ↓ | ↓ |

7

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 104. | Wire deposit confirmation ($1,615,902.33) dated 12/1/00 | | | |
| 105. | Exchange Agreement | Marjorie Adams | 6/6/08 | 6/6/08 |
| 106. | Escrow Agreement | | | |
| 107. | Account Selection Form | | | |
| 108. | Wire Transfer Instructions | ↓ | ↓ | ↓ |
| 109. | Wire deposit confirmation ($2,434,659.51) dated 12/1/00 | | | |
| 110. | Letter from M. Adams to Benistar dated December 7, 2000 (w/encl.) | Linda Jokinen | 6/5/08 | 6/5/08 |
| 111. | Letter from L. Jokinen to J. Spielman dated December 14, 2000 (w/encl.) | Linda Jokinen | 6/5/08 | 6/5/08 |
| 112 | Deposit ticket dated 12/15/00 | Sachie Mahannah | 6/12/08 | 6/12/08 |
| 113. | Fax from L. Jokinen to J. Iantosca dated December 26, 2000 | Linda Jokinen | 6/5/08 | 6/5/08 |
| 114. | Audiotape containing telephone message from D. Carpenter to M. Kameron dated 1/3/01  a.  Transcript of telephone message | | | |
| 115. | Merrill Lynch account statement dated August, 2000 | | | |
| 116. | PaineWebber account statement dated December, 2000 | | | |
| 117. | PaineWebber account activity screen | | | |

8

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 118. | Benistar Powerpoint presentation re: 1031 Tax-Deferred Property Exchanges | Jeffrey Johnston | 6/17/08 | 6/17/08 |
| 119. | Frequently Asked Questions About 1031 Property Exchange | | | |
| 120. | 1031 Property Exchange: An Overview | | | |
| 121. | Identifying a 1031 Exchange Opportunity | | | |
| 122. | 1031 Property Exchange: Legal Authority | | | |
| 123. | Exchange Agreement | Jeffrey Johnston | 6/17/08 | 6/17/08 |
| 124. | Escrow Agreement | | | |
| 125. | Exchange Fee Agreement | | | |
| 126. | Account Selection Form | | | |
| 127. | Wire Transfer Instructions | | | |
| 128. | Wire Transfer acknowledgment ($513,180.74) | | | |
| 129. | Wire deposit confirmation dated 11/22/00 | | | |
| 130. | Letter from K. Sayer to J. Spielman dated November 21, 2000 (w/encl.) | Jackie Muhannah | 6/12/08 | 6/12/08 |
| 131. | Deposit ticket dated 11/22/00 | Jackie Muhannah | 6/12/08 | 6/12/08 |
| 132. | PaineWebber account statement (11/00) | | | |
| 133. | Letter from L. Jokinen to J. Johnston dated November 24, 2000 | Jeffrey Johnston | 6/17/08 | 6/17/08 |

9

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 134. | Letter from Eckert Seamans to J. Johnston dated January 17, 2001 | | | |
| 135. | Benistar Powerpoint Presentation re: Tax Deferred Property Exchanges | David Patterson | 6/17/08 | 6/17/08 |
| 136. | Letter from D. Patterson to M. Paley dated 10/14/98 | David Patterson | 6/17/08 | 6/17/08 |
| 137. | Fax from M. Paley to D. Patterson dated 10/14/98 | David Patterson | 6/17/08 | 6/17/08 |
| 138. | Letter from D. Patterson to M. Paley dated 10/16/98 | David Patterson | 6/17/08 | 6/17/08 |
| 139. | Letter from J. May to D. Patterson dated October 20, 1998 (w/encl.) | David Patterson | 6/17/08 | 6/17/08 |
| 140. | Letter from D. Patterson to D. Carpenter dated 10/22/98 | David Patterson | 6/17/08 | 6/17/08 |
| 141. | Letter from D. Patterson to D. Carpenter dated 10/23/98 (w/encl.) | David Patterson | 6/17/08 | 6/17/08 |
| 142. | Letter from D. Patterson to G. Levine dated October 23, 1998 (w/encl.) | David Patterson | 6/17/08 | 6/17/08 |
| 143. | Letter from D. Carpenter to J. Carey dated October 28, 1998 | David Patterson | 6/17/08 | 6/17/08 |
| 144. | Account opening forms:  (a) Acct. No. 849-07B01  (b) Acct. No. 849-07B10 | Gerald Levine | 6/10/08 | 6/10/08 |
| 145. | Standard Option Agreement | Gary Stern | 6/9/08 | 6/9/08 |
| 146. | Special Statement for Uncovered Option Writers | Gary Stern | 6/9/08 | 6/9/08 |
| 142 A | Exchange Agreement signed in Blue Ink | David Patterson | 6/17/08 | 6/17/08 |
| 142 B | Exchange Agreement signed in Blue Ink | | | |

