UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10029-GAO

UNITED STATES OF AMERICA

v.

DANIEL CARPENTER

ORDER
June 19, 2008

O'TOOLE, D.J.

The following motions are DENIED:

# 275   Defendant's Motion to Dismiss on Double Jeopardy;

#277    Defendant's Omnibus Motion to Dismiss; and

# 284   Defendant's Supplemental Rule 29(a) Motion for Partial Judgment of Acquittal.

It is SO ORDERED.

_/s/ George A. O'Toole, Jr._
United States District Judge