# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 04-10029-GAO** |
| | ) | |
| **DANIEL E. CARPENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ASSENTED-TO MOTION
## OF DEFENDANT DANIEL E. CARPENTER FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR MISTRIAL IN EXCESS OF 20 PAGE LIMIT

Pursuant to Local Rule 7.1(B)(3) and (4), Defendant Daniel E. Carpenter ("Mr. Carpenter") hereby requests leave to file a Supplemental Motion For Mistrial in excess of 20 pages. In support of this motion, Mr. Carpenter states that his original Motion for Mistrial was filed during the course of trial, and more time was required to adequately brief the matter. In addition, the issues contained in Mr. Carpenter's Supplemental Motion For Mistrial are interrelated with issues addressed in his Motion For Judgment Of Acquittal Or In The Alternative A New Trial, to be filed on July 3, 2008. Finally, more than 20 pages is required in order to adequately address the legal and factual issues relevant to the false testimony of Gerald Levine knowingly elicited by the government. The government assents to this request.

WHEREFORE, Defendant Daniel E. Carpenter respectfully requests that this Court grant him leave to file a Supplemental Motion For Mistrial in excess of 20 pages.

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATE</u>

I, A. John Pappalardo, hereby certify that on July 2, 2008, counsel for the government

was contacted by e-mail and the government assents.

**RESPECTFULLY SUBMITTED:**

DANIEL E. CARPENTER, Defendant,
By his attorney:

/s/ A. John Pappalardo
A. John Pappalardo (BBO # 338760)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

## <u>Certificate of Service</u>

I hereby certify that on this 2nd day of July, 2008, I served on counsel of record in the
foregoing matter Daniel E. Carpenter's motion for leave to file a supplemental motion for
mistrial in excess of 20 pages, by means of the ECF system.

/s/ A. John Pappalardo
A. John Pappalardo