# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10029-GAO |
| | ) |
| **DANIEL E. CARPENTER,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ASSENTED-TO MOTION
## OF DEFENDANT DANIEL E. CARPENTER FOR LEAVE TO EXCEED 20 PAGE LIMIT FOR HIS MOTION FOR ACQUITTAL

Pursuant to Local Rule 7.1(B)(4), Defendant Daniel E. Carpenter ("Mr. Carpenter") hereby requests leave to file a Motion For Judgment Of Acquittal Pursuant To Fed. R. Crim. P. 29(c) And In The Alternative For New Trial Pursuant To Fed. R. Crim. P. 33(a) ("Motion for Acquittal") that exceeds 20 pages. In support of this motion, Mr. Carpenter states that more than 20 pages is required in order to adequately address the various legal and factual issues raised during the course of his thirteen day trial. The government assents to this request.

WHEREFORE, Defendant Daniel E. Carpenter respectfully requests that this Court grant him leave to file its Motion for Acquittal in excess of 20 pages.

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, A. John Pappalardo, hereby certify that on July 2, 2008, counsel for the government was contacted by electronic mail and the government assents.

**RESPECTFULLY SUBMITTED:**

DANIEL E. CARPENTER, Defendant,
By his attorney:

/s/ A. John Pappalardo
A. John Pappalardo (BBO # 338760)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

## Certificate of Service

I hereby certify that on this 2nd day of July, 2008, I served on counsel of record in the foregoing matter Daniel E. Carpenter's motion for leave to exceed 20 page limit for his motion for acquittal, by means of the ECF system.

/s/ A. John Pappalardo
A. John Pappalardo