# EXHIBIT A

Benistar5-18.txt

1

```
1              COMMONWEALTH OF MASSACHUSETTS

2    SUFFOLK ss          SUPERIOR COURT DEPARTMENT
                         OF THE TRIAL COURT
3                        CIVIL ACTION 02-00116

4    ************************************************
     CAHALY, ET AL. PLAINTIFF,
5
     v.
6
     BENISTAR PROPERTY EXHANGE TRUST ET AL. DEFENDANTS
7
     ************************************************
8
9                     HEARING

10             TRANSCRIPT OF PROCEEDINGS

11
                       BEFORE: Botsford, J.
12                     DATE:  May 18, 2004

13
     APPEARANCES --
14

15

16             Kathleen M. Rael

17          Official Court Reporter

18

19

20                    INDEX

21                                          PAGE

22   NOVEMBER 15, 2002 PROCEEDINGS          3

23
     WITNESSES
24
     GERALD LEVINE:
```

0   2

```
1
2
3
```

Page 1

Benistar5-18.txt

```
 1        never covered in the real estate course book that
 2        wasn't accurate either, was it?
 3     A  Not --
 4     Q  That's a yes or no question.
 5     A  Not everything that is in the book is covered by
 6        the instructors, nor is everything that --
 7     Q  Listen to my question --
 8            MR. SNYDER:  Your Honor, if the witness might
 9        be allowed to complete his answer before he's
10        interrupted by counsel.
11            THE COURT:  Okay.  The question was -- let me
12        just ask it.
13     Q  Your testimony --
14            THE COURT:  Mr. Levine, do you have --
15        currently do you have any knowledge whether any
16        book that may have been in the course that you
17        took covered Section 1031 exchanges or didn't
18        cover section 1031 exchanges.
19            THE WITNESS:  I have no knowledge of that,
20        Your Honor.
21     Q  You still have the book?
22     A  No.
23     Q  You threw it away?
24     A  My license is no longer valid.
```

   31


```
 1     Q  Did you throw the book away?
 2     A  Yes.
 3     Q  Now, you have read Mr. Patterson's affidavit, is
 4        that correct?
 5     A  Yes.
```

Benistar5-18.txt

```
 6    Q    Hand you a copy of Mr. Paterson's affidavit.

 7              MR. NYSTROM:  It's already in the record,

 8         Your Honor.  I'm not sure we need to mark it as

 9         another exhibit.

10              THE COURT:  Since we've been marking

11         Mr. Levine's, why don't we mark it.

12              MR. NYSTROM:  Okay.  This is a copy that does

13         not have the attachments on it.  It's just the

14         written section of the affidavit.

15              THE COURT:  Okay.

16              MR. SNYDER:  I might have a moment, Your

17         Honor, to look at my copy?

18              THE COURT:  Sure.  So it's the three page

19         affidavit; is that right.

20              MR. NYSTROM:  So if we're going to mark it

21         let's mark it as Exhibit 30.

22              THE COURT:  Thirty.  Okay.

23              MR. NYSTROM:  Should I hand Mr. Levine's copy

24         to you?  Excuse me.
```

☐   32

```
 1                   (Exhibit 30, marked.)

 2    Q    How many times have you read the --

 3         Mr. Patterson's affidavit?

 4    A    Two or three times.

 5    Q    When's the last time you read it?

 6    A    Last night.

 7    Q    I'd like you to read to yourself, please,

 8         paragraphs 10 and 11 of the affidavit, please.

 9         Have you read paragraphs 10 and 11 completely?

10    A    Yes.
```

                         Page 26

Benistar5-18.txt

| | | |
|---|---|---|
| 11 | Q | Do you understand all the words in paragraph 10 |
| 12 | | and 11? |
| 13 | A | Yes. |
| 14 | Q | Do you deny that the conversation with |
| 15 | | Mr. Patterson that's referenced in paragraphs 10 |
| 16 | | and 11 took place? |
| 17 | A | Yes. |
| 18 | Q | Do you deny speaking with Mr. Patterson at all on |
| 19 | | October 21 or October 22, 1998? |
| 20 | A | I have no recollection. |
| 21 | Q | Do you deny speaking with him? |
| 22 | A | I have no recollection. |
| 23 | Q | Now, Mr. Levine, have you seen the phone and fax |
| 24 | | records produced by Mr. Patterson? |

☐   33

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | | THE COURT:  You mean the ones that were |
| 3 | | attached to the affidavit or otherwise? |
| 4 | | MR. NYSTROM:  No.  These are his phone |
| 5 | | records, Your Honor. |
| 6 | | Your Honor, I'm going to offer these as an |
| 7 | | exhibit, obviously subject to Mr. Patterson |
| 8 | | testifying and authenticating these as his phone |
| 9 | | records, because of the reversal of the orders. |
| 10 | | This is something that would have come in orally. |
| 11 | | I'd like this marked as Exhibit 31, please. |
| 12 | | MR. SNYDER:  We need another copy back here. |
| 13 | | It's a crowded table. |
| 14 | | THE COURT:  Were these -- have these been |
| 15 | | distributed before? |
| 16 | | MR. NYSTROM:  Oh, yeah.  Yeah. |

Benistar5-18.txt

17          THE COURT:  Okay.  Any objection to that
18     exhibit?  Do you want it de bene?
19          MR. SNYDER:  Yes.  Exactly.  On the basis of
20     described by Mr. Nystrom, this witness has no
21     knowledge about this document.
22          THE COURT:  Okay.  So 31 de bene.
23              (Exhibit 31, Document, received into
24                  evidence.)

☐   34

1     Q    Now, Mr. Levine, I'm handing you what's been
2          provisionally marked as Exhibit 31, ask you to
3          flip to the last page of Exhibit 31, please.
4     A    (Complied.)
5     Q    The top line, Mr. Levine, the call number
6          (212)415-7486, can you tell the Court please whose
7          number that is?
8     A    That was one of the numbers that I used at Merill
9          Lynch.
10    Q    It's your personal phone number at Merill Lynch?
11    A    Yes.
12    Q    It's not the number that you call for reception at
13         Merill Lynch.  That dials to your desk, is that
14         correct?
15    A    No.
16    Q    Where's that dialed?
17    A    This comes on four or five different desks.
18    Q    Including yours?
19    A    Including mine, yes.
20    Q    And there's a call listed on October 22, 1998, for
21         ten point five minutes to your number at
                        Page 28

Benistar5-18.txt

22           10:22 a.m.; is that correct?

23    A    Yes.

24    Q    Now, do you deny that you spoke with Mr. Patterson

□  35

1           on October 22, 1998, at 10:22 a.m. for ten point

2           five minutes?

3    A    Yes.

4    Q    You deny that?

5    A    I have no recollection of speaking to him, nor do

6           I know that I answered this call or that I took

7           this call.  It could have been anybody in my group

8           --

9           THE COURT:  Okay.  Hold on.  Those are

10          different things though.  Denying it means it

11          didn't happen.  No recollection means I don't

12          recollect.  Which is it?

13           THE WITNESS:  I'm sorry, Your Honor.  I have

14          no recollection of ever having this conversation.

15    Q    You have any explanation why Mr. Patterson's phone

16          records demonstrate that he called your number for

17          ten point five minutes at 10:22, 1998?

18    A    There was a call placed to my number.  Somebody

19          may have answered it.  It may have been on hold

20          for half of that time or more.  Someone may have

21          taken a message.  I have no idea.  I do not recall

22          ever talking to Mr. Patterson on this date at that

23          time.

24    Q    Now --

□  36

1           THE COURT:  I'm sorry.  Could I just ask this

Page 29