UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) ) | |
| Defendant. | ) ) | |

### ASSENTED-TO MOTION
### OF DEFENDANT DANIEL E. CARPENTER FOR LEAVE TO FILE REPLY, IN EXCESS OF 20 PAGE LIMIT, TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DECLARATION OF MISTRIAL

Pursuant to Local Rule 7.1(B)(3) and (4), Defendant Daniel E. Carpenter ("Mr. Carpenter") hereby requests leave to file a reply memorandum, in excess of 20 pages, to the government's response to the defendant's motion for declaration of mistrial ("Government's Response"). In support of this motion, Mr. Carpenter states that his original Motion for Mistrial was filed during the course of trial, and more time was required to adequately brief the matter, as well as address the arguments advanced in the Government's Response. Finally, more than 20 pages is required in order to adequately address the legal and factual issues relevant to the false testimony of Gerald Levine knowingly elicited by the government. The government assents to this request.

Furthermore, Mr. Carpenter hereby withdraws his previously filed motion for leave to file a supplemental motion for mistrial.

WHEREFORE, Defendant Daniel E. Carpenter respectfully requests that this Court grant him leave to file a reply memorandum, in excess of 20 pages.

*BOS 46,374,060v1 7-2-08*

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I, A. John Pappalardo, hereby certify that on July 2, 2008, counsel for the government was contacted by e-mail and the government assents.

**RESPECTFULLY SUBMITTED:**

DANIEL E. CARPENTER, Defendant,
By his attorney:

/s/ A. John Pappalardo
A. John Pappalardo (BBO # 338760)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

**Certificate of Service**

I hereby certify that on this 2nd day of July, 2008, I served on counsel of record in the foregoing matter Assented-To Motion of Defendant Daniel E. Carpenter For Leave to File Reply, in Excess of 20 Page Limit, to Government's Response to Defendant's Motion for Declaration of Mistrial, by means of the ECF system.

/s/ A. John Pappalardo
A. John Pappalardo