UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| ) | ORAL ARGUMENT REQUESTED |
| DANIEL E. CARPENTER  ) | |

**DEFENDANT DANIEL E. CARPENTER'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29(c) (AFTER JURY VERDICT) AND IN THE ALTERNATIVE FOR NEW TRIAL PURSUANT TO FED. R. CRIM. P. 33(a) AND REQUEST FOR ORAL ARGUMENT**

NOW COMES Defendant Daniel E. Carpenter ("Mr. Carpenter") and respectfully moves, pursuant to Fed. R. Crim. P. 29(a), that this Court grant him a judgment of acquittal, or, in the alternative, and in the interest of justice, a new trial under Fed. R. Crim. P. 33(a). In support of this Motion, Defendant rely on his Memorandum of Law, submitted herewith and incorporated by reference.

Pursuant to Local Rule 7.1(D), Mr. Carpenter requests oral argument on this motion.

WHEREFORE, Defendant Daniel E. Carpenter respectfully requests that this Court grant him a judgment for acquittal, or in the alternative, in the interest of justice, a new trial.

**RESPECTFULLY SUBMITTED:**
DANIEL E. CARPENTER, Defendant,
By his attorney:

/s/ A. John Pappalardo
A. John Pappalardo (BBO # 338760)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

**Certificate of Service**

  I hereby certify that on this 3rd day of July, 2008, I served on counsel of record in the foregoing matter a copy of this submission by means of the ECF system.

                /s/  A. John Pappalardo
                A. John Pappalardo