# EXHIBIT A

| COUNT | EXCHANGOR | EXCH. AG. | TRANSFER | SHORTFALL |
|---|---|---|---|---|
| I | Darling | Aug. 25 | Sept. 9 | No Evidence |
| II | Darling | Aug. 25 | Sept. 9 | No Evidence |
| III | Bellemore | N/A | N/A | N/A |
| IV | Bellemore | Aug. ? | Aug. 9 | No Evidence |
| V | Johnston | Nov. 21 | Nov. 22 | No Evidence |
| VI | Snider | Sept. 14 | Sept. 14 | No Evidence |
| VII | Iantosca | Aug. 10 | Aug. 16 | No Evidence |
| VIII | Iantosca | Nov. 30 | Dec. 1 | No Evidence[Ω] |
| IX | Iantosca | Nov. 30 | Dec. 1 | No Evidence[Ω] |
| X | Iantosca | Nov. 30 | Dec. 1 | No Evidence[Ω] |
| XI | Iantosca | Nov. 30 | Dec. 1 | No Evidence[Ω] |
| XII | Fitzgerald | Oct. 31 | Nov. 13 | No Evidence |
| XIII | Fitzgerald | Oct. 31 | Nov. 16 | No Evidence |
| XIV | Fitzgerald | Oct. 31 | Nov. 16 | No Evidence |
| XV | Cahaly | Nov. 8 | Nov. 8 | No Evidence |
| XVI | Johnston | Nov. 21 | Nov. 21 | No Evidence |
| XVII | Snider | Sept. 14 | Sept. 14 | No Evidence |
| XVIII | Snider | Sept. 14 | Sept. 20 | No Evidence |
| XIX | Iantosca | Nov. 30 | Dec. 14 | No Evidence |

---

[Ω] Government's evidence showed undistributed exchange deposits at Nov. 22 with Paine Webber account value at Nov. 30. No evidence respecting account value on Dec. 1.