UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10029-GAO |
| v. ) | |
| ) | |
| DANIEL A. CARPENTER, ) | |
| ) | |
| Defendant. ) | |

### ASSENTED-TO MOTION TO EXTEND TIME
### TO RESPOND TO DEFENDANT'S POST-TRIAL MOTIONS

The government hereby moves to extend the time within which to respond to the defendant's three post-verdict motions, namely the defendant's

- Motion for Judgment of Acquittal Pursuant to Fed.R.Crim.P. 29(c) and in the Alternative For New Trial Pursuant to Fed.R.Crim.P. 33(a);

- Supplemental Motion for Judgment of Acquittal; and

- Supplemental Motion for New Trial.

As grounds for its motion, the government states as follows:

1. On June 18, 2008, a jury returned guilty verdicts on all counts in this case.

2. On July 3, 2008, the defendant filed the three post-verdict motions listed above that together are over one hundred pages long.

3. The motions raise numerous legal and factual issues, and rely extensively on a wide array of exhibits and testimony admitted throughout the trial.

4. So that the government may have an adequate opportunity to respond to the motions, the government requests that the Court extend the deadline to respond to July 31, 2008.

5. Counsel for the defendant assents to this motion.

      WHEREFORE, the government requests that the Court extend the deadline to respond to the defendant's post-trial motions to July 31, 2008.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                         By:    /s/ Jonathan F. Mitchell
                                JONATHAN F. MITCHELL
                                JACK W. PIROZZOLO
                                Assistant U.S. Attorneys

                              Certificate of Service

     I, Jonathan F. Mitchell, hereby certify that I served on counsel of record the Government's Motion to Extend the Time to Respond to Defendant's Post-Trial Motions on this 11th day of July, 2008 by means of the ECF system.

                                          /s/ Jonathan F. Mitchell
                                          Jonathan F. Mitchell