UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 04-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF TWENTY PAGES**

The United States hereby requests leave pursuant to Local Rule 7.1(B)(4) to file a memorandum in excess of twenty pages, namely the Government's Opposition to Defendant's Motion for Acquittal and Alternatively for a New Trial, which is thirty-two pages long. In support of this motion, the government states that it is necessary to exceed the twenty page limit to respond adequately to the defendant's motion (Docket Number 308 and 310), which is sixty-seven pages long. Defense counsel assents to this motion.

WHEREFORE, the government requests leave to file an opposition to the defendant's motion in excess of twenty pages.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
JACK PIROZZOLO
Assistant U.S. Attorneys

Certificate of Service

    I, Jonathan F. Mitchell, hereby certify that I served on defense counsel of record the Government's Motion for Leave on this 31st day of July, 2008 by means of the ECF system.

                                              /s/ Jonathan F. Mitchell
                                              Jonathan F. Mitchell