## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER,     ) | |
| ) | |
| Defendant.               ) | |

## ASSENTED-TO MOTION
## OF DEFENDANT DANIEL E. CARPENTER TO CONTINUE SENTENCING

Defendant Daniel E. Carpenter ("Mr. Carpenter") hereby requests that this Court: (1) continue the sentencing hearing in this matter, currently scheduled for September 23, 2008 to Wednesday, October 15, 2008; and (2) extend the date for submission of Mr. Carpenter's sentencing memorandum and related deadlines consistent with the extension of the sentencing hearing.

As grounds for this motion, Mr. Carpenter states:

(1) There are several motions before this Court, some of which still require further briefing, and Mr. Carpenter has requested oral argument on each motion.

(2) Defense counsel will be out of the country on business for other clients on the originally scheduled sentencing date.

(3) The government has assented to this motion.

WHEREFORE, Defendant Daniel E. Carpenter respectfully requests that this Court grant his motion and continue the sentencing hearing in this matter to Wednesday, October 15, 2008, and extend the date for submission of Mr. Carpenter's sentencing memorandum and related deadlines accordingly.

BOS 46,387,054v1 8-8-08

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, A. John Pappalardo, hereby certify that on August 8, 2008, counsel for the government was contacted by telephone and the government assents.

**RESPECTFULLY SUBMITTED:**

DANIEL E. CARPENTER, Defendant,
By his attorney:

/s/ A. John Pappalardo
A. John Pappalardo (BBO # 338760)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

## Certificate of Service

I hereby certify that on this 8th day of August, 2008, I served on counsel of record in the foregoing matter Assented-To Motion of Defendant Daniel E. Carpenter For Leave to File Reply to Government's Opposition to Defendant's Motion for Acquittal and Alternatively for a New Trial, by means of the ECF system and on Probation Officer Tricia Marcy by first class mail.

/s/ A. John Pappalardo
A. John Pappalardo