UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                 )<br>)<br>DANIEL E. CARPENTER,            )<br>)<br>Defendant.                                 )<br>) | CRIMINAL NO. 04-10029-GAO |

**MOTION OF DEFENDANT DANIEL E. CARPENTER FOR LEAVE TO FILE REPLY IN EXCESS OF TWENTY PAGES TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR ACQUITTAL AND ALTERNATIVELY FOR A NEW TRIAL**

Pursuant to Local Rule 7.1(B)(3) and (B)(4), Defendant Daniel E. Carpenter ("Mr. Carpenter") hereby requests leave to file a reply memorandum, to the Government's Opposition to Defendant's Motion For Acquittal and Alternatively For a New Trial ("Government's Opposition") on or before August 15, 2008. In support of this motion, Mr. Carpenter states a reply is necessary in order to address arguments advanced by the Government's Opposition, and will assist the Court in its consideration of the pending motion.

The government assents to this motion only to the extent it applies to the filing of a reply on or before August 15, 2008. The government has taken the position that it will only assent to a total twenty pages of reply briefing in connection with <u>all</u> the post-trial motions filed by Mr. Carpenter.[1] Nevertheless, Mr. Carpenter hereby moves for leave to file a Reply to the Government's Opposition in excess of twenty pages.

WHEREFORE, Defendant Daniel E. Carpenter respectfully requests that this Court grant him leave to file a reply memorandum in excess of twenty pages on or before August 15, 2008.

---

[1] Attorney Jack Robinson, also appearing on behalf of Mr. Carpenter, has additionally filed a reply in further support of his submitted Supplemental Motion For a New Trial.

BOS 46,386,132v2 8-14-08

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, A. John Pappalardo, hereby certify that on August 5, 2008, counsel for the government was contacted by e-mail and the government assents to the extent this motion seeks leave to file a reply on or before August 15, 2008.

**RESPECTFULLY SUBMITTED:**

DANIEL E. CARPENTER, Defendant,
By his attorney:

/s/ A. John Pappalardo
A. John Pappalardo (BBO # 338760)
GREENBERG TAURIG, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)

## Certificate of Service

I hereby certify that on this 14th day of August, 2008, I served on counsel of record in the foregoing matter Assented-To Motion of Defendant Daniel E. Carpenter For Leave to File Reply to Government's Opposition to Defendant's Motion for Acquittal and Alternatively for a New Trial, by means of the ECF system.

/s/ A. John Pappalardo
A. John Pappalardo