

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*        *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

May 12, 2008

<u>By Mail and Fax (617) 310-6001</u>
A. John Pappalardo
Greenberg Traurig LLC
One International Place
Boston, MA 02110

    Re:   <u>United States v. Daniel Carpenter</u>

Dear John:

    I write to inform you that the government does not have any Jencks material that it has not previously disclosed to defense counsel, with the exception of certain transcripts from the New York arbitration hearing. I assume you already have the arbitration materials, but if not, we will provide you with copies.

    In keeping with our discussion last week, I enclose with this letter a proposed stipulation concerning venue. The stipulation will obviate the need to re-call the parade of eleven bank and law firm employees to testify about how wire transmissions are processed by their offices. As you seemed to agree, the evidence was completely superfluous as there was no legitimate issue of material fact concerning venue at the first trial, yet its presentation was necessitated by your predecessor's pressing the issue. So that the parties, the Court and the "venue" witnesses can properly plan their schedules, please let me know whether the stipulation is acceptable to you.

                         Very truly yours,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                     By: _____
                         JONATHAN F. MITCHELL
                         Assistant U.S. Attorney