# ROBINSON & COLE LLP

JOHN E. O'BRIEN, JR.

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
jobrien@rc.com
Direct (617) 557-5926

*Via Hand Delivery*

July 23, 2008

Presiding Justice
BLS2 Session
Suffolk County Superior Court
Three Pemberton Square
Boston, MA 02108

Re: ***Gail A. Cahaly, et al. v. Benistar Property Exchange Trust Co., Inc., et al.***
**Suffolk Superior Court: C.A. No. 01-0116-BLS2 (Consolidated Cases)**

Dear Sir or Madam:

In accordance with Superior Court Rule 9A(a)(3), I am writing to request leave on behalf of plaintiffs, Gail A. Cahaly, et al., to file a reply memorandum in response to the *Opposition of the Benistar Defendants to the Plaintiffs' Request for Amended Judgments and Cross-Motion to Compel the Plaintiffs to File a Partial Satisfaction of Judgment and Disclose to the Benistar Defendants Any Settlement With Merrill Lynch*.

In addition, plaintiffs request that this Court schedule this motion to be heard on August 18, 2008, the date set by this Court for a hearing on a motion to dismiss filed by co-defendant Merrill Lynch in a related case assigned to the Business Litigation Session.

The plaintiffs respectfully request leave to reply for three reasons. First, the Benistar defendants included a "cross motion" in their opposition memorandum. Although "cross-motions" are not authorized under Rule 9A, the plaintiffs are prepared to reply to the cross-motion so that the issues raised can be fully considered by the Court. Second, the Benistar defendants challenge the Court's authority to amend the judgment in the manner sought by the plaintiffs. Accordingly, the plaintiffs seek leave to brief the issue of the Court's authority to amend the judgment. Finally, the plaintiffs respectfully seek the opportunity to reply to some of the allegations in Benistar defendants' brief.



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

WHITE PLAINS

NEW YORK CITY

SARASOTA

www.rc.com

BOST1-948141-2



RECEIVED JUL 24 2008

By_____

# ROBINSON & COLE LLP

Presiding Justice
BLS2 Session
July 23, 2008
Page 2

Thank you very much for your consideration of this matter.

Sincerely,

*John E. O'Brien, Jr./BN*
John E. O'Brien, Jr.

cc:   Service List (via first class mail)

