UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER, | ) ) | |
| Defendant. | ) ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION FOR LEAVE TO FILE A REPLY IN EXCESS OF TWENTY PAGES**

The United States hereby opposes the defendant's Motion for Leave to File Reply in Excess of Twenty Pages to Government's Opposition to Defendant's Motion for Acquittal and Alternatively for a New Trial (Docket Number 320). The government objects to what fairly can be described as an abuse of the page limit provisions of the Local Rules. The defendant has filed post trial motions seeking relief under two rules: for judgment of acquittal under Rule 29, and for a new trial under Rule 33. Under the broadest construction of Local Rule 7.1(B), the defendant's briefs should total not more than forty pages, that is, at most he may file two twenty page briefs. Nevertheless, since the trial ended, the defendant has filed over one hundred pages of opening briefs, approximately three times the limit under the Local Rules.

The page limit rules were meant to prevent the opposing party from having to spend its time responding to frivolous arguments, and they reflect the conclusion of the Rules Committee that twenty pages is enough space to make one's points. Although the defendant has no right to file a reply – he went ahead and filed the reply anyway, see Docket Number 322 – the government assented to the filing of a reply, as the defendant's motion acknowledges, on the condition that the defendant comply with the twenty page limit. The defendant has refused to do

this.  Instead, the defendant has filed a total of nearly eighty pages of reply briefs (see Docket Numbers 319, 321, and 322).  Remarkably, the defendant's motion for leave suggests that the briefs filed separately by defense counsel Jack E. Robinson should not be counted toward the defendant's page limit.  It goes without saying that the defendant does not get to play this game.  The page limit rules apply to *parties*, not to each individual attorney on each side.

In short, the defendant's violations of the page limit rules is not fair to the government, and the Court should not countenance it.  The Court accordingly should deny his motion for leave.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:

                /s/ Jonathan F. Mitchell
                JONATHAN F. MITCHELL
                JACK PIROZZOLO
                Assistant U.S. Attorneys

**Certificate of Service**

  I hereby certify that on this 19th day of August, 2008, I served on counsel of record in the foregoing matter the government's Opposition to the Defendant's Motion for Leave to File a Reply in Excess of Twenty Pages, by means of the ECF system.

                /s/ Jonathan F. Mitchell
                Jonathan F. Mitchell