# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | Case No.  04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER,       ) | **LEAVE TO FILE GRANTED ON** |
| ) | **APRIL 23, 2010** |
| Defendant.                            ) | |

## GOVERNMENT'S SUR-REPLY
## REGARDING DEFENDANT'S MOTION FOR RETURN OF PASSPORT

In his Reply regarding his motion for the return of his passport (Docket Number 363), Defendant Daniel Carpenter strenuously insists that he has no reason to remain outside the United States if the Court permitted him to travel internationally.  Just last week, however, defense counsel reported information to a federal court that may bear directly on whether Carpenter has an incentive to flee.  Specifically, in a IRS civil action pending in the U.S. District Court for the District of Connecticut, defense counsel in this case reported in a declaration that Benistar's Simsbury, Connecticut offices were searched by IRS criminal agents.  The motion that accompanied the declaration reported that the search was in connection with a federal grand jury investigation based in the Eastern District of Wisconsin.  The motion and the declaration are attached hereto as Exhibits 1 and 2.  The U.S. Attorney's Office for the District of Massachusetts is not involved in the investigation.

**[REDACTED]**

These developments heighten the incentive for Carpenter to flee the United States. For this reason and those set forth in the government's opposition, his motion should be denied.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney


/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
JACK PIROZZOLO
Assistant U.S. Attorneys

## **Certificate of Service**

I, Jonathan F. Mitchell, hereby certify that I served on defense counsel of record the foregoing motion on this 26nd day of April, 2010 by means of the ECF system.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
