IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>-against-<br><br>WAYNE BURSEY,<br><br>        Respondent. | Case No. 3:09-mc-00272-VLB |

**EMERGENCY MOTION TO STAY THE EXECUTION OF
<u>SEARCH WARRANT ISSUED BY THIS DISTRICT</u>**

Respondent Wayne Bursey ("Mr. Bursey"), by and through his attorneys, Fox Rothschild LLP, hereby submits this Emergency Motion to Stay the execution of a search warrant issued by Magistrate Judge Smith of this District in connection with a federal grand jury investigation on behalf of the Internal Revenue Service (the "IRS" or "Government") proceeding in or around Milwaukee, Wisconsin. Additionally, Mr. Bursey requests that any documentation that might be obtained by the IRS through the grand jury proceedings and any subsequent investigation or proceedings not be disclosed or otherwise disseminated to the Government in connection with its pending Section 6700 investigation.

In the alternative, Mr. Bursey requests that this Court stay the execution of the subject search warrant pending an emergency telephonic or in-person hearing in this Court.

ST1 9436v3 04/20/10

## ARGUMENT

As this Court is aware, the Government commenced this proceeding to enforce a summons issued to Mr. Bursey relating to the Sickness, Accident & Disability Indemnity Trust ("SADI"), the Long Term Care Trust, the Life One Plan & Trust, the Life Five Plan & Trust, the Charter Oak Plan & Trust, the Survivorship Trust, and the Grist Mill Trust (collectively the "NOVA Plans"). Mr. Bursey has and continues to lawfully contest the legitimacy of the Government's investigation.

Outrageously, and unbeknownst to Mr. Bursey, the IRS has evidently commenced a second investigation of the NOVA Plans with the assistance of the United States Attorney's Office in Milwaukee, Wisconsin that, upon information and belief, is seeking the identical information requested through the 6700 Summons. More outrageously, at 9:00 A.M. this morning, the Government (in the form of two dozen armed agents from the IRS Criminal Investigative Service) descended upon the Simsbury offices and surrounding homes of certain individuals and executed a search warrant apparently in furtherance of that investigation. (*See* Accompany Declaration of Jack E. Robinson, Esq. at ¶ 3 ("Robinson Decl.").) The IRS has, and at this hour continues to lock down the facility. (*Id.*) The warrant apparently targets Benistar Group Ltd., a company that no longer exists, and NOVA Benefit Plans, which is the target of the Order to Show Cause pending before this Court. (Robinson Decl. at ¶ 4.)

Importantly, Mr. Bursey shares space with a number of other benefit plans and thus the Government is now ransacking the offices of, among others,

2

Benistar Admin Services, Inc., a non-party to either action. (Robinson Decl. at ¶ 5.) The Government is thereby far exceeding the scope of any authority it may have under the search warrant. Additionally, the Government has now spent at least three hours interviewing one or more employees about the SADI Plan, one of the central plans at issue in the Government's unfounded 6700 investigation. (Robinson Decl. at ¶ 6.)

We suspect, given the veil of secrecy with which the Government is proceeding, that the Government did not advise Magistrate Judge Smith that there was an parallel civil action pending before your Honor concerning the disclosure of the very documentation that the Government is now attempting to seize. In short, the Government is resorting to self-help and must be stopped immediately.

The primary concern is that the Government, in its haste and "storm-trooper" tactics, has seized information having nothing whatsoever to do with the subject of the search warrant, and that because other companies operate from the same offices, those other companies will be adversely affected by today's misconstrued actions. In sum, those other companies have nothing whatsoever to do with either the civil or criminal case but effectively have been shut down today during this search.

At a minimum, Mr. Bursey requests that this Court issue an Order quashing the search warrant and the Government's seizure of documentation concerning the NOVA Plans, and to return to their original place of business and storage any documents or information already seized.

3

**Additionally, Mr. Bursey requests that this Court issue an Order prohibiting the Government from sharing with the 6700 investigation any of the documentation or information that it has obtained, or may in the future obtain, as a result of the search warrant.**

**In the alternative, because of the Government's resort to self-help, Mr. Bursey requests that this Court stay this proceeding in its entirety. A stay of the civil proceedings is most appropriate where the subject matter of the parallel civil and criminal proceeding or investigation is the same and where the government is prosecuting both proceedings.** *See Brock v. Tolkow*, **109 F.R.D. 116, 119 (E.D.N.Y. 1985). The existence of parallel investigations places Mr. Bursey and the NOVA Plans in the unenviable Hobson's choice of how to defend this proceeding without implicating potential criminal liability.**

4

ST1 9436v3 04/20/10

## CONCLUSION

For all of the above-reasons, Mr. Bursey respectfully requests an emergency order quashing the search warrant and staying the Government from taking any further action as part of any criminal investigation and to return any and all information already seized.

Dated: April 20, 2010

                                             **RESPONDENT WAYNE BURSEY,**

                                       By:  **/s/ Joseph M. Pastore III**
                                             **Joseph M. Pastore III (ct11431)**
                                             **FOX ROTHSCHILD LLP**
                                             **One Landmark Square, 21st Floor**
                                             **Stamford, CT 06901**
                                             **Telephone:  (203) 425-9500**
                                             **Facsimile:   (203) 425-9595**
                                             **jpastore@foxrothschild.com**
                                             **pdehmel@foxrothschild.com**

                                     **His Attorneys**

## CERTIFICATE OF SERVICE

I, Joseph M. Pastore III, hereby certify that on April 20, 2010, this document was filed through the ECF system, was sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF), and paper copies were sent to those indicated as non-registered participants.

Furthermore, a copy of this document was transmitted to the Chambers of Magistrate Judge Smith of the United States District Court for the District of Connecticut, as well as to Gordon P. Giampietro, Assistant United States Attorney for the Eastern District of Wisconsin via email at Gordon.Giampietro@usdoj.gov..

                                                             /s/ Joseph M. Pastore III
                                                             Joseph M. Pastore III