# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>-against-<br><br>WAYNE BURSEY,<br><br>                Respondent. | Case No. 3:09-mc-00272-VLB |

### DECLARATION OF JACK E. ROBINSON, ESQ.

STATE OF CONNECTICUT    )
                                    ) ss:
COUNTY OF FAIRFIELD        )

       I, JACK E. ROBINSON, ESQ., pursuant to 28 U.S.C. § 1746(2), hereby declares:

       1.     I am over the age of eighteen and understand the obligations of an oath.

       2.     I make this declaration from my personal knowledge and in support of Respondent's Emergency Motion to Stay the Execution of Search Warrant Issued by this District.

       3.     At 9:00 A.M. this morning, April 20, 2010, the Government executed a search warrant at Mr. Bursey's place of business in Simsbury, Connecticut and has locked down the facility. The Government arrived with two dozen armed IRS agents wearing bullet-proof vests, who then proceeded to harass and intimidate employees, confiscate their telephones, hold them against their will, and continue to question them even after being informed that they were represented by counsel and did not wish to speak with the agents.

ST1 9439v1 04/20/10                     1

4.	The warrant apparently targets Benistar Group Ltd., a company that no longer exists, and NOVA Benefit Plans, which is the target of the Order to Show Cause pending before this Court.

5.	Mr. Bursey shares space with a number of other benefit plans and thus the Government is now ransacking the offices of, among others, Benistar Admin Services, Inc., a non-party to either action.

6.	The Government has now spent at least three hours interviewing one or more employees against their will about the Sickness, Accident & Disability Indemnity Trust, one of the central plans at issue in the Government's unfounded 6700 investigation.

7.	Absent the relief requested in the Motion, many innocent parties will suffer irreparable harm as their offices are being ransacked and their documents and information are being seized for no purpose, thereby leaving these persons and entities – who are wholly unrelated to these cases – unable to conduct business.

I declare under the penalties of perjury that the foregoing is true and complete.


Dated: April 20, 2010

/s/ *Jack E. Robinson*
JACK E. ROBINSON, ESQ.