## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *v.* ) | CRIMINAL NO. 04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER ) | |

### DEFENDANT'S NOTICE REGARDING PENDING EMERGENCY MOTIONS

NOW comes defendant Daniel E. Carpenter and hereby files this Notice with respect to his pending emergency motions (i) for return of his passport (Dkt. No. 361), and (ii) to obtain any and all redacted, *ex parte*, and "under seal" notices or submissions made by the government to the Court (Dkt. No. 368).

In its sur-reply (Dkt. No. 365) to Mr. Carpenter's passport motion, the government redacted certain information that allegedly referred to an April 20, 2010 search by Internal Revenue Service–Criminal Investigation Division ("IRS-CID") agents of 100 Grist Mill Road in Simsbury, Connecticut. The government then, without any basis, ventured to assert that the search somehow gave Mr. Carpenter a new incentive "to flee," despite the fact that Mr. Carpenter's name was not mentioned in the search warrant.

Attached hereto as Exhibit A is a Declaration dated May 3, 2010 from the Special Agent in Charge of the St. Paul Field Office for IRS-CID, Julio La Rosa, in which Agent La Rosa declares under penalty of perjury that "the Internal Revenue Service has **not** made a [criminal] referral of Daniel Carpenter." Decl. of Julio La Rosa, ¶ 2 (May 3, 2010) (emphasis added).

The government's sur-reply is yet another example of the government's ongoing campaign to maliciously defame Mr. Carpenter and prevent him from seeking gainful

employment.  The sur-reply should be stricken in its entirety and the government should be required to disclose to Mr. Carpenter's attorneys the redacted information.  *See* D. Mass. L.R. 7.2.

Mr. Carpenter has an urgent and immediate need for the return of his passport because the *Second Annual ILMA European Investor Summit* in London (referenced in the passport motion) is only two weeks away and Mr. Carpenter needs to renew his now-expired passport before then.  Because the government has been unable to show a single false or fraudulent statement by Mr. Carpenter from 10 years ago, the government has resorted to defaming Mr. Carpenter through its public (and now secret) filings.  Because Mr. Carpenter has proven over the past six years that this case has been pending that he is a fighter and not one who flees, the Court should feel comfortable in returning Mr. Carpenter's passport immediately.

Dated: May 4, 2010

>Respectfully submitted,
>**DANIEL E. CARPENTER**,
>By his attorneys,
>
>/s/  *Jack E. Robinson*
>Jack E. Robinson (BBO # 559683)
>**ROBINSON LAW OFFICES**
>300 First Stamford Place, Suite 201
>Stamford, CT 06902
>(203) 425-4500

### CERTIFICATE OF SERVICE

I hereby certify that on the date hereof a true and accurate copy of the foregoing was served on all notice parties through the Court's CM/ECF system.

>/s/  *Jack E. Robinson*
>Jack E. Robinson