# EXHIBIT A

1

COMMONWEALTH OF MASSACHUSETTS

GAIL CAHALY, et al.,                  )
                                      ) Consolidated
            Plaintiffs,               ) Action
                                      ) Nos.
      vs.                             ) 01-0116-BLS2
                                      ) 01-0299-BLS2
BENISTAR PROPERTY EXCHANGE            ) 01-0330-BLS2
TRUST CO., INC., et al.,              ) 01-0581-BLS2
                                      ) 01-3433-BLS2
            Defendants.               ) 01-4305-BLS2
                                      ) 01-00075
                                      ) (Norfolk
                                      )  County)
----------------------------------------)


        VIDEOTAPED DEPOSITION OF JOHN BEVILACQUA
              New York, New York
            Tuesday, May 25, 2010


Reported by:
TAMI H. TAKAHASHI, RPR, CSR
JOB NO. 310562



Toll Free: 866.619.3925
Facsimile: 866.557.0041

Suite 804
99 Summer Street
Boston, MA 02110
www.esquiresolutions.com

John Bevilacqua

May 25, 2010

50

1                        Bevilacqua
2     BY MR. EVANS:
3          Q.    Right.   That's what I meant by your
4     expectation.   You expected them to identify
5     any kind of pleadings that had been submitted
6     to the Court that might bear some relation to
7     the information in the documents?
8               MR. MURPHY:   Objection.
9          A.    Right.   I may have given specific
10    categories, but I don't think that was one of
11    the things specifically that I asked them to
12    look at or that I was aware existed.
13    BY MR. EVANS:
14         Q.    Did you ask Bingham to undertake a
15    similar review?
16         A.    I think I may have, yes.
17         Q.    And was that going to be a
18    substantial undertaking?
19               MR. MURPHY:   Objection.
20         A.    In my mind, that would be a
21    substantial amount of time to do the review
22    that I thought was necessary.
23    BY MR. EVANS:
24         Q.    In terms of the trial testimony you
25    expected outside counsel to review in



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.619.3925
Facsimile: 866.557.0041

Suite 804
99 Summer Street
Boston, MA 02110
www.esquiresolutions.com

John Bevilacqua

May 25, 2010

51

1                    Bevilacqua

2  connection with your request, did you include

3  the trial testimony that Merrill Lynch

4  witnesses had given in the criminal cases?

5       A.   In my mind, that was included, yes.

6       Q.   And what was it that you wanted

7  outside counsel to look for in conducting

8  that review?

9       A.   I think --

10           MR. MURPHY:  Objection.

11      A.   -- I answered that.  To repeat, I

12 wanted them to find anything that would be

13 inconsistent with the information that we

14 gleaned from the documents that we had

15 located that day.

16 BY MR. EVANS:

17      Q.   And how -- how soon after you made

18 that request on February 25th, 2009 did you

19 begin to hear from outside counsel about

20 inconsistencies they had identified in the

21 testimony?

22           MR. HUNTER:  Objection.

23           MR. MURPHY:  Objection.

24      A.   In terms of testimony?  Pretty

25 quickly.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.619.3925
Facsimile: 866.557.0041

Suite 804
99 Summer Street
Boston, MA 02110
www.esquiresolutions.com

John Bevilacqua

May 25, 2010

52

1                         Bevilacqua
2     BY MR. EVANS:
3          Q.    Within a few days?
4          A.    I would say within a few days is
5     accurate.
6          Q.    And what was your reaction when you
7     found out what the outside counsel had
8     located?
9               MR. MURPHY:  Objection.
10         A.    I was dismayed.
11    BY MR. EVANS:
12         Q.    Why?
13              MR. MURPHY:  Objection.
14         A.    From my reading of some of the
15    testimony, and my reading of some of the
16    documents, there were inconsistencies.
17    BY MR. EVANS:
18         Q.    By "testimony" you mean testimony
19    given by Merrill Lynch employees?
20         A.    Current and former Merrill Lynch
21    employees, yes.
22         Q.    Did you discuss your dismay with
23    any of your supervisors?
24         A.    Yes, I did.
25         Q.    Who?



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.619.3925
Facsimile: 866.557.0041

Suite 804
99 Summer Street
Boston, MA 02110
www.esquiresolutions.com

John Bevilacqua                                May 25, 2010

                                                            53
1                        Bevilacqua
2        A.    Ralph Cursio.
3        Q.    What did you tell him?
4        A.    I said we have what appears to be
5    discrepancies between the information
6    contained in the documents that we located on
7    our trip to the Fifth Avenue complex and then
8    what the snippets or -- "snippets" isn't the
9    right word, but the pages of testimony that
10   had been provided to me by our outside
11   counsel.
12       Q.    Can you remember any of the
13   inconsistencies that struck you as the most
14   significant?
15           MR. HUNTER:  Objection.
16       A.    That there had -- that no employee
17   at Merrill Lynch had had any suspicions that
18   Benistar was trading other people's money;
19   without specifics, specifically reading the
20   testimony that I had in front of me at the
21   time, various Merrill employees and former
22   employees, that's the one that sticks in my
23   mind.
24   BY MR. EVANS:
25       Q.    And the documents you located in



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.619.3925
Facsimile: 866.557.0041

Suite 804
99 Summer Street
Boston, MA 02110
www.esquiresolutions.com

John Bevilacqua

May 25, 2010

54

1          Bevilacqua

2    Anna Roccanova's office was evidence to you

3    that that testimony had not been correct?

4          MR. MURPHY:   Objection.

5          A.   Possibly, yes.

6    BY MR. EVANS:

7          Q.   Can you remember any other thing

8    that happened on February 25th, 2009 other

9    than what you've testified about that had any

10   relation to the discovery of the documents?

11         A.   February 25th being the day that we

12   discovered the documents?

13         Q.   Right.

14         A.   Any other conversations that I had?

15              I discussed it with my colleague,

16   Paul Giappone, as we were walking over to

17   meet folks for drinks who had gotten fired.

18   I had the call with Joe Kolick, which I

19   believed I mentioned, the call with

20   John Snyder.   I may have had another call

21   with Joe Higgins after he returned back to

22   Washington, D.C. but before I went to meet

23   colleagues for the memorial service, for lack

24   of a better term.   That -- that's pretty much

25   it for the 25th.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.619.3925
Facsimile: 866.557.0041

Suite 804
99 Summer Street
Boston, MA 02110
www.esquiresolutions.com

John Bevilacqua                                    May 25, 2010

174

1                          Bevilacqua

2          Q.    From your review of the testimony

3    of the Merrill Lynch witnesses, the ones that

4    you did review from the criminal trials, did

5    you find any inconsistencies between their

6    testimony and the documents that were in

7    Anna Roccanova's office?

8               MR. MURPHY:  Objection.

9               MR. HUNTER:  Objection.

10         A.    Inconsistencies with the documents

11   in Anna Roccanova's office?  I think there

12   may be some inconsistencies, yes.

13         Q.    Do you recall what they were?

14         A.    I think surrounding the closing --

15   the reason for the closing of the accounts.

16         Q.    Okay.  And what is it they said

17   that was inconsistent with the documents?

18               MR. MURPHY:  Objection.

19         A.    The statement that the accounts

20   closed solely because Mr. Carpenter wouldn't

21   listen to their advice may be contradicted by

22   some of the documents in the Anna Roccanova

23   file.

24   BY MR. ORDER:

25         Q.    That suggested that there were



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.619.3925
Facsimile: 866.557.0041

Suite 804
99 Summer Street
Boston, MA 02110
www.esquiresolutions.com

John Bevilacqua                                    May 25, 2010

                                                              175
1                        Bevilacqua
2    other reasons why the account was closed; is
3    that it?
4              MR. MURPHY:  Objection.
5         A.   Correct.
6    BY MR. ORDER:
7         Q.   So, after reading the testimony of
8    the Merrill Lynch witnesses in the criminal
9    trials, were you just as dismayed with
10   their -- the inconsistencies in their
11   testimony as you were in the -- with the
12   civil trial testimony?
13             MR. HUNTER:  Objection.
14             MR. ORDER:  Let me rephrase that.
15   BY MR. ORDER:
16        Q.   After reading the testimony of the
17   Merrill Lynch witnesses in the criminal
18   trial -- trials, were you just as dismayed at
19   the inconsistencies between their testimony
20   and the documents in Anna Roccanova's office
21   as you were when you read the testimony of
22   the witnesses in the civil trial?
23             MR. MURPHY:  Objection.
24        A.   I was equally dismayed.  I'd say
25   that's accurate.



ESQUIRE
an Alexander Gallo Company

Toll Free: 866.619.3925
Facsimile: 866.557.0041

Suite 804
99 Summer Street
Boston, MA 02110
www.esquiresolutions.com