UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10029-GAO |
| ) | |
| **DANIEL E. CARPENTER,** ) | |
|     Defendant ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (O'Toole, J.) September 1, 2011 Opinion and Order (docket entry 377, docketed on September 1, 2011), which granted a motion for new trial of the defendant Daniel E. Carpenter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ Jack W. Pirozzolo
JACK W. PIROZZOLO
First Assistant U.S. Attorney

Certificate of Service

I hereby certify that on September 27, 2011, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Jack W. Pirozzolo
JACK W. PIROZZOLO
First Assistant U.S. Attorney