UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )   Criminal No. 04-10029-GAO
                                    )
DANIEL E. CARPENTER                 )
_____)

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Daniel E. Carpenter, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (O'Toole, J.) September 1, 2011 Opinion and Order (dkt. no. 377), denying the defendant's motion and supplemental motion for a judgment of acquittal, and the September 1, 2011 Order (dkt. no. 376), denying the defendant's motion for a mistrial.[1]

Respectfully submitted,

DANIEL E. CARPENTER,

/s/ Jack E. Robinson
Jack E. Robinson (BBO #559683)
ROBINSON LAW OFFICES
300 First Stamford Place, Suite 201
Stamford, CT 06902
(203) 425-4500

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2011, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Jack E. Robinson
Jack E. Robinson

---

[1] This appeal is in response to the government's September 27, 2011 appeal (dkt. no. 378) of the district court's granting the defendant's motion for a new trial.