UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10029-GAO

UNITED STATES OF AMERICA,

v.

DANIEL E. CARPENTER,
Defendant.

ORDER
February 10, 2012

O'TOOLE, D.J.

The defendant, Daniel Carpenter, has moved this Court to temporarily return his passport to permit him to travel to London from July 23, 2012 to August 18, 2012. Since surrendering his passport in February 2004, Carpenter has fully complied with all the requirements set by Pretrial Services. This motion (dkt. no. 382-1) is GRANTED, subject to the following conditions:

1. Carpenter is allowed to apply for a new passport. Upon receipt, he must surrender this new passport to Pretrial Services, which will maintain custody of it until two weeks before his anticipated July 23, 2012 travel date.

2. Upon return from London, Carpenter is ordered to surrender his passport to Pretrial Services within twenty-four hours of his anticipated August 18, 2012 return to the United States.

3. Carpenter is ordered to provide Pretrial Services with a detailed itinerary of his travel and continue to call Pretrial Services on a weekly basis while traveling.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge