# United States Court of Appeals
## For the First Circuit

_____

No. 11-2133

UNITED STATES,

Appellant,

v.

DANIEL E. CARPENTER,

Defendant, Appellee.

_____

**JUDGMENT**

Entered:  May 3, 2013
Pursuant to 1st Cir. R. 27.0(d)

In light of the court's order entered on this date, the case is dismissed for lack of jurisdiction.

cc:
Robert Michael Goldstein
A. John Pappalardo
Dina Michael Chaitowitz
Gary R. Greenberg
Jack Woodruff Pirozzolo
Paula J. DeGiacomo
Jack E. Robinson