# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 5, 2013

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Daniel E. Carpenter
v. United States
No. 13-291
(Your No. 11-2131, 11-2133)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 3, 2013 and placed on the docket September 5, 2013 as No. 13-291.

Sincerely,

**Scott S. Harris**, Clerk

by Melissa Blalock
Melissa Blalock
Case Analyst