# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number: 04cr10029-GAO

USCA Docket Number: 11-2131

United States of America

v.

Daniel E. Carpenter

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed  X  paper documents ____ electronic documents:

**Main Documents:**

Document Numbers: Trial Exhibits 1-14

**Other Documents:**

Sealed Records:

Document Numbers: _____

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 20, 2013.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/20/13

Deputy Clerk, US Court of Appeals