UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER | ) | |

**<u>Motion to Dismiss Indictment for Violation of
Constitutional Right to Speedy Trial</u>**

Now comes the Defendant, Daniel E. Carpenter, by and through undersigned counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, and hereby moves the Court to dismiss the above-captioned matter, with prejudice, as the government's improper trial conduct has caused this litigation to consume approximately 10 years of Mr. Carpenter's life without any impending finality, and has thus caused a denial of Mr. Carpenter's Sixth Amendment right to a speedy resolution of his criminal proceeding. *See United States v. Loud Hawk*, 474 U.S. 302, 311 (1986) (Sixth Amendment speedy trial guarantee designed in part "to shorten the disruption of life caused by arrest and the presence of unresolved criminal charges"); *United States v. Marion*, 404 U.S. 307, 320 (1971); *Strunk v. United States*, 412 U.S. 434, 439-40 (1973)*; Smith v. Hooey*, 393 U.S. 374, 377-78 (1969); *Barker v. Wingo*, 407 U.S. 514 (1972); *Pollard v. United States*, 352 U.S. 354, 361 (1957) (assuming without deciding that the sentence is part of the trial for purposes of the Sixth Amendment).

For the same reasons, there has been a violation of Mr. Carpenter's Fifth Amendment right to due process of law. *See United States v. Lovasco*, 431 U.S. 783, 790 (1977) (delay resulting in violation of 'fundamental conceptions of justice which lie at the base of our civil and

1

political institutions,' and which define 'the community's sense of fair play and decency'" can amount to due process violation).

The defendant further relies on the memorandum of law submitted in support of the instant motion.

## REQUEST FOR ORAL ARGUMENT

The defendant respectfully requests oral argument on the within motion.

## LOCAL RULE 7.1 CERTIFICATION

The Government opposes the within motion.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| Daniel E. Carpenter, | Daniel E. Carpenter, |
| By His Attorney, | By His Attorney, |
| | |
| **/s/ Robert M. Goldstein** | **/s/ Martin G. Weinberg** |
| Robert M. Goldstein, Esq. | Martin G. Weinberg, Esq. |
| Mass. Bar No. 630584 | Mass. Bar No. 51948 |
| 20 Park Plaza, Suite 1000 | 20 Park Plaza, Suite 1000 |
| Boston, MA 02116 | Boston, MA 02116 |
| (617) 742-9015 | (617) 227-3700 |
| rmg@goldstein-lawfirm.com | owlmgw@att.net |

Dated: December 30, 2013

## CERTIFICATE OF SERVICE

I, Robert M. Goldstein, hereby certify that on December 30, 2013, this document has been served, via electronic filing, upon Jack Pirozzolo, Assistant United States Attorney, John Joseph Moakley Federal Courthouse, One Courthouse Way, Suite 9200, Boston, MA, 02210.

**/s/ Robert M. Goldstein**
Robert M. Goldstein