

## State of Connecticut

### SENATE

STATE CAPITOL
HARTFORD, CONNECTICUT 06106-1591

**SENATOR THOMAS J. HERLIHY**
EIGHTH SENATE DISTRICT

LEGISLATIVE OFFICE BUILDING
ROOM 3900
HARTFORD, CT 06106-1591
HOME: (860)651-1491
CAPITOL: (860) 240-0436
TOLL FREE: 1-800-842-1421
FAX: (860) 240-5306
E-mail: Thomas.Herlihy@cga.ct.gov

**RANKING MEMBER**
SELECT COMMITTEE ON CHILDREN
EDUCATION COMMITTEE
ENERGY AND TECHNOLOGY COMMITTEE

**MEMBER**
FINANCE, REVENUE AND BONDING COMMITTEE

September 11, 2008

The Honorable George A. O'Toole, Jr.
U.S District Court Judge
J. Joseph Moakley U.S. Court House
One Courthouse Way
Boston, MA 02110

Dear Judge O'Toole:

Dan Carpenter is a long time personal friend. It is a privilege to speak on his behalf. I have always known him to be an honorable and loyal individual. His selflessness is well noted among not only his friends but his colleagues and employees. He is the type of man who gives of himself and instills that desire to give back in others.

My youngest son was an employee of Dan's when he was 16 years old. He gave Sean his first job and the opportunity to learn and grow in this position. He was always a kind and fair boss, exactly as he is as a person. Working for Dan was a wonderful experience for my son and I am grateful that he had a mentor with such strong integrity to learn from.

Dan Carpenter is a good, honest, loyal man. He is a friend, a family man and a generous human being who sees the good in others and tries to help them cultivate their gifts. He has dedicated time and effort to the community as a volunteer youth soccer coach with the Simsbury Soccer Club. He helps those less fortunate than he because it is right not because it is expected. There should be more people like him in our community.

It is my sincere hope that you too see what I have always seen in Dan, a man of strength and honor, a true gentleman. Thank you for your thoughtful consideration.

Sincerely yours,

Thomas J. Herlihy
State Senator-8th District