Case 1:04-cr-10029-GAO   Document 435-7   Filed 02/25/14   Page 1 of 2

August 14, 2008

To the Honorable Judge O'Toole:

In the spring of 2005, I had the pleasure of meeting Dan Carpenter over dinner. Immediately, I took a liking to him. I respected the way his employees looked up to him and sensed his willingness to help people and his devotion to his family.

Through these past three years, I have been in the company of Dan, both personally and professionally. Being a business owner in Avon and West Hartford Connecticut, I am now apart of several charitable committees and sub-committees such as; the Multiple Sclerosis Society National Greater Connecticut Chapter, Relay for Life, Muscular Dystrophy Association, The Bridge Family Center, and The Village for Children and Families in Hartford, Connecticut. Every event, every fundraiser, every phone call I placed to him, without hesitation, Dan not only contributed to these organizations, but asked his friends, colleagues, and everyone that he knew to get involved and give.

Dan is genuine, honest, and altruistic. He is a source of strength not only for me and my best friend, but to many, as a father, a husband, a boss, and as a comrade. In 2006, I opened my business and before it was even open, Dan was there for me. Regardless of his long days and non-stop schedule, he made time to meet over coffee or dinner. He listened to my problems, offered solid, valuable advice and guidance, whether it involved boyfriend problems or concerns about my new business venture.

I remember going to Dan's daughter's high school graduation party and seeing how Carrie looked at her father. Dan's piety and tenderness to his family, friends, and employees is truly inspiring. I pray for the sake of his wife and daughter, his workers, his

colleagues, and his friends that Dan will be able to continue to be an integral part of their lives. I ask that the Courts exercise its discretion and be lenient in light of Dan's good heart and the hardship that would result on the people that depend on him daily, such as his family, the families of his employees, his colleagues, and friends.

Very truly yours,

Mariel A. Peck