# WILMERHALE

Peter J. Kolovos

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

February 20, 2014

The Honorable George A. O'Toole, Jr.
United States District Judge
United States District Court
  for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   *United States v. Daniel E. Carpenter*, Case No. 04-10029-GAO

Dear Judge O'Toole:

This firm represents Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Merrill Lynch"). This letter is being submitted to you on behalf and with the approval of Merrill Lynch. Merrill Lynch would like to advise the Court of several developments involving Benistar Property Exchange Trust Company, Inc. ("BPETCO") and its chairman, Mr. Daniel E. Carpenter, that may bear on the disposition of this matter.

We understand that Mr. Carpenter has been convicted of mail and wire fraud. The parties whose losses we understand gave rise to that conviction also sought recovery for those losses from BPETCO, Merrill Lynch and others in a Massachusetts state court civil action styled *Cahaly v. Benistar Property Exchange Trust Co., Inc.* ("Cahaly Litigation").

As set forth in Judge Neel's January 11, 2011 opinion in the Cahaly Litigation, the plaintiffs in that action received (with Mr. Carpenter's concurrence) $12.487 million in 2008 as a result of a settlement reached with UBS PaineWebber, Inc. *See* Memorandum and Order for Judgment on Plaintiffs' Claims for Punitive and Consequential Damages ("Damages Order") at 33. The plaintiffs also pursued claims against Merrill Lynch in the Cahaly Litigation, and obtained a judgment against Merrill Lynch in 2011 for approximately $13.9 million; Merrill Lynch and the plaintiffs stipulated to the dismissal of these claims in January 2013 while the appeal was still pending before the Massachusetts Appeals Court.[1] Moreover, we understand that last week in a related federal civil case styled *Iantosca v. Benistar Admin Services, Inc.*, Civ. No. 08-11785 (D. Mass.), Judge Gorton ordered that the same plaintiffs be paid an additional $3.7 million from the court registry.

---

[1]   Merrill Lynch is unable to provide additional information regarding the disposition of the Cahaly Litigation due to confidentiality obligations, but can provide this information to the Court under seal subject to receiving permission from the plaintiffs in the Cahaly Litigation.

In 2011, BPETCO commenced an action against Merrill Lynch in Connecticut state court, seeking (among other relief) contribution and indemnification from Merrill Lynch for any payments made by BPETCO towards the judgment in the Cahaly Litigation. BPETCO filed a related claim against Merrill Lynch with the Financial Industry Regulatory Authority (FINRA) in 2013. Merrill Lynch and BPETCO recently reached a confidential settlement of these matters.

Certain Merrill Lynch witnesses testified at Mr. Carpenter's second criminal trial in June 2008 and during proceedings in the Cahaly Litigation in 2010 and 2011. The testimony of those witnesses is discussed in this Court's orders, the First Circuit's November 25, 2013 decision on the appeal of this matter, in Judge Neel's Damages Order, and in Judge Neel's January 11, 2011 order denying plaintiffs' motion for sanctions in the Cahaly Litigation. *See* Memorandum and Order on Plaintiffs' Motion for Sanctions ("Sanctions Order").

Beginning in March 2009, approximately nine months after Mr. Carpenter's second criminal trial, Merrill Lynch produced numerous documents in the Cahaly Litigation. The circumstances surrounding this production are described in Judge Neel's Sanctions Order.

Respectfully submitted,

*Peter S. Kolovos/jm*

Peter J. Kolovos