UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | )  Criminal No. 04-CR-10029-GAO |
| | ) |
| DANIEL E. CARPENTER, | ) |
| Defendant | |

## Notice of Appeal

Now comes the defendant, Daniel E. Carpenter, and hereby files this notice of his appeal to the United States Court of Appeals for the First Circuit from the Judgment of Conviction and Sentence entered in the United States District Court for the District of Massachusetts (O'Toole, J.) on March 4, 2014, Docket No. 438.

    Respectfully submitted,
    Daniel E. Carpenter,
    By his attorney,

    **/s/ Martin G. Weinberg**
    Martin G. Weinberg, Esq.
    Mass. Bar No. 519480
    20 Park Plaza, Suite 1000
    Boston, MA 02116
    (617) 227-3700
    owlmgw@att.net

Dated:  March 17, 2014

## Certificate of Service

I, Martin G. Weinberg, hereby certify that on this date, March 17, 2014, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including First Assistant U.S. Attorney Jack W. Pirozzolo.

/s/ **Martin G. Weinberg**
Martin G. Weinberg