UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER | ) ) ) ) | |

**DEFENDANT DANIEL E. CARPENTER'S MOTION TO STAY FINE
AND RESTITUTION**

Now comes the defendant Daniel E. Carpenter and respectfully moves that this Honorable Court stay the required payment of the fine and restitution portions of the judgment pending the resolution of his appeal to the United States Court of Appeals for the First Circuit. Alternatively, and at minimum, defendant asks that the Court stay the accrual of interest and penalties on the outstanding balance of the fine and forfeiture obligations imposed in the judgment. The special assessment will be paid no later than Tuesday, April 8, 2014, and is not included in this request.

As reason therefor, defendant states:

1. On March 4, 2014, this Court entered judgment in the above-captioned case. Doc. 438. In that judgment, the Court ordered Mr. Carpenter to pay a fine of $100,000 and restitution in the amount of $310,033.96.

2. On March 17, 2014, Mr. Carpenter filed his notice of appeal of his conviction and sentence to the United States Court of Appeals for the First Circuit. Doc. 448. That appeal will present substantial and meritorious issue to the First Circuit which would result, if he prevails on appeal, either in his acquittal or an order for a new trial. Those substantial issues, and the likelihood that they

will result in acquittals or an order for a new trial, have been addressed in Mr. Carpenter's Motion for Bail Pending Appeal (Doc. 452).

3. Because a resolution of Mr. Carpenter's appeal which resulted in acquittals on all counts or an order for a new trial would invalidate the fine and restitution orders, Mr. Carpenter should not be required to pay the amounts ordered until after final resolution of his appeal to the First Circuit.

4. Alternatively, and at minimum, Mr. Carpenter asks that the Court stay the accrual of interest and penalties while his appeal is pending so that his financial obligation under the judgment will not increase because he has chosen to pursue his meritorious appeal to the First Circuit.

Respectfully submitted,
By His Attorneys,

**/s/ Robert M. Goldstein**  
Robert M. Goldstein, Esq.  
Mass. Bar No. 630584  
20 Park Plaza, Suite 1000  
Boston, MA 02116  
(617) 742-9015  
rmg@goldstein-lawfirm.com  

**/s/ Martin G. Weinberg**  
Martin G. Weinberg, Esq.  
Mass. Bar No. 51948  
20 Park Plaza, Suite 1000  
Boston, MA  02116  
(617) 227-3700  
owlmgw@att.net  

Dated: April 7, 2014

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on April 7, 2014, this document has been served, via electronic filing, upon Assistant U.S. Attorneys Mary B. Murrane and Kelly Begg Lawrence.

**/s/ Martin G. Weinberg**  
Martin G. Weinberg