UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-CR-10029-GAO |
| | ) | |
| DANIEL E. CARPENTER, | ) | |
| Defendant. | ) | |

**ASSENTED TO MOTION TO POSTPONE SELF-REPORT DATE**

Now comes the defendant Daniel E. Carpenter (the "Defendant"), by his attorneys, who respectfully request that this Honorable Court postpone Defendant's self-report date from May 9, 2014 to a date two weeks after this Honorable Court's determination of the pending motion for bail pending appeal.

In support of this motion, the Defendant requests the postponement of the self-report date to provide time for the Court to fully consider and rule on the bail pending appeal request prior to Defendant's self-report date and for an additional period of time for consideration of whether an appeal from any bail determination will be sought by either party.

WHEREFORE, the Defendant requests that the Court vacate the currently ordered self-report date to May 9, 2014 and continue it to a date to be set at such time as the Court rules on the pending bail pending appeal motion.

The government, through Assistant U. S. Attorneys Mary B. Murrane and Kelly Begg Lawrence assent to this Motion.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| Daniel E. Carpenter, | Daniel E. Carpenter, |
| By His Attorney, | By His Attorney, |
| | |
| **/s/ Robert M. Goldstein** | **/s/ Martin G. Weinberg** |
| Robert M. Goldstein, Esq. | Martin G. Weinberg, Esq. |
| Mass. Bar No. 630584 | Mass. Bar No. 519480 |
| 20 Park Plaza, Suite 1000 | 20 Park Plaza, Suite 1000 |
| Boston, MA 02116 | Boston, MA 02116 |
| (617) 742-9015 | (617) 227-3700 |
| rmg@goldstein-lawfirm.com | owlmgw@att.net |

Dated: April 28, 2014

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                             **/s/ Martin G. Weinberg**
                                             Martin G. Weinberg