UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) | CRIMINAL NO. 04-10029-GAO |
| DANIEL E. CARPENTER | ) ) ) ) | |

**UNOPPOSED MOTION FOR JUDICIAL RECOMMENDATION OF FCI DANBURY OR, IN THE ALTERNATIVE, A SUITABLE FEDERAL FACILITY IN THE DISTRICT OF CONNECTICUT**

Now comes the defendant Daniel E. Carpenter who respectfully moves this Court for a judicial recommendation that the Bureau of Prisons designate him to FCI Danbury or, in the alternative, for a judicial recommendation for a federal facility in the District of Connecticut.

1.  Undersigned counsel knows that this Honorable Court's practice is to not recommend specific designations, *see* Sentencing Tr. 2/26/14, pg 99.

2.  The defendant is in an unusual circumstance with a pending federal case in Hartford, counsel as to that case in Hartford, and the risk that absent a specific recommendation he could be designated far away from his Connecticut counsel or alternatively could be confined in a lock-up facility and treated in the manner of a pretrial detainee.

3.  FCI Danbury has just evolved from a women's prison to a low security (but not camp) for men, is accessible to both his counsel and family, and would be a suitable location for the defendant.

4.  Alternatively, a recommendation to a federal facility in Connecticut would be supportive of counsel's efforts to have the Bureau of Prisons designate FCI Danbury.

1

5. AUSA Kelly Begg Lawrence does not oppose the allowing of this motion.

        Respectfully Submitted,
        DANIEL E. CARPENTER
        By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 51948
20 Park Plaza, Suite 1000
Boston, MA  02116
(617) 227-3700
owlmgw@att.net

Dated: May 28, 2014

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby state that on this date, May 28, 2014, this document has been served, via electronic filing, upon Assistant U.S. Attorneys Mary B. Murrane and Kelly Begg Lawrence.

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg