# EXHIBIT A

## BENISTAR PROPERTY EXCHANGE FISCAL YEAR END REPORT 2000

| CASE NAME | PAID INTEREST DATE | AMOUNT RECEIVED | AMOUNT PAID OUT | INTEREST PAID OUT |
|---|---|---|---|---|
| Brower | 1/22/00 | $159,045.96 | $160,010.97 | $965.01 |
| Gelber | 1/24/00 | $97,519.44 | $97,522.71 | $3.27 |
| CBC Wallace Market St | 2/5/00 | $728,770.00 | $728,770.00 | $0.00 |
| Darling #1 | 2/9/00 | $125,000.00 | $125,215.63 | $215.63 |
| Darling #2 | 2/9/00 | $125,767.14 | $125,767.14 | $0.00 |
| JMM Realty Unit 19 | 2/11/00 | $114,824.18 | $115,602.36 | $778.18 |
| JMM Realty Unit 4 | 2/11/00 | $106,783.96 | $107,363.54 | $579.58 |
| Grant | 3/27/00 | $601,285.69 | $604,393.91 | $3,108.22 |
| Gaudet | 3/27/00 | $320,767.29 | $324,280.72 | $3,513.43 |
| Peterson/Pase II | 4/17/00 | $799,000.95 | $810,674.24 | $11,673.29 |
| Roche/Clark | 4/14/00 | $85,424.83 | $86,048.20 | $623.37 |
| Roche/Scott | 4/14/00 | $114,122.71 | $115,398.38 | $1,275.67 |
| Roche/Brown | 4/14/00 | $78,670.65 | $79,459.51 | $788.86 |
| Roche/Lepe | 5/17/00 | $80,154.71 | $80,916.97 | $762.26 |
| Driscoll | 5/11/00 | $1,148,250.63 | $1,185,057.57 | $36,806.94 |
| Lawler | 5/31/00 | $67,722.58 | $67,722.58 | $0.00 |
| Billerica | 5/31/00 | $799,971.10 | $800,102.60 | $131.50 |
| Taylor | 6/8/00 | $113,059.39 | $113,235.95 | $176.56 |
| 367 Bolivar | 6/20/00 | $2,206,215.21 | $2,219,753.00 | $13,537.79 |
| McNulty | 6/30/00 | $105,136.23 | $106,241.78 | $1,105.55 |
| Parkeskian Unit 1 | 7/7/00 | $258,707.96 | $263,889.11 | $5,181.15 |
| Parkeskian Unit 2 | 7/7/00 | $232,565.66 | $238,938.33 | $6,372.67 |
| Parkeskian Unit 3 | 7/7/00 | $113,513.55 | $114,396.21 | $882.66 |
| Roche/Jeffrey/Blue Hill | 7/24/00 | $498,659.41 | $505,317.10 | $6,657.69 |
| Charles Thompson | 7/17/00 | $1,479,026.23 | $1,491,266.61 | $12,240.38 |
| Eric Segal | 7/7/00 | $64,669.11 | $64,828.71 | $159.60 |
| Andrew Gordon | 7/6/00 | $448,581.05 | $448,581.05 | $0.00 |
| Kramer | 8/29/00 | $167,294.82 | $168,311.73 | $1,016.91 |
| Tina Lam Unit 3 | 8/29/00 | $115,345.00 | $115,864.39 | $519.39 |
| James O'Donovan | 8/17/00 | $277,811.65 | $278,519.50 | $707.85 |
| Jordan | 8/8/00 | $376,823.69 | $377,226.32 | $402.63 |
| Bernard Gelber | 9/8/000 | $82,472.43 | $83,244.49 | $772.06 |
| JMM Realty Wallace 3 | 9/19/00 | $117,084.74 | $118,041.26 | $956.52 |
| Gilbert & Francis Hoy | 9/27/00 | $129,334.26 | $130,819.09 | $1,484.83 |
| Bob Wallace Jr. | 9/19/00 | $98,502.63 | $98,826.47 | $323.84 |
| Chris Mather | 9/21/00 | $87,055.01 | $87,291.13 | $236.12 |
| Laura Blizzard | 9/12/00 | $197,294.99 | $197,294.99 | $0.00 |
| Lenard Zide | 9/18/00 | $820,780.54 | $820,780.54 | $0.00 |
| Lable/Lee | 9/26/00 | $299,162.12 | $299,309.65 | $147.53 |
| Argiros, Emanuel | 10/30/00 | $199,457.64 | $201,654.41 | $2,196.77 |
| Murphy, Arthur | 10/18/00 | $75,712.22 | $76,105.48 | $393.26 |
| Butler/Andrade | 10/30/00 | $60,000.00 | $60,147.95 | $147.95 |
| Argiros, Alexander | 11/8/00 | $199,457.64 | $202,260.98 | $2,803.34 |
| Schreurer | 11/16/00 | $40,185.02 | $40,720.09 | $535.07 |
| Shapiro/Kaplan | 11/15/00 | $324,729.08 | $330,761.03 | $6,031.95 |
| Frank Gangemi | 11/30/00 | $800,268.87 | $800,663.52 | $394.65 |
| Belridge Heritage | 12/5/00 | $1,765,096.21 | $1,774,061.50 | $8,965.29 |
| Fern/Ha/Yang 80 Newbury | 12/5/00 | $122,095.25 | $122,808.49 | $713.24 |
| Iantosca | 12/5/00 | $1,724,864.76 | $1,733,030.39 | $8,165.63 |
| Land & Lipsky | 12/22/00 | $135,183.59 | $137,250.23 | $2,066.64 |
| Year 2000 Totals | | $19,289,227.78 | $19,435,748.51 | $146,520.73 |

DEFENDANT'S EXHIBIT 258

Printed 1/17/01 7:56 AM