# EXHIBIT B

PROPERTY EXCHANGE 2001

301 OPEN CASES
JULY 01 ACCOUNT

| CASE NAME | DATE LISTED or as of DATE | ACTION DATE | # OF DAYS IN PROGRAM 6% | AMOUNTS RECEIVED | DEBITS | BALANCE (NOT INCLUDING INTEREST) | CURRENT BALANCE (NOT INCLUDING INTEREST) | INTEREST AMT x DAYS IN PROGRAM X 3% | ADDITIONAL INTEREST | CURRENT BALANCE INCLUDING INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|
| MAGIC REALTY | 3/8/00 | 10/7/00 | 211 * | $30,000.00 | | $30,000.00 | | $520.27 | $520.27 | |
| | 10/8/00 | 1/17/01 | 102 ~ | $134,831.56 | | | $164,831.56 | $1,381.88 | $1,381.88 | $168,635.86 |
| GELBER 2 | 9/27/00 | 9/28/00 | 0 | $144,073.33 | | $144,073.33 | | $0.00 | $0.00 | |
| | 9/29/00 | 9/29/00 | 0 | | $29,000.00 | $115,073.33 | | $0.00 | $0.00 | |
| | 9/30/00 | 10/24/00 | 25 | | $0.00 | $115,073.33 | | $236.45 | $0.00 | |
| | 10/25/00 | 10/31/00 | 7 | | $10,000.00 | $105,073.33 | | $60.45 | $0.00 | |
| | 11/1/00 | 11/26/00 | 26 | | $35,000.00 | $70,073.33 | | $149.75 | $0.00 | |
| | 11/27/00 | 12/7/00 | 11 | | $15,000.00 | $55,073.33 | | $49.79 | $0.00 | |
| | 12/8/00 | 1/9/01 | 33 | | $10,000.00 | $45,073.33 | | $122.25 | $0.00 | |
| | 1/10/01 | 1/17/01 | 8 | | $7,500.00 | | $37,573.33 | $24.71 | $0.00 | $38,216.73 |
| BELRIDGE Chilton Park | 8/16/00 | 1/17/01 | 152 ~ | $504,062.40 | | | $504,062.40 | $6,297.33 | $6,297.33 | $516,657.06 |
| Lamo Unit 3 extended | 9/1/00 | 12/21/00 | 109 | $3,622.02 | | $3,622.02 | | $32.45 | $0.00 | |
| | 12/22/00 | 1/17/01 | 27 | | $419.50 | | $3,202.52 | $7.11 | $0.00 | $3,242.08 |
| TINA LAM UNIT 4 | 7/24/00 | 12/27/00 | 154 | $115,102.50 | | $115,102.50 | | $1,456.91 | $0.00 | |
| | 12/27/00 | 1/3/01 | 8 | | $16,700.00 | $98,402.50 | | $64.70 | $0.00 | |
| | 1/4/01 | 1/4/01 | 0 | | $99,922.74 | | $0.00 | $0.00 | $0.00 | $0.00 |
| ROCHE SHERWOOD | 8/2/00 | 1/17/01 | 166 | $243,371.53 | | | $243,371.53 | $3,320.57 | $0.00 | $246,692.05 |
| BRASCO | 8/7/00 | 1/17/01 | 161 * | $93,073.09 | | | $93,073.09 | $1,231.62 | $1,231.62 | $95,536.34 |
| BELLEMORE | 8/9/00 | 1/17/01 | 159 | $444,659.65 | | | $444,659.65 | $5,811.03 | $0.00 | $450,470.68 |
| DARLING | 9/8/00 | 11/15/00 | 66 | $322,290.35 | | $322,290.35 | | $1,748.31 | $0.00 | |
| | 11/16/00 | 1/17/01 | 63 | | $15,625.00 | | $306,665.35 | $1,587.94 | $0.00 | $310,001.60 |
| CANALY | 11/9/00 | 11/15/00 | 4 | $2,404,730.00 | | $2,404,730.00 | | $790.60 | $0.00 | |
| | 11/16/00 | 1/2/01 | 48 | | $500,000.00 | $1,904,730.00 | | $7,514.55 | $0.00 | |
| | 1/3/01 | 1/17/01 | 15 | | $920,000.00 | | $984,730.00 | $1,714.05 | $0.00 | $994,249.20 |
| LYLE/CAVIN | 10/30/00 | 12/14/00 | 43 | $170,265.83 | | $170,265.83 | | $401.17 | $0.00 | |
| | 12/15/00 | 1/2/01 | 19 | | $10,000.00 | $160,265.83 | | $166.85 | $0.00 | |
| | 1/3/01 | 1/17/01 | 15 | | $160,833.86 | | $0.00 | $0.00 | $0.00 | $0.00 |
| MASS LUMBER (MURRAY) | 9/14/00 | 9/17/00 | 1 * | $3,000,000.00 | | $3,000,000.00 | | $246.58 | $246.58 | |
| | 9/18/00 | 9/24/00 | 7 * | $62,190.00 | | $3,062,190.00 | | $1,761.81 | $1,761.81 | |
| | 9/25/00 | 12/8/00 | 75 * | $225,000.00 | | $3,287,190.00 | | $20,263.50 | $20,263.50 | |
| | 12/9/00 | 1/17/01 | 40 * | | $50,000.00 | | $3,237,190.00 | $10,642.82 | $10,642.82 | $3,303,019.40 |
| JOHN BUCKLEY | 11/10/00 | 12/10/00 | 28 | $215,478.26 | | $215,478.26 | | $495.90 | $0.00 | |
| | 12/11/00 | 1/2/01 | 23 | | $40,500.00 | $174,978.26 | | $330.78 | $0.00 | |
| | 1/3/01 | 1/17/01 | 15 | | $175,804.94 | | $0.00 | $0.00 | $0.00 | $0.00 |
| PAOLINI/DIOGUARDI | 11/14/00 | 1/17/01 | 62 | $50,352.33 | | | $50,352.33 | $256.59 | $0.00 | $50,608.92 |
| BRIAN FITZGERALD | 11/13/00 | 11/18/00 | 3 | $72,535.62 | | $72,535.62 | | $17.89 | $0.00 | |
| | 11/19/00 | 12/26/00 | 38 | $417,090.00 | | $489,625.62 | | $1,529.24 | $0.00 | |
| | 12/27/00 | 1/17/01 | 22 | | $392,257.01 | | $97,368.61 | $176.06 | $0.00 | $99,091.80 |
| JOHNSTON/MULLIN | 11/22/00 | 1/17/01 | 54 | $541,930.74 | | | $541,930.74 | $2,405.28 | $0.00 | $544,336.02 |
| Faxon Heights 135 Quincy Ave | 12/1/00 | 12/5/00 | 2 | $2,434,659.51 | | $2,434,659.51 | | $400.22 | $0.00 | |
| | 12/6/00 | 12/17/00 | 12 | | $2,000,000.00 | $434,659.51 | | $428.71 | $0.00 | |
| | 12/18/00 | 1/17/01 | 31 | | $84,000.00 | | $518,659.51 | $1,321.52 | $0.00 | $520,809.95 |

interest calculated to 7/17/01 8:08 AM


DEFENDANT'S EXHIBIT 259

## PROPERTY EXCHANGE 2001

301 OPEN CASES
ONLY 01 ACCOUNT

| CASE NAME | DATE LISTED or as of DATE | ACTION DATE | # OF DAYS IN PROGRAM 6% | AMOUNTS RECEIVED | DEBITS | BALANCE (NOT INCLUDING INTEREST) | CURRENT BALANCE (NOT INCLUDING INTEREST) | INTEREST AMT x DAYS IN PROGRAM X 3% | ADDITIONAL INTEREST | CURRENT BALANCE INCLUDING INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|
| Iannocca 261-265 Hayward | 12/1/00 | 12/5/00 | 2 | $1,615,902.33 | | $1,615,902.33 | | $265.63 | $0.00 | |
| | 12/6/00 | 12/17/00 | 12 | | $564,785.95 | $1,051,116.38 | | $1,036.72 | $0.00 | |
| | 12/18/00 | 12/17/00 | 0 | $42,000.00 | | $1,093,116.38 | | $0.00 | $0.00 | |
| | 12/18/00 | 1/17/01 | 31 | | $110,000.00 | | $983,116.38 | $2,504.93 | $0.00 | $986,923.65 |
| Fern 25 Morton St | 12/1/00 | 12/5/00 | 2 | $1,875,323.43 | | $1,875,323.43 | | $308.27 | $0.00 | |
| | 12/6/00 | 12/17/00 | 12 | | $1,175,638.95 | $699,684.48 | | $690.10 | $0.00 | |
| | 12/18/00 | 1/17/01 | 31 | $93,000.00 | | | $792,684.48 | $2,019.72 | $0.00 | $795,702.57 |
| Fern 8 Tinson Rd | 12/1/00 | 12/17/00 | 14 | $774,563.54 | | $774,563.54 | | $891.28 | $0.00 | |
| | 12/18/00 | 1/4/01 | 18 | $48,000.00 | | $822,563.54 | | $1,216.94 | $0.00 | |
| | 1/5/01 | 1/17/01 | 13 | | $189,977.92 | | $632,585.62 | $675.91 | $0.00 | $635,369.76 |
| Fern 28 Charles St | 12/1/00 | 12/17/00 | 14 | $1,109,409.36 | | $1,109,409.36 | | $1,276.58 | $0.00 | |
| | 12/18/00 | 1/4/01 | 18 | $33,000.00 | | $1,142,409.36 | | $1,690.14 | $0.00 | |
| | 1/5/01 | 1/5/01 | 0 | | $1,145,376.08 | | $0.00 | $0.00 | $0.00 | $0.00 |
| DEREK MARCOU | 12/4/00 | 12/10/00 | 4 | $74,783.66 | | $74,783.66 | | $24.59 | $0.00 | |
| | 12/11/00 | 12/20/00 | 10 | $1,275.00 | | $76,058.66 | | $62.51 | $0.00 | |
| | 12/21/00 | 1/17/01 | 28 | | $21,300.00 | | $54,758.66 | $126.02 | $0.00 | $54,971.78 |
| TOTALS | | | | | | | $9,690,815.76 | | | $9,814,535.44 |

Interest calculated to 1/17/01 8:32 AM