UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| ) | | |
| v. ) | CRIMINAL NO. 04-10029-GAO | |
| ) | | |
| ) | | |
| DANIEL E. CARPENTER ) | | |
| _____ ) | | |

**SUPPLEMENTAL NOTICE OF APPEAL**

Defendant Daniel E. Carpenter notices his appeal to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in the above-captioned case in the United States District Court for the District of Massachusetts (O'Toole, J.) on March 4, 2014, and the Opinion and Order relating to forfeiture entered on May 23, 2014 (Doc. 471).

Respectfully Submitted,
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
20 Park Plaza, Suite 1000
Boston, Massachusetts  02116
Tel: (617) 227-3700
Fax: (617) 338-9538
owlmgw@att.net

**CERTIFICATE OF SERVICE**

I, Martin G Weinberg, hereby certify that on June 5, 2014, this document has been served, via electronic filing, upon all counsel of record.

**/s/ Martin G. Weinberg**
Martin G. Weinberg