## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| UNITED STATES OF AMERICA. | : | CRIMINAL NO. 04-10029-GAO |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DANIEL E. CARPENTER   : | | |
| | : | |
| Defendant | : | |

### AFFIDAVIT OF MATTHEW WESTCOTT

I, Matthew Westcott, being over the age of eighteen years and believing in the sanctity of an oath, do hereby depose and say the following of which I have personal knowledge.

1. I am an accountant working for Westcott & Associates, LLC, a Company registered with the Connecticut Secretary of State. I have over 15 years of accounting experience servicing small businesses clients.

2. I have been asked to review certain Government Exhibits used in the trials for Daniel E. Carpenter (Mr. Carpenter) in both 2005 and 2008 as they relate to the payments made to the BPETCO property exchange clients (the "Exchangors").

3. In examining the various exhibits, I noticed that Defense Exhibit 259 previously provided to the Court matches with the spreadsheets contained in Government Exhibit 189 from the 2008 Trial. See Exhibit One containing spreadsheets from Government Exhibit 189 from the 2008 Trial showing payments to the Exchangors

from BPETCO. See, also, Exhibit Two, where I calculated the total amount of disbursements made to the Exchangors from Government Exhibit 189.

4. Those same-styled spreadsheets with copies of fax cover pages between Jackie Spielman and Linda Jokinen can be seen in a letter sent to AUSA Michael Pineault by Attorney Jeffrey Denner in 2002. See Exhibit Three.

5. Similarly, the Government has the same type of financial information and spreadsheets in Government Exhibit 169 from Mr. Carpenter's 2005 Trial (among other Exhibits containing similar information). See copies of PaineWebber disbursements to the Exchangors from Government Exhibit 169 from the 2005 Trial along with my calculations of the amounts attached as Exhibit Four.

6. Significantly, if one just adds the original Merrill Lynch amounts contained in Government Exhibit 189 from the 2008 Trial ($8.6 million), to the list of PaineWebber disbursements listed in Government Exhibit 169 from the 2005 Trial ($10.8 million), then it is clear that over $19 million was paid to the Exchangors during the latter half of 2000 and early 2001.

7. I swear the foregoing is true and correct to the best of my knowledge under the penalty of perjury.

_____
MATTHEW WESTCOTT

Sworn to before me this
16th day of June, 2014

_____
Notary Public
My commission expires:
(Notary seal/stamp)



JASON J. CONCATELLI
Notary Public, State of Connecticut
My Commission Expires March 31, 2017

# EXHIBIT
# ONE

## Spreadsheets
## From
## Government Exhibit 189
## 2008 Trial

ALL ACTIVE CASES FOR OCTOBER 1999

*179 OPEN CASES ONLY 01 ACCOUNT*

| CASE NAME | DATE LISTED or as of DATE | TODAY or NOTICE DATE | # OF DAYS in PROGRAM 6% | ORIGINAL AMOUNT REC'D | DEBITS | BALANCE (NOT INCLUDING INTEREST) | INTEREST AMT 8 DAYS IN PROGRAM X3% | ADDITIONAL INTEREST | CURRENT BALANCE INCLUDING INTEREST | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| ON PETCO | | | | | | | | | | NOTE $500,000 WAS PUT IN FROM 01 A/C |
| MPRAI | 2/4/99 | 10/22/99 | 253 | $249,624.66 | | $249,624.66 | $5,190.83 | $0.00 | $254,815.49 | |
| NESSY/SMITH | 6/1/99 | 10/22/99 | 136 | $1,793,708.40 | | $1,793,708.40 | $20,050.22 | $20,050.22 | $1,833,808.84 | OVER 180 DAYS - CLOSING FELL THRE |
| A REALTY 33 BEECHER #3 | 6/16/99 | 9/13/99 | 32 | $30,982.01 | | $30,982.01 | $208.68 | $0.00 | | |
| | 9/14/99 | 10/13/99 | 29 | | $14,000.00 | $16,982.01 | $40.43 | $0.00 | | |
| | 10/14/99 | 10/22/99 | 8 | | $16,859.32 | $102.69 | $0.07 | $0.00 | $143.26 | |
| A REALTY 33 BEECHER #5 | 8/20/99 | 10/13/99 | 47 | $22,950.12 | | $22,950.12 | $88.66 | $0.00 | | |
| | 10/14/99 | 10/22/99 | 8 | | $16,859.32 | $6,090.80 | $4.00 | $0.00 | $6,137.47 | |
| RSGN/PHASE II | 6/22/99 | 9/1/99 | 63 | $799,000.95 | | $799,000.95 | $4,137.29 | $0.00 | | |
| | 9/2/99 | 9/27/99 | 25 | | $10,000.00 | $789,000.95 | $1,621.23 | $0.00 | | |
| | 9/28/99 | 10/22/99 | 24 | | $181,500.00 | $607,500.95 | $1,198.36 | $0.00 | $614,457.84 | |
| ERICA REAL | 6/24/99 | 6/28/99 | 0 | $4,575,000.00 | | $4,575,000.00 | $0.00 | $0.00 | | |
| | 6/29/99 | 7/14/99 | 12 | | $1,918,009.75 | $2,656,990.25 | $2,620.59 | $0.00 | | |
| | 7/15/99 | 7/21/99 | 6 | | 1900,086.00 | $1,756,904.25 | $866.42 | $0.00 | | |
| | 7/22/99 | 7/30/99 | 8 | | $100,000.00 | $1,656,904.25 | $1,089.47 | $0.00 | | |
| | 7/31/99 | 8/3/99 | 3 | | $300,000.00 | $1,356,904.25 | $334.58 | $0.00 | | |
| | 8/4/99 | 8/16/99 | 12 | | $200,000.00 | $1,156,904.25 | $1,341.66 | $0.00 | | |
| | 8/17/99 | 9/9/99 | 23 | | $200,000.00 | $956,904.25 | $1,808.94 | $0.00 | | |
| | 9/10/99 | 9/16/99 | 6 | | $100,000.00 | $856,904.25 | $422.58 | $0.00 | | |
| | 9/17/99 | 10/12/99 | 25 | | $200,000.00 | $656,904.25 | $1,349.80 | $0.00 | | |
| | 10/12/99 | 10/22/99 | 0 | | $666,537.70 | $0.00 | $0.00 | $0.00 | $0.00 | CLOSED |
| CKOFF | 6/29/99 | 10/22/99 | 108 | $46,954.71 | | $46,954.71 | $416.80 | $0.00 | $47,371.51 | |
| UCAN MORTGAGE | 6/29/99 | 10/22/99 | 108 | $113,013.13 | | $113,013.13 | $1,003.19 | $0.00 | $114,016.32 | |
| VER | 7/6/99 | 10/5/99 | 34 | $159,045.96 | | $159,045.96 | $1,098.07 | $0.00 | | |
| | 10/6/99 | 10/22/99 | 16 | | $60,000.00 | $99,045.96 | $130.25 | $0.00 | $100,274.22 | |
| /VILLE | 7/23/99 | 9/7/99 | 39 | $70,000.00 | | $70,000.00 | $224.38 | $224.38 | | |
| | 9/8/99 | 10/18/99 | 40 | | $15,000.00 | $55,000.00 | $180.32 | $180.32 | | |
| | 10/19/99 | 10/22/99 | 3 | | $30,000.00 | $25,000.00 | $6.16 | $6.16 | $25,822.74 | |
| ESKIAN UNIT 1 | 8/10/99 | 10/22/99 | 66 | $237,707.96 | | $237,707.96 | $1,397.98 | $1,397.98 | $260,503.91 | |
| ESKIAN UNIT 2 | 8/12/99 | 10/22/99 | 64 | $232,565.66 | | $232,565.66 | $1,223.36 | $1,223.36 | $235,012.38 | |
| TAS/WARD | 9/7/99 | 10/13/99 | 14 | $327,544.90 | | $327,544.90 | $376.90 | $376.90 | | |
| | 9/23/99 | 10/13/99 | 14 | | $215,650.00 | $111,894.90 | $128.76 | $128.76 | $112,906.21 | |
| ELAY REALTY | 9/2/99 | 10/22/99 | 37 | $591,856.70 | | $591,856.70 | $1,799.89 | $0.00 | $593,656.59 | |
| EALTY UNIT 19 | 9/14/99 | 10/4/99 | 13 | $114,824.18 | | $114,824.18 | $122.69 | $0.00 | | |
| | 10/4/99 | 10/4/99 | 0 | | $37,482.00 | $77,342.18 | $0.00 | $0.00 | | |
| | 10/4/99 | 10/4/99 | 0 | | $12,700.00 | $64,642.18 | $0.00 | $0.00 | | |
| | 10/4/99 | 10/22/99 | 11 | | $2,000.00 | $62,642.18 | $36.64 | $0.00 | $62,821.50 | |
| EALTY UNIT 4 | 8/51/99 | 10/22/99 | 45 | $106,783.96 | | $106,783.96 | $394.95 | $0.00 | $107,178.91 | |
| ERICKS | 9/17/99 | 10/18/99 | 24 | $46,212.31 | | $46,212.31 | $91.16 | $0.00 | | |
| | 10/19/99 | 10/22/99 | 3 | | $30,000.00 | $16,212.31 | $4.00 | $0.00 | $16,307.47 | |
| CLARK | 10/7/99 | 10/22/99 | 14 | $35,424.83 | | $35,424.83 | $98.30 | $0.00 | $35,523.13 | |
| AI N | | | | | $4,406,129.80 | | | | $4,470,807.84 | |

*rest calculated to 10/22/99 8:42 AM*

G.189

BEN 0004549

## Linda's Mail

**From:**     Jackie Spielman <JSpielman@benistar.com>
**To:**       Linda Jokinen <lfjokinen@mediaone.net>
**Sent:**     Wednesday, December 27, 2000 2:45 PM
**Attach:**   CURRENT EXCHANGE ESCROW ACCTS.xls
**Subject:**  account balances 12/27

Here is the most recent account balances.


Jackie Spielman
BENISTAR, Accounts Receivable
860-408-7000 ext 238
Fax: 860-408-7005
jspielman@benistar.com

7/10/01

**CURRENT ''...NGE ESCROW ACCOUNTS**

12/27/00

| **NAME** | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| MAGIC REALTY ** | 3/7/00 | $30,000.00 | | | | | | |
| | 10/6/00 | $134,831.56 | | | | | | $184,831.56 |
| BELRIDGE HERITAGE | 6/1/00 | $1,665,096.21 | | | $1,700,000.00 | 7/31/00 | | $0.00 |
| | 6/16/00 | $100,000.00 | | | $65,096.21 | 12/6/00 | | |
| FERN HA & YANG | 6/8/00 | $116,542.75 | | | $100,000.00 | 7/31/00 | | $0.00 |
| | 8/7/00 | $5,552.50 | | | $22,095.25 | 12/6/00 | | |
| LANE & LIPSKY | 6/16/00 | $135,183.59 | | | $137,250.23 | 12/22/00 | $2,066.64 | $0.00 |
| TINA LAM UNIT 3 | 6/28/00 | $115,345.00 | | | $15,190.00 | 7/28/00 | | $3,202.52 |
| | 9/1/00 | $3,622.02 | | | $100,674.39 | 8/29/00 | $519.39 | |
| | | | | | $419.50 | 12/22/00 | | |
| FERN IANTOSCA | 7/3/00 | $1,726,999.26 | | | $1,253,839.33 | 7/31/00 | | $0.00 |
| | | | | | $11,700.00 | 8/1/00 | | |
| | | | | | $2,134.50 | 7/11/00 | | |
| | | | | | $459,325.43 | 12/6/00 | | |
| TINA LAM (4) | 7/24/00 | $115,102.50 | | | $16,700.00 | 12/27/00 | | $98,402.50 |
| Roche/Sherwood | 8/2/00 | $243,371.53 | | | | | | $243,371.53 |
| BRASCO ** | 8/7/00 | $93,073.09 | | | | | | $93,073.09 |
| BELLEMORE | 8/9/00 | $444,659.65 | | | | | | $444,659.65 |
| BELLRIDGE GOSSELIN ** | 8/16/00 | $506,562.40 | $2,500.00 | 10/9/00 | | | | $504,062.40 |

| NAME | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | DATE PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Byron Darling | 9/8/00 | $322,290.35 | | | $15,625.00 | 11/16/00 | | $306,665.35 |
| Mass Lumber ** | 9/14/00 | $3,000,000.00 | | | $50,000.00 | 12/8/00 | | $3,237,190.00 |
| | 9/15/00 | $62,190.00 | | | | | | |
| | 9/21/00 | $225,000.00 | | | | | | |
| GELBER 2 | 9/27/00 | $144,073.33 | | | $4,000.00 | 9/28/00 | | $45,073.33 |
| | | | | | $25,000.00 | 9/28/00 | | |
| | | | | | $10,000.00 | 10/25/00 | | |
| | | | | | $35,000.00 | 11/1/00 | | |
| | | | | | $7,500.00 | 11/27/00 | | |
| | | | | | $7,500.00 | 11/27/00 | | |
| | | | | | $10,000.00 | 12/7/00 | | |
| LYLE/CAVIN ** | 10/30/00 | $170,265.83 | | | $10,000.00 | 12/15/00 | | $160,265.83 |
| CAHALY | 11/9/00 | $2,412,230.00 | $5,000.00 | 11/15/00 | $500,000.00 | 11/16/00 | | $1,904,730.00 |
| | | | | | $2,500.00 | 12/21/00 | | |
| Paolini/Dioguardi | 11/14/00 | $45,352.33 | $2,000.00 | 11/14/00 | | | | $50,352.33 |
| | 11/14/00 | $7,000.00 | | | | | | |
| John Buckley | 11/10/00 | $215,478.26 | | | $40,500.00 | 12/11/00 | | $174,978.26 |
| Brian Fitzgerald | 11/13/00 | $72,535.62 | | | $392,257.01 | 12/26/00 | | $97,368.61 |
| | 11/16/00 | $17,090.00 | | | | | | |
| | 11/16/00 | $400,000.00 | | | | | | |
| Johnston/Mullin | 11/22/00 | $28,750.00 | $2,500.00 | 11/27/00 | | | | $541,930.74 |
| | 11/22/00 | $2,500.00 | | | | | | |
| | 11/22/00 | $513,180.74 | | | | | | |
| Fern: 28 Charles St | 12/1/00 | $1,109,409.36 | | | | | | $1,142,409.36 |
| | 12/15/00 | $33,000.00 | | | | | | |

00879

0   0   8   7   9

F
8 Tinb..l Rd      12/1/00    $774,563.54
                  12/15/00   $48,000.00

| CASE NAME | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | DATE PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Ferri; 25 Morton St. | 12/1/00 12/15/00 | $1,875,323.43 $93,000.00 | | | $1,175,638.95 | 12/6/00 | | $792,684.48 |
| Iantosca: 261-265 Hayward | 12/1/00 12/15/00 | $1,615,902.33 $42,000.00 | | | $564,785.95 $110,000.00 | 12/6/00 12/19/00 | | $983,116.38 |
| Faxon Heights; 135 Quincy Ave | 12/1/00 12/15/00 | $2,434,659.51 $84,000.00 | | | $2,000,000.00 | 12/6/00 | | $518,659.51 |
| Derek Marcou | 12/4/00 12/7/00 | $74,783.66 $3,275.00 | $2,000.00 | 12/7/00 | $21,300.00 | 12/22/00 | | $54,758.66 |
| BALANCE | | | | | | | | $12,384,349.63 |

0 0 8 8 0

# EXHIBIT
# TWO

## Total Disbursements
## From
## Government Exhibit 189
## 2008 Trial

Total Disbursements (Debits)
from Government Exhibit 189

| | |
|---|---:|
| 7/31/2000 | 1,700,000.00 |
| 12/6/2000 | 65,096.21 |
| 7/31/2000 | 100,000.00 |
| 12/6/2000 | 22,095.25 |
| 12/22/2000 | 137,250.23 |
| 7/28/2000 | 15,190.00 |
| 8/29/2000 | 100,674.39 |
| 12/22/2000 | 419.50 |
| 7/31/2000 | 1,253,839.33 |
| 8/1/2000 | 11,700.00 |
| 7/11/2000 | 2,134.50 |
| 12/6/2000 | 459,325.43 |
| 12/27/2000 | 16,700.00 |
| 11/16/2000 | 15,625.00 |
| 12/8/2000 | 50,000.00 |
| 9/28/2000 | 4,000.00 |
| 9/28/2000 | 25,000.00 |
| 10/25/2000 | 10,000.00 |
| 11/1/2000 | 35,000.00 |
| 11/27/2000 | 7,500.00 |
| 11/27/2000 | 7,500.00 |
| 12/7/2000 | 10,000.00 |
| 12/15/2000 | 10,000.00 |
| 11/16/2000 | 500,000.00 |
| 12/21/2000 | 2,500.00 |
| 12/11/2000 | 40,500.00 |
| 12/26/2000 | 392,257.01 |
| 12/6/2000 | 1,175,638.95 |
| 12/6/2000 | 564,785.95 |
| 12/19/2000 | 110,000.00 |
| 12/6/2000 | 2,000,000.00 |
| 12/22/2000 | 21,300.00 |
| | 8,866,031.75 |

# EXHIBIT THREE

Letter from
Attorney Jeffrey Denner
to
AUSA Pineault

# DENNER • SAYEG, LLP

### COUNSELLORS AT LAW

FOUR LONGFELLOW PLACE, SUITES 3501-06, BOSTON • MASSACHUSETTS 02114
TELEPHONE: (617) 227-2800 • TELEFAX: (617) 973-1562

January 8, 2002

Michael J. Pineault, AUSA
U.S. Courthouse
Suite 9200
One Courthouse Way
Boston, MA  02210

Re:    Gregory Hassell

Dear Attorney Pineault:

Enclosed please find documents for your review in anticipation of our meeting on Friday.  Please call me with any questions.

Very truly yours,

Jeffrey A. Denner

JAD/ad

GOV  00002



**Date:**   8/28/01

**To:**   DATN Investigations
Dick Anagnost
Phone: 603-626-4141
Fax:   603-644-3657

**From:**   Martin Paley
Phone: 617-965-0760
Fax:   617-332-6764

**Pages:**   8 including cover sheet

**Subject:**   Escrow account analysis

Here is the complete Benistar escrow account analysis as promised.

Please note 80% of the accounts were at 3% leaving 20% at 6%. 69% of the total funds were at 3% leaving 31% at 6%. Only 6 exchanges received no interest.

GOV 00013

**BENISTAR PROPERTY EXCHANGE**
**ESCROW ACCOUNT**
Prepared August 21, 2001
Revised August 27, 2001

Escrow Invested at 3%

| | Total Deposited | Total Disbursed | Total Interest | Total Fee Withdrawn | Net |
|---|---|---|---|---|---|
| 581 Second St/Thompson | 1,486,526.23 | 1,491,266.61 | 12,240.38 | 7,500.00 | (0.00) |
| Abrams/524 Comm | 1,983,414.20 | 1,984,240.62 | 826.42 | 0.00 | (0.00) |
| Ahearn | 16,505.00 | 16,550.39 | 45.39 | 0.00 | (0.00) |
| Am'n Mortgage | 113,013.13 | 114,564.35 | 1,551.22 | 0.00 | (0.00) |
| American Acquisitions | 192,635.67 | 195,123.88 | 2,488.21 | 0.00 | (0.00) |
| Argiros, Alexander | 205,457.64 | 202,260.98 | 2,803.34 | 6,000.00 | (0.00) |
| Argiros, Emanuel | 205,457.64 | 201,654.14 | 2,195.50 | 6,000.00 | 0.00 |
| Aron | 47,084.13 | 47,311.70 | 227.57 | 0.00 | 0.00 |
| Bae | 273,037.35 | 273,446.91 | 408.56 | 0.00 | 0.00 |
| Billerica Celina | 789,971.10 | 790,102.60 | 131.50 | 0.00 | 0.00 |
| Billerica Realty (Part 1) | 4,575,000.00 | 3,418,095.75 | 9,633.45 | 10,000.00 | 0.00 |
| Billerica Realty (Part 1) | 0.00 | 1,166,537.70 | 0.00 | 0.00 | (1,166,537.70) |
| Billerica Realty (Part 2) | 2,205,215.21 | 2,212,753.00 | 13,537.79 | 7,000.00 | (0.00) |
| Bolivar | 159,045.96 | 160,010.97 | 965.01 | 7,000.00 | (0.00) |
| Brower | 215,478.26 | 216,304.94 | 826.68 | 0.00 | (0.00) |
| Buckley | 60,000.00 | 60,147.95 | 147.95 | 0.00 | (0.00) |
| Butler/Andrade | 2,412,230.00 | 500,000.00 | 0.00 | 7,500.00 | 1,904,730.00 |
| Cahaly | 30,962.01 | 30,859.32 | (102.69) | 0.00 | (0.00) |
| Cara Realty (1) | 22,950.12 | 23,403.80 | 453.68 | 0.00 | (0.00) |
| Cara Realty (2) | 728,770.00 | 728,770.00 | 0.00 | 0.00 | 0.00 |
| CBC | 250,767.14 | 250,982.77 | 215.63 | 0.00 | 0.00 |
| Darling | 86,622.58 | 85,929.00 | 56.42 | 750.00 | 0.00 |
| DiGirolamo | 82,130.99 | 82,613.66 | 482.67 | 0.00 | 0.00 |
| Du | 489,825.62 | 392,257.01 | 0.00 | 0.00 | 97,368.61 |
| Fitzgerald | | | | | |

1

## BENISTAR PROPERTY EXCHANGE
### ESCROW ACCOUNT
Prepared August 21, 2001
Revised August 27, 2001

| | Total Deposited | Total Disbursed | Total Interest | Total Fee Withdrawn | Net |
|---|---|---|---|---|---|
| Fobert I | 188,940.93 | 14,400.00 | 827.11 | 0.00 | 175,368.04 |
| Fobert II | 52,236.53 | 207,604.57 | 0.00 | 0.00 | (155,368.04) |
| Gangemi | 800,000.00 | 800,288.87 | 268.87 | 0.00 | (20.00) |
| Gaudet | 320,767.29 | 324,280.72 | 3,513.43 | 0.00 | (0.00) |
| Gelber | 97,521.44 | 97,524.68 | 3.24 | 0.00 | (0.00) |
| Gelber | 82,472.43 | 83,244.49 | 772.06 | 0.00 | (0.00) |
| Gelber (2) (Part 1) | 144,073.33 | 99,000.00 | 0.00 | 0.00 | 45,073.33 |
| Gelber (2) (Part 2) | 0.00 | 7,500.00 | 0.00 | 0.00 | (7,500.00) |
| Gonzalez | 182,470.15 | 163,159.62 | 689.47 | 0.00 | 20,000.00 |
| Granbral | 249,524.66 | 254,753.93 | 5,129.27 | 0.00 | (100.00) |
| Grant | 601,285.69 | 604,393.91 | 3,108.22 | 0.00 | (0.00) |
| Iantosca/261 Hayward | 1,657,902.33 | 674,785.95 | 0.00 | 0.00 | 983,116.38 |
| Iantosca/Faxon Heights | 2,516,659.51 | 2,000,000.00 | 0.00 | 0.00 | 516,659.51 |
| Iantosca/Fern | 1,726,999.26 | 1,726,999.26 | 0.00 | 0.00 | 0.00 |
| Iantosca/Fern | 1,968,323.43 | 1,175,638.95 | 0.00 | 0.00 | 792,684.48 |
| Iantosca/Fern/25 Morton | 1,142,409.36 | 0.00 | 0.00 | 0.00 | 1,142,409.36 |
| Iantosca/Fern/28 Charles | 822,563.54 | 0.00 | 0.00 | 0.00 | 822,563.54 |
| Iantosca/Fern/8 Tinson | 122,095.25 | 122,095.25 | 0.00 | 0.00 | 0.00 |
| Iantosca/Fern/Ha & Yang | 61,313.87 | 61,815.04 | 501.17 | 0.00 | 0.00 |
| JMJ Realty/Wong | 117,084.74 | 119,041.26 | 956.52 | 0.00 | (1,000.00) |
| JNM/Wallace (3) | 114,824.18 | 52,182.00 | 857.74 | 0.00 | 63,499.92 |
| JNM/Wallace (Unit 18) | 106,783.98 | 170,283.90 | 0.00 | 0.00 | (63,499.92) |
| JNM/Wallace (Unit 4) | | | | | |
| Johnston | 544,430.74 | 0.00 | 0.00 | 2,500.00 | 541,930.74 |
| Jordan | 376,823.69 | 377,226.32 | 402.83 | 0.00 | (0.00) |
| Kramer | 167,294.82 | 188,311.73 | 1,016.91 | 0.00 | (20,000.00) |
| -Lable | 299,182.12 | 299,309.65 | 147.53 | 0.00 | 20.00 |

GOV 00015

**BENISTAR PROPERTY EXCHANGE
ESCROW ACCOUNT
Prepared August 21, 2001
Revised August 27, 2001**

| | Total Deposited | Total Disbursed | Total Interest | Total Fee Withdrawn | Net |
|---|---|---|---|---|---|
| Lam (Unit 1) | 116,102.50 | 116,622.74 | 1,520.24 | 0.00 | (0.00) |
| Lam (Unit 3) | 118,987.02 | 116,283.89 | 519.39 | 0.00 | 3,202.52 |
| Lane/Lipsky | 135,183.59 | 137,250.23 | 2,066.84 | 0.00 | (0.00) |
| Lawler | 67,722.58 | 66,722.58 | 0.00 | 1,000.00 | 0.00 |
| Mackin, Brad | 128,546.52 | 129,094.52 | 548.00 | 0.00 | 0.00 |
| Marcou | 78,058.66 | 21,300.00 | 0.00 | 2,000.00 | 54,758.66 |
| Mather | 87,055.01 | 87,291.13 | 236.12 | 0.00 | (0.00) |
| McCarlin | 203,716.99 | 204,701.53 | 984.54 | 0.00 | (0.00) |
| McNulty | 105,136.23 | 106,241.78 | 1,105.55 | 0.00 | (0.00) |
| Murphy | 78,212.22 | 78,105.48 | 393.26 | 2,500.00 | 0.00 |
| O'Donovan | 277,811.65 | 276,519.50 | 707.85 | 0.00 | (0.00) |
| Paolini | 52,352.33 | 0.00 | 0.00 | 2,000.00 | 50,352.33 |
| Parsekian-I | 258,707.06 | 258,707.06 | 0.00 | 0.00 | 0.00 |
| Parsekian II | 232,565.66 | 232,565.66 | 0.00 | 0.00 | 0.00 |
| Parsekian III (Part 1) | 105,537.19 | 116,885.12 | 8,347.93 | 0.00 | 0.00 |
| Parsekian III (Part 2) | 4,976.37 | 4,976.37 | 0.00 | 0.00 | 0.00 |
| Petersen | 61,655.22 | 61,706.59 | 51.37 | 0.00 | 0.00 |
| Roche | 185,067.66 | 186,074.34 | 1,006.68 | 0.00 | (0.00) |
| Roche (Blue Hill) | 498,659.41 | 505,317.10 | 6,657.69 | 0.00 | (0.00) |
| Roche (Brown) | 78,670.65 | 79,459.51 | 788.86 | 0.00 | (0.00) |
| Roche (Clark) | 85,424.83 | 86,048.20 | 623.37 | 0.00 | (0.00) |
| Roche (Hicks) | 46,212.31 | 46,212.31 | 0.00 | 0.00 | 0.00 |
| Roche (Lape) | 80,154.71 | 80,916.97 | 762.26 | 0.00 | 0.00 |
| Roche (Scott) | 114,122.71 | 115,398.38 | 1,275.67 | 0.00 | 0.00 |
| Roche (Sherwood) | 243,371.53 | 246,792.07 | 3,420.54 | 0.00 | 0.00 |
| Roche (Westville) | 70,000.00 | 70,000.00 | 0.00 | 0.00 | 0.00 |

3

GOV 00016

BENISTAR PROPERTY EXCHANGE
ESCROW ACCOUNT
Prepared August 21, 2001
Revised August 27, 2001

| | Total Deposited | Total Disbursed | Total Interest | Total Fee Withdrawn | Net |
|---|---|---|---|---|---|
| Rudikoff | 46,854.71 | 47,371.51 | 416.80 | 0.00 | (0.00) |
| Sandoval I | 137,911.33 | 139,211.00 | 1,299.67 | 0.00 | (0.00) |
| Sandoval II | 67,216.34 | 67,515.84 | 299.50 | 0.00 | 0.00 |
| Schreuer | 40,185.02 | 40,720.09 | 535.07 | 0.00 | 0.00 |
| Segal, Eric | 64,669.11 | 64,828.71 | 159.60 | 0.00 | 0.00 |
| Siegel I | 86,371.72 | 55,000.00 | 2,754.50 | 0.00 | 34,126.22 |
| Siegel II | 157,039.16 | 0.00 | 0.00 | 0.00 | 157,039.16 |
| Siegel III | 136,305.33 | 327,470.71 | 2,754.50 | 0.00 | (188,410.88) |
| Taylor, Thomas | 113,059.39 | 113,235.95 | 176.56 | 0.00 | 0.00 |
| Thornton | 36,983.02 | 37,188.06 | 205.04 | 0.00 | 0.00 |
| Tognaci | 47,084.13 | 47,165.34 | 81.21 | 0.00 | 0.00 |
| Vandelay/Mastrocola | 691,856.70 | 693,899.82 | 2,043.12 | 0.00 | 0.00 |
| Wallace | 106,783.98 | 107,180.22 | 846.26 | 250.00 | 0.00 |
| Wallace | 114,824.18 | 115,469.15 | 894.97 | 250.00 | (0.00) |
| Wallace | 98,502.63 | 98,826.47 | 323.84 | 0.00 | (0.00) |
| Woolf | 511,646.51 | 509,146.51 | 0.00 | 2,500.00 | 0.00 |
| Xypteras (Ward) | 327,544.90 | 328,004.57 | 469.67 | 0.00 | 0.00 |
| Total Exchanges @ 3% = 92 | 37,269,892.00 | 30,371,435.16 | 111,387.12 | 57,750.00 | 6,952,103.96 |
| Percent of Exchanges @ 3% | 88.98 | 71.36 | 36.53 | 85.24 | 69.41 |

Percent of Exchanges with $$ invested
@ 3%   (92/115 = 80%)

4

GOV 00017

**BENISTAR PROPERTY EXCHANGE**
**ESCROW ACCOUNT**
Prepared August 21, 2001
Revised August 27, 2001

Escrow Invested at 6%

| | Total Deposited | Total Disbursed | Total Interest | Total Fee Withdrawn | Net |
|---|---|---|---|---|---|
| Bellemore/Eaton | 444,659.65 | 0.00 | 0.00 | 0.00 | 444,659.65 |
| Brasco | 93,073.09 | 0.00 | 0.00 | 0.00 | 93,073.09 |
| Carey | 374,406.83 | 382,934.43 | 8,527.60 | 0.00 | 0.00 |
| Cavin | 170,265.83 | 170,833.86 | 568.03 | 0.00 | 0.00 |
| Darling | 322,290.35 | 15,625.00 | 0.00 | 0.00 | 306,665.35 |
| Dee Dew/D'Amico | 1,369,209.17 | 1,399,788.15 | 30,578.98 | 0.00 | 0.00 |
| Driscoll | 1,148,280.83 | 1,185,057.57 | 36,806.74 | 0.00 | (0.00) |
| Hennessey | 1,793,708.40 | 1,855,648.75 | 61,940.35 | 0.00 | (0.00) |
| Hoy | 129,334.26 | 130,819.09 | 1,484.83 | 0.00 | (0.00) |
| Iantosca/Belridge/Gosselin | 506,562.40 | 0.00 | 0.00 | 2,500.00 | 504,062.40 |
| Iantosca/Belridge/Heritage | 1,765,096.21 | 1,765,096.21 | 0.00 | 0.00 | 0.00 |
| Langley Union | 784,609.25 | 795,977.48 | 1,368.23 | 0.00 | 0.00 |
| Magic Realty | 164,831.56 | 0.00 | 0.00 | 0.00 | 164,831.56 |
| Peterson 1 | 799,000.95 | 0.00 | 11,673.29 | 0.00 | (0.00) |
| Peterson 2 | 282,259.49 | 282,259.49 | 0.00 | 0.00 | (0.00) |
| Rowe I (Unit 1) | 243,222.46 | 248,005.84 | 3,983.38 | 0.00 | (800.00) |
| Rowe I (Unit 2) | 287,594.80 | 267,594.80 | 800.00 | 0.00 | 800.00 |
| Shapiro | 324,720.08 | 330,761.03 | 6,031.95 | 0.00 | (0.00) |
| Sherman | 471,986.15 | 482,774.58 | 10,788.43 | 0.00 | 0.00 |
| Snider/Mass Lumber | 3,287,190.00 | 50,000.00 | 0.00 | 0.00 | 3,237,190.00 |
| Thompson | 1,486,526.23 | 1,491,266.61 | 12,240.38 | 7,500.00 | (0.00) |
| Tischler | 379,592.48 | 383,458.87 | 3,864.39 | 0.00 | (0.00) |
| Toll/Heath St | 145,221.48 | 148,125.91 | 2,904.43 | 0.00 | 0.00 |

GOV 00018

BENISTAR PROPERTY EXCHANGE
ESCROW ACCOUNT
Prepared August 21, 2001
Revised August 27, 2001

| | Total Deposited | Total Disbursed | Total Interest | Total Fee Withdrawn | Net |
|---|---|---|---|---|---|
| Total Exchanges @ 6% = 23 | 16,763,621.05 | 12,196,699.91 | 193,680.91 | 10,000.00 | 4,750,482.05 |
| Percent of Exchanges with $$ Invested @ 6%   (23/115 = 20%) | 31.02 | 28.85 | 63.47 | 14.76 | 40.59 |
| Total Exchanges with $$ Invested = 115 | 54,033,513.05 | 42,858,135.07 | 304,958.03 | 67,750.00 | 11,702,586.01 |

6

BENISTAR PROPERTY EXCHANGE
ESCROW ACCOUNT
Prepared August 21, 2001
Revised August 27, 2001

| | Total Deposited | Total Disbursed | Total Interest | Total Fee Withdrawn | Net |
|---|---|---|---|---|---|
| ERB | 1,363,644.84 | 1,363,644.85 | 0.00 | 0.00 | (0.01) |
| Gordon | 448,581.05 | 448,581.05 | 0.00 | 0.00 | 0.00 |
| Grossi | 187,923.26 | 188,159.41 | 236.15 | 0.00 | 0.00 |
| Hoffman | 70,804.60 | 70,804.60 | 0.00 | 0.00 | 0.00 |
| Johnson | 216,345.54 | 216,345.54 | 0.00 | 0.00 | (0.00) |
| Zide | 820,780.54 | 820,780.54 | 0.00 | 0.00 | (0.00) |
| Escrow Invested with No Interest (Reverse Exchange or Money Sent Out in Several Days) | | | | | |
| Total Exchanges with No Interest = 6 | 3,108,079.83 | 3,108,315.99 | 236.15 | 0.00 | (0.01) |
| Grand Total Exchanges = 121 | 57,141,592.88 | 45,676,461.06 | 305,194.18 | 67,750.00 | 11,702,588.00 |

1

GOV 00020

## Linda's Mail

| | |
|---|---|
| **From:** | Jackie Spielman <JSpielman@benistar.com> |
| **To:** | Linda Jokinen <lfjokinen@mediaone.net> |
| **Sent:** | Wednesday, December 27, 2000 2:45 PM |
| **Attach:** | CURRENT EXCHANGE ESCROW ACCTS.xls |
| **Subject:** | account balances 12/27 |

Here is the most recent account balances.


Jackie Spielman
BENISTAR, Accounts Receivable
860-408-7000 ext 238
Fax: 860-408-7005
jspielman@benistar.com

7/10/01

GOV 00021

**CURRENT EXCHANGE ESCROW ACCOUNTS**

| 12/27/00 CASE NAME | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | DATE PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| MAGIC REALTY ** **=6% acct | 3/7/00 | $30,000.00 | | | | | | |
| | 10/6/00 | $134,831.56 | | | | | | $164,831.56 |
| BELRIDGE HERITAGE | 6/1/00 | $1,665,096.21 | | | $1,700,000.00 | 7/31/00 | | |
| | 6/16/00 | $100,000.00 | | | $65,096.21 | 12/6/00 | | $0.00 |
| FERN HA & YANG | 6/8/00 | $116,542.75 | | | $100,000.00 | 7/31/00 | | |
| | 8/7/00 | $5,552.50 | | | $22,095.25 | 12/6/00 | | $0.00 |
| LANE & LIPSKY | 6/16/00 | $135,183.59 | | | $137,250.23 | 12/22/00 | $2,066.64 | $0.00 |
| TINA LAM (4) | 7/24/00 | $115,102.50 | | | $1,253,839.33 | 7/31/00 | | |
| | | | | | $11,700.00 | 8/1/00 | | |
| | | | | | $2,134.50 | 7/11/00 | | |
| | | | | | $469,325.43 | 12/6/00 | | |
| | | | | | $16,700.00 | 12/27/00 | | $98,402.50 |
| FERN IANTOSCA | 7/3/00 | $1,726,999.26 | | | | | | $0.00 |
| TINA LAM UNIT 3 | 6/28/00 | $115,345.00 | | | $15,190.00 | 7/28/00 | | |
| | 9/1/00 | $3,622.02 | | | $100,674.39 | 8/29/00 | $519.39 | |
| | | | | | $419.50 | 12/22/00 | | $3,202.52 |
| Roche/Sherwood | 8/2/00 | $243,371.53 | | | | | | $243,371.53 |
| BRASCO ** | 8/7/00 | $93,073.09 | | | | | | $93,073.09 |
| BELLEMORE | 8/9/00 | $444,659.65 | | | | | | $444,659.65 |
| BELLRIDGE GOSSELIN ** | 8/16/00 | $506,562.40 | $2,500.00 | 10/2/00 | | | | $504,062.40 |

GOV 00022

| CASE NAME | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | DATE PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Byron Darling | 9/8/00 | $322,290.35 | | | $15,625.00 | 11/16/00 | | $306,665.35 |
| Mass Lumber ** | 9/14/00<br>9/15/00<br>9/21/00 | $3,000,000.00<br>$62,190.00<br>$225,000.00 | | | $50,000.00 | 9/28/00 | | $3,237,190.00 |
| GELBER 2 | 9/27/00 | $144,073.33 | | | $4,000.00<br>$25,000.00<br>$10,000.00<br>$35,000.00<br>$7,500.00<br>$7,500.00<br>$7,500.00<br>$10,000.00<br>$10,000.00 | 9/28/00<br>9/28/00<br>10/25/00<br>11/1/00<br>11/27/00<br>11/27/00<br>11/27/00<br>12/7/00<br>12/15/00 | | $45,073.33 |
| LYLE/CAVIN ** | 10/30/00 | $170,265.83 | | | | | | $170,265.83 |
| CAHALY | 11/9/00 | $2,412,230.00 | $5,000.00 | 11/15/00 | $500,000.00<br>$2,500.00 | 11/16/00<br>12/21/00 | | $1,904,730.00 |
| Paolini/Dioguardi | 11/14/00<br>11/14/00 | $45,352.33<br>$7,000.00 | $2,000.00 | 11/14/00 | | | | $50,352.33 |
| John Buckley | 11/10/00 | $215,478.26 | | | $40,500.00 | 12/11/00 | | $174,978.26 |
| Brian Fitzgerald | 11/13/00<br>11/16/00<br>11/16/00 | $72,535.62<br>$17,090.00<br>$400,000.00 | | | $392,257.01 | 12/26/00 | | $97,368.61 |
| Johnston/Mullin | 11/22/00<br>11/22/00<br>11/22/00 | $28,750.00<br>$2,500.00<br>$513,180.74 | $2,500.00 | 11/27/00 | | | | $541,930.74 |
| Fern:<br>28 Charles St | 12/1/00<br>12/15/00 | $1,109,409.36<br>$33,000.00 | | | | | | $1,142,409.36 |

GOV 00023

| CASE NAME | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | DATE PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Fern:<br>8 Tinson Rd | 12/1/00<br>12/15/00 | $774,563.54<br>$48,000.00 | | | | | | $822,563.54 |
| Fern:<br>25 Morton St. | 12/1/00<br>12/15/00 | $1,875,323.43<br>$93,000.00 | | | $1,175,638.95 | 12/6/00 | | $792,684.48 |
| Ianiosca:<br>261-265 Hayward | 12/1/00<br>12/15/00 | $1,615,902.33<br>$42,000.00 | | | $564,785.95<br>$110,000.00 | 12/6/00<br>12/19/00 | | $983,116.38 |
| Faxon Heights:<br>135 Quincy Ave | 12/1/00<br>12/15/00 | $2,434,659.51<br>$84,000.00 | | | $2,000,000.00 | 12/6/00 | | $518,659.51 |
| Derek Marcou | 12/4/00<br>12/7/00 | $74,783.66<br>$3,275.00 | $2,000.00 | 12/7/00 | $21,300.00 | 12/22/00 | | $54,758.66 |
| **BALANCE** | | | | | | | | $12,384,349.63 |

## Linda's Mail

| | |
|---|---|
| From: | Jackie Spielman <JSpielman@benistar.com> |
| To: | Linda Jokinen <lfjokinen@mediaone.net> |
| Sent: | Tuesday, December 26, 2000 4:50 PM |
| Attach: | CURRENT EXCHANGE ESCROW ACCTS.xls |
| Subject: | CURRENT ACCT BALANCES |

Here is the most recent I already took Fitzgeralds money out of this one.


Jackie Spielman
BENISTAR, Accounts Receivable
860-408-7000 ext 238
Fax: 860-408-7005
jspielman@benistar.com

7/10/01

GOV 00025

## CURRENT EXCHANGE ESCROW ACCOUNTS

| 12/26/00 CASE NAME **=6% acct | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | DATE PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| MAGIC REALTY ** | 3/7/00<br>10/6/00 | $30,000.00<br>$134,831.56 | | | | | | $164,831.56 |
| BELRIDGE HERITAGE | 6/1/00<br>6/16/00 | $1,665,096.21<br>$100,000.00 | | | $1,700,000.00<br>$65,096.21 | 7/31/00<br>12/6/00 | | $0.00 |
| FERN HA & YANG | 6/8/00<br>8/7/00 | $116,542.75<br>$5,552.50 | | | $100,000.00<br>$22,095.25 | 7/31/00<br>12/6/00 | | $0.00 |
| LANE & LIPSKY | 6/16/00 | $135,183.59 | | | $137,250.23 | 12/22/00 | $2,066.64 | $0.00 |
| TINA LAM UNIT 3 | 6/28/00<br>9/1/00 | $115,345.00<br>$3,622.02 | | | $15,190.00<br>$100,674.39<br>$419.50 | 7/28/00<br>8/29/00<br>12/22/00 | $519.39 | $3,202.52 |
| FERN IANTOSCA | 7/3/00 | $1,726,999.26 | | | $1,253,839.33<br>$11,700.00<br>$2,134.50<br>$459,325.43 | 7/31/00<br>8/1/00<br>7/11/00<br>12/6/00 | | $0.00 |
| TINA LAM (4) | 7/24/00 | $115,102.50 | | | | | | $115,102.50 |
| Roche/Sherwood | 8/2/00 | $243,371.53 | | | | | | $243,371.53 |
| BRASCO ** | 8/7/00 | $93,073.09 | | | | | | $93,073.09 |
| BELLEMORE | 8/9/00 | $444,659.65 | | | | | | $444,659.65 |
| BELLRIDGE GOSSELIN ** | 8/16/00 | $506,562.40 | $2,500.00 | 10/2/00 | | | | $504,062.40 |

GOV 00026

| CASE NAME | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | DATE PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Byron Darling | 9/8/00 | $322,290.35 | | | $15,625.00 | 11/16/00 | | $306,665.35 |
| Mass Lumber ** | 9/14/00<br>9/15/00<br>9/21/00 | $3,000,000.00<br>$62,190.00<br>$225,000.00 | | | $50,000.00 | 9/28/00 | | $3,237,190.00 |
| GELBER 2 | 9/27/00 | $144,073.33 | | | $4,000.00<br>$25,000.00<br>$10,000.00<br>$35,000.00<br>$7,500.00<br>$7,500.00<br>$7,500.00<br>$10,000.00 | 9/28/00<br>9/28/00<br>10/25/00<br>11/1/00<br>11/27/00<br>11/27/00<br>11/27/00<br>12/7/00 | | $45,073.33 |
| Paolini/Dioguardi | 11/14/00<br>11/14/00 | $45,352.33<br>$7,000.00 | $2,000.00 | 11/14/00 | | | | $50,352.33 |
| John Buckley | 11/10/00 | $215,478.26 | | | $40,500.00 | 12/11/00 | | $174,978.26 |
| CAHALY | 11/9/00 | $2,412,230.00 | $5,000.00 | 11/15/00 | $500,000.00<br>$2,500.00 | 11/16/00<br>12/21/00 | | $1,904,730.00 |
| LYLE/CAVIN ** | 10/30/00 | $170,265.83 | | | $10,000.00<br>$10,000.00 | 12/15/00<br>12/15/00 | | $160,265.83 |
| Brian Fitzgerald | 11/13/00<br>11/16/00<br>11/16/00 | $72,535.62<br>$17,090.00<br>$400,000.00 | | | $392,257.01 | 12/26/00 | | $97,368.61 |
| Johnston/Mullin | 11/22/00<br>11/22/00<br>11/22/00 | $28,750.00<br>$2,500.00<br>$513,180.74 | $2,500.00 | 11/27/00 | | | | $541,930.74 |
| Fern:<br>28 Charles St. | 12/1/00<br>12/15/00 | $1,109,409.36<br>$33,000.00 | | | | | | $1,142,409.36 |

GOV 00027

| Fern: 8 Tinson Rd | 12/1/00 | $774,563.54 |
|---|---|---|
| | 12/15/00 | $48,000.00 |

$822,563.54

| CASE NAME | DATE REC'D | AMOUNT REC'D | FEE WITHDRAWN | DATE PAID | DEBITS | DEBIT DATE | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Fern: 25 Morton St. | 12/1/00 12/15/00 | $1,875,323.43 $93,000.00 | | | $1,175,638.95 | 12/6/00 | | $792,684.48 |
| Iantosca: 261-265 Hayward | 12/1/00 12/15/00 | $1,615,902.33 $42,000.00 | | | $564,785.95 $110,000.00 | 12/6/00 12/19/00 | | $983,116.38 |
| Faxon Heights: 135 Quincy Ave | 12/1/00 12/15/00 | $2,434,659.51 $84,000.00 | | | $2,000,000.00 | 12/6/00 | | $518,659.51 |
| Derek Marcou | 12/4/00 12/7/00 | $74,783.66 $3,275.00 | $2,000.00 | 12/7/00 | $21,300.00 | 12/22/00 | | $54,758.66 |
| BALANCE | | | | | | | | $12,401,049.63 |

GOV 00028

# EXHIBIT
# FOUR

## PaineWebber Wires
## From
## Government Exhibit 169
## 2005 Trial

| Date | Exchangor | Amount |
|---|---|---|
| 10/25/2000 | Gelber, Bernard | $10,000.00 |
| 10/30/2000 | Union, Langley | $795,977.48 |
| 11/1/2000 | Gelber, Bernard | $35,000.00 |
| 11/8/2000 | Argiros, Alexander | $202,260.98 |
| 11/15/2000 | Shapiro, Margaret | $330,761.03 |
| 11/17/2000 | Schreurer, Richard | $40,720.09 |
| 11/20/2000 | Johnson | $216,345.54 |
| 11/27/2000 | Gelber 2 | $7,500.00 |
| 11/27/2000 | Gelber 2 | $7,500.00 |
| 12/1/2000 | Gangemi | $800,663.52 |
| 12/6/2000 | Iantosca | $564,361.05 |
| 12/6/2000 | Iantosca | $564,785.95 |
| 12/6/2000 | Faxon Heights | $2,000,000.00 |
| 12/6/2000 | Fern | $1,175,638.95 |
| 12/7/2000 | Gelber 2 | $10,000.00 |
| 12/7/2000 | Brown, Stephen | $25,000.00 |
| 12/8/2000 | Snider, Eliot | $50,000.00 |
| 1/5/2001 | Iantosca | $2,688,385.84 |
| 1/5/2001 | Iantosca | $1,335,354.00 |
| **Total** | | **$10,860,254.43** |

UNITED STATES v. DANIEL E. CARPENTER
BENISTAR PROPERTY EXCHANGE
P/W EX 15434 MR - Wire Requests



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
507 HOPMEADOW ST
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:       10/25/00
CLIENT:     Gelber

**PLEASE WIRE TRANSFER:**     $10,000.00

FROM:       **BENISTAR PROPERTY EXCHANGE TRUST CO. INC.**
            **ACCOUNT#: EX-15434-MR**

TO:         Citizens Bank
            560 Commonwealth Avenue
            Boston, MA  02215
            ABA#: ~~211070175~~            (800) 922 9999

            ~~211070175~~
            011500120

**FOR FURTHER CREDIT TO:** Bernard S. Gelber
                          ACCOUNT #: 1130333474

*please
waive
fee *

wire #
5917

Daniel E. Carpenter, Esq. Chairman

PW0190

TEL (860) 408-7000  ·  FAX (860) 408-7015  ·  INTERNET //WWW.BENISTAR.COM
TOLL FREE (800) BENISTAR

Trial Ex. #204

 **BENISTAR**

BENISTAR PROPERTY EXCHANGE TRUST CO., INC.
507 HOPMEADOW ST.
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE: 10/30/00
CLIENT: Langley Union

PLEASE WIRE TRANSFER: $795,977.48

FROM: BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
ACCOUNT#: EX-15434-MR

TO: National City Bank
Cleveland
ABA #: 041000124

FOR FURTHER CREDIT TO: First American Title Insurance Company
Account #: 2249491

*Please waive fee*

_Daniel E. Carpenter_
Daniel E. Carpenter, Esq. Chairman

wire # 6008

PW0192

 **BENISTAR**

BENISTAR PROPERTY EXCHANGE TRUST CO., INC
507 HOPMEADOW ST
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:      11/1/00
CLIENT:    Bernard Gelber

PLEASE WIRE TRANSFER:      $35,000.00

FROM:      BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
           ACCOUNT#: EX-15434-MR

TO:        Ocean National Bank
           100 Main Street
           Kenenbunk, ME 04043
           ABA #: 011201432

FOR FURTHER CREDIT TO: Perkins Real Estate Trust Account
                       Account #: 3356708112

*Please
waive
fee*

Daniel E. Carpenter, Esq. Chairman

PW0193



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC.
507 HOPMEADOW ST.
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:     11/8/00
CLIENT:   Alexander Argiros

PLEASE WIRE TRANSFER:     $202,260.98

FROM:     BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
          ACCOUNT#: EX-15434-MR

TO:       Sovereign Bank
          1130 Berkshire Blvd
          Wyomissing, PA  19610
          ABA#: 011075150

FOR FURTHER CREDIT TO: Kozodoy, Fong & Ostreicher – IOLTA Account
                       Account #: 85010019900
                       Reference: m&f/1

*wire # 5437*
*\* Please waive fee \**

_____
Daniel E. Carpenter, Esq. Chairman

PW0194



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC.
507 HOPMEADOW ST.
SIMSBURY, CT 06070

## WIRE TRANSFER

**DATE:**     11/15/00
**CLIENT:**   Margaret Shapiro

**PLEASE WIRE TRANSFER:**     $330,761.03

**FROM:**     **BENISTAR PROPERTY EXCHANGE TRUST CO. INC.**
          **ACCOUNT#: EX-15434-MR**

**TO:**     **Chase Manhattan**
          **349 Fifth Avenue**
          **New York, NY**
          **ABA#: 021000021**

**FOR FURTHER CREDIT TO:** Michael Dym IOLA Account
                    Account#: 763500935665

Daniel E. Carpenter, Esq. Chairman

*Please waive fee*

*wire # 5553*

PW0196

TEL. (860) 408-7000 · FAX: (860) 408-7015 · INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC.
507 HOPMEADOW ST
SIMSBURY, CT 06070

### WIRE TRANSFER

**DATE:**   11/17/00
**CLIENT:**   Richard Schreurer

**PLEASE WIRE TRANSFER:**   $40,720.09

**FROM:**   **BENISTAR PROPERTY EXCHANGE TRUST CO. INC.**
**ACCOUNT#: EX-15434-MR**

**TO:**   Beverly National Bank
240 Cabot Street
Beverly, Massachusetts  01915
ABA#: 011302768

**FOR FURTHER CREDIT TO:**  Alexander & Femino Clients's Account
Account#: 1003113513

Wire # 5693

* Please waive fee *

Daniel E. Carpenter, Esq. Chairman

PW0198

TEL: (860) 408-7000 · FAX: (860) 408-7015 · INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR





# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC.
507 HOPMEADOW ST
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:    11/20/00
CLIENT:    Johnson

PLEASE WIRE TRANSFER:    $216,345.54

FROM:    BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
         ACCOUNT#: EX-15434-MR

TO:    Sovereign Bank New England
       1045 Trapelo Road
       Waltham, MA  02451
       ABA#: 011075150

FOR FURTHER CREDIT TO: Robert S. Flynn Attorney at Law – IOLTA Acct
                       24 Lexington Street
                       Waltham, MA  02452
                       Account #: 29700001216

Daniel E. Carpenter, Esq. Chairman

PW0199



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
507 HOPMEADOW ST
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:      11/27/00
CLIENT:    Gelber 2

**PLEASE WIRE TRANSFER:**      $7,500.00

FROM:      **BENISTAR PROPERTY EXCHANGE TRUST CO. INC.**
           **ACCOUNT#: EX-15434-MR**

TO:        Citizens Bank
           560 Commonwealth Avenue
           Boston, MA 02215
           ABA#: 011500120

FOR FURTHER CREDIT TO: Bernard S. Gelber
                       Account#: 1153858566

_Daniel E. Carpenter_
Daniel E. Carpenter, Esq. Chairman

✳ Please wire fee ✳
wire # 5326

PW0200

TEL: (860) 408-7000 · FAX: (860) 408-7015 · INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR





# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
507 HOPMEADOW ST.
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:      11/27/00
CLIENT:    Gelber 2


PLEASE WIRE TRANSFER:     $7,500.00


FROM:     BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
          ACCOUNT#: EX-15434-MR


TO:       Citizens Bank
          560 Commonwealth Avenue
          Boston, MA  02215
          ABA#: 011500120


FOR FURTHER CREDIT TO: Bernard S. Gelber
                       Account#: 1153858566


wire #5439
* Please waive fee *

*Daniel E. Carpenter*

Daniel E. Carpenter, Esq. Chairman

In addition to previous wire for the same amount

PW0201





# B E N I S T A R

BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
507 HOPMEADOW ST.
SIMSBURY, CT 06070

## WIRE TRANSFER

**DATE:** 12/01/00
**CLIENT:** Gangemi

**PLEASE WIRE TRANSFER:** $800,663.52

**FROM:** BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
ACCOUNT#: EX-15434-MR

**TO:** Chase Manhatten Bank
ABA#: 021000021
Account #: 066196-221
National Financial Services Corp.

*Fidelity 800 544 97.97*

**FOR FURTHER CREDIT TO:** Patricia A. Heelen
Specific Fidelity Account Number #X01-500011

*201.352.*
*4181*
*Sandra*

_Daniel E. Carpenter_
Daniel E. Carpenter, Esq. Chairman

*wire # 0167*

*please wire fi*

PW0203



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC.
507 HOPMEADOW ST.
SIMSBURY, CT 06070

### WIRE TRANSFER

**DATE:**   12/06/00
**CLIENT:**   Iantosca

**PLEASE WIRE TRANSFER:**   $564,361.05

**FROM:**   BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
ACCOUNT#: EX-15434-MR

**TO:**   Fleet National Bank
100 Federal Street
Boston, MA  02110
800-727-8637
ABA#: 011000138

*wire #*
*5201*

**FOR FURTHER CREDIT TO:** Robinson & Cole IOLTA Account
Account#: 501480925

*Please waive fee*

*Daniel E Carpenter*
Daniel E. Carpenter, Esq. Chairman

PW0204



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO. INC
507 HOPMEADOW ST
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:     12/06/00
CLIENT:   Iantosca: 261-265 Hayward

PLEASE WIRE TRANSFER:     $564,785.95

FROM:     BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
          ACCOUNT#: EX-15434-MR

TO:       Fleet National Bank
          100 Federal Street
          Boston, MA  02110
          800-727-8637
          ABA#: 011000138

FOR FURTHER CREDIT TO: Robinson & Cole IOLTA Account
                       Account#: 501480925

Daniel E. Carpenter, Esq. Chairman

*Please wire fee*

PW0205

TEL: (860) 408-7000  ·  FAX: (860) 408-7015  ·  INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR



# B E N I S T A R

BENISTAR PROPERTY EXCHANGE TRUST CO., INC.
507 HOPMEADOW ST.
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:        12/06/00
CLIENT:      Faxon Heights

PLEASE WIRE TRANSFER:      $2,000,000.00

FROM:      BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
             ACCOUNT#: EX-15434-MR

                                                          *wire # 5179*

TO:        Fleet National Bank
             100 Federal Street
             Boston, MA 02110
             800-727-8637
             ABA#: 011000138


FOR FURTHER CREDIT TO: Robinson & Cole IOLTA Account
                          Account#: 501480925


*Please
wave
fee*

                          _Daniel E. Carpenter_
                          Daniel E. Carpenter, Esq. Chairman


                                                          PW0206

TEL: (860) 408-7000  ·  FAX: (860) 408-7015  ·  INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR



## BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC.
507 HOPMEADOW ST.
SIMSBURY, CT 06070

### WIRE TRANSFER

DATE:       12/06/00
CLIENT:     Fern: 25 Morton


PLEASE WIRE TRANSFER:      $1,175,638.95

FROM:      BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
           ACCOUNT#: EX-15434-MR

TO:        Fleet National Bank
           100 Federal Street
           Boston, MA  02110
     ✱     800-727-8637
           ABA#: 011000138


FOR FURTHER CREDIT TO: Robinson & Cole IOLTA Account
                       Account#: 501480925

*wire # 5175*

*✱ PLEASE wire fee ✱*

_Daniel E Carpenter_
Daniel E. Carpenter, Esq. Chairman


PW0207

TEL: (860) 408-7000 · FAX: (860) 408-7015 · INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR

 **BENISTAR**

BENISTAR PROPERTY EXCHANGE TRUST CO., INC
507 HOPMEADOW ST
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:      12/07/00
CLIENT:    Gelber 2

PLEASE WIRE TRANSFER:     $10,000.00     ✓

FROM:    BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
ACCOUNT#: EX-15434-MR

TO:      Citizens Bank
560 Commonwealth Avenue
Boston, Massachusetts  02215
ABA #: 011500120

FOR FURTHER CREDIT TO: Bernard S. Gelber
Account #: 1130333474

*wire #
269*

*Daniel E. Carpenter*
Daniel E. Carpenter, Esq. Chairman

*\* Please waive fee \**

PWO208

TEL: (860) 408-7000 · FAX: (860) 408-7015 · INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC
507 HOPMEADOW ST.
SIMSBURY, CT 06070

### WIRE TRANSFER

DATE:      12/07/00
CLIENT:    Stephen Brown

PLEASE WIRE TRANSFER:      $25,000.00

FROM:      BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
           ACCOUNT#: EX-15434-MR

TO:        Citizens Bank
           ABA #: 011500120
           Account #: 1130903505
           Type of account: Checking

FOR FURTHER CREDIT TO: Deborah A.S. Brown
                       Michael S. Brown

wire # 5689

*Referred rental fees*

_Daniel E. Carpenter_
Daniel E. Carpenter, Esq. Chairman

PW0209

TEL: (860) 408-7000 · FAX: (860) 408-7015 · INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR

 **BENISTAR**

BENISTAR PROPERTY EXCHANGE TRUST CO., INC
507 HOPMEADOW ST.
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:       12/08/00
CLIENT:    Eliot Snider

PLEASE WIRE TRANSFER:      $50,000.00      ✓

FROM:     BENISTAR PROPERTY EXCHANGE TRUST CO. INC.
              ACCOUNT#: EX-15434-MR

TO:         Citizens Bank New Hampshire
              875 Elm Street
              Manchester, NH
              ABA #: 011500120

FOR FURTHER CREDIT TO: Holland, Donovan, Beckett & Hermans, P.A.
                                  Client Account
                                  151 Water St. PO Box 1090
                                  Exeter, NH  03833-1090
                                  Account #: 3300059641

WiRE #
5803

*Daniel E. Carpenter*
Daniel E. Carpenter, Esq. Chairman

PW0210



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC
507 HOPMEADOW ST.
SIMSBURY, CT 06070

## WIRE TRANSFER

DATE:       January 5, 2001
CLIENT:     IANTOSCA

PLEASE WIRE TRANSFER:       $2,688,385.84

FROM:       BENISTAR Property Exchange Trust Company Inc.
            ACCOUNT#: EX-15434-MR

TO:         STATE STREET BANK AND TRUST
            BOSTON, MA
            ABA #: 011000028
            ACCOUNT #:23628423

To Credit To:  FIRST AMERICAN TITLE INSURANCE-ESCROW ACCOUNT
               ATTN: KAREN BULLARD CIACERA

_____
Daniel E. Carpenter, Esq. Chairman

BEN 0002473

TEL: (860) 408-7000 · FAX: (860) 408-7015 · INTERNET: //WWW.BENISTAR.COM
TOLL FREE: (800) BENISTAR



# BENISTAR

BENISTAR PROPERTY EXCHANGE TRUST CO., INC
507 HOPMEADOW ST.
SIMSBURY, CT 06070

### WIRE TRANSFER

**DATE:**     1/05/01
**CLIENT:**    IANTOSCA

**PLEASE WIRE TRANSFER:**     $1,335,354.00

**FROM:**     BENISTAR Property Exchange Trust Company Inc.
              ACCOUNT#: EX-15434-MR

**TO:**       STATE STREET BANK AND TRUST
              BOSTON, MA
              ABA #: 011000028
              ACCOUNT #: 23628423

**To Credit To:**  FIRST AMERICAN TITLE INSURANCE-ESCROW ACCOUNT
                   ATTN: KAREN BULLARD CIACERA

*Daniel E Carpenter*
Daniel E. Carpenter, Esq. Chairman

BPE02472