# EXHIBIT ONE



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*      *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*      *Fax (414) 297-1738*
*Milwaukee WI 53202*      *www.justice.gov/usao/wie*

June 9, 2016

Attorney Eric J. Wilson
Godfrey & Kahn, S.C.
One East Maine Street, Suite 500
Madison, WI 53701

     Re:    NOVA/Benistar

Dear Mr. Wilson:

     As you know, the United States was conducting an investigation into possible criminal violations committed by NOVA/Benistar and its executives, including Daniel Carpenter. The matter was initially handled by Assistant United States Attorney Gordon P. Giampietro and was later transferred to Thomas Agnello, a trial attorney with the Criminal Enforcement Section of the Tax Division, following Gordon's departure from the U.S. Attorney's Office. I am writing to advise you that criminal prosecution has been declined and the matter will be closed.

     If you have any questions or concerns regarding this matter, you may call me directly at (414) 297-1801.

     Sincerely,

GREGORY J. HAANSTAD
United States Attorney

By: *[signature]*

KELLY B. WATZKA
Deputy Criminal Chief

CC:    Attorney Thomas Agnello