# EXHIBIT THREE

635

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.	SUPERIOR COURT
CIVIL ACTION
NOs. 01-0116BLS2,
01-0229BLS2, 01-0330BL:S2,
01-0581BLS2, 01-3433BLS2,
01-4305BLS2;
NO. 01-0075 (Norfolk County)
(Consolidated Actions)

|   |   |
|---|---|
| GAIL CAHALY, JEFFREY M. JOHNSTON, MASSACHUSETTS LUMBER COMPANY, INC., JOSEPH IANTOSCA, INDIVIDUALLY AND AS TRUSTEE OF THE FAXON HEIGHTS APARTMENT REALTY TRUST AND FERN REALTY TRUST; BELRIDGE CORPORATION; and BELLEMORE ASSOCIATES, LLC, | ) ) ) ) ) ) ) ) ) |
| v. | ) ) |
| BENISTAR PROPERTY EXCHANGE TRUST CO., INC., BENISTAR EMPLOYER SERVICES TRUST CORPORATION; MARTIN L. PALEY; MOLLY CARPENTER; DANIEL E. CARPENTER, ESQ.; USB PAINEWEBBER INC., CARPENTER FINANCIAL GROUP, LLC, BENISTAR ADMIN. SERVICES, INC.; JANE DOE AFFILIATES AND SUBSIDIARIES OF BENISTAR DEFENDANTS AND JANE DOE ENTITIES CONTROLLED BY DANIEL CARPENTER; MERRILL LYNCH PIERCE FENNER & SMITH, INC., and U.S. PROPERTY EXCHANGE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

2015 DEC 28 PM 3:04
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

## SATISFACTION OF AMENDED JUDGMENT

Plaintiffs Gail A. Cahaly, Joseph J. Iantosca and David Iantosca individually and as trustees of Faxon Heights Apartments and Fern Realty Trust on behalf of Joseph Iantosca (deceased), Belridge Corporation, Jeffrey M. Johnston, Bellemore Associates, LLC and Massachusetts Lumber Company, Inc. (collectively "The Cahaly Plaintiffs"), being all of the Plaintiffs in this action, hereby certify that the Amended Judgment Under Mass. R. Civ. P. 54(b) dated November 18, 2004, and all other judgments entered in this action, are deemed fully satisfied as to all Defendants.

Respectfully submitted,

Gail Cahaly, Jeffrey M. Johnston,
Bellemore Associates, LLC, Massachusetts
Lumber Company, Inc., Joseph Iantosca,
Joseph J. Iantosca and David Iantosca, individually
and as trustees of Faxon Heights Apartments and
Fern Realty Trust on behalf of Joseph Iantosca
(deceased), and Belridge Corporation

By their attorneys,

/s/ Anthony R. Zelle
Anthony R. Zelle, BBO #548141
Thomas W. Evans, BBO #552820
ZELLE MCDONOUGH & COHEN LLP
101 Federal Street, 14th Floor
Boston, MA 02110
(617) 742-6520

Dated: December 22, 2015

I HEREBY ATTEST AND CERTIFY ON
_____, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015 I caused to be served a true copy of the foregoing Satisfaction of Amended Judgment by electronic mail upon Attorneys Thomas I. Elkind, Paul S. Samson, Paula K. Colbath, and Lindsay S. Feuer.

_____
Anthony R. Zelle