UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>DANIEL E. CARPENTER,<br><br>           Defendant. | Criminal No. 1:04-cr-10029-GAO |

**UNITED STATES' RESPONSE TO DEFENDANT'S SUPPLEMENT TO
MOTION FOR RECONSIDERATION OF FORFEITURE**

The United States of America, by its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, respectfully provides this response to the Daniel E. Carpenter's (the "Defendant") *Supplement to Motion for Reconsideration of Forfeiture*. The United States sets forth the following:

1.   The United States continues to oppose the Defendant's Motion for Reconsideration of Forfeiture (Docket No. 471). The District Court correctly decided the forfeiture and should not reconsider.

2.   Nevertheless, in light of the recent, and anticipated, Supreme Court and First Circuit Court of Appeals rulings related to criminal forfeiture, the United States does not oppose the Defendant's request that this Court not rule on the pending motion for reconsideration or that he be permitted to supplement his motion for reconsideration to address the Supreme Court's holding in Honeycutt, the anticipated First Circuit ruling in Gorski or the anticipated Supreme Court ruling in Lo. The United States does not concede that these decisions have had, or will have, any bearing on the issues here; however, the United States respectfully requests an opportunity to respond to any such supplemental pleadings at the appropriate time.

                                        Respectfully submitted,

                                        WILLIAM D. WEINREB
                                        Acting United States Attorney,


                                By:    */s/ David G. Lazarus*
                                        DAVID G. LAZARUS, BBO #624907
                                        Assistant U.S. Attorneys
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3100
Dated:  August 14, 2017             David.Lazarus2@usdoj.gov


## Certificate of Service

     I hereby certify that the *United States' Response to  Defendant's Supplement to Motion to Reconsider Forfeiture* was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.



                                          */s/ David G. Lazarus*
                                          DAVID G. LAZARUS
Dated:  August 14, 2017             Assistant United States Attorney