# EXHIBIT 2

06/21/2018 04:26 PM PDT                                                                                                                    Version 7.1    Page  1   of  3

# U.S. Courts
## Case Inquiry Report
**Case Num: DMAX104CR010029;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y**

**Case Number**   DMAX104CR010029        **Case Title**   USA V CARPENTER

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY6593 | DANIEL CARPENTER | PCCA4726 | SPECIAL PENALTY ASSESSMENT | | 1,900.00 | 1,900.00 | 0.00 |
| 001 | PTY6593 | DANIEL CARPENTER | PCCA4726 | VICTIM RESTITUTION | | 310,033.96 | 48,269.40 | 261,764.56 |
| 001 | PTY6593 | DANIEL CARPENTER | PCCA4726 | RESTITUTION ASSETS FORFEITURE | | 0.00 | 0.00 | 0.00 |
| 001 | PTY6593 | DANIEL CARPENTER | PCCA4726 | FINE-CRIME VICTIMS FUND | | 100,000.00 | 0.00 | 100,000.00 |
| | | | | | | 411,933.96 | 50,169.40 | 361,764.56 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| PTY6594 | ███████████████ | 65,701.94 | 0.00 | 65,701.94 |
| PTY6595 | ███████████████ | 244,332.02 | 0.00 | 244,332.02 |
| | | 310,033.96 | 0.00 | 310,033.96 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | J/S Account Code | | |
| CT 1BST042948 | 04/08/2014 | 04/08/2014 | PR | 1,900.00 | DANIEL CARPENTER | O | 04 | 504100 |
| DMAX104CR010029-001   1 | | SPECIAL PENALTY ASSESSMENT | | | | | | |
| CT B090814DMAX104CR01002900130 | 09/08/2014 | 10/16/2014 | PR | 50.00 | DANIEL CARPENTER | O | OP2 | 6855XX |
| DMAX104CR010029-001   2 | | VICTIM RESTITUTION | | | | | | |
| CT B121114DMAX104CR01002900127 | 12/11/2014 | 01/05/2015 | PR | 50.00 | DANIEL CARPENTER | O | OP2 | 6855XX |
| DMAX104CR010029-001   2 | | VICTIM RESTITUTION | | | | | | |
| CT B030915DMAX104CR01002900135 | 03/09/2015 | 04/01/2015 | PR | 50.00 | DANIEL CARPENTER | O | OP2 | 6855XX |
| DMAX104CR010029-001   2 | | VICTIM RESTITUTION | | | | | | |
| CT B060515DMAX104CR01002900132 | 06/05/2015 | 07/01/2015 | PR | 50.00 | DANIEL CARPENTER | O | OP2 | 6855XX |
| DMAX104CR010029-001   2 | | VICTIM RESTITUTION | | | | | | |
| CT B091015DMAX104CR01002900135 | 09/10/2015 | 10/01/2015 | PR | 50.00 | DANIEL CARPENTER | O | OP2 | 6855XX |
| DMAX104CR010029-001   2 | | VICTIM RESTITUTION | | | | | | |
| CT B120715DMAX104CR01002900129 | 12/07/2015 | 01/04/2016 | PR | 50.00 | DANIEL CARPENTER | O | OP2 | 6855XX |
| DMAX104CR010029-001   2 | | VICTIM RESTITUTION | | | | | | |

## U.S. Courts
## Case Inquiry Report
### Case Num: DMAX104CR010029;  Party Num: N/A;  Payee Code: N/A
### Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Account Number | Debt Type Line# | Document Date | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | J/S Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT B061416DMAX104CR01002900137 | DMAX104CR010029-001 | 2 | 06/14/2016 | 07/05/2016 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | OP2 | 6855XX |
| CT B091216DMAX104CR01002900136 | DMAX104CR010029-001 | 2 | 09/12/2016 | 10/03/2016 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | OP2 | 6855XX |
| CT B121216DMAX104CR01002900139 | DMAX104CR010029-001 | 2 | 12/12/2016 | 01/03/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | OP2 | 6855XX |
| CT 1BST061953 | DMAX104CR010029-001 | 2 | 04/18/2017 | 04/18/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST062284 | DMAX104CR010029-001 | 2 | 05/08/2017 | 05/08/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST062857 | DMAX104CR010029-001 | 2 | 06/12/2017 | 06/12/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST063308 | DMAX104CR010029-001 | 2 | 07/11/2017 | 07/11/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST063815 | DMAX104CR010029-001 | 2 | 08/09/2017 | 08/09/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT T070617DMAX104CR0100290019 | DMAX104CR010029-001 | 2 | 07/06/2017 | 08/03/2017 | VICTIM RESTITUTION | PR | | 47,069.40 | | DANIEL CARPENTER | | O | TOP2 | 6855XX |
| CT 1BST064289 | DMAX104CR010029-001 | 2 | 09/11/2017 | 09/11/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST065010 | DMAX104CR010029-001 | 2 | 10/25/2017 | 10/25/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST065305 | DMAX104CR010029-001 | 2 | 11/08/2017 | 11/08/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST065831 | DMAX104CR010029-001 | 2 | 12/13/2017 | 12/13/2017 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST066319 | DMAX104CR010029-001 | 2 | 01/12/2018 | 01/12/2018 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST066761 | DMAX104CR010029-001 | 2 | 02/08/2018 | 02/08/2018 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |
| CT 1BST067407 | DMAX104CR010029-001 | 2 | 03/15/2018 | 03/15/2018 | VICTIM RESTITUTION | PR | | 50.00 | | DANIEL CARPENTER | | O | 06 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
**Case Num: DMAX104CR010029;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y**

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | J/S Account Code | | | | |
| CT 1BST067760 | | 04/06/2018 | 04/06/2018 | PR | 50.00 | DANIEL CARPENTER | | O | 06 | 6855XX |
| DMAX104CR010029-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CT 1BST068409 | | 05/10/2018 | 05/10/2018 | PR | 50.00 | DANIEL CARPENTER | | O | 06 | 6855XX |
| DMAX104CR010029-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CT 1BST068907 | | 06/12/2018 | 06/12/2018 | PR | 50.00 | DANIEL CARPENTER | | O | 06 | 6855XX |
| DMAX104CR010029-001 | 2 | VICTIM RESTITUTION | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |