# United States Court of Appeals
## For the First Circuit

No. 18-1999

IN RE: DANIEL E. CARPENTER,

Petitioner.

Before

Torruella, Lynch, and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: November 9, 2018

Petitioner Daniel E. Carpenter has filed an "emergency petition for a writ of mandamus, declaratory judgment and injunctive relief." Having reviewed the petition and relevant portions of the record, we conclude that the extraordinary remedy of mandamus relief is not in order. <u>See In re Justices of Superior Court Dep't of Massachusetts Trial Court</u>, 218 F.3d 11, 15 (1st Cir. 2000) (general mandamus principles). The petition and requests for declaratory and injunctive relief are **DENIED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel E. Carpenter
Mary Beth Murrane
Kelly Begg Lawrence
Cynthia A. Young
Mark J. Balthazard
Jonathan F. Mitchell
Christopher Richard Donato
David G. Lazarus