Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Daniel E. Carpenter         **Case Number:** 0101 1:04CR10029

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, U.S. District Judge

**Date of Original Sentence:** February 26, 2014

**Original Offense:** Wire Fraud, in violation of 18 U.S.C. § 1343 (Counts 1s – 14s)
Mail Fraud, in violation of 18U.S.C. § 1341 (Counts 15s - 19s)

**Original Sentence:** 36 months of custody, followed by 36 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** January 26, 2017

## CASE STATUS UPDATE

On February 26, 2014, Daniel Carpenter, having previously been convicted of Wire Fraud, in violation of 18 U.S.C. § 1343 (Counts 1s - 14s) and Mail Fraud, in violation of 18 U.S.C. § 1341 (Counts 15s - 19s), was sentenced to 36 months in custody, followed by 36 months of supervised release. Mr. Carpenter was released from the Bureau of prison on January 26, 2017 and has been supervised in the District of Connecticut since that date. Although he is supervised in the District of Connecticut jurisdiction remains with the District of Massachusetts.

The Probation Office wishes to inform the Court that Mr. Carpenter has been convicted and sentenced on new federal charges in the District of Connecticut. However, the conduct in that case pre-dated his current term of supervised release. On December 3, 2018 Mr. Carpenter appeared for sentencing before the Honorable Robert N. Chatigny Senior U.S. District Judge for the District of Connecticut, having previously been convicted of 32 counts of Wire Fraud, in violation of 18 U.S.C§§1343 and 2; 23 counts of Mail Fraud, in violation 18 U.S.C.§ 1341 and 2; one count of Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. §§ 1349; one count of Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §1956(h); 13 counts of Illegal Money Transaction, in violation of 18 U.S.C. § 1957 and 2; and 10 counts of Money Laundering: Promotion of Specified Unlawful Activity, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2. On that same date, Mr. Carpenter was sentenced to 30 months in custody, followed by 3 years of supervised release.

Mr. Carpenter, has a voluntary surrender date of March 4, 2019 and will remain on active supervised release until that date. Mr. Carpenter's supervised release term on the District of Massachusetts case will be tolled while he serves the term of imprisonment imposed on the above noted District of Connecticut case. He will resume is current term of supervised release upon his release from custody. His remaining term of supervised release will be served concurrently with the new term of supervised release imposed in the District of Connecticut. Given that the conduct which resulted in the new conviction pre-dated his current term of supervised release, Mr. Carpenter is not subject to a violation in

this Court. Therefore, the Probation Office is not requesting any formal action by the Court. This memorandum serves as notification to this Court.

U.S. Probation Officer Action:

Reviewed/Approved by:

*/s/Jeffrey Smith*
Jeffrey Smith
Supervising U.S. Probation Officer

Respectfully submitted,

*/s/ Lisa M. Paiva*
Lisa M. Paiva
Supervising U.S. Probation Officer

Date: 12/26/2018

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved: No Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Honorable George A. O'Toole

_____
Date  1/2/19