FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2019 MAR -1 AM 11: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | C.A. No. 04-cr-10029-GAO |
| | ) | |
| Daniel E. Carpenter | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Daniel E. Carpenter, the Defendant in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the District of Massachusetts entered in this action on February 20, 2019. See Dkt. No. 572.

Respectfully submitted,

Date: February 28, 2019

Daniel E. Carpenter
18 Pond Side Lane
West Simsbury, CT 06092

### Certificate of Service

I, Daniel E. Carpenter, certify that I have caused a copy of this Notice of Appeal to be served by express mail a copy of the same to Robert M. Farrell, Clerk of Court, at 1 Courthouse Way, Boston, MA 02210 on February 28, 2019.

Date: February 28, 2019

Daniel E. Carpenter