# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Daniel E. Carpenter

District Court Number: 04cr10029-GAO

Fee: Paid? Yes ____ No _X_   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_
*If yes, document #*

Sealed documents   Yes _X_ No ____
*If yes, document #* 57,106,116,193,420

Ex parte documents   Yes _X_ No ____
*If yes, document #* 57,116,156

Transcripts   Yes _X_ No ____
*If yes, document #* 77,132-134,152,153,161-170

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#572 Opinion and Order

Other information:

(Additional Transcripts:180,185,186,216-218,228,255,267,288-300,341,427,446)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#572 and #573

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 573 filed on March 1, 2019.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 6, 2019.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**