# United States Court of Appeals
## For the First Circuit

_____

No. 19-1246

DANIEL E. CARPENTER,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.
_____

Before

Torruella, Thompson and Barron,
<u>Circuit Judges</u>.
_____

**JUDGMENT**

Entered: September 4, 2019

     Petitioner Daniel Carpenter seeks a certificate of appealability in relation to the district court's denial of his 28 U.S.C. § 2255 motion. We have considered carefully the arguments sufficiently developed by Carpenter in his voluminous COA application. <u>See</u> 28 U.S.C. § 2253(c)(2) (requiring "applicant [to make] a substantial showing of the denial of a constitutional right"); <u>Peralta</u> v. <u>United States</u>, 597 F.3d 74, 84 (1st Cir. 2010) ("Having failed to request a COA as to those issues in either the district court or the court of appeals, Peralta has waived his right to appellate review of those issues."). We reject Carpenter's attempts to relitigate certain claims already resolved by this court on direct appeal. <u>See</u> <u>United States</u> v. <u>Michaud</u>, 901 F.2d 5, 6 (1st Cir. 1990) (per curiam) ("We note that certain other claims raised in the § 2255 motion were decided on direct appeal and may not be relitigated under a different label on collateral review.").

     After careful consideration of those claims suitable for consideration, we conclude that the district court's ultimate denial of Carpenter's § 2255 claims was neither debatable nor wrong and that Carpenter "has [not] made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); <u>see</u> <u>Slack</u> v. <u>McDaniel</u>, 529 U.S. 473, 484 (2000) (COA standard).

     Accordingly, Carpenter's application for a certificate of appealability is **DENIED**. Any remaining pending motions are moot. The appeal is hereby **TERMINATED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel E. Carpenter
Kelly Begg Lawrence
Cynthia A. Young
Mark J. Balthazard
David G. Lazarus