UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL E. CARPENTER,<br><br>    Defendant. | Case No. 1:04-CR-10029-GAO |

**THE UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S "EMERGENCY MOTION FOR ADJUSTMENT AND MODIFICATION OF PETITIONER'S
RESTITUTION PAYMENT SCHEDULE" (DOC. 578)**

The United States respectfully requests a 14-day extension of time to respond to the "Emergency Motion for Adjustment and Modification of Petitioner's Restitution Payment Schedule" (the "Motion") filed by Daniel E. Carpenter ("Defendant"). Doc. No. 578. The United States represents that the additional time is necessary to address the position of the Bureau of Prisons ("BOP"), with whom the United States has been in consultation in regards to the BOP's requested increase in the Defendant's restitution payments pursuant to the Inmate Financial Responsibility Program. To the extent the United States is able to file its response sooner than the 14 days requested, it will do so.

The United States has not consulted with Defendant, who is pro se and is currently incarcerated at FMC Devens, regarding the requested extension.

1

                                                Respectfully submitted,

                                                ANDREW E. LELLING
                                                United States Attorney

Dated: October 18, 2019              By:   /s/ Alexandra W. Amrhein
                                                    Alexandra W. Amrhein (BBO# 676604)
                                                    Assistant United States Attorney
                                                    One Courthouse Way, Suite 9200
                                                    Boston, MA 02210
                                                    (617) 748-3197
                                                    alexandra.amrhein@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on this date the foregoing document was filed through the ECF system and electronically served on any registered participants and a paper copy was served by mail upon the defendant, Daniel E. Carpenter, at FMC Devens.

Dated: October 18, 2019                                    /s/ Alexandra W. Amrhein
                                                             ALEXANDRA W. AMRHEIN