# United States Court of Appeals
## For the First Circuit

No. 14-1641

UNITED STATES OF AMERICA,

Appellee,

v.

DANIEL E. CARPENTER,

Defendant, Appellant.

---

**JUDGMENT**

Entered: October 18, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Michael Goldstein
Martin G. Weinberg
A. John Pappalardo
Kimberly Homan
Gary R. Greenberg
Paula J. DeGiacomo
Jack E. Robinson
Mary Beth Murrane
Kelly Begg Lawrence
Cynthia A. Young
Mark J. Balthazard
Michael J. Pineault
Kirby Heller
Jonathan F. Mitchell
Christopher Jackson Smith