UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States, | ) |
| | ) |
| v. | ) Case No. 1:04-cr-10029-GAO |
| | ) |
| Daniel Carpenter | ) |
| | ) |

**DECLARATION OF DARLENE LIEBERT, LEGAL ASSISTANT**

I, DARLENE LIEBERT, hereby make the following declaration:

1. I am employed by the Federal Bureau of Prisons ("BOP") as a Legal Assistant at the Consolidated Legal Center located at the Federal Medical Center, Devens, Massachusetts ("FMC Devens"). I have held this position since February, 2008.

2. To perform my official duties as a Legal Assistant I have access to records regarding federal prisoners maintained in the ordinary course of business in the BOP. This information includes, but is not limited to, documentary records, Judgment and Commitment files, BOP Program Statements, and computerized records maintained in the Bureau of Prisons computerized data base, SENTRY.

3. I am aware inmate Daniel CARPENTER, Federal Reg. No. 90792-038, has filed an "Emergency Motion for Adjustment and Modification of Petitioner's Restitution Payment Schedule", challenging the amount of restitution he has been directed to pay under terms of the BOP's Inmate Financial Responsibility Program ("IFRP").

**CARPENTER FAILED TO EXHAUST AVAILABLE REMEDIES**

4. The BOP's Administrative Remedy Program (codified at 28 C.F.R. § 542, Subpart B) is the means by which a federal inmate may seek formal review of an issue relating to any aspect of their confinement. Successfully exhausting the BOP's Administrative Remedy Program requires an inmate to first attempt informal resolution of a complaint with institution staff, and if informal resolution is unsuccessful, then file a written complaint (BP-9) with institutional staff. If an inmate is dissatisfied with the response of institutional staff, they may submit an appeal

on the appropriate form (BP-10) to the Regional Director; if an inmate is dissatisfied with the Regional Director's response, they may submit an appeal on the appropriate form (BP-11) to the BOP's Office of General Counsel ("OGC"). Appeal to OGC is the final administrative appeal, and only after the OGC has provided a response (or failed to respond in a timely manner) can the inmate be considered to have exhausted the administrative remedy process.

5. One function of SENTRY is that it contains a complete history of administrative remedy filings filed by federal inmates. This includes filings an inmate might make while incarcerated at any BOP facility, and will show whether an inmate files his requests for administrative remedy with the institution, Regional Office, and Office of General Counsel.

6. Administrative remedy submissions in SENTRY are identified first by a case number; then by an alphabetic designation showing whether the remedy was received by the local institution (denoted by a letter "F"), Regional Office (denoted by a letter "R"), or Office of General Counsel (denoted by the letter "A"); and then a number showing how many times a particular request had been received at that level.

7. My review of CARPENTER's administrative remedy filing history shows he has only filed seven requests for administrative remedy while in federal custody. All seven were directed toward requesting home confinement. None of these grievances were directed toward his IFRP. See **Exhibit A**, Administrative Remedy Generalized Retrieval for Daniel CARPENTER (Reg. No. 90792-038), retrieved October 18, 2019.

8. In fact, CARPENTER never filed remedies regarding any aspect of his incarceration while at FMC Devens. This can be seen in reviewing the field titled "EVT FACL" for each of his grievances, which shows the BOP institution to which CARPENTER was designated at the time the event complained about occurred. In each of CARPENTER's remedy filings the "EVT FACL" is shown as "CAA", whereas "CAA" is the facility code for the U.S. Penitentiary in Waymart, Pennsylvania ("USP Canaan"). Had CARPENTER complained about events which took place at FMC Devens (such as his IFRP participation) the "EVT FACL" field would have shown the facility code "DEV". See **Exhibit A**.

9. Finally, SENTRY shows that CARPENTER has never exhausted available remedies regarding any matter whatsoever since beginning his sentence. This can be seen in the fact that none of the Remedy ID numbers assigned to CARPENTER's

grievances have an "A" alphanumeric suffix, indicating that a particular administrative remedy filing had been received by the BOP's Office of General Counsel. See ¶ 6 *supra*. Because the BOP's Office of General Counsel has never received, much less provided a response to, any of CARPENTER's seven grievances, he cannot be considered to have exhausted available remedies in accordance with the BOP's Administrative Remedy Program. See ¶ 4 *supra*.

10. In consideration of the foregoing, CARPENTER has not initiated, much less exhausted, available administrative remedies regarding his restitution obligations under terms of the IFRP.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 21 day of October, 2019.

*Darlene M. Liebert*
Darlene Liebert
Legal Assistant
Consolidated Legal Center
FMC Devens, MA

# EXHIBIT A

```
   DEVOG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-18-2019
PAGE 001 OF                                                          07:13:38
      FUNCTION: L-P SCOPE: REG    EQ 90792-038    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____    DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
SUBJECTS: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____   _____   _____   _____   _____   _____
TRACK: DEPT:  _____   _____   _____   _____   _____   _____
     PERSON:  ___     ___     ___     ___     ___     ___
       TYPE:  ___     ___     ___     ___     ___     ___
EVNT FACL: EQ _____   _____   _____   _____   _____   _____
RCV FACL.: EQ _____   _____   _____   _____   _____   _____
RCV UN/LC: EQ _____   _____   _____   _____   _____   _____
RCV QTR..: EQ _____   _____   _____   _____   _____   _____
ORIG FACL: EQ _____   _____   _____   _____   _____   _____
ORG UN/LC: EQ _____   _____   _____   _____   _____   _____
ORIG QTR.: EQ _____   _____   _____   _____   _____   _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
    DEVOG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-18-2019
PAGE 002 OF..       *              FULL SCREEN FORMAT             *      07:13:38


REGNO: 90792-038 NAME: CARPENTER, DANIEL
RSP OF...: DEV UNT/LOC/DST: I UNIT              QTR.: I01-029L   RCV OFC: CAA
REMEDY ID: 878360-F1     SUB1: 19ZC SUB2:       DATE RCV:   10-06-2016
UNT  RCV..:G UNIT        QTR RCV.: G01-047L     FACL RCV: CAA
UNT  ORG..:G UNIT        QTR ORG.: G01-047L     FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:  CAA  2 NER  5             RESP DUE:
ABSTRACT.: I/M WANTS HOME CONFINEMENT
STATUS DT: 10-06-2016   STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:              RCT:    EXT:    DATE ENTD: 10-06-2016
REMARKS..: ATTACH COPY OF BP8




REGNO: 90792-038 NAME: CARPENTER, DANIEL
RSP OF...: DEV UNT/LOC/DST: I UNIT              QTR.: I01-029L   RCV OFC: CAA
REMEDY ID: 878360-F2     SUB1: 19ZC SUB2:       DATE RCV:   10-19-2016
UNT  RCV..:G UNIT        QTR RCV.: G01-047L     FACL RCV: CAA
UNT  ORG..:G UNIT        QTR ORG.: G01-047L     FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:  CAA  2 NER  5             RESP DUE: TUE  11-08-2016
ABSTRACT.: I/M WANTS HOME CONFINEMENT
STATUS DT: 10-26-2016   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:    DATE ENTD: 10-19-2016
REMARKS..:










G0002         MORE PAGES TO FOLLOW . . .
```

```
DEVOG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-18-2019
PAGE 003 OF         *          FULL SCREEN FORMAT              *     07:13:38


REGNO: 90792-038 NAME: CARPENTER, DANIEL
RSP OF...: DEV UNT/LOC/DST: I UNIT                QTR.: I01-029L   RCV OFC: NER
REMEDY ID: 878360-R1      SUB1: 19ZC SUB2:        DATE RCV:   11-04-2016
UNT  RCV..:G UNIT          QTR RCV.: G01-047L     FACL RCV: CAA
UNT  ORG..:G UNIT          QTR ORG.: G01-047L     FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  2 NER  5            RESP DUE:
ABSTRACT.: I/M WANTS HOME CONFINEMENT
STATUS DT: 11-07-2016  STATUS CODE: REJ STATUS REASON: IRQ OTH RSR
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 11-07-2016
REMARKS..: YOU DID NOT SUBMIT AN ORIGINAL DUPLUCATE (ONE OF THE
           BLUE CARBON COPIES) OF THE BP9 YOU COMPLETED. ALSO
           PLEASE COMPLETE PART A OF THE FORM.


REGNO: 90792-038 NAME: CARPENTER, DANIEL
RSP OF...: DEV UNT/LOC/DST: I UNIT                QTR.: I01-029L   RCV OFC: NER
REMEDY ID: 878360-R2      SUB1: 19ZC SUB2:        DATE RCV:   11-16-2016
UNT  RCV..:G UNIT          QTR RCV.: G01-047L     FACL RCV: CAA
UNT  ORG..:G UNIT          QTR ORG.: G01-047L     FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  2 NER  5            RESP DUE:
ABSTRACT.: I/M WANTS HOME CONFINEMENT
STATUS DT: 11-17-2016  STATUS CODE: REJ STATUS REASON: QUA RSR
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 11-17-2016
REMARKS..:




G0002         MORE PAGES TO FOLLOW . . .
```

```
    DEVOG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-18-2019
    PAGE 004 OF       *              FULL SCREEN FORMAT            *      07:13:38


REGNO: 90792-038 NAME: CARPENTER, DANIEL
RSP OF...: DEV UNT/LOC/DST: I UNIT            QTR.: I01-029L    RCV OFC: NER
REMEDY ID: 878360-R3      SUB1: 19ZC SUB2:    DATE RCV:   11-30-2016
UNT   RCV..:G UNIT        QTR RCV.: G01-047L  FACL RCV: CAA
UNT   ORG..:G UNIT        QTR ORG.: G01-047L  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  2 NER   5         RESP DUE:
ABSTRACT.: I/M WANTS HOME CONFINEMENT
STATUS DT: 12-01-2016   STATUS CODE: REJ STATUS REASON: RJA OTH RSR
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 12-01-2016
REMARKS..: YOUR APPEAL OF THE REJECTION NOTICE DATED
           11-17-2016 WAS DUE BY 11-27-2016. IT WAS RECEIVED
           ON 11-30-2016.


REGNO: 90792-038 NAME: CARPENTER, DANIEL
RSP OF...: DEV UNT/LOC/DST: I UNIT            QTR.: I01-029L    RCV OFC: NER
REMEDY ID: 878360-R4      SUB1: 19ZC SUB2:    DATE RCV:   12-12-2016
UNT   RCV..:G UNIT        QTR RCV.: G01-047L  FACL RCV: CAA
UNT   ORG..:G UNIT        QTR ORG.: G01-047L  FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  2 NER   5         RESP DUE:
ABSTRACT.: I/M WANTS HOME CONFINEMENT
STATUS DT: 12-13-2016   STATUS CODE: REJ STATUS REASON: RJA OTH RSR
INCRPTNO.:            RCT:    EXT:    DATE ENTD: 12-13-2016
REMARKS..: YOUR APPEAL OF THE REJECTION DATED 11-17-2016 WAS
           DUE BY 11-27-2016. IT WAS RECEIVED ON 11-30-2016.
           YOU DID NOT SEND A STAFF MEMO.




G0002         MORE PAGES TO FOLLOW . . .
```

```
   DEVOG            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-18-2019
PAGE 005 OF 005 *             FULL SCREEN FORMAT                 *       07:13:38


REGNO: 90792-038 NAME: CARPENTER, DANIEL
RSP OF...: DEV UNT/LOC/DST: I UNIT              QTR.: I01-029L   RCV OFC: NER
REMEDY ID: 878360-R5       SUB1: 19ZC SUB2:     DATE RCV:   12-23-2016
UNT  RCV..:G UNIT          QTR RCV.: G01-047L   FACL RCV: CAA
UNT  ORG..:G UNIT          QTR ORG.: G01-047L   FACL ORG: CAA
EVT FACL.: CAA    ACC LEV: CAA  2 NER  5          RESP DUE:  SUN  01-22-2017
ABSTRACT.: I/M WANTS HOME CONFINEMENT
STATUS DT: 01-20-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-28-2016
REMARKS..:




                      7 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```