UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2020 JUN 29 PM 10:32

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | C.A. No. 04-cr-10029-GAO |
| ) | |
| Daniel E. Carpenter ) | |

## NOTICE OF APPEAL

Notice is hereby given that Daniel E. Carpenter, the Defendant in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the District Court of Massachusetts' order denying Dkt. No. 477, entered in this action on February 20, 2019. See Dkt. No. 572.

Respectfully submitted,

Date: June 12, 2020

Daniel E. Carpenter
Petitioner pro se
Incarcerated Inmate
Reg. No. 90792-038
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

### Certificate of Service

I, Daniel E. Carpenter, certify that I have caused a copy of this Notice of Appeal to be served by express mail, and a copy of the same to Robert M. Farrell, Clerk of Court, at 1 Courthouse Way, Boston, MA 02210 on June 12, 2020

Date: June 12, 2020

Daniel E. Carpenter