# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption:     United States of America v. Daniel E. Carpenter

District Court Number:     04cr10029-GAO

---

Fee:     Paid?   Yes _____   No _X_     Government filer _____     *In Forma Pauperis* Yes _____     No _____

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No _____ | Sealed documents | Yes _X_ No _____ |
| *If yes, document #* | 578,580,585 | *If yes, document #* | 57,106,116,193,420 |
| *Ex parte* documents | Yes _X_ No _____ | Transcripts | Yes _X_ No _____ |
| *If yes, document #* | 57,116,156 | *If yes, document #* | 77,132-134,152,153,161-170 |

---

Notice of Appeal filed by: Plaintiff/Petitioner _____     Defendant/Respondent _X_     Other: _____

Appeal from:

## #572 Opinion and Order

Other information:

## (Additional Transcripts:180,185,186,216-218,228,255,267,288-300,341,427,446)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #572 and #588

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _588_ filed on June 29, 2020 _____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 30, 2020 ___.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**