# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>**DANIEL E. CARPENTER,**<br>Defendant | Criminal No. 04-10029-GAO |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney will no longer be appearing in this case for the government.

Respectfully submitted

ANDREW E. LELLING
UNITED STATES ATTORNEY

Date: July 30, 2020          By:   /s/ *Mark J. Balthazard*
                                   MARK J. BALTHAZARD
                                   Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for defendant, who are registered participants as identified on the Notice of Electronic Filing (NEF).

         /s/ *Mark J. Balthazard*
         MARK J. BALTHAZARD
         Assistant United States Attorney

Dated: July 30, 2020