Daniel E. Carpenter
18 Pond Side Lane
West Simsbury, CT 06092

October 13, 2020

Maria R. Hamilton
Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

  Re: *Carpenter v. United States*

Dear Ms. Hamilton:

  Please find enclosed my appeal based on Judge O'Toole's ruling of February 20, 2019, denying my Rule 33 Motion for a New Trial. As you will see, this is not a repeat of my appeal of my Habeas Petition under 28 U.S.C. §2255. Instead, this is a brand new, timely-filed appeal based on Judge O'Toole waiting three years to review my Motion and incorrectly determining that the date for the purposes of Rule 33's three year period was June 2008 instead of February 2014, when he sentenced me. As you know, the sentence is the judgment, and that is when the three year rule should have started.

  As you can see, I am asking the Court to vacate my conviction pursuant to its inherent authority 28 U.S.C. §2106. Once I see that the appeal is docketed, I will forward to your office the check for $505. Based on the Court's earlier Order to Show Cause, I wanted to make sure you approved the filing before I sent the check in.

  Thank you again for your help and attention to these matters.

With best regards,

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pond Side Lane
West Simsbury, CT 06092