OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

November 17, 2020

Robert M. Farrell, Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: US v. Carpenter, No. 1:04-cr-10029-GAO-1 (D. Mass.)
**Misdirected Notice of Appeal**

Dear Mr. Farrell:

Enclosed is a notice of appeal in the above referenced case that was mistakenly filed by Daniel E. Carpenter in this court on October 14, 2020. I am transmitting the notice to you for docketing as of the date it was received in this court pursuant to Fed. R. App. Proc. 4(d). Please treat this notice as a duplicate if this pleading has already been filed in your court.

Sincerely,

Maria R. Hamilton, Clerk

cc: Daniel E. Carpenter
18 Pond Side Lane
West Simsbury, CT  06092

SK; gk