UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. CARPENTER )<br>      Petitioner, )<br>v. )<br>    )<br>UNITED STATES OF AMERICA )<br>      Respondent. ) | CRIMINAL NO. 04-10029-GAO |

PETITION FOR A WRIT OF AUDITA QUERELA
TO SET ASIDE PETITIONER'S CONVICTION

FILED
IN CLERKS OFFICE
2021 FEB -4 PM 12: 36
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. CARPENTER )<br>Petitioner, )<br>v. )<br> )<br>UNITED STATES OF AMERICA )<br>Respondent. ) | CRIMINAL NO. 04-10029-GAO |

**PETITION FOR A WRIT OF AUDITA QUERELA
TO SET ASIDE PETITIONER'S CONVICTION**

TO THE HONORABLE JUDGE GEORGE A. O'TOOLE, MAY IT PLEASE THE COURT:

NOW COMES THE PETITIONER, Daniel E. Carpenter, to ask this Court to issue a Writ of Audita Querela in order to vacate and set aside his conviction pursuant to the All Writs Act of 28 U.S.C. §1651; or in the alternative, if the Court prefers to issue a Writ of Coram Nobis in keeping with the Supreme Court's decision in *United States v. Morgan*, 346 U.S. 502 (1954); or to dismiss the indictment for lack of subject matter jurisdiction pursuant to *United States v. Rosa-Ortiz*, 348 F.3d 33 (1st Cir. 2003) under the old Rule 12(b)(3)(B), because both of Petitioner's Indictments were issued prior to December 1, 2014 so he is eligible under the old rules. The Petitioner attaches a Memorandum of Law to assist the Court in its decision. Because of the COVID Pandemic, Petitioner asks the Court to order the Government to respond and Petitioner will file a reply on a timely basis so that the Court can make a ruling on the submissions without any oral arguments.

                                                          Respectfully Submitted,
                                                          /s/ Daniel E. Carpenter
                                                          Daniel E. Carpenter
                                                          Petitioner *pro se*
                                                          18 Pond Side Lane
                                                          West Simsbury, CT 06092

**NO ORAL ARGUMENT REQUESTED**