# United States Court of Appeals
## For the First Circuit

No. 20-2133

UNITED STATES,

Appellee,

v.

DANIEL E. CARPENTER,

Defendant - Appellant.

Before

Lynch, Selya and Kayatta,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: April 1, 2021

     In October 2020, Appellant Daniel E. Carpenter filed a notice of appeal expressly designating a district court order entered on February 20, 2019 (the notice of appeal was misfiled in this court and then transmitted to the district court). After the appeal was docketed, this court entered an order to show cause, flagging the apparent untimeliness of the appeal. <u>See generally</u> Fed. R. App. P. 4. Carpenter has responded to that order but has not elucidated any basis for this court to treat the operative notice of appeal as timely filed. The appeal is **DISMISSED**. Any other pending motions are denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel E. Carpenter
Mary Beth Murrane

Kelly Begg Lawrence
Donald Campbell Lockhart
Michael J. Pineault
Jonathan F. Mitchell
Christopher Richard Donato
Alexandra W. Amrhein
David G. Lazarus