# United States Court of Appeals
## For the First Circuit

No. 20-2133

UNITED STATES

Appellee

v.

DANIEL E. CARPENTER

Defendant - Appellant

**MANDATE**

Entered: April 22, 2021

    In accordance with the judgment of April 1, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Alexandra W. Amrhein
Daniel E. Carpenter
Christopher Richard Donato
Kelly Begg Lawrence
David G. Lazarus
Donald Campbell Lockhart
Jonathan F. Mitchell
Mary Beth Murrane
Michael J. Pineault