UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10029-GAO

UNITED STATES OF AMERICA

v.

DANIEL E. CARPENTER,
Defendant.

ORDER
September 17, 2021

O'TOOLE, S.D.J.

The defendant has moved for modification of his current restitution payment schedule. A defendant seeking such a modification has a duty to "first exhaust administrative remedies before complaining to a court in the appropriate district." United States. v. Rumney, 86 F.3d 1147 (1st Cir. 1996) (citing Johnpoll v. Thornburgh, 898 F.2d 849, 850-51 (2nd Cir. 1990). The defendant has not shown that he has exhausted his administrative remedies. His Emergency Motion for Adjustment and Modification of Petitioner's Restitution Payment Schedule (dkt. no. 578) is DENIED.

The defendant also petitions the Court to issue a writ of audita querela to vacate and set aside his conviction pursuant to the All Writs Act of 28 U.S.C. § 1651, or in the alternative to issue a writ of coram nobis, or to dismiss the indictment for lack of subject matter jurisdiction under the old version of Fed. R. Civ. P. 12(b)(3)(B). After review, the Petition for a Writ of Audita Querela to Set Aside Petitioner's Conviction (dkt. no. 597) is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
Senior United States District Judge