UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | C.A. No. 04-cr-10029-GAO |
| ) | |
| Daniel E. Carpenter ) | |

**NOTICE OF APPEAL**

    Notice is hereby given that Daniel E. Carpenter, the Defendant in the above named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the District of Massachusetts entered in this action on September 17, 2021. See Dkt. No. 604.

Respectfully submitted,

*/s/ Daniel E. Carpenter*
Daniel E. Carpenter
18 Pond Side Lane
West Simsbury, CT  06092

Date: November 11, 2021

**Certificate of Service**

    I, Daniel E. Carpenter, certify that I have caused a copy of this Notice of Appeal to be served by express mail a copy of the same to Robert M. Farrell, Clerk of Court, at 1 Courthouse Way, Boston, MA 02210 on November 11, 2021.

November 11, 2021

*/s/ Daniel E. Carpenter*
Daniel E. Carpenter
