**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: United States of America v. Daniel E. Carpenter

District Court Number: 04cr10029-GAO

---

Fee:   Paid?   Yes ____   No _X_   Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes _X_ No ____<br>605 | Sealed documents<br>*If yes, document #* | Yes _X_ No ____<br>57,106,116,193,420 |
| *Ex parte* documents<br>*If yes, document #* | Yes _X_ No ____<br>57,116,156 | Transcripts<br>*If yes, document #* | Yes _X_ No ____<br>77,132-134,152,153,161-170 |

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#604 Order

Other information:

Add. Transcripts: 180,185,186,216-218,228,255,267,288-300,341,427,446

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#604 and #606

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 606 filed on November 11, 2021.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 16, 2021.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**