FILED
IN CLERKS OFFICE

2023 FEB -1 PM 1:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. CARPENTER )<br>　Petitioner, )<br>　　v. )<br> )<br>UNITED STATES OF )<br>AMERICA )<br>　　　Respondent. ) | CRIMINAL NO. 04-10029-GAO |

## MOTION PURSUANT TO RULE 60(b)(4) TO IMMEDIATELY VACATE PETITIONER'S CONVICTION

UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| DANIEL E. CARPENTER )<br>　　Petitioner, )<br>　　v. )<br> )<br>UNITED STATES OF AMERICA )<br>　　Respondent. ) | CRIMINAL NO. 04-10029-GAO |

## MOTION PURSUANT TO RULE 60(b)(4) TO IMMEDIATELY VACATE PETITIONER'S CONVICTION

**TO THE HONORABLE JUDGE GEORGE A. O'TOOLE, MAY IT PLEASE THE COURT:**

NOW COMES THE PETITIONER, Daniel E. Carpenter, to vacate the judgment of his conviction pursuant to Rule 60(b)(4) as a matter of law and dismiss the defective Indictment of September 2004 which did not establish or invoke the jurisdiction of this Court because it failed to state a federal crime and was missing all of the required elements for an Indictment as stated under the Supreme Court's recent unanimous decision in *Xiulu Ruan v. United States*, 142 S. Ct. 2370 (2022). Therefore, since the Superseding Indictment of 2004 was Constitutionally defective, Petitioner's conviction of 2014 was void as a matter of law and must now be vacated.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　/s/ Daniel Carpenter
　　　　　　　　　　　　　　　　　　　　Daniel Carpenter
　　　　　　　　　　　　　　　　　　　　Petitioner, *pro se*
　　　　　　　　　　　　　　　　　　　　18 Pond Side Lane
　　　　　　　　　　　　　　　　　　　　West Simsbury, CT 06092

**IMMEDIATE ACTION REQUESTED TO VACATE AND VOID JUDGMENT**

1