UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:04-10029-GAO |
| ) | |
| DANIEL E. CARPENTER, ) | |
| Defendant ) | |

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO DEFENDANT'S MOTION TO VACATE HIS CONVICTION

The government respectfully moves for an extension of time to file a response to defendant Daniel E. Carpenter's motion to vacate his conviction (D.E. 613). As grounds, the government states that the defendant's *pro se* motion presents a host of arguments, supported by a 73-page memorandum (D.E. 614). Further, the undersigned AUSA is new to this case, which has a lengthy and complicated history, and requires additional time, beyond the standard 14 days, to become familiar with the relevant background and properly respond to the defendant's motion. Accordingly, the government respectfully requests a two-week extension – to March 1, 2023 – to file its response.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Dated: February 9, 2023    By:    */s/ Leslie A. Wright*
LESLIE A. WRIGHT
Assistant United States Attorney

2

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

Dated: February 9, 2023          By:    */s/ Leslie A. Wright*
                                                           LESLIE A. WRIGHT
                                                           Assistant United States Attorney