UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Crim. No. 1:04-10029-GAO |
| | ) |
| | ) |
| DANIEL E. CARPENTER, | ) |
| | ) |
| Defendant | ) |
| | ) |

**OPPOSITION TO DEFENDANT'S MOTION TO ALTER OR AMEND
JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e)**

The government respectfully submits this response in opposition to defendant Daniel E.

Carpenter's motion (Dkt. 624) – styled as a motion to alter or amend judgment pursuant to Federal

Rule of Civil Procedure 59(e) – seeking reconsideration of the Court's order denying his motions

to vacate his convictions pursuant to Federal Rules of Civil Procedure 60(b)(4) (Dkt. 613) and

60(b)(6) (Dkt. 620).[1] The Court's order, denying the motions substantially for the reasons set forth

in the government's opposition briefs (Dkts. 618, 621), states that Carpenter's memoranda of law

"consist of '[f]urther attempts to repackage claims already rejected' by this Court and the First

Circuit Court of Appeals[,]" and that "[s]uch attempts 'will not succeed.'" Dkt. 623 (quoting

Judgment of the U.S. Court of Appeals for the First Circuit (Dkt. 611)). The defendant's latest

filings fail to provide any basis for reconsideration of that order. The government therefore

respectfully requests that the Court deny the instant motion. The government further requests that

the Court enter an order requiring the defendant to seek leave of Court to file any additional

---

[1] In the same order, the Court also denied Carpenter's motion for an expedited writ of coram nobis (Dkt. 605). *See* Dkt. 623.

motions or, in the alternative, that the Court summarily deny any such motions without a

government response unless the defendant presents new and colorable claims.

<div style="text-align: right; margin-left: 40%;">

Respectfully submitted,

JOSHUA S. LEVY
ACTING UNITED STATES ATTORNEY

</div>

By:    */s/ Leslie A. Wright*
       LESLIE A. WRIGHT
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

Dated:  October 17, 2023        By:    */s/ Leslie A. Wright*
                                 LESLIE A. WRIGHT
                                 Assistant United States Attorney