UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10029-GAO

UNITED STATES OF AMERICA

v.

DANIEL E. CARPENTER,
Defendant.

ORDER
April 17, 2024

O'TOOLE, D.J.

Defendant Daniel E. Carpenter's motion to alter or amend the judgment (dkt. no. 624) is denied. In addition, as requested by the government, the Court hereby enjoins Carpenter from filing any additional motions relating to this matter in the District of Massachusetts without first obtaining leave of Court.

Any request for leave to file must be captioned "Application for Court Order Seeking Leave to File." Failure to comply strictly with the terms of this Order will be sufficient grounds for denying leave to file.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge