UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 04-CR-10029-GAO |
| ) | |
| DANIEL E. CARPENTER ) | |

## NOTICE OF APPEAL

Now comes the Defendant, Daniel E. Carpenter, and hereby files this Notice of Appeal to the United States Court of Appeals for the First Circuit from the Order entered in the above-captioned case in the United States District Court for the District of Massachusetts (O'Toole, J.) on April 17, 2024. See Dkt. No. 629.

Respectfully submitted,

Date: April 17, 2024

/s/ Daniel E. Carpenter
Petitioner pro se
18 Pond Side Lane
West Simsbury, CT. 06092

## CERTIFICATE OF SERVICE

I, Daniel E. Carpenter, hereby certify that on April 17, 2024, this document has been served via electronic filing, upon all counsel of record.

April 17, 2024

/s/ Daniel S. Carpenter
Petitioner pro se

1