10

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 147. | Account records and monthly statements for 849-07B01, including:<br><br>(a.) Account statements<br>(b.) Deposits<br>(c.) Wire transfers out<br>(d.) Checks | Thomas Rasmussen | 6/11/08 | 6/11/08 |
| 148. | Account records and monthly statements for 849-07B10, including:<br><br>(a.) Account statements<br>(b.) Deposits<br>(c.) Wire transfers out<br>(d.) Excerpt from account statement for    period 9/1/00 to 9/29/00 | Thomas Rasmussen<br><br>Gerald Levine | 6/11/08<br><br>6/10/08 | 6/11/08<br><br>6/10/08 |
| 149. | Memo from G. Levine to D. Carpenter | Gerald Levine | 6/10/08 | 6/10/08 |
| 150. | Transfer memoranda from D. Carpenter to G. Levine | Gerald Levine | 6/10/08 | 6/10/08 |
| 151. | Memorandum from G. Stern to T. Rasmussen dated January 14, 2000 | Gary Stern | 6/9/08 | 6/9/08 |
| 152. | Letter from H. Tabbah to D. Carpenter dated May 17, 2000 | Gary Stern | 6/10/08 | 6/10/08 |
| 153. | Letter from T. Rasmussen to D. Carpenter dated August 29, 2000 | Gary Stern | 6/10/08 | 6/10/08 |
| 154. | Memorandum from G. Levine to T. Rasmussen dated May 30, 2000 | | | |
| 155. | Memorandum from G. Levine to T. Rasmussen dated September 20, 2000 | | | |
| 156. | Memorandum from G. Levine to T. Rasmussen (undated) | | | |

11

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|------|-------------|---------|--------------|---------------|
| 157. | Letter from D. Carpenter to T. Rasmussen dated September 22, 2000 | Thomas Rasmussen | 6/11/08 | 6/11/08 |
| 158. | Account detail printouts | Thomas Rasmussen | 6/4/08 | 6/4/08 |
| 159. | Maintenance calls | | | |
| 160. | Violation Notification | | | |
| 161. | Active Account Review (4-16-99) | Thomas Rasmussen | 6/11/08 | 6/11/08 |
| 162. | Active Account Review (10-14-99) | Thomas Rasmussen | 6/4/08 | 6/4/08 |
| 163. | Active Account Review (5-15-00) | Thomas Rasmussen | 6/4/08 | 6/4/08 |
| 164. | Account application forms<br><br>(a) Account EX-15433-MR<br>(b) Account EX-15434-MR | Mitchell Rock | 6/11/08 | 6/11/08 |
| 165. | Client Qualification and Agreement Form: Options/Index Warrants | Mitchell Rock | 6/11/08 | 6/11/08 |
| 166. | Special Statement for Uncovered Option Writers | Mitchell Rock | 6/4/08 | 6/4/08 |
| 167. | Characteristics and Risks of Standardized Options | Mitchell Rock | 6/4/08 | 6/11/08 |
| 168. | Account records and monthly statements for EX-15433-MR<br><br>(a.) 2000 Year-End Summary Statement<br>(b.) Trade Detail sheets for 11/13/00 | Mitchell Rock | 6/12/08 | 6/12/08 |

12

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 169. | Account records and monthly statements for EX-15434-MR, including:<br><br>a. Account statements<br>b. Deposits<br>c. Incoming wires<br>d. Checks<br>e. Wire requests<br>f. Outgoing wires | Mitchell Rock<br><br>Mitchell Rock | 6/11/08<br><br>6/12/08 | 6/11/08<br><br>6/12/08 |
| 170. | Account records and monthly statements for EX-15435-MR | Mitchell Rock | 6/12/08 | 6/12/08 |
| 171. | Transfer memoranda from D. Carpenter to M. Rock<br><br>a. Without handwritten notations<br>b. With handwritten notations | Mitchell Rock | 6/11/08 | 6/11/08 |
| 172. | Manager contact sheet dated 11/20/00 | | | |
| 173. | Memorandum from J. Huff to Branch Manager dated 12/6/00 | | | |
| 174. | E-mails to/from L. Enright and M. Savoy dated 12/6/00 and 12/7/00 | | | |
| 175. | Active account review dated 12/27/00 | | | |
| 176. | Handwritten notes of conversations w/ D. Carpenter | | | |
| 177. | Exchange checklist dated 11/18/98 | | | |
| 178. | Memorandum from D. Carpenter to M. Paley dated 5/24/99 | Linda Jukinen | 6/5/08 | 6/5/08 |
| 179. | Letter from D. Carpenter to M. Paley dated June 17, 1999 | Linda Jukinen | 6/5/08 | 6/5/08 |

13

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 180. | Fax from L. Jokinen to D. Carpenter dated 6/14/00 (w/encl.) | | | |
| 181. | Fax cover sheet, transmittal letter, and enclosures from L. Jokinen to C. Dole dated September 13, 2000 | Linda Jokinen | 6/5/08 | 6/5/08 |
| 182. | Fax from L. Jokinen to J. Spielman dated 10/17/00 (w/encl.)  (a) Revised exchange documents (b) Original exchange documents | Linda Jokinen | 6/5/08 | 6/5/08 |
| 183. | Memo from D. Carpenter to M. Paley (undated) | Martin Paley | 6/16/08 | 6/16/08 |
| 184. | Memo from D. Carpenter to M. Paley dated October 30, 2000 | Martin Paley | 6/16/08 | 6/16/08 |
| 185. | Print-out from www.benistar.com | Martin Paley | 6/13/08 | 6/13/08 |
| 186. | Fax from L. Jokinen to J. Spielman dated December 27, 2000 | Linda Jokinen | 6/5/08 | 6/5/08 |
| 187. | Fax from L. Jokinen to D. Carpenter dated 1/4/01 (w/encl.) | Linda Jokinen | 6/5/08 | 6/5/08 |
| 188. | Escrow account spreadsheet dated 1/16/01 | | | |

184A Memo 10/29/00 from Paley to Carpenter    Martin Paley    6/16/08    6/16/08

14

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 189. | Property exchange escrow account spreadsheets (1999 - 2001)<br><br>a.  Transmittal e-mail from J. Spielman<br>    to L. Jokinen dated 12/19/00 | Linda Jokinen | 6/5/08 | 6/5/08 |
|  | b.) Transmittal e-mail from J. Spielman to<br>    L. Jokinen dated 12/26/00 (w/attachment) | Linda Jokinen | 6/5/08 | 6/5/08 |
|  | c.) Transmittal e-mail from J. Spielman<br>    to L. Jokinen dated 2/27/00 (w/attachment) | Linda Jokinen | 6/5/08 | 6/5/08 |
| 190. | Glossary of Terms |  |  |  |
| 191. | Curriculum vitae:<br>J. Marc Allaire |  |  |  |
| 192. | Number of days positions held: Options closed during January 2000 |  |  |  |
| 193. | Number of days positions held: Options closed during August 2000 |  |  |  |
| 194. | Profit and Loss: Options Trades - August 2000 |  |  |  |
| 195. | Profit and Loss: Options Trades - November 2000 |  |  |  |
| 196. | Monthly and Cumulative Profit and Loss (Options, 2000) |  |  |  |
| 197. | Month-end Bullish and Bearish Positions, 2000 |  |  |  |

15

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 198. | Bullish and Bearish Positions, as of August 31, 2000 | | | |
| 199. | Size of Opening Trades: 2000 | | | |
| 200. | BigCharts.com: U.S. Treasury 3 Month obligations - January through December, 2000 | | | |
| 201. | BigCharts.com: S&P 500 Index - January through December, 2000 | | | |
| 202. | BigCharts.com: CBOE NASDAQ 100 Index - January through December, 2000 | | | |
| 203. | Schedule of Bank Accounts | | | |
| 204. | BPE Bank Account Balances by Month | | | |
| 205. | Summary of Transfers | | | |
| 206. | Summary of Trading Losses | | 6/ | |
| 207. | 1031 Variance Summary | | | |
| 208. | Selected BPE Deposits | | | |
| 209. | Specific Client Losses | | | |
| 210. | 849-07B01 Account Chronology for July 2000 | | | |
| 211. | Client Fund Shortfall Analysis for July 2000 | | | |
| 212. | Benistar Property Exchange Funds Flow Diagram (Net): 01/2000 through 01/2001 | | | |
| 213. | Cash Flow Summary for the Trading Accounts in 2000 | | | |
| 214. | Bank of America/Fleet | Zappala | 6/13/08 | 6/13/08 |

16

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 215 | Bay State Savings Bank | Thomas Zappala | 6/13/08 | 6/13/08 |
| 216 | Federal Reserve Bank | Thomas Zappala | 6/13/08 | 6/13/08 |
| 217 | Fidelity Investments | Thomas Zappala | 6/13/08 | 6/13/08 |
| 218 | Service Credit Union | Thomas Zappala | 6/13/08 | 6/13/08 |
| 219 | Sovereign Bank | Thomas Zappala | 6/13/08 | 6/13/08 |
| 220 | Citizens Bank | | | |
| 221 | Bernkopf Goodman wire transfer records | Thomas Zappala | 6/13/08 | 6/13/08 |
| 222 | Robert J. Barrett wire transfer records | Thomas Zappala | 6/13/08 | 6/13/08 |
| 223 | Peabody & Arnold wire transfer records | Thomas Zappala | 6/13/08 | 6/13/08 |
| 224 | Hoffman & Hoffman wire transfer records | Thomas Zappala | 6/13/08 | 6/13/08 |
| 225 | 12 CFR Part 229, Appendix A | Thomas Zappala | 6/13/08 | 6/13/08 |
| 226 | Wire Transfer Chart | Thomas Zappala | 6/13/08 | 6/13/08 |
| 230 | Billing Records | Marjorie Adams | 6/6/08 | 6/6/08 |
| | | | | |
| | Making Money With Options | | | |
| 313 | Legal Exchange Document | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 314 | Escrow Agreement | Brian Fitzgerald | 6/5/08 | 6/5/08 |
| 227 | Stock options Book | Gary Teplin | 6/9/08 | 6/9/08 |
| 228 | Book about risks of standard options (Merrill Lynch) | Gary Teplin | 6/9/08 | |
| 161 A | Letter 4/99 | Thomas Rasmussen | 6/11/08 | 6/11/08 |
| 162 A | Letter 10/25/99 | Thomas Rasmussen | 6/11/08 | 6/11/08 |

| EX # | DESCRIPTION | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 205A | Summary of Transfers | Thomas Zappala | 6/13/08 | 6/14/08 |
| 204 C | Summary of Activity | Thomas Zappala | 6/13/08 | 6/14/08 |
| 313 | Exchange Agreement | Brian Fitzgerald | 6/5/06 | 6/6/08 |
| 314 | Escrow Agreement | ↓ | ↓ | ↓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